# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | Civil No. 1:17-cv-00554-LO-IDD |
| v. | Jury Trial Demanded |
| REEMA CONSULTING SERVICES, INC. | |
| Defendant. | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF EVANGELINE J. PARKER

**PLEASE TAKE NOTICE** of the appearance of Laura C. Whitworth of the law firm of Fish & Richardson P.C. as counsel of record for Plaintiff Evangeline J. Parker in the above-captioned action. It is respectfully requested that copies of all notices and documents issued by the Court and filed by the parties be served upon the undersigned counsel.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated:  May 24, 2017

By:  */s/ Laura C. Whitworth*
Andrew R. Kopsidas (*Pro Hac Vice* filed)
kopsidas@fr.com
Daniel Tishman (*Pro Hac Vice* to be filed)
tishman@fr.com
Laura C. Whitworth (VSB No. 91170)
whitworth@fr.com
Min Suk Huh (*Pro Hac Vice* to be filed)
huh@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

Christine T. Dinan (VSB No. 84556)
Matthew K. Handley (*Pro Hac Vice* to be filed)
Dennis A. Corkery (*Pro Hac Vice* filed)
**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS**
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF EVANGELINE J. PARKER has been filed with the Court's ECF systems, and thereby served all parties and counsel designated to receive such notices, on May 24, 2017.

*/s/ Laura C. Whitworth*
Laura C. Whitworth (VSB No. 91170)
whitworth@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331