## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Evangeline J. Parker**

      Plaintiff(s),

VS.

**Reema Consulting Services, Inc.**

      Defendant(s).

Attorney: Andrew Kopsidas

Fish & Richardson, P.C.(DC)
901 15th St., NW, 7th Fl.
Washington DC 20005



**\*215889\***

**Case Number: 1:17-cv-00554-LO-IDD**

Legal documents received by Same Day Process Service, Inc. on **05/17/2017** at **4:15 PM** to be served upon **Reema Consulting Services, Inc. at 8106 Hallmark Pl., Gaithersburg, MD 20879**

I, **Valeria Lee**, swear and affirm that on **May 17, 2017** at **8:30 PM**, I did the following:

Served **Reema Consulting Services, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Notice; Civil Cover Sheet; Complaint to Rajeshkumar S. Vora** as **Resident Agent** of **Reema Consulting Services, Inc.** at **8106 Hallmark Pl. , Gaithersburg, MD 20879**.

**Description of Person Accepting Service:**
Sex: Male Age: 60 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Indian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Valeria Lee_

**Valeria Lee**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: **215889**

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____ , 2·17

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

AFFIDAVIT OF PROCESS SERVER has been filed with the Court's ECF systems, and thereby

served all parties and counsel designated to receive such notices, on May 24, 2017.

*/s/ Laura C. Whitworth*

Laura C. Whitworth (VSB No. 91170)
whitworth@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331