## AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Eastern District of Virginia**    FILED

**Evangeline J. Parker**

        Plaintiff(s),

VS.

**Reema Consulting Services, Inc.**

        Defendant(s).

Attorney: Andrew Kopsidas

Fish & Richardson, P.C.(DC)
901 15th St., NW, 7th Fl.
Washington DC 20005

2017 MAY 25 P 2: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

*215889*

**Case Number: 1:17-cv-00554-LO-IDD**

Legal documents received by Same Day Process Service, Inc. on **05/17/2017** at **4:15 PM** to be served upon **Reema Consulting Services, Inc. at 8106 Hallmark Pl., Gaithersburg, MD 20879**

I, **Valeria Lee**, swear and affirm that on **May 17, 2017** at **8:30 PM**, I did the following:

Served **Reema Consulting Services, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Notice; Civil Cover Sheet; Complaint** to Rajeshkumar S. Vora as Resident Agent of Reema Consulting Services, Inc. at 8106 Hallmark Pl. , Gaithersburg, MD 20879.

**Description of Person Accepting Service:**
Sex: Male Age: 60 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Indian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Valeria Lee**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID: 215889

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____ 2-12

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017