IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number __1:17-cv-554__, Case Name __Parker v. Reema Consulting Services, Inc.__
Party Represented by Applicant: __Plaintiff__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Daniel Aaron Tishman__
Bar Identification Number __1013923__    State __D.C.__
Firm Name __Fish & Richardson, P.C.__
Firm Phone # __202-783-5070__    Direct Dial # __202-626-7725__    FAX # __202-783-2331__
E-Mail Address __tishman@fr.com__
Office Mailing Address __The McPherson Bldg., 901 15th St., N.W., 7th Floor, Washington, D.C. 20005__

Name(s) of federal court(s) in which I have been admitted __US Court of Appeals for the Federal Circuit, Supreme Court of the US__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/ Laura C. Whitworth | 5/23/2017 |
|---|---|
| (Signature) | (Date) |
| Laura C. Whitworth | 91170 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____
(Judge's Signature)

Liam O'Grady
United States District Judge

_____
5/30/17
(Date)