**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**

EVANGELINE J. PARKER                      *

    Plaintiff                             *

v.                                        *    Civil Action No. 1:17-cv-00554-LO-IDD

REEMA CONSULTING SERVICES, INC.  *

    Defendant                             *

*    *    *    *    *    *    *    *    *    *    *    *    *
**MOTION TO DISMISS AND/OR TO TRANSFER VENUE**

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, moves pursuant to F.R. Civ. P 12(b)(6) to dismiss the Complaint or in the alternative, pursuant to 28 USC §1404(a) to transfer the action to a more suitable venue in the interests of all parties. As is explained in more depth in the attached Memorandum in Support which is incorporated by reference, Evangeline Parker's claims of having endured a hostile work environment, gender discrimination and retaliation are not legally supportable. Parker's claims only allege that she suffered discrimination based on her conduct, not premised on her gender. Based on the facts and the law, Parker's offense at a rumor that she was having an affair which she continued to spread through her own investigation fails to give rise to the causes of action she raises. Her Complaint must be dismissed.

Alternatively, this action should be transferred to a more appropriate forum where Parker, RCSI and many of the witnesses reside and are available. Although this Court may have jurisdiction over this action, this forum was chosen with no substantive ties to the actions alleged in the Complaint, where the parties reside or where many of the witnesses are subject to the Court's and the parties' access. This matter is more appropriately pursued in Maryland.

WHEREFORE, Reema Consulting Services, Inc. requests this Court dismiss this action or, in the alternative, transfer it to Maryland.

/s/ Robert W. Hesselbacher, Jr.
Robert W. Hesselbacher, Jr.
VSB No. 34251
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1317
Fax:  (410) 659-1350
rhesselbacher@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of June, 2017, a copy of the Motion to Dismiss and/or to Transfer Venue, Memorandum in Support and Exhibit were sent to counsel of record via the Court's ECF system.

/s/ Robert W. Hesselbacher, Jr.