EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**

EVANGELINE J. PARKER                          *

    Plaintiff                                      *

v.                                            *       Civil Action No. 1:17-cv-00554-LO-IDD

REEMA CONSULTING SERVICES, INC. *

    Defendant                                      *

*       *       *       *       *       *       *       *       *       *       *       *       *

**AFFIDAVIT OF RAJESH VORA**

I, Rajesh Vora, am President of Reema Consulting Services, Inc. ("RCSI"), Defendant, in the above proceeding and solemnly affirm under the penalties of perjury that the contents of this affidavit are true and correct to the best of my knowledge, information, and belief:

1.      Plaintiff in this case, Evangeline Parker, worked for RCSI at its warehousing contract with the federal government in Virginia.

2.      RCSI will no longer have this contract as of the fall, 2017 and the contract is being awarded to another contractor.

3.      During the period of having this contract, RCSI had at least 34 employees who were working in the warehouse in some fashion.  For the periods identified in the Complaint from January, 2016 through the summer of 2016, RCSI has been able to identify seven employees who have personal knowledge of the activities raised in the Complaint.  Those employees, their last known state of residency and their current status are identified below.

EXHIBIT 2

| First Name | Last Name | State | Currently Employed |
|---|---|---|---|
| DaMarcus | Pickett | MD | X |
| Tambeni | Daughtry | MD | |
| Evangeline | Parker | MD | |
| Shaun | Reeves | MD | X |
| Arnel | Ragunton | MD | |
| Mattie | Littleton | MD | |
| Reema | Vora | MD | X |
| Rajesh | Vora | MD | X |
| Angela | Wallace | VA | X |
| Donte | Jennings | VA | |
| Cathy | Price | VA | X |
| Larry | Moppins | VA | X |

06/06/2017
Date

_Rajesh S. Vora_
Rajesh Vora