**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA**

EVANGELINE J. PARKER     *

  Plaintiff        *

v.           *    Civil Action No. 1:17-cv-00554-LO-IDD

REEMA CONSULTING SERVICES, INC.   *

  Defendant       *

* * * * * * * * * * * * *

## <u>NOTICE OF HEARING</u>

Please take notice that on Friday, July 7, 2017, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, the Court will hear argument on the Motion to Dismiss and/or to Transfer Venue filed by Defendant Reema Consulting Services, Inc.

        I/s/ *Robert W. Hesselbacher, Jr.*
        Robert W. Hesselbacher, Jr.
        VSB No. 34251
        Wright, Constable & Skeen, LLP
        Attorneys for Plaintiff
        7 St. Paul Street, 18th Floor
        Baltimore, Maryland 21202
        Telephone: (410) 659-1317
        Fax:  (410) 659-1350
        rhesselbacher@wcslaw.com

{00351271v. (15424.00002)}