**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

EVANGELINE J. PARKER,

      Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

      Defendant.

Civil No. 1:17-cv-00554-LO-IDD

Jury Trial Demanded

**JOINT MOTION TO EXTEND PLAINTIFF'S**
**DEADLINE TO RESPOND TO RCSI'S MOTION TO DISMISS**

Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. (RCSI) jointly move to extend the deadline for Plaintiff to respond to RCSI's motion to dismiss (ECF No. 14) until 30 days after this case is transferred pursuant to the joint motion filed concurrently herewith.

On June 7, 2017, Defendant RCSI filed a motion to dismiss and/or transfer venue to the District of Maryland.  ECF No. 14.  Plaintiff and Defendant are jointly filing a motion to transfer venue concurrently with this motion.

Good cause exists to extend the deadlines to respond to Defendant's motion to dismiss because granting this extension will allow Plaintiff to respond in accordance with the Local Rules of the District of Maryland.  The parties will not be prejudiced by the extension of time because the parties agree to the extension.  The Court will not be prejudiced by the extension of time because no discovery order has issued and no trial date has been set.

Accordingly, Plaintiff and Defendant jointly move to extend the deadline for Plaintiff to respond to RCSI's motion to dismiss (ECF No. 14) until 30 days after this case is transferred pursuant to the joint motion filed concurrently herewith.

Dated: June 14, 2017                                    Respectfully submitted,

By: */s/ Robert W. Hesselbacher, Jr.*
    Robert W. Hesselbacher, Jr. (VSB No. 34251)
    Donald J. Walsh (admitted *pro hac vice*)
    Wright, Constable & Skeen, LLP
    Attorneys for Plaintiff
    7 St. Paul Street, 18th Floor
    Baltimore, Maryland 21202
    Telephone: (410) 659-1317
    Fax: (410) 659-1350

    Attorneys for Defendant
    REEMA CONSULTING SERVICES, INC.

By: */s/ Laura C. Whitworth*
    Christine T. Dinan (VSB No. 84556)
    Matthew K. Handley*
    Dennis A. Corkery (admitted *pro hac vice*)
    WASHINGTON LAWYERS'
    COMMITTEE FOR CIVIL RIGHTS
    AND URBAN AFFAIRS
    11 Dupont Circle NW, Suite 400
    Washington, DC 20036
    Telephone: (202) 319-1000
    Facsimile: (202) 319-1010

    Andrew R. Kopsidas (admitted *pro hac vice*)
    Laura C. Whitworth (VSB No. 91170)
    Daniel A. Tishman (admitted *pro hac vice*)
    Min Suk Huh (admitted *pro hac vice*)
    FISH & RICHARDSON P.C.
    The McPherson Building
    901 15th Street NW, 7th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    *Pending admission *pro hac vice*

    Attorneys for Plaintiff
    EVANGELINE J. PARKER

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO RCSI'S

MOTION TO DISMISS has been filed with the Court's ECF systems, and thereby served all

parties and counsel designated to receive such notices on June 14, 2017.

*/s/ Laura C. Whitworth*

Laura C. Whitworth (VSB No. 91170)
whitworth@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

3