**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>Defendant. | Civil No. 1:17-cv-00554-LO-IDD<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND**
**PLAINTIFF'S DEADLINE TO RESPOND TO RCSI'S MOTION TO DISMISS**

Upon agreement of Plaintiff Evangeline J. Parker and Defendant Reema Consulting

Services, Inc. (RCSI), and for good cause shown, it is hereby

ORDERED that the Joint Motion to Extend Plaintiff's Deadline to Respond to RCI's

Motion to Dismiss is GRANTED and Plaintiff's deadline to respond to Defendant's motion to

dismiss is extended until 30 days after this case is transferred to the District of Maryland.

IT IS SO ORDERED.


Dated: _____        _____
                                  Liam O'Grady
                                  United States District Judge