**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | Civil Action No. 1:17-cv-00554-LO-IDD |
| v. | Jury Trial Demanded |
| REEMA CONSULTING SERVICES, INC. | |
| Defendant. | |

**JOINT MOTION TO TRANSFER**
**VENUE TO THE DISTRICT OF MARYLAND**

Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. (RCSI)

jointly move to transfer venue to the United States District Court for the District of Maryland,

pursuant to 28 U.S.C. § 1404(a).

**I.      PRODEDURAL BACKGROUND**

On May 15, 2017, Plaintiff Evangeline J. Parker filed a complaint in the above-captioned

case in the Eastern District of Virginia.  ECF No. 1.  Venue is proper in this District, at least

because most or all of the events alleged in the complaint occurred in the Eastern District of

Virginia.  Id. at ¶ 6.

On June 7, 2017, Defendant RCSI filed a motion to dismiss and/or transfer venue to the

District of Maryland.  ECF No. 14.  RCSI's motion was accompanied by an affidavit of Rajesh

Vora, indicating that in fall of 2017, RCSI will no longer have its government contract associated

with the warehousing facility in Virginia at which the facts giving rise to the complaint allegedly

occurred.  ECF No. 14-3 at ¶¶ 1-2.  The affidavit further indicates that many of the individuals

with knowledge of the facts alleged in the complaint reside in Maryland and the District of Columbia.  Id. at ¶ 3.

## II.     LEGAL AUTHORITY

28 U.S.C.§ 1404(a) establishes that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."  28 U.S.C. § 1391(b)(1) provides that, "[a] civil action may be brought in . . . a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located."

## III.    DISCUSSION

The parties agree that venue is proper in the Eastern District of Virginia under 28 U.S.C. § 1391(b)(2), and that venue would also be proper in the District of Maryland under 28 U.S.C. § 1391(b)(1).  In particular, Defendant RCSI "resides" within the District of Maryland, as a Maryland company with a principal place of business in Maryland.  ECF No. 1 at ¶ 4.  As a compromise, Plaintiff has consented to transfer this case to the District of Maryland, in exchange for an agreement to extend the time to respond to Defendant's motion to dismiss, extending the deadline until 30 days after the case is transferred to the District of Maryland.  The parties are filing, concurrently with this motion, a motion to extend the deadline.  Good cause exists to grant the instant motion because it would be more convenient to RCSI and certain witnesses to proceed in Maryland.

## IV.     PRAYER FOR RELIEF

Accordingly, Plaintiff and Defendant jointly move to transfer the above-captioned civil action to the District of Maryland.

Dated: June 14, 2017                              Respectfully submitted,


By: */s/ Robert W. Hesselbacher, Jr.*            By: */s/ Laura C. Whitworth*
    Robert W. Hesselbacher, Jr. (VSB No. 34251)      Christine T. Dinan (VSB No. 84556)
    Donald J. Walsh (admitted *pro hac vice*)        Matthew K. Handley*
    Wright, Constable & Skeen, LLP                   Dennis A. Corkery (admitted *pro hac vice*)
    Attorneys for Plaintiff                          WASHINGTON LAWYERS'
    7 St. Paul Street, 18th Floor                    COMMITTEE FOR CIVIL RIGHTS
    Baltimore, Maryland 21202                        AND URBAN AFFAIRS
    Telephone: (410) 659-1317                        11 Dupont Circle NW, Suite 400
    Fax: (410) 659-1350                              Washington, DC 20036
                                                     Telephone: (202) 319-1000
    Attorneys for Defendant                          Facsimile: (202) 319-1010
    REEMA CONSULTING SERVICES, INC.
                                                     Andrew R. Kopsidas (admitted *pro hac vice*)
                                                     Laura C. Whitworth (VSB No. 91170)
                                                     Daniel A. Tishman (admitted *pro hac vice*)
                                                     Min Suk Huh (admitted *pro hac vice*)
                                                     FISH & RICHARDSON P.C.
                                                     The McPherson Building
                                                     901 15th Street NW, 7th Floor
                                                     Washington, DC 20005
                                                     Telephone: (202) 783-5070
                                                     Facsimile: (202) 783-2331

                                                     *Pending admission *pro hac vice*

                                                     Attorneys for Plaintiff
                                                     EVANGELINE J. PARKER

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing JOINT MOTION TO TRANSFER VENUE TO THE DISTRICT OF MARYLAND has been filed with the Court's ECF systems, and thereby served all parties and counsel designated to receive such notices on June 14, 2017.

/s/ Laura C. Whitworth
Laura C. Whitworth (VSB No. 91170)
whitworth@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

4