# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| EVANGELINE J. PARKER,<br><br>       Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>       Defendant. | Civil No. 1:17-cv-00554-LO-IDD<br><br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE DISTRICT OF MARYLAND

Upon agreement of Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. (RCSI), and for good cause shown, it is hereby

ORDERED that the Joint Motion to Transfer Venue to the District of Maryland is GRANTED and this case is transferred to the U.S. District Court for the District of Maryland.

IT IS SO ORDERED.

Dated:                                               _____

                                                     Liam O'Grady<br>
                                                     United States District Judge