IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

EVANGELINE J. PARKER,

      Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

      Defendant.

Civil No. 1:17-cv-00554-LO-IDD

Jury Trial Demanded

## ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE DISTRICT OF MARYLAND

Upon agreement of Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. (RCSI), and for good cause shown, it is hereby

ORDERED that the Joint Motion to Transfer Venue to the District of Maryland is GRANTED and this case is transferred to the U.S. District Court for the District of Maryland.

IT IS SO ORDERED.

Dated: Jun 16, 2017

_____
Liam O'Grady
United States District Judge