# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:17–cv–00554–LO–IDD

Parker v. Reema Consulting Services, Inc.
Assigned to: District Judge Liam O'Grady
Referred to: Magistrate Judge Ivan D. Davis
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 05/15/2017
Date Terminated: 06/16/2017
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Evangeline J. Parker**

represented by **Christine Tschiderer Dinan**
Washington Lawyers' Committee
11 Dupont Cr NW
Suite 400
Washington, DC 20036
202–319–1000
Fax: 202–319–1010
Email: christine_dinan@washlaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Carnell Whitworth**
Fish &Richardson PC (DC)
The McPherson Building
901 15th Street NW, 7th Floor
Washington, DC 20005
202–783–5070
Fax: 202–783–2331
Email: whitworth@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reema Consulting Services, Inc.**

represented by **Robert W. Hesselbacher , Jr.**
Wright Constable &Skeen LLP
100 N Charles St
16th Fl
Baltimore, MD 21201–3812
(410) 659–1300
Email: rhesselbacher@wcslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2017 | Ï 1 | COMPLAINT against Reema Consulting Services, Inc. ( Filing fee $ 400, receipt number 0422–5523388.), filed by Evangeline J. Parker. (Attachments: # 1 Civil Cover Sheet)(acha, ) (Entered: 05/16/2017) |

| 05/16/2017 | Ï 2 | Summons Issued as to Reema Consulting Services, Inc.. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice to Attorney)(acha, ) (Entered: 05/16/2017) |
| --- | --- | --- |
| 05/17/2017 | Ï 3 | Motion to appear Pro Hac Vice by Andrew Robert Kopsidas and Certification of Local Counsel Christine Dinan Filing Fee $75, *Ammended Application – Fee Paid Reciept # 0422–5527541* by Evangeline J. Parker. (Dinan, Christine) Modified text on 5/17/2017 (klau, ). (Entered: 05/17/2017) |
| 05/17/2017 | Ï 4 | Motion to appear Pro Hac Vice by Dennis Andrew Corkery and Certification of Local Counsel Christine Dinan Filing fee $ 75, receipt number 0422–5527582. by Evangeline J. Parker. (Dinan, Christine) (Entered: 05/17/2017) |
| 05/18/2017 | Ï 5 | ORDER granting 3 Motion to appear Pro Hac Vice by Andrew Robert Kopsidas and Certification of Local Counsel Christine Dinan. Signed by District Judge Liam O'Grady on 05/18/2017. (jlan) (Entered: 05/24/2017) |
| 05/18/2017 | Ï 6 | ORDER granting 4 Motion to appear Pro Hac Vice by Dennis Andrew Corkery and Certification of Local Counsel Christine Dinan. Signed by District Judge Liam O'Grady on 05/18/2017. (jlan) (Entered: 05/24/2017) |
| 05/24/2017 | Ï 7 | NOTICE of Appearance by Laura Carnell Whitworth on behalf of Evangeline J. Parker (Whitworth, Laura) (Entered: 05/24/2017) |
| 05/24/2017 | Ï 8 | AFFIDAVIT re 2 Summons Issued, by Evangeline J. Parker. (Whitworth, Laura) (Entered: 05/24/2017) |
| 05/24/2017 | Ï 9 | Motion to appear Pro Hac Vice by Daniel Aaron Tishman and Certification of Local Counsel Laura Carnell Whitworth by Evangeline J. Parker. (Whitworth, Laura) (Entered: 05/24/2017) |
| 05/24/2017 | Ï 10 | Motion to appear Pro Hac Vice by Min Suk Huh and Certification of Local Counsel Laura Carnell Whitworth by Evangeline J. Parker. (Whitworth, Laura) (Entered: 05/24/2017) |
| 05/25/2017 | Ï 11 | Affidavit of Process Returned Executed Reema Consulting Services, Inc. served on 5/17/2017, answer due 6/7/2017 (jlan) (Entered: 05/25/2017) |
| 05/26/2017 | Ï | Electronic Fee Payment – Pro Hac Vice as to 9 Motion to appear Pro Hac Vice by Daniel Aaron Tishman and Certification of Local Counsel Laura Carnell Whitworth by Evangeline J. Parker. Filing fee $ 75, receipt number 0422–5543436.. (Whitworth, Laura) (Entered: 05/26/2017) |
| 05/26/2017 | Ï | Electronic Fee Payment – Pro Hac Vice as to 10 Motion to appear Pro Hac Vice by Min Suk Huh and Certification of Local Counsel Laura Carnell Whitworth by Evangeline J. Parker. Filing fee $ 75, receipt number 0422–5543448.. (Whitworth, Laura) (Entered: 05/26/2017) |
| 05/30/2017 | Ï 12 | ORDER granting 10 Motion to appear Pro Hac Vice by Min Suk Huh and Certification of Local Counsel Laura Carnell Whitworth. Signed by District Judge Liam O'Grady on 05/30/2017. (jlan) (Entered: 06/02/2017) |
| 05/30/2017 | Ï 13 | ORDER granting 9 Motion to appear Pro Hac Vice by Daniel Aaron Tishman and Certification of Local Counsel Laura Carnell Whitworth. Signed by District Judge Liam O'Grady on 05/30/2017. (jlan) (Entered: 06/02/2017) |
| 06/07/2017 | Ï 14 | MOTION to Dismiss *and/or to Transfer Venue* by Reema Consulting Services, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Notice of Hearing)(Hesselbacher, Robert) (Entered: 06/07/2017) |
| 06/07/2017 | Ï 15 | Motion to appear Pro Hac Vice by Donald James Walsh and Certification of Local Counsel Robert W. Hesselbacher, Jr. Filing fee $ 75, receipt number 0422–5560875. by Reema |

| | | |
|---|---|---|
| | | Consulting Services, Inc.. (Hesselbacher, Robert) (Entered: 06/07/2017) |
| 06/08/2017 | Ï | Set Deadlines as to 14 MOTION to Dismiss *and/or to Transfer Venue*. Motion Hearing set for 7/7/2017 at 10:00 AM in Alexandria Courtroom 701 before District Judge Liam O'Grady. (clar, ) (Entered: 06/08/2017) |
| 06/08/2017 | Ï | Notice of Correction re 14 MOTION to Dismiss *and/or to Transfer Venue* The filing user has been notified to file the document separately for each motion relief. Multi–Part Document not Separated (clar, ) (Entered: 06/08/2017) |
| 06/09/2017 | Ï 16 | ORDER granting 15 Motion to appear Pro Hac Vice by Donald James Walsh and Certification of Local Counsel Robert W. Hesselbacher, Jr. Signed by District Judge Liam O'Grady on 06/09/2017. (jlan) (Entered: 06/12/2017) |
| 06/14/2017 | Ï 17 | Joint MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss *and/or to Transfer Venue* by Evangeline J. Parker. (Attachments: # 1 Proposed Order)(Whitworth, Laura) (Entered: 06/14/2017) |
| 06/14/2017 | Ï 18 | Joint MOTION to Transfer Case by Evangeline J. Parker. (Attachments: # 1 Proposed Order)(Whitworth, Laura) (Entered: 06/14/2017) |
| 06/16/2017 | Ï 19 | ORDER granting 18 Motion to Transfer Case. Case terminated.. Signed by District Judge Liam O'Grady on 6/16/2017. (awac, ) (Entered: 06/16/2017) |
| 06/16/2017 | Ï | Case electronically transferred to District of Maryland. (awac, ) (Entered: 06/16/2017) |