## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Evangeline J. Parker
_____                    *

**Plaintiff,**

                                           *

**v.**                                              **Case No.** 8:17-cv-01648-RWT
                                                    _____
                                           *

Reema Consulting Services, Inc.
_____                    *

**Defendant.**                             *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that Reema Consulting Services, Inc.
_____
                                        (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                        (name of party)

_____
                    (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
            (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____6/20/17_____
Date

_____
Signature

**Donald J. Walsh (Bar #09384)**

Printed name and bar number
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Address

dwalsh@wcslaw.com

Email address

(410) 659-1320; (410) 659-1300

Telephone number

(410) 659-1350

Fax number