**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | ) | |
| EVANGELINE J. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:17-cv-01648-RWT |
| | ) | |
| REEMA CONSULTING SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance as counsel in this case on behalf of Plaintiff Evangeline J.

Parker. I certify that I am admitted to practice in this court.

Dated: June 21, 2017                 Respectfully Submitted,

                         _____/s/ Dennis A. Corkery_____
                         Dennis A. Corkery (D. Md. Bar No. 19076)
                         WASHINGTON LAWYERS' COMMITTEE
                         FOR CIVIL RIGHTS AND URBAN AFFAIRS
                         11 Dupont Circle, Suite 400
                         Washington, DC 20036
                         Phone:  (202) 319-1000
                         Fax: (202) 319-1010
                         Dennis_Corkery@washlaw.org