# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | ) | |
| EVANGELINE J. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:17-cv-01648-RWT |
| | ) | |
| REEMA CONSULTING SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case on behalf of Plaintiff Evangeline J.

Parker. I certify that I am admitted to practice in this court.


Dated: June 21, 2017                       Respectfully Submitted,


                                                      /s/ Matthew Handley
                                           Matthew K. Handley (D. Md. Bar No. 18636)
                                           WASHINGTON LAWYERS' COMMITTEE
                                           FOR CIVIL RIGHTS AND URBAN AFFAIRS
                                           11 Dupont Circle, Suite 400
                                           Washington, DC 20036
                                           Phone:  (202) 319-1000
                                           Fax: (202) 319-1010
                                           Matthew_Handley@washlaw.org