AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Maryland ☒

| | |
|---|---|
| Evangeline J. Parker | ) |
| *Plaintiff* | ) |
| v. | ) |
| Reema Consulting Services, Inc. | ) |
| *Defendant* | ) |

Case No.  8:17-cv-01648-RWT

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reema Consulting Services, Inc.

Date:    06/21/2017

_____
*Attorney's signature*

Donald J. Walsh (Bar # 09384)
*Printed name and bar number*
7 Saint Paul Street
18th Floor
Baltimore, Maryland 21202

_____
*Address*

dwalsh@wcslaw.com
*E-mail address*

(410) 659-1300
*Telephone number*

(410) 659-1350
*FAX number*