**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

EVANGELINE J. PARKER,

       Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

       Defendant.

Civil No. 8:17-cv-01648-RWT

Jury Trial Demanded

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Plaintiff Evangeline J. Parker.

I certify that I am admitted to practice in this Court.

Dated: June 27, 2017

Respectfully submitted,

By: _____
  Andrew R. Kopsidas (Bar No. 16057)
  FISH & RICHARDSON, P.C.
  The McPherson Building
  901 15th Street NW, 7th Floor
  Washington, DC 20005
  Telephone: (202) 783-5070
  Facsimile: (202) 783-2331
  kopsidas@fr.com