

Fish & Richardson P.C.
The McPherson Building
901 15th St., N.W.
7th Floor
Washington, DC 20005

202 783 5070 main
202 783 2331 fax

www.fr.com

**VIA ELECTRONIC FILING**

June 27, 2017

The Honorable Roger W. Titus
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:    *Evangeline J. Parker v. REEMA Consulting Services, Inc.*
       Civil Action No.: 8:17-cv-01648

Dear Judge Titus:

I am writing on behalf of Plaintiff Evangeline Parker in the above-captioned case, in response to the June 16, 2017 letter from Felicia Cannon, Clerk of Court (ECF No. 21), instructing counsel to notify chambers whether I will be seeking admission or if another attorney will be entering an appearance in my place.

Dennis A. Corkey, Matthew K. Handley, and Andrew R. Kopsidas have entered appearances in this case on behalf of Ms. Parker.  I plan to move for admission pro hac vice.

Sincerely,

/s/ Laura C. Whitworth

Laura C. Whitworth

cc:   Counsel of Record