**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Evangeline J. Parker
_____

**Plaintiff,**

**v.**

REEMA Consulting Services, Inc.
_____

**Defendant.**

\* \* \* \* \*

**Case No.** 8:17-cv-01648-RWT
_____

**MOTION FOR ADMISSION PRO HAC VICE**

I, Andrew R. Kopsidas _____, am a member in good standing of the bar of this

Court.   I am moving the admission of Min Suk Huh _____

to appear pro hac vice in this case as counsel for Plaintiff Evangeline J. Parker _____.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California (September 2011) | Northern District of California (2017) |
| | |
| | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0_____  times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Andrew R. Kopsidas</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Andrew R. Kopsidas (16057)

Printed name and bar number

Fish & Richardson, P.C.

Office name

901 15th St., N.W., 7th Floor, Washington, DC 20005

Address

kopsidas@fr.com

Email Address

202.783.5070

Telephone number

202.783.2331

Fax Number

PROPOSED ADMITTEE

Signature

Min Suk Huh

Printed name and bar number

Fish & Richardson, P.C.

Office name

901 15th St., N.W., 7th Floor, Washington, DC 20005

Address

huh@fr.com

Email Address

202.783.5070

Telephone number

202.783.2331

Fax Number