

Wright, Constable & Skeen, L.L.P.   |   Attorneys at Law

7 Saint Paul Street, 16ᵗʰ Floor · Baltimore, Maryland 21202 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602·Fax: 410-659-1350

**DONALD J. WALSH**
Writer's Direct Dial / Email:
(410) 659-1320 / dwalsh@wcslaw.com

June 28, 2017

**VIA ELECTRONIC FILING**

The Honorable Roger W. Titus
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    Evangeline Parker v. Reema Consulting Services, Inc.
             Case No. 17-CV-01648-RWT

Dear Judge Titus:

This case was transferred from the United States District Court for the Eastern District of Virginia, Alexandria Division.

Prior to transfer, the Defendant filed a Motion to Dismiss or in the Alternative for Transfer. The Motion was not ruled upon because, after it was filed, the parties agreed to jointly move to transfer the case to this District. Although the alternative request to transfer has now become moot, the Defendant still desires a ruling on its Motion to Dismiss.

We understand from a conversation with one of your law clerks that it is advisable to re-file the previously filed Motion. Accordingly, we have refiled the Motion with a revised caption and signature block and removing the section pertaining to the request for transfer so that it may be properly docketed in this Court. We had previously agreed that Plaintiff could have 30 days to respond to the Motion following its docketing in Maryland and we have no problem continuing to honor that request.

If you have any questions, feel free to contact me further.

Respectfully submitted,

Donald J. Walsh

DJW/sla
cc:  All Counsel of Record

{00352738v. (15424.00002)}