**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER                    *

     Plaintiff                              *

v.                                      *       Civil Action No. 8:17-CV-01648-RWT

REEMA CONSULTING SERVICES, INC. *

     Defendant                              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>MOTION TO DISMISS</u>**

     Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, moves pursuant to F.R. Civ. P 12(b)(6) to dismiss the Complaint.  As is explained in more depth in the attached Memorandum in Support which is incorporated by reference, Evangeline Parker's claims of having endured a hostile work environment, gender discrimination and retaliation are not legally supportable.  Parker's claims only allege that she suffered discrimination based on her conduct, not premised on her gender.  Based on the facts and the law, Parker's offense at a rumor that she was having an affair which she continued to spread through her own investigation fails to give rise to the causes of action she raises.  Her Complaint must be dismissed.

     WHEREFORE, Reema Consulting Services, Inc. requests this Court dismiss this action.

                    __*/s/ Donald J. Walsh*__
                    Donald J. Walsh (Bar # 09384)
                    Wright, Constable & Skeen, LLP
                    Attorneys for Plaintiff
                    7 St. Paul Street, 18th Floor
                    Baltimore, Maryland 21202
                    Telephone: (410) 659-1320
                    Fax:  (410) 659-1350
                    dwalsh@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June, 2017, a copy of the Motion to Dismiss was sent to those counsel identified via the Court's ECF system.

_/s/ Donald J. Walsh_