EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>570-2016-01933 |
|---|---|---|

| Virginia Division of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br><br>Ms. Evangeline J. Parker | Home Phone (Incl. Area Code)<br><br>(202) 425-0824 | Date of Birth<br><br>02-13-1979 |
|---|---|---|

Street Address                                          City, State and ZIP Code

5829 Fisher Road, Apartment #12, Temple Hills, MD 20748

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br><br>REEMA CONSULTING SERVICES, INC | No. Employees, Members<br><br>15 - 100 | Phone No. (Include Area Code)<br><br>(703) 657-0402 |
|---|---|---|

Street Address                                          City, State and ZIP Code

45055 Underwood Lane, Suite 140, Sterling, VA 20166

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                          City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest 03-01-2016    Latest 05-18-2016 |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☒ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed with the above named Respondent since December 1, 2014, until I was terminated on May 18, 2016. My job classification was Assistant Operations Manager.

I have been subjected to different terms and conditions of employment by the above named Respondent. For example, on or about March 2016 a rumor was started regarding an intimate relation I was allegedly having with my Damarcus Pickett [Deputy Program Manager]. On or about April 21, 2016, Management interviews other employees regarding the allege rumor. The rumor and/or comments were sexual in nature. As a member of the management team, such rumor and/or comments were hindering my job environment and performance. On April 25, 2016, I made a formal complaint to Cathy Price [HR Manager] and informed her of the situation that was taking place. On April 27, 2016, Ms. Price held a meeting with me, Mr. Moppins [Program Manager], and Damarcus Pickett [Deputy Program Manager] regarding her findings.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-24-16          <br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br><br>8, 26, 2016 |

PEDRO D. CAMPOS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
My Commission Expires March 12, 2017

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 570-2016-01933 |

| Virginia Division of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

Apologies were made to one and other and I felt the situation would die itself down. On May 2, 2016, all employees were required to go through sexual harassment training, starting with Managers and Supervisors. Around the same week of the training Mr. Moppins started to remove individuals that were directly assigned to me and my department, without my prior knowledge. Subsequently, I went out on personal leave on May 11, 2016, and returned on May 17, 2016. Upon my return I was informed by Carlos Carter [Warehouse Worker] that I was not allowed to be near the work location of Mr. Jennings. Moppings. I then question Mr. Moppins and he informs me that Mr. Jennings made a formal complaint against me to Human Resources on May 12, during the time I was already on leave. In his complaint, Mr. Jennings alleges that I was harassing and making him uncomfortable. Yet shortly after me speaking with Mr. Woppings, he proceeds to come to my area and distract my employees. I inform Ms. Price via email of what had just taken place. The next day on May 18, 2016, I am terminated.

I believe I have been discriminated, retaliated, and discharge due to my sex[Female] and participation in a protected activity, in violation of Title VII of the Civil Rights Act of 1964 as, amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 8-24-16 <br> Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) <br> 8, 26, 2016 |
| Charging Party Signature | |

PEDRO D. CAMPOS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
My Commission Expires March 12, 2017