# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>　　　　Defendant. | Civil No. 8:17-cv-01648-RWT<br><br>Jury Trial Demanded |

## PLAINTIFF EVANGELINE PARKER'S
## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Evangeline J. Parker, by and through her attorneys, hereby opposes the Motion to Dismiss filed by Defendant Reema Consulting Services, Inc. ("RCSI") (ECF No. 31), and submits the accompanying Memorandum of Points and Authorities in support thereof. Plaintiff respectfully requests that RCSI's Motion to Dismiss be denied.

Respectfully submitted,

Dated:　July 12, 2017　　　　　　　By:　 */s/ Andrew R. Kopsidas*
　　　　　　　　　　　　　　　　　　　Andrew R. Kopsidas (Bar No. 16057)
　　　　　　　　　　　　　　　　　　　Daniel Tishman (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　Min Suk Huh (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　Laura C. Whitworth (*Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　　　　**FISH & RICHARDSON P.C.**
　　　　　　　　　　　　　　　　　　　The McPherson Building
　　　　　　　　　　　　　　　　　　　901 15th St., N.W., 7th Floor
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Phone: (202) 783-5070
　　　　　　　　　　　　　　　　　　　Fax: (202) 783-2331

Christine T. Dinan (*Pro Hac Vice* to be filed)
Matthew K. Handley (Bar No. 18636)
Dennis A. Corkery (Bar No. 19076)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS**
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Opposition was served by means of the Court's CM/ECF system to all counsel of record who have consented to electronic service on this the 12th day of July, 2017.


*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas