## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648 RWT |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### REPLY TO RESPONSE TO MOTION TO DISMISS

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, submits this Reply in Support of its Motion to Dismiss the Complaint. As argued in the attached memorandum in support which is incorporated herein by reference, Plaintiff is unable to demonstrate a viable hostile work environment claim where it is premised solely on rumors of her conduct. Even with Plaintiff's generous and liberal expansion of the inferences to be drawn from her Complaint, her allegations fail to demonstrate that the offensive conduct has to do with her gender and her Complaint must be dismissed.

    /s/ Donald J. Walsh    
Donald J. Walsh
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Fax:  (410) 659-1350
dwalsh@wcslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2017, a copy of the Reply to Response to the Motion to Dismiss was sent to those counsel identified via the Court's ECF system.

    /s/ Donald J. Walsh