# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                      **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                       **GREENBELT, MARYLAND   20770**
                                                                                   **301-344-0052**

## M E M O R A N D U M

TO:           Counsel of Record

FROM:      Christine Collins
                 Judicial Assistant to Judge Roger W. Titus

RE:           *Evangeline J. Parker v. Reema Consulting Services, Inc.*
                 Civil Case No. RWT 17-1648

DATE:       August 1, 2017

* * * * * * * *

Please be advised that a hearing has been scheduled for **December 7, 2017 at 10:00 a.m.** on [31] Defendant's Motion to Dismiss.  The parties will be allotted one (1) hour for total argument.

Please note, however, that Judge Titus may choose to decide this motion on the pleadings before the date scheduled for argument.  If so, you will be notified sufficiently in advance of that date.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument.  Please also highlight the appropriate text.

Judge Titus and his law clerks spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision.  The parties are advised that they must inform the Court at least ten (10) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of the hearing.

Thank you.