# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                            **GREENBELT, MARYLAND   20770**
                                                                               **301-344-0052**

M E M O R A N D U M

TO:          Counsel of Record

FROM:        Judge Roger W. Titus

RE:          *Evangeline J. Parker v. Reema Consulting Services, Inc.*
             Civil Case No. RWT 17-1648

DATE:        December 6, 2017

\* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the hearing on [31] Defendant's Motion to Dismiss currently scheduled for December 7, 2017 at 10:00 a.m. is hereby **RESCHEDULED** for **December 7, 2017 at 1:30 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                            /s/
                                            Roger W. Titus
                                            United States District Judge