**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **EVANGELINE J. PARKER**, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. RWT-17-1648 |
| | * | |
| **REEMA CONSULTING SERVICES, INC.**, | * | |
| | * | |
| Defendant. | * | |

**ORDER**

Upon consideration of the Defendant's Motion to Dismiss [ECF No. 31], the Response [ECF No. 34], the Reply [ECF No. 35], and the arguments of counsel, it is, for the reasons stated on the record during the hearing held on December 7, 2017, this 7th day of December, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss [ECF No. 31] is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint [ECF No. 1] is hereby **DISMISSED**; and it is further

**ORDERED**, that the Clerk of this Court is hereby directed to **CLOSE** this case.

         /s/

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
