**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648 RWT |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RESPONSE TO MOTION FOR RECONSIDERATION

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, submits this Response to the Motion for Reconsideration filed by Plaintiff.  As argued in the attached Memorandum in support which is incorporated herein by reference, Plaintiff has failed to demonstrate that good cause exists for the Court to reverse its previous decision dismissing this case.  Even with Plaintiff's liberally expanded argument attempting to create inferences from the allegations of her Complaint, she continues to be unable to demonstrate that the offensive conduct she cites had to do with her gender.

*/s/ Donald J. Walsh*
Donald J. Walsh
Wright, Constable & Skeen, LLP
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
dwalsh@wcslaw.com
*Attorney for Reema Consulting Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January, 2018, a copy of the Response to the Motion for Reconsideration was sent to those counsel identified via the Court's ECF system.

*/s/ Donald J. Walsh*

{00364272v. (15424.00002)}