## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

EVANGELINE J. PARKER       *

     Plaintiff               *

v.                         *       Civil Action No. 8:17-CV-01648 RWT

REEMA CONSULTING SERVICES, INC. *

     Defendant            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

Upon consideration of Plaintiff's Motion for Reconsideration or, in the Alternative, To Vacate the Judgment and Permit Plaintiff to File an Amended Complaint, Defendant's Response thereto, the previous Motion to Dismiss and Response and the transcript from that hearing, and the other papers and pleadings in the file, it is this __ day of January, 2018 hereby

ORDERED that the Plaintiff's Motion for Reconsideration or, in the Alternative, To Vacate the Judgment and Permit Plaintiff to File an Amended Complaint is **DENIED**.

 

_____
Judge Roger W. Titus