IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EVANGELINE J. PARKER,            *
                                *
Plaintiff,                      *
                                *
v.                              *    Civil Action No. RWT-17-1648
                                *
REEMA CONSULTING SERVICES, INC., *
                                *
Defendant.                      *

**ORDER**

On December 7, 2017, the Court held a hearing to resolve Defendant Reema Consulting Services Inc.'s ("Reema") Motion to Dismiss [ECF No. 31]. *See* ECF No. 38. The Court granted the Motion and dismissed Plaintiff Evangeline J. Parker's ("Parker") Complaint. *See* ECF No. 39. On January 4, 2018, Parker moved for reconsideration of that decision, or in the alternative, to vacate the judgment and permit her to file an amended complaint. *See* ECF No. 40. On January 18, 2018, Reema opposed the Motion. *See* ECF No. 41.

Parker does not assert anything new or anything that was not previously before the Court at the motions hearing. *See generally* ECF No. 40 at 10–22 (reiterating allegations that the harassment was based on gender, that the harassment was severe and pervasive, and that the plaintiff was objectively reasonable in her belief that the employment action she opposed was unlawful). For the reasons stated on the record during the hearing held on December 7, 2017, the Court rejected each of these same arguments. Since Parker does not proffer any intervening change in the law, new evidence, or correction of clear error, the Court declines to reconsider its earlier decision. *See Pac. Ins. Co. v. Am. Nat. Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998).

Furthermore, the proposed amendments in Parker's Complaint add no new facts to support her claims. *See* ECF No. 40-2. One proposed amendment merely updates why venue is

proper. *See id.* at 4. The other two add flawed legal conclusions reiterating the same arguments, already rejected, which served as the grounds upon which Parker's Complaint was dismissed. *See id.* at 5, 10 (arguing that the rumors of sexual *conduct* are based upon gender, and not conduct). These amendments are conclusory and futile, and none would alter the Court's analysis in a subsequent motion to dismiss. Therefore, the Court finds no compelling reason to permit Parker's proposed amendments at this late stage in the litigation.

Accordingly, it is, this 19th day of January, 2018, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Reconsideration [ECF No. 40] is hereby **DENIED**.

/s/

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
