**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | Civil No. 8:17-cv-01648-RWT |
| v. | Jury Trial Demanded |
| REEMA CONSULTING SERVICES, INC. | |
| Defendant. | |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a), Plaintiff Evangeline J. Parker ("Plaintiff") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the December 7, 2017 order granting Defendant's Motion to Dismiss (ECF 39) and the January 22, 2018 order denying Plaintiff's Motion for Reconsideration (ECF 42).

Respectfully submitted,


**FISH & RICHARDSON P.C.**


Dated:  February 16, 2018

By:  */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
kopsidas@fr.com
Daniel Tishman (*admitted pro hac vice*)
tishman@fr.com
Min Suk Huh (*admitted pro hac vice*)
huh@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331


Matthew K. Handley (Bar No. 18636)
Dennis A. Corkery (Bar No. 19076)
**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS**
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

NOTICE OF APEAL ON BEHALF OF PLAINTIFF EVANGELINE J. PARKER has been filed

with the Court's ECF systems, and thereby served all parties and counsel designated to receive

such notices, on February 16, 2018.

/s/ Andrew R. Kopsidas

Andrew R. Kopsidas (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
The McPherson Building
901 15th St., N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331