FILED:  February 26, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1206
(8:17-cv-01648-RWT)

_____

EVANGELINE J. PARKER

Plaintiff - Appellant

v.

REEMA CONSULTING SERVICES, INC.

Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:17-cv-01648-RWT |
| Date notice of appeal filed in originating court: | 02/16/2018 |
| Appellant (s) | Evangeline J. Parker |
| Appellate Case Number | 18-1206 |
| Case Manager | T. Fischer 804-916-2704 |