**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

EVANGELINE J. PARKER,

     Plaintiff,

     v.

REEMA CONSULTING SERVICES, INC.,

     Defendant.

Case No.: 8:17-cv-01648-RWT

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>

Pursuant to Local Rule 101(2), it is hereby requested that the appearance of Matthew Keith Handley be withdrawn as counsel for the Plaintiff in this matter.  Mr. Handley will no longer be associated with the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Plaintiff will continue to be represented by attorneys of record at Fish & Richardson P.C. and the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Dated: May 18, 2018

Respectfully submitted,

/s/ Matthew K. Handley_____
Matthew K. Handley (MD Bar No. 18636)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1000
Matthew_Handley@washlaw.org

*Co-counsel for Plaintiff*