**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Case No.: 8:17-cv-01648-RWT

**ORDER**

Upon consideration of the motion for leave to withdraw the appearance of Matthew Keith

Handley as counsel for the Plaintiff, it is hereby

ORDERED that the motion is GRANTED.

_____        _____

Date                                                  Roger W. Titus
                                                         United States District Judge