## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

EVANGELINE J. PARKER,

    Plaintiff,

    v.                          Case No.: 8:17-cv-01648-RWT

REEMA CONSULTING SERVICES, INC.,

    Defendant.

## ORDER

Upon consideration of the motion for leave to withdraw the appearance of Matthew Keith Handley as counsel for the Plaintiff, it is hereby

ORDERED that the motion is GRANTED.

May 21, 2018
Date

Roger W. Titus
United States District Judge