FILED: February 8, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1206
(8:17-cv-01648-RWT)

_____

EVANGELINE J. PARKER

      Plaintiff - Appellant

v.

REEMA CONSULTING SERVICES, INC.

      Defendant - Appellee

------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; NATIONAL
WOMEN'S LAW CENTER; A BETTER BALANCE; AMERICAN
FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-
CIO; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN; AMERICAN
SEXUAL HEALTH ASSOCIATION; BLACK WOMEN'S ROUNDTABLE;
NATIONAL COALITION ON BLACK CIVIC PARTICIPATION;
CALIFORNIA WOMEN LAWYERS; CHAMPION WOMEN; DISTRICT OF
COLUMBIA COALITION AGAINST DOMESTIC VIOLENCE; END RAPE
ON CAMPUS; EQUAL RIGHTS ADVOCATES; FAMILY VALUES @ WORK;
FEMINIST MAJORITY FOUNDATION; GENDER JUSTICE; GIRLS FOR
GENDER EQUITY; HADASSAH, THE WOMEN'S ZIONIST
ORGANIZATION OF AMERICA, INC.; HARVARD LAW SCHOOL GENDER
VIOLENCE PROGRAM; LAWYERS CLUB OF SAN DIEGO; LEAGUE OF
WOMEN VOTERS OF THE UNITED STATES; LEGAL AID AT WORK;
LEGAL MOMENTUM, THE WOMEN'S LEGAL DEFENSE AND

EDUCATION FUND; LEGAL VOICE; MAINE WOMEN'S LOBBY; MEDICAL STUDENTS FOR CHOICE; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; NATIONAL ALLIANCE TO END SEXUAL VIOLENCE; THE NATIONAL CRITTENTON FOUNDATION; NATIONAL EMPLOYMENT LAW PROJECT; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL ORGANIZATION FOR WOMEN (NOW) FOUNDATION; NATIONAL PARTNERSHIP FOR WOMEN AND FAMILIES; NATIONAL WOMEN'S POLITICAL CAUCUS; OKLAHOMA COALITION FOR REPRODUCTIVE JUSTICE; PEOPLE FOR AMERICAN WAY FOUNDATION; SERVICE EMPLOYEES INTERNATIONAL UNION; SISTERREACH; SOUTHWEST WOMEN'S LAW CENTER; STOP SEXUAL ASSAULT IN SCHOOLS; THE NATIONAL URBAN LEAGUE; WOMEN'S LAW CENTER OF MARYLAND, INCORPORATED; WOMEN EMPLOYED; WOMEN'S BAR ASSOCIATION OF THE DISTRICT OF COLUMBIA; WOMEN'S BAR ASSOCIATION OF THE STATE OF NEW YORK; WOMEN'S LAW PROJECT

        Amici Supporting Appellant

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK