FILED: March 4, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1206
(8:17-cv-01648-RWT)

_____

EVANGELINE J. PARKER

      Plaintiff - Appellant

v.

REEMA CONSULTING SERVICES, INC.

      Defendant - Appellee

-------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; NATIONAL WOMEN'S LAW CENTER; A BETTER BALANCE; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN; AMERICAN SEXUAL HEALTH ASSOCIATION; BLACK WOMEN'S ROUNDTABLE; NATIONAL COALITION ON BLACK CIVIC PARTICIPATION; CALIFORNIA WOMEN LAWYERS; CHAMPION WOMEN; DISTRICT OF COLUMBIA COALITION AGAINST DOMESTIC VIOLENCE; END RAPE ON CAMPUS; EQUAL RIGHTS ADVOCATES; FAMILY VALUES @ WORK; FEMINIST MAJORITY FOUNDATION; GENDER JUSTICE; GIRLS FOR GENDER EQUITY; HADASSAH, THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA, INC.; HARVARD LAW SCHOOL GENDER VIOLENCE PROGRAM; LAWYERS CLUB OF SAN DIEGO; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES; LEGAL AID AT WORK;

LEGAL MOMENTUM, THE WOMEN'S LEGAL DEFENSE AND EDUCATION FUND; LEGAL VOICE; MAINE WOMEN'S LOBBY; MEDICAL STUDENTS FOR CHOICE; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; NATIONAL ALLIANCE TO END SEXUAL VIOLENCE; THE NATIONAL CRITTENTON FOUNDATION; NATIONAL EMPLOYMENT LAW PROJECT; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL ORGANIZATION FOR WOMEN (NOW) FOUNDATION; NATIONAL PARTNERSHIP FOR WOMEN AND FAMILIES; NATIONAL WOMEN'S POLITICAL CAUCUS; OKLAHOMA COALITION FOR REPRODUCTIVE JUSTICE; PEOPLE FOR AMERICAN WAY FOUNDATION; SERVICE EMPLOYEES INTERNATIONAL UNION; SISTERREACH; SOUTHWEST WOMEN'S LAW CENTER; STOP SEXUAL ASSAULT IN SCHOOLS; THE NATIONAL URBAN LEAGUE; WOMEN'S LAW CENTER OF MARYLAND, INCORPORATED; WOMEN EMPLOYED; WOMEN'S BAR ASSOCIATION OF THE DISTRICT OF COLUMBIA; WOMEN'S BAR ASSOCIATION OF THE STATE OF NEW YORK; WOMEN'S LAW PROJECT

Amici Supporting Appellant

———————————

M A N D A T E

———————————

The judgment of this court, entered 02/08/2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*