**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

EVANGELINE J. PARKER,

        Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

        Defendant.

Civil No. 8:17-cv-01648-RWT

Jury Trial Demanded

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given of the change of address, effective immediately, of the

Washington, DC office of Fish & Richardson P.C. and the following attorneys:

Andrew R. Kopsidas
Daniel A. Tishman
Min Suk Huh
Laura C. Whitworth
Taylor L. Caldwell
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW
Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Respectfully submitted,

Dated:  March 22, 2019

By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Daniel A. Tishman (*admitted pro hac vice*)
Min Suk Huh (*admitted pro hac vice*)
Laura C. Whitworth (*pro hac vice* to be filed)
Taylor L. Caldwell (*pro hac vice* to be filed)
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW

Suite 1000
Washington, DC 20024
Phone: (202) 783-5070
Fax: (202) 783-2331

Christine T. Dinan (*pro hac vice* to be filed)
Matthew K. Handley (Bar No. 18636)
Dennis A. Corkery (Bar No. 19076)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS**
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by means of the Court's CM/ECF system to all counsel of record who have consented to electronic service on this the 22nd day of March, 2019.

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas