# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>     Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>     Defendant. | Civil No. 8:17-cv-01648-RWT<br><br>Jury Trial Demanded |

## PLAINTIFF'S REQUEST TO RE-OPEN CASE
## PURSUANT TO MANDATE AND FOR SCHEDULING CONFERENCE

Plaintiff Evangeline J. Parker, by and through her attorneys, respectfully moves to re-open this case, and for a scheduling conference, for the reasons set forth in the accompanying memorandum.

Dated:  March 22, 2019

Respectfully submitted,

By: */s/ Andrew R. Kopsidas*
    Andrew R. Kopsidas (Bar No. 16057)
    Daniel Tishman (admitted *pro hac vice*)
    Min Suk Huh (admitted *pro hac vice*)
    Taylor L. Caldwell (*pro hac vice* to be filed)
    **FISH & RICHARDSON P.C.**
    1000 Maine Ave., SW
    Suite 1000
    Washington, DC 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Matthew K. Handley (Bar. No. 18636)
    Dennis A. Corkery (Bar. No. 19076)
    **WASHINGTON LAWYERS' COMMITTEE**
    **FOR CIVIL RIGHTS AND URBAN AFFAIRS**
    11 Dupont Circle NW, Suite 400

Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S REQUEST TO RE-OPEN CASE PURSUANT TO MANDATE AND FOR SCHEDULING CONFERENCE was served by means of the Court's CM/ECF system to all counsel of record who have consented to electronic service on this the 22nd day of March, 2019.

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas