# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

|  |  |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | Civil No. 8:17-cv-01648-RWT |
| v. | Jury Trial Demanded |
| REEMA CONSULTING SERVICES, INC. | |
| Defendant. | |

## PLAINTIFF'S MEMORANDUM
## IN SUPPORT OF REQUEST TO RE-OPEN CASE
## PURSUANT TO MANDATE AND FOR SCHEDULING CONFERENCE

Plaintiff Evangeline J. Parker, by and through her attorneys, respectfully moves to re-open this case, and for a scheduling conference.

On March 4, 2019, the U.S. Court of Appeals for the Fourth Circuit issued a mandate (ECF No. 49) regarding its judgement of February 8, 2019, reversing-in-part the Court's December 7, 2017, order dismissing this case (ECF No. 39).

Accordingly, Plaintiff Evangeline J. Parker moves the Court to re-open this case pursuant to the mandate, and set a date for a scheduling conference.

Dated:  March 22, 2019                          Respectfully submitted,

By:*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Daniel ATishman (admitted *pro hac vice*)
Min Suk Huh (admitted *pro hac vice*)
Taylor L. Caldwell (*pro hac vice* to be filed)
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW
Suite 1000

2

Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Matthew K. Handley (Bar. No. 18636)
Dennis A. Corkery (Bar. No. 19076)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF REQUEST TO RE-OPEN CASE PURSUANT TO MANDATE AND FOR SCHEDULING CONFERENCE was served by means of the Court's CM/ECF system to all counsel of record who have consented to electronic service on this the 22nd day of March, 2019.

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas