**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| EVANGELINE J. PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>        Defendant. | Civil No. 8:17-cv-01648-RWT<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER RE-OPENING CASE**
**AND SETTING SCHEDULING CONFERENCE**

Upon consideration of Plaintiff Evangeline J. Parker's motion to re-open this case, and

for a scheduling conference, **IT IS HEREBY ORDERED** that:

the motion is **GRANTED**;

the Clerk of Court is directed to **REOPEN** this case; and

a scheduling conference in this matter is scheduled for _____, 2019.


Dated: _____                    _____

                                    UNITED STATES DISTRICT JUDGE