**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | |
| v. | Civil Action No. TDC-17-1648 |
| REEMA CONSULTING SERVICES, INC., | |
| Defendant. | |

**ORDER**

On March 22, 2019, Plaintiff Evangeline J. Parker filed a Motion requesting that this case be reopened following the issuance of a mandate by the United States Court of Appeals for the Fourth Circuit regarding its judgment of February 8, 2019, which reversed in part and affirmed in part the Court's December 7, 2017 Order dismissing the case. ECF No. 51. In consideration of this Motion, it is hereby ORDERED that:

1. The Motion, ECF No. 51, is GRANTED.

2. The Clerk is directed to REOPEN this case.

3. Defendant Reema Consulting Services, Inc. shall FILE an Answer to Parker's Complaint within 14 days of the date of this Order. Fed. R. Civ. P. 12(a)(4).

Date: March 26, 2019

_____/s/_____
THEODORE D. CHUANG
United States District Judge