**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPEARANCE OF COUNSEL/WITHDRAW OF COUNSEL**

Please enter the appearance of Gregory P. Currey (Bar # 28583) as additional counsel on behalf of Reema Consulting Services, Inc., and withdraw the appearance of Robert J. Hesselbacher, Jr. (Bar #02380).

    */s/ Gregory P. Currey*
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Fax:  (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of April 2019, a copy of the Appearance of Counsel/Withdraw of Counsel was sent to those counsel identified via the Court's ECF system.

    */s/ Gregory P. Currey*

{00387849v. (15424.00002)}