UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

EVANGELINE J. PARKER                     *

    Plaintiff                              *

v.                                       *      Civil Action No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC.  *

    Defendant                              *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>MOTION TO STAY</u>**

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, moves to stay the present action pending RCSI's petition for Writ of Certiorari and for its reasons states:

1.      The Court of Appeals issued its decision in the present action on February 8, 2019.  Under Rule 13 of the Rules of the Supreme Court of the United States, RCSI has 90 days to file a petition for writ of certiorari with the United States Supreme Court.  The deadline for RCSI to file its petition is May 9, 2019.

2.      RCSI intends to file a Petition for Writ of Certiorari to resolve the split amongst federal courts related to the legal issues in the present case, specifically whether rumors related to conduct may form the basis for a sexual harassment claim.  This is a substantial legal question as evidenced simply by the number of entities who have joined the present action as amici.

3.      Allowing the case to proceed would undermine RCSI's right to seek appropriate relief in the Supreme Court in seeking resolution of this issue for itself and other employers.  Resolution of this issue in RCSI's favor would reinstate this Court's dismissal of the action which was overturned by the Fourth Circuit Court of Appeals.

{00387716v. (15424.00002)}

4.      Contemporaneous with the filing of this Motion, RCSI has answered Plaintiff's Complaint.

5.      RCSI adopts and incorporates the arguments and authorities set forth in the accompanying Memorandum of Points and Authorities in support of its Motion to Stay.

WHEREFORE, RCSI respectfully requests that this Court enter an Order staying proceedings in the present case until the Supreme Court either (a) denies RCSI's petition for a writ of certiorari or (b) issues a ruling on RCSI's appeal.

$\underline{\text{/s/ Donald J. Walsh}}$
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Fax:  (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April 2019, a copy of the Motion to Stay, Memorandum in Support all exhibits thereto was sent to those counsel identified via the Court's ECF system.

$\underline{\text{/s/ Donald J. Walsh}}$

{00387716v. (15424.00002)}                    2