**Cornell Exec Leadership - Get the Leadership Skills You Need to Stand Apart. 100% Online. Apply Now!** Ad ···

in   Q Search

Promoted

 **Cornell Exec Leadership**
Get the Leadership Skills You Need to Stand Apart. 100% Online. Apply No

 **Meet top suppliers**
Sensing & imaging expo: plenary sessions, job fair, industry sessions.

 **Criminal Lawyer Wanted**
Criminal lawyer looking for more clients? View cases today!

# Evangeline Parker · 3rd

--

Temple Hills, Maryland

Message    ...

National Express LLC

Prince George's Community College

See contact info

36 connections

In today's competitive market, companies need seasoned professionals with a solid desire for optimal productivity and performance. With over 14 years of experience throughout the industry, I am confident in the direct contributions that I can make to your company. My extensive experience in the industry, co...

Show more ⌄

## Experience

 **Operations Manager**
National Express LLC
Apr 2017 – Present · 2 yrs 1 mo
Temple Hills, MD

 **Operations Manager**
First Transit
Sep 2016 – Apr 2017 · 8 mos
Gaithersburg, MD

 **Assistant Warehouse Operations Manager**
Reema Consulting Services, Inc. (RCSI)
Dec 2014 – May 2016 · 1 yr 6 mos
Sterling, VA

**Operations Spervisor**
NISSI GROUP LTD / Veolia Transportation
Sep 2013 – Nov 2014 · 1 yr 3 mos
Forestville, MD

**Bus Operator**
Veolia Transportation
Apr 2011 – Sep 2013 · 2 yrs 6 mos
Forestville, MD

## Education

**People Also Viewed**

 **Annadaire Ingram** · 3rd
Administrative Assistant

**Clarence Shipp** · 3rd
Manager, Bus Operations Contro Center at MV Transportation

 **Kayleigh M.**
School Bus Driver at National Ex LLC

**Frank Duncanson**
General Superintendent of Main at New York City Transit

**Evan Schefstad**
Royalty Account Manager at Alli Artists and Recording Companie

 **CANDICE EDDINS** · 3rd
Disbursements Agent at FedEx S

 **Sean Archer** · 3rd
Engineering Professional - Techn Leader | Combustion Expertise | Thermal Design, Analysis | Syster Integration

 **Nicole Steinhilber** · 3rd
Beer Chemist/Fermentation Scie

 **Nia Hutchinson** · 3rd
Special Events at Gaylord Nation Resort & Convention Center

**Jeromy Hunt** · 3rd
Director of Operations at Parlor York

**Learn the skills Evangeline has**

Building Responsive F
ox
05
ta **Analysis**



EXHIBIT
ALL-STATE LEGAL®



Q Search

2013 – 2014

## Skills & Endorsements

**Microsoft Office** · 1

Tyffany Neal, MPA has given an endorsement for this skill

**Team Management** · 1

Tyffany Neal, MPA has given an endorsement for this skill

**Time Management** · 1

Tyffany Neal, MPA has given an endorsement for this skill

Show more ∨

Try Premium Free
for 1 Month



Messaging