**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

**ORDER**

On April 9, 2019, Defendant Reema Consulting Services, Inc. filed a Motion to Stay. ECF No. 58. However, the Case Management Order states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 52. Reema Consulting Services, Inc. has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The MOTION, ECF No. 58, is DENIED WITHOUT PREJUDICE.

2. Reema Consulting Services, Inc. is directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by April 15, 2019.

3. A pre-motion conference is scheduled for April 16, 2019 at 10:00 a.m. Instructions for the call will be sent to the parties at a later date.

Date:  April 11, 2019

                        /s/
             THEODORE D. CHUANG
             United States District Judge