**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

          Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.         Civil Action No. 8:17-cv-01648-TDC

          Defendant.

<u>**NOTICE OF APPEARANCE**</u>

      Please enter my appearance as counsel in this case on behalf of Plaintiff Evangeline J.

Parker. I certify that I am admitted to practice in this court.

Dated: April 15, 2019          Respectfully Submitted,

                        _____/s/ Tiffany Yang_____
                        Tiffany Yang (D. Md. Bar No. 20011)
                        WASHINGTON LAWYERS' COMMITTEE
                        FOR CIVIL RIGHTS AND URBAN AFFAIRS
                        11 Dupont Circle, Suite 400
                        Washington, DC 20036
                        Phone:  (202) 319-1000
                        Fax: (202) 319-1010
                        Tiffany_Yang@washlaw.org