**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

**ORDER**

For the reasons stated during the April 16, 2019 Case Management Conference, it is hereby ORDERED that:

Defendant Reema Consulting Services, Inc. ("RCSI") is granted leave to file the proposed Motion to Stay. The Motion will be deemed timely if filed by **April 25, 2019**. Plaintiff Evangeline Parker's Opposition to the Motion is due by **May 3, 2019**. RCSI's Reply to Parker's Opposition is due by **May 9, 2019**.

Date: April 16, 2019

                        /s/
                 THEODORE D. CHUANG
                 United States District Judge