**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER       *

    Plaintiff                 *

v.                               *       Civil Action No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC. *

    Defendant             *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**UNOPPOSED MOTION TO LIMIT DISCOVERY AND PARTIALLY STAY**

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, moves to limit discovery and partially stay the present action pending RCSI's petition for Writ of Certiorari and for its reasons, states:

1.     The Court of Appeals issued its decision in the present action on February 8, 2019. Under Rule 13 of the Rules of the Supreme Court of the United States, RCSI has 90 days to file a petition for writ of certiorari with the United States Supreme Court. The deadline for RCSI to file its petition is May 9, 2019.

2.     For reasons discussed during the Parties' April 16, 2019 status conference with the Court and Defendant's Motion to Stay, docket entry 58, RCSI intends to file a Petition for Writ of Certiorari.

3.     RCSI has answered Plaintiff's Complaint.

4.     Pursuant to the Court's Order dated April 16, 2019, the parties met and conferred, and agreed to a partial stay of proceedings pending resolution of the Petition for Writ of Certiorari. Specifically, the Parties agree that written discovery, in the form of interrogatories and requests for production of documents, shall proceed during the pendency of the Petition for

{00388893v. (15424.00002)}

Writ of Certiorari, and that depositions shall not be noticed or scheduled until the Petition has been decided.  In the event that the Petition is denied, all remaining discovery shall proceed to completion.  In the event that the Petition is granted, the Parties consent to a full stay of the proceedings in this matter, pending disposition by the United States Supreme Court.

5.      RCSI relies on and incorporates the arguments and analysis set forth in the legal memorandum filed at docket entry 58-1 in support of the Court's authority to grant the relief requested herein.

WHEREFORE, RCSI respectfully requests that this Court enter an Order permitting written discovery to proceed while otherwise staying discovery in the present case until the Supreme Court either (a) denies RCSI's petition for a writ of certiorari or (b) issues a ruling on RCSI's appeal.

_/s/ Gregory P. Currey_
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
Attorneys for Defendant
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Fax:  (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April 2019, a copy of the Consent Motion to Stay and proposed order was sent to those counsel identified via the Court's ECF system.

_/s/ Gregory P. Currey_