**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND**

EVANGELINE J. PARKER                     *

    Plaintiff                                     *

v.                                                    *    Civil Action No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC.  *

    Defendant                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON consideration of Defendant's unopposed motion for limited discovery and a stay, and the Plaintiff's agreement thereto, it is by the Court this _____ day of _____ 2019:

ORDERED, that the motion be, and hereby GRANTED, and it is further

ORDERED, that the Parties shall proceed with interrogatories and requests for production pending the Supreme Court's disposition of Defendant's Petition for Writ of Certiorari; and it is further

ORDERED, that the case shall be stayed in its entirety in the event the Supreme Court of the United States granted Defendant's Petition for Writ of Certiorari pending resolution of the case in that forum; and it is further

ORDERED, that in the event the Petition for Writ of Certiorari is denied, this Court shall enter a scheduling order for all remaining discovery and further deadlines in this case.


_____
Judge Theodore D. Chuang


{00388905v. (15424.00002)}                    1