**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## SUPPLEMENT TO DEFENDANT'S UNOPPOSED MOTION TO LIMIT DISCOVERY AND STAY

Reema Consulting Services, Inc. ("RCSI"), by its undersigned attorneys, supplements its Unopposed Motion to Limit Discovery and Stay, docket entry 66, and for its reasons states:

1.     RCSI's affirms that its Petition for Writ of Certiorari is being filed on May 9, 2019 to resolve the split amongst federal courts related to the legal issues in the present case, specifically whether rumors related to conduct may *per se* form the basis for a sexual harassment claim without evidence of discriminatory animus underlying the rumors.

2.     In accordance with this Court's scheduling order dated April 29, 2019 and in conjunction with RCSI's Unopposed Motion, RCSI requests that this Court suspend all deadlines set forth in that Scheduling Order save for the deadlines related to the completion of written discovery.

3.     In the event that this Court denies RCSI's Unopposed Motion, RCSI requests that this Court extend the deadline for requests for modifications to the Scheduling Order from May 8, 2019 to May 22, 2019.

{00389572v. (15424.00002)}

WHEREFORE, RCSI respectfully requests that this Court enter an Order directing that written discovery shall be permitted to proceed while otherwise staying proceedings in the present case until the Supreme Court either (a) denies RCSI's petition for a writ of certiorari or (b) issues a ruling on RCSI's appeal.

_/s/ Gregory P. Currey_
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Fax:  (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May 2019, a copy of the Consent Motion to Stay and proposed order was sent to those counsel identified via the Court's ECF system.

_/s/ Gregory P. Currey_

{00389572v. (15424.00002)}                    2