# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 20, 2019

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Reema Consulting Services, Inc.
           v. Evangeline J. Parker
           No. 18-1442
           (Your No. 18-1206)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 9, 2019 and placed on the docket May 20, 2019 as No. 18-1442.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst