## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EVANGELINE J. PARKER,

       *Plaintiff,*

v.

REEMA CONSULTING SERVICES, INC.

       *Defendant.*

Case No. 8:17-CV-01648-TDC

## NOTICE OF WITHDRAWAL OF APPEARANCE

Attorney Tiffany Yang hereby moves to withdraw her appearance as co-counsel of record for Plaintiff Evangeline J. Parker, pursuant to Rule 101.2(a) of the Local Rules of the District of Maryland.  After July 24, 2019, Ms. Yang will no longer be associated with the Washington Lawyers' Committee for Civil Rights & Urban Affairs.  This withdrawal will not interrupt this litigation nor prejudice any of the parties, as Ms. Parker will continue to be represented by attorneys of record at Fish & Richardson, PC and the Washington Lawyers' Committee for Civil Rights & Urban Affairs.  Accordingly, Ms. Yang submits that good cause exists for the Court to grant such withdrawal and respectfully requests that her name be withdrawn from the Court's listing of counsel of record in this case.

Dated: July 22, 2019       Respectfully submitted,

       By: /s/ Tiffany Yang
       Tiffany Yang (D. Md. 20011)
       WASHINGTON LAWYERS' COMMITTEE FOR
       CIVIL RIGHTS AND URBAN AFFAIRS
       700 14th Street NW, Suite 400
       Washington, D.C. 20005
       (202) 319-1000 (telephone)
       (202) 319-1010 (facsimile)
       tiffany_yang@washlaw.org

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 22, 2019, the foregoing document was filed with

the Court via CM/ECF, which will serve all counsel of record.


/s/ *Tiffany Yang*
Tiffany Yang