**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Robert J. Hesselbacher, Jr. (Bar #02380) as counsel

for Reema Consulting Services, Inc.

_/s/ Donald J. Walsh_
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
Attorneys for Plaintiff
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Fax:  (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of July 2019, a copy of the Notice of

Withdrawal of Appearance was sent to those counsel identified via the Court's ECF system.

_/s/ Donald J. Walsh_

{00393183v. (15424.00002)}