**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.: TDC-17-1648** |
| | ) | |
| **REEMA CONSULTING SERVICES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

On September 3, 2019, this Court held a telephonic hearing regarding Plaintiff's Notice of Intent to file a Motion to Compel, ECF No. 74, concerning Defendant's objections to Interrogatory Nos. 5 and 6, and Defendant's Response thereto, ECF No. 77.

Upon consideration of the parties' arguments, and for the reasons articulated on the record, Plaintiff's Notice of Intent to file a Motion to Compel is **DENIED IN PART and GRANTED IN PART**, as follows:

Regarding Interrogatory No. 6, which relates to Mr. Jennings, Plaintiff's Request to Compel is **DENIED**; and

Regarding Interrogatory No. 5, which relates to Mr. Moppins, Plaintiff's Request to Compel is **GRANTED**.

It is **ORDERED** that Defendant is compelled to provide Plaintiff with any and all information regarding any and all instances of Mr. Moppins "fighting or threatening violence in the workplace" and "boisterous or disruptive activity in the workplace" from December 1, 2014 to May 18, 2016.

Dated: 9/3/2019                                         /s/

                                        The Honorable Gina L. Simms
                                        United States Magistrate Judge