**FISH.**
FISH & RICHARDSON

September 13, 2019

Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

Honorable Theodore J. Chuang
United States District Court
6500 Cherrywood Lane
Suite 245A
Greenbelt, MD 20770

**Daniel A. Tishman**
Principal
tishman@fr.com
202 626 7725  direct

RE:   *Parker v. Reema Consulting Services, Inc.*, Civ. No. TDC-17-1648

Dear Judge Chuang:

Pursuant to § II.A.1 of the Case Management Order (Dkt. No. 52), Plaintiff Evangeline Parker seeks leave to file an unopposed motion for a Stipulated Order Regarding Confidentiality of Discovery Material, in the form provided by the U.S. District Court for the District of Maryland, https://www.mdd.uscourts.gov/sites/mdd/files/forms/StipulatedDiscoveryConfidentialityOrder-2016.docx.  Defendant Reema Consulting Services, Inc. has agreed to entry of this order, and Plaintiff submits that it is warranted in this case, given the sensitive nature of several categories of discovery materials, including financial documents, employment records, etc.

Thank you for your attention to this matter.

Sincerely,

Dan Tishman

*Approved*
*Gina L. Simms*
*U.S. Magistrate Judge*
*9/23/19*

fr.com