**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | Civil No. 8:17-cv-01648-TDC |
| v. | Jury Trial Demanded |
| REEMA CONSULTING SERVICES, INC. | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case on behalf of Plaintiff Evangeline

J. Parker. I certify that I am admitted to practice in this Court.

Dated: October 3, 2019                    Respectfully Submitted,

*/s/ Joanna K. Wasik*

Joanna K. Wasik (D. Md. Bar. No. 21063)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street Suite 400
Washington, DC 200005
202-319-1000 (t)
202-319-1010 (f)
Joanna_Wasik@washlaw.org

1