

Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

November 15, 2019

Honorable Theodore J. Chuang
United States District Court
6500 Cherrywood Lane
Suite 245A
Greenbelt, MD 20770

**Daniel A. Tishman**
Principal
tishman@fr.com
202 626 7725  direct

Re:    *Parker v. Reema Consulting Services, Inc.*, CA No. TDC-17-1648

Dear Judge Chang:

I write on behalf of Plaintiff Evangeline Parker and Defendant Reema Consulting Services, Inc., to seek leave to file a joint motion to lift the stay in the above-referenced litigation.

On May 9, 2019, this Court granted Defendant's motion to stay discovery this case in part, pending the filing and disposition of Defendant's Petition for Writ of Certiorari to the United States Supreme Court.  (Dkt. No. 69.)  On, October 7, 2019, the Supreme Court denied the Defendant's Petition.  (Dkt. No. 85.)  Accordingly, the parties seek leave to file a motion to lift the stay and respectfully propose the attached scheduling order.

Thank you for your attention to this matter.

Sincerely,

Dan Tishman

Enclosure

**Proposed Schedule**

| Date | Event |
| --- | --- |
| December 19, 2019 | Motions to amend the pleadings or for joinder of additional parties |
| June 1, 2020 | Completion of Fact Discovery |
| June 18, 2020 | Plaintiff's Rule 26(a)(2) expert disclosures |
| June 18, 2020 | Requests for admission |
| July 16, 2020 | Defendant's Rule 26(a)(2) expert disclosures |
| July 31, 2020 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| August 20, 2020 | Completion of Expert Discovery; Rule 26(e)(2) supplementation of disclosures and responses; submission of Post- Discovery Joint Status Report, see Part V |
| August 27, 2020 | Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A |