## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Evangeline Parker, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No.: 8:17-cv-01648-TDC |
| | * | |
| | * | |
| Reema Consulting Services, Inc., | * | |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

On May 19, 2019, this Court granted Defendant's motion to stay discovery. (ECF No. 69). On November 15, 2019, parties filed a "Joint Motion to Lift the Stay." (ECF No. 87). Upon consideration of the parties' joint motion (ECF No. 87), it is **19th** day of <u>November</u>, 2019, hereby,

**ORDERED**, that

(1) The parties' motion to lift the stay is **GRANTED**;

(2) The deadlines are as follows:

| Date | Event |
|---|---|
| December 19, 2019 | Motions to amend the pleadings or for joiner of additional parties |
| June 1, 2020 | Completion of Fact Discovery |
| June 18, 2020 | Plaintiffs Rule 26(a)(2) expert disclosures |
| June 18, 2020 | Requests for admission |
| July 16, 2020 | Defendant's Rule 26(a)(2) expert disclosures |

| July31,2020 | Plaintiffs rebuttal Rule 26(a)(2) expert disclosures |
| August 20, 2020 | Completion of Expert Discovery; Rule 26(e)(2) supplementation of disclosures and responses; submission of Post- Discovery Joint Status Report, see Part V |
| August 27, 2020 | Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A |

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge