**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Evangeline J. Parker | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | **Case No.** 8:17-cv-01648-RWT |
| | * | |
| Reema Consulting Services, Inc. | | |
| **Defendant.** | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Andrew Kopsidas , am a member in good standing of the bar of this

Court.   I am moving the admission of Joseph V. Colaianni, Jr.

to appear pro hac vice in this case as counsel for Plaintiff Evangeline J. Parker .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Virginia 1996 | USDC - EDVA 1997 |
| District of Columbia 1997 | USDC - EDTX  2013 |
| | Circuit Court of Appeals - CAFC |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___Andrew Kopsidas_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Andrew R. Kopsidas (16057)

Printed name and bar number

Fish & Richardson, P.C.

Office name

1000 Maine Avenue, S.W. 10th Floor, Washington DC 20024

Address

202-783-5070

Telephone number

202-783-2331

Fax Number

kopsidas@fr.com

Email Address

PROPOSED ADMITTEE

Signature

Joseph V. Colaianni, Jr.

Printed name

Fish & Richardson, P.C.

Office name

1000 Maine Avenue, S.W. 10th Floor, Washington DC 20024

Address

202-783-5070

Telephone number

202-783-2331

Fax Number

colaianni@fr.com

Email Address