**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>        Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 8:17-CV-01648-TDC<br><br>Jury Trial Demanded |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Min Suk Huh as counsel for Plaintiff Evangeline J.

Parker pursuant to Rule 101.2(a) of the Local Rules of the District of Maryland.

Dated:  January 23, 2020                 Respectfully submitted,

By:  */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of January, 2020 true and correct

copies of the above and foregoing NOTICE OF WITHDRAWAL OF APPEARANCE have been

filed and served through the Court's ECF system on the following:

Donald J. Walsh
Gregory P. Currey
**WRIGHT, CONSTABLE & SKEEN, LLP**
Attorneys for Defendant
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331