
**FISH.**
FISH & RICHARDSON

Approved.

4/22/2020

April 21, 2020

Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

Honorable Theodore J. Chuang
United States District Court
6500 Cherrywood Lane
Suite 245A
Greenbelt, MD 20770

**Daniel A. Tishman**
Principal
tishman@fr.com
202 626 7725  direct

Re:     *Parker v. Reema Consulting Services, Inc.*, CA No. TDC-17-1648

Dear Judge Chuang:

I write on behalf of Plaintiff Evangeline Parker and Defendant Reema Consulting Services, Inc., to seek leave to file a joint motion to modify the schedule in the above-referenced case, in view of the novel coronavirus known as COVID-19.

In particular, the deadline for completion of fact discovery is currently June 1, 2020 (ECF 88). In its Standing Order 2020-07 issued April 10, 2020, the District Court for the District of Maryland acknowledged that the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19 and has implemented a stay-at-home order.  The Governor of Virginia and Mayor of D.C. have implemented similar stay-at-home orders.  Prior to the COVID-19 crisis, the Parties had completed three depositions.  The Parties intend to complete a number of depositions prior to the close of fact discovery and have scheduled depositions for April and May, but are presently barred from taking in-person depositions by stay-at-home-orders.  At the present time, Plaintiff believes that certain depositions in this case will benefit from in-person meetings.

Per the Court's Order In Re: Covid-19 Pandemic Procedures issued April 10, 2020, the Parties intend to continue with all discovery that does not conflict with applicable stay-at- home orders and the anticipated pace of rescheduling as these in-person depositions are undertaken.  The parties, thus, request the following modifications to the schedule in this case:

| Current Date (ECF 88) | Proposed Modified Date | Event |
| --- | --- | --- |
| June 1, 2020 | August 1, 2020 | Completion of Fact Discovery |
| June 18, 2020 | August 8, 2020 | Plaintiff's Rule 26(a)(2) expert disclosures |
| June 18, 2020 | August 8, 2020 | Requests for Admission |
| July 16, 2020 | August 22, 2020 | Defendant's Rule 26(a)(2) expert disclosures |
| July 31, 2020 | September 5, 2020 | Plaintiffs rebuttal Rule 26(a)(2) expert disclosures |
| August 20, 2020 | September 20, 2020 | Completion of Expert Discovery; Rule 26(e)(2) supplementation of disclosures and responses; submission of Post- Discovery Joint Status Report, see Part V |
| August 27, 2020 | September 27, 2020 | Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A |

fr.com

**FISH.**
FISH & RICHARDSON

Honorable Theodore J. Chuang
April 21, 2020
Page 2

The requested modifications to the schedule provide additional time for completion of fact discovery, and compress certain other deadlines to ensure that this case is litigated efficiently and diligently.  The parties are hopeful that further modification of the schedule will not be necessary, but will promptly advise the Court should the need for further modification arise due to uncertainties regarding the amount of time in which in-person meetings will not be feasible or possible.

Accordingly, the Parties seek leave to file a motion to modify the schedule in this case.

Thank you for your attention to this matter.

Sincerely,

Daniel Tishman