**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Evangeline J. Parker                          *

**Plaintiff,**

                                         *

**v.**                                        **Case No.**  8:17-cv-01648-TDC

                                         *

Reema Consulting Services, Inc.

**Defendant.**                                *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Andrew R. Kopsidas , am a member in good standing of the bar of this

Court.   I am moving the admission of Tracea L. Rice

to appear pro hac vice in this case as counsel for Plaintiff Evangeline J. Parker .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Virginia (03/02/2020) | |
| | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___Andrew R. Kopsidas_____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____
Signature

Andrew R. Kopsidas (16057)
_____
Printed name and bar number

Fish & Richardson, P.C.
_____
Office name

1000 Maine Ave., SW, Ste. 1000, Washington, DC 20024
_____
Address

202-783-5070
_____
Telephone number

202-783-2331
_____
Fax Number

kopsidas@fr.com
_____
Email Address

PROPOSED ADMITTEE

_____
Signature

Tracea L. Rice
_____
Printed name

Fish & Richardson, P.C.
_____
Office name

1000 Maine Ave., SW, Ste. 1000, Washington, DC 20024
_____
Address

202-626-7747
_____
Telephone number

202-783-2331
_____
Fax Number

trice@fr.com
_____
Email Address