June 25, 2020

The Honorable Gina L. Simms
United States District Court for
The District of Maryland
6500 Cherry Lane
Greenbelt, MD 20770

FILED
LOGGED ___ ENTERED
___ RECEIVED

JUN 2 5 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

    RE: Parker v. Reema Consulting Services, Inc.
    Case No.:8:17-cv-01648-TDC

Dear Judge Simms:

    I am writing as Notice of Intent to File a Motion to Quash Defendants Subpoena issued to T-Mobile for my cell phone records.

    Defendant in SCHEDULE A of the subpoena to T-Mobile has requested "All documents and records, including but not limited to, all cell incoming and outgoing records, calling logs, text identifiers and text messages for number (609) 384-0207 for the time period of January 1, 2016 through and including the present date." My employment with RCSI ended in September of 2017 as they lost the contract and any professional obligations were met at that time.

    I assert that the information sought is not relevant to this case. My current relationships with staff previously associated with RCSI are irrelevant to this current dispute, that I am merely a witness to. There is no relevance in the material facts of this case within my personal records and certainly not after my employment with RCSI. I attest my records will show communication with an entire staff of employees, from Mr. Moppins down to warehouse specialists that I had previous personal relationships with prior to RCSI obtaining the contract. The Defendant seemingly seeks to form a defense around communication that they choose to exploit as a defense in this matter.

    I believe that the Subpoena for T-Mobile is nothing more than a witch hunt and an attempt to intimidate me and to cause further embarrassment in line with the remarks made to me by Mr. Moppins regarding Ms. Parker and his limited knowledge of my personal issues concerning my wife, and to