**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **EVANGELINE PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.: TDC-17-1648** |
| | ) | |
| **REEMA CONSULTING SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

On July 7, 2020, this Court held a telephonic hearing regarding Defendant's "Notice of Intent to file Motion to Quash and Motion for Protective Order" ("Motion"), ECF No. 94, and Plaintiff's response thereto, ECF No. 98.

Upon consideration of the parties' arguments, and for the reasons articulated on the record, Defendant's Motion , ECF No. 94, is **DENIED IN PART and GRANTED IN PART**, as follows:

1) Defendant's request to file a Motion to Quash is **DENIED**; and

2) Defendant's request to file a Motion for Protective Order is **GRANTED**.

At present, the Court has not imposed a deadline by which Defendant shall file its protective order motion. Plaintiff should endeavor to resolve the issues surrounding the non-party subpoena with counsel for Olgoonik Development, LLC, and also communicate with Defendant regarding the outcome of those conversations. Such effort may obviate the need for Defendant to actually seek a Protective Order.

Dated: 7/9/2020

                                 /s/
The Honorable Gina L. Simms
United States Magistrate Judge