**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

EVANGELINE J. PARKER,

Plaintiff

v.

REEMA CONSULTING SERVICES, INC.,

Defendants.

Civil Action No. 8:17-CV-01648-TDC

**JOINT MOTION REQUESTING REFERRAL FOR ALTERNATIVE
DISPUTE RESOLUTION PROCEEDINGS BEFORE A MAGISTRATE JUDGE**

Pursuant to the Scheduling Order entered on April 29, 2020 (Dkt. 67) (the "Scheduling Order") and Local Rule 607, Plaintiff Evangeline J. Parker ("Plaintiff") and Defendant Reema Consulting Services, Inc. ("Defendant") (collectively, "the Parties") hereby jointly move the Court for an order referring this matter to a Magistrate Judge for mediation upon the conclusion of discovery. In support of this motion, the Parties respectfully show the following:

1. On May 15, 2017, Plaintiff filed this action against Defendant in the United States District Court for the Eastern District of Virginia, asserting claims for hostile work environment harassment, retaliatory termination, and discriminatory termination, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII") (Dkt. 1).

2. On June 14, 2017, Plaintiff and Defendant filed a joint motion to transfer this action to the District of Maryland (Dkt. 18), which was granted on June 16, 2017 (Dkt. 19).

3. On April 9, 2019, Defendant answered Plaintiff's complaint, denying Plaintiff's claims and asserting defenses (Dkt. 57).

4.      Local Rule 607 provides that "[t]he Court authorizes the use of all alternative dispute resolution processes in civil actions. . . The magistrate judges of the Court shall constitute the panel of neutrals made available by the Court for use by the parties."

5.      Under Section V of the Scheduling Order, on August 20, 2020 (the deadline for Completion of Discovery), the parties are required to certify that "the parties have met to conduct serious settlement negotiations."

6.      Under Section V of the Scheduling Order, the parties may indicate "[w]hether the parties would agree to have the case referred to a Magistrate Judge for a mediation session, either before or after the resolution of any dispositive pretrial motion."

7.      All Parties join this request. The Parties have exchanged settlement offers and agree that a settlement conference conducted by a judicial officer would conserve resources by promoting potential resolution of this matter. The Parties further believe that engaging in a court-hosted alternative dispute resolution procedures will facilitate the potential resolution of this matter, without the need to also engage in a mediated settlement conference with a private mediator. The Parties therefore seek an order referring this matter to a United States Magistrate Judge for a court-hosted settlement conference at the Court's convenience.

8.      The parties anticipate that by the time that the settlement conference can be scheduled, all discovery will be complete.  The filing of dispositive motions will be deferred until after those settlement efforts are concluded.

For the reasons stated above, the Parties respectfully request that the Court grant this motion and enter an order referring this matter for a court-hosted settlement conference.

Dated:  July 14, 2020


By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010


*Counsel for Plaintiff Evangeline J. Parker*

By: */s/ Donald J. Walsh * with permission*
Donald J. Walsh (Bar No. 09384)
Gregory P. Currey (Bar No. 28583)
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street
18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Facsimile: (410) 659-1350

*Counsel for Defendant Reema Consulting
Services, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 14th day of July, 2020 true and correct copies

of the above and foregoing JOINT MOTION REQUESTING REFERRAL FOR ALTERNATIVE

DISPUTE RESOLUTION PROCEEDINGS BEFORE A MAGISTRATE JUDGE have been filed

and served through the Court's ECF system on the following:

Donald J. Walsh
Gregory P. Currey
**WRIGHT, CONSTABLE & SKEEN, LLP**
Attorneys for Defendant
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331