**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff | |
| v. | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC., | |
| Defendants. | |

**POST-DISCOVERY JOINT STATUS REPORT**

Plaintiff Evangeline J. Parker ("Plaintiff") and Defendant Reema Consulting Services, Inc. ("Defendant") (collectively, "the Parties") hereby hereby submit this Post-Discovery Joint Status Report in accordance with this Court's Scheduling Order, Dkt. 67.

**1. Whether Discovery has been completed.**

The parties have completed discovery.

**2. Whether any Motions are pending.**

The Parties have no pending motions at this time.

**3. Whether any Party intends to file a dispositive Pretrial Motion.**

The parties anticipate awaiting the outcome of their upcoming mediation session before filing any dispositive pretrial motions.

**4. Whether the case is to be a jury trial or a non-jury trial and the anticipated length of trial.**

The case is to be a jury trial.  Plaintiff believes that the trial will be no more than five days. Defendant believes that the trial will be no more than four days.

5. **A certification that the parties have met to conduct serious settlement negotiations, to include the date, time, and place of all settlement meetings and the names of all persons participating.**

The Parties have discussed settlement through written correspondence on numerous occasions. On April 9, 2018, the parties participated in a mediation session with the United States Court of Appeals for the Fourth Circuit. Participating on behalf of Plaintiff were Dennis Corkery and Daniel Tishman, counsel for Plaintiff. Participating on behalf of Defendant was Don Walsh, counsel for Defendant. On July 14, 2020, the parties jointly moved for an alternative dispute resolution proceeding before a Magistrate Judge at the United States District Court for the District of Maryland, Dkt. 103, and on July 20, 2020, the joint motion was granted, Dkt. 105. The Parties believe that settlement remains a possibility and intend to continue negotiations and/or alternative dispute resolution.

6. **Whether the parties would agree to have the case referred to a Magistrate Judge for a mediation session, either before or after the resolution of any dispositive pretrial motion.**

*See* § 5.

7. **Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a United States Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.**

The Parties do not consent to have a Magistrate Judge conduct all further proceedings in this case, including the Parties' dispositive pretrial motions, trial, and entry of final judgment.

2

**8. Any other matter that the parties believe should be brought to the Court's attention.**

The Parties have no other matters which they believe should be brought to the Court's attention.

Dated: July 31, 2020

By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

By: */s/ Donald J. Walsh * with permission*
Donald J. Walsh (Bar No. 09384)
Gregory P. Currey (Bar No. 28583)
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street
18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Facsimile: (410) 659-1350

*Counsel for Defendant Reema Consulting
Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31ˢᵗ day of July, 2020 true and correct copies

of the above and foregoing POST-DISCOVERY JOINT STATUS REPORT have been filed and

served through the Court's ECF system on the following:

Donald J. Walsh
Gregory P. Currey
**WRIGHT, CONSTABLE & SKEEN, LLP**
Attorneys for Defendant
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331