**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff | |
| v. | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC., | |
| Defendants. | |

**POST-MEDIATION JOINT STATUS REPORT**

Plaintiff Evangeline J. Parker ("Plaintiff") and Defendant Reema Consulting Services, Inc. ("Defendant") (collectively, "the Parties") hereby submit this Post-Mediation Joint Status Report in accordance with this Court's Order.  (Dkt. 107.)

The Parties have discussed settlement through written correspondence on numerous occasions, and participated in a mediation session with the United States Court of Appeals for the Fourth Circuit on April 9, 2018, but have been unable to reach a settlement.

On July 14, 2020, the parties jointly moved for referral for an alternative dispute resolution proceeding before a Magistrate Judge at the United States District Court for the District of Maryland upon the conclusion of discovery.  (Dkt. 103.)  Prior to filing the motion, Defendant advised Plaintiff of its intention to file a dispositive motion if alternative dispute resolution was unsuccessful.  The parties agreed that, to facilitate a resolution, dispositive motions would be deferred until after the settlement conference, if the case did not settle.  (Dkt. 103 at ¶ 8.)  On July 20, 2020, the Court granted the Parties' motion, (Dkt. 104), and referred the case for an alternative dispute resolution before Magistrate Judge Sullivan.  (Dkt. 105.)

On August 21, 2020, Magistrate Judge Sullivan scheduled the Settlement Conference for October 19, 2020. (Dkt. 108.) As part of his order, Magistrate Judge Sullivan required the parties to each submit an *ex parte* letter identifying, in part, the facts each party can prove at trial, the major weaknesses in each side's case, both factual and legal, an evaluation of the maximum and minimum damages awards each party believed likely, and a history of any settlement negotiations to date. (*Id.*) The Parties submitted such letter on October 5, 2020.

On October 16, 2020, after reviewing the Parties' *ex parte* letters and following separate discussions with the Parties, Judge Sullivan cancelled the Settlement Conference because the large discrepancy between the Parties' respective settlement positions would render such a conference futile. (Dkt. 110.) Magistrate Judge Sullivan directed the Parties to contact his chambers if and when the Parties were ready for a Settlement Conference. (*Id.*)

Because the Settlement Conference was unsuccessful, the Parties now request that the court schedule the Initial Pretrial Conference, identified in Section VII of the Scheduling Order. (Dkt. 67.)

Defendant has indicated that it intends to file a Motion for Summary Judgment. Plaintiff does not intend to file a dispositive motion. Plaintiff contends that the deadline for Notices of Intent to File a Dispositive Motion has passed. Defendant contends that the filing any Notice, if necessary, was subject to the Court's Order deferring dispositive motions until the completion of the settlement conference and further, that Plaintiff cannot demonstrate any prejudice as she was informed of Defendant's intent prior to the parties' request for referral to a magistrate judge. The parties propose the following briefing schedule for the motion for summary judgment:

- Deadline for Defendant to file its Motion for Summary Judgment – December 15, 2020;

- Deadline for Plaintiff's Opposition – January 19, 2021; and

- Deadline for Defendant's Reply – February 9, 2021.


Dated: October 30, 2020


By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Joseph Colaianni (admitted *pro hac vice*)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
Tristin Brown (Bar No. 21321)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

By: */s/ Donald J. Walsh* * *with permission*
Donald J. Walsh (Bar No. 09384)
Gregory P. Currey (Bar No. 28583)
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street
18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320
Facsimile: (410) 659-1350

*Counsel for Defendant Reema Consulting
Services, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of October, 2020 true and correct copies of the above and foregoing POST-MEDIATION JOINT STATUS REPORT have been filed and served through the Court's ECF system on the following:

Donald J. Walsh
Gregory P. Currey
**WRIGHT, CONSTABLE & SKEEN, LLP**
Attorneys for Defendant
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350
dwalsh@wcslaw.com
gcurrey@wcslaw.com

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

4