**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

**ORDER**

On December 15, 2020, Reema Consulting Services, Inc. ("Reema") filed under seal a Motion for Summary Judgment.  ECF No. 114.  The filing does not comply with Local Rule 105.11 and violates section IV.E of the Scheduling Order, ECF No. 67.  In particular, any proposed sealed document must be accompanied by a Motion to Seal providing legal justification, and any request to seal must be limited to specific text in the document, not the entire document.  Accordingly, the Motion, ECF No. 114, is hereby STRICKEN.

Reema may refile the Motion in compliance with Local Rule 105.11 and the Scheduling Order.  The Motion will be deemed timely if refiled by **Monday, December 21, 2020**.  The Court otherwise adopts the briefing schedule proposed by the parties in their Joint Status Report, ECF No. 111.  Evangeline Parker's Opposition is due by **January 19, 2021**.  Reema's Reply is due by **February 9, 2021**.

Date:  December 17, 2020

        /s/ *Theodore D. Chuang*
        THEODORE D. CHUANG
        United States District Judge