**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

EVANGELINE J. PARKER                    *

    Plaintiff                           *

v.                                      *       Case No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC. *

    Defendant                           *

*       *       *       *       *       *       *       *       *       *       *       *       *

**REEMA CONSULTING SERVICES, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, Reema Consulting Services, Inc. ("RCSI" or "Defendant"), moves pursuant to F.R.Civ. P. 56 for Summary Judgment on the claims of Plaintiff Evangeline J. Parker ("Parker" or "Plaintiff") for the reasons set forth in the accompany Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendant Reema Consulting Services, Inc. for the grounds set forth in the accompanying Memorandum of Law, respectfully requests that this Court grant the Motion for Summary Judgment and enter judgment as a matter of law in favor of RCSI and against Plaintiff as to all claims set forth in the Complaint.

       _/s/ Donald J. Walsh_____
       Donald J. Walsh (Bar # 09384)
       Gregory P. Currey (Bar #28583)
       Wright, Constable & Skeen, LLP
       7 St. Paul Street, 18th Floor
       Baltimore, Maryland 21202
       Telephone: (410) 659-1320
       dwalsh@wcslaw.com


       *Attorneys for Defendant Reema Consulting,*
       *Inc.*

{00424914v. (15424.00002)}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of December, 2020, a copy of the foregoing along with the supporting redacted Memorandum of Law, was served on all counsel of record via the Court's electronic filing system.

/s/ Donald J. Walsh
Donald J. Walsh