**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Case No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANT'S REPLY TO OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, Reema Consulting Services, Inc. ("Defendant" or "RCSI"), by its undersigned counsel, submits this Reply to the Opposition of Plaintiff Evangeline J. Parker's ("Plaintiff" or "Parker").  Notwithstanding Parker's Opposition, for the reasons set forth in the attached Reply Memorandum and in RCSI's Memorandum in Support of Motion for Summary Judgment which are incorporated herein by reference, there are no genuine issues of material fact and RCSI is entitled to summary judgment on both of Plaintiff's claims as a matter of law.

WHEREFORE Defendant RCSI respectfully requests that this Court enter judgment on behalf of RCSI as to all of Plaintiff's claims and for such further relief as appropriate.

_/s/ Donald J. Walsh_
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320

_Attorneys for Defendant_

{00428327v. (15424.00002)}

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 9th day of February, 2021, a copy of the foregoing Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, was served on all counsel of record via the Court's electronic filing system and via email.

/s/ Donald J. Walsh
Donald J. Walsh