**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Case No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE**

To the Clerk:

Attached is the Joint Record as ordered by The Honorable Theodore D. Chuang. A paper copy, in color, tabbed and indexed, has been sent via Federal Express to the Court – expected delivery is today, February 16, 2021.

     */s/ Donald J. Walsh*
Donald J. Walsh (Bar # 09384)
Gregory P. Currey (Bar #28583)
Wright, Constable & Skeen, LLP
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1320

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of February, 2021, a copy of the foregoing Line and Joint Record, was served on all counsel of record via the Court's electronic filing system and via email.

     */s/ Donald J. Walsh*
Donald J. Walsh

{00428702v. (15424.00002)}