J.R. 000653

 **REEMA** CONSULTING SERVICES, INC

June 2013

# TABLE OF CONTENTS

Welcome Letter from the President .................................................................................... 1

**Section 100 – Introduction** ........................................................................................... 2
101. Background ............................................................................................................. 2
102. Our Vision .............................................................................................................. 2
103. Our Mission ........................................................................................................... 2

**Section 200 – Employment Policies** ............................................................................ 3
201. Purpose of Manual ................................................................................................ 3
202. Equal Employment Opportunity and Affirmative Action ..................................... 3
203. Americans with Disabilities Act (ADA) ............................................................... 4
204. Employment at Will .............................................................................................. 4
205. Workplace Violence .............................................................................................. 5
206. Open Door Policy .................................................................................................. 5
207. Hiring Procedures ................................................................................................. 5
208. Employment Applications ..................................................................................... 6
209. Security Clearance/Suitability Determination ...................................................... 6
210. Employment of Relatives ...................................................................................... 7
211. Immigration Law Compliance .............................................................................. 7

**Section 300 – Employment Cycle** ................................................................................ 8
301. Employment Classifications ................................................................................. 8
302. Trial Period ........................................................................................................... 8
303. New Hire Orientation ............................................................................................ 9
304. Job Descriptions .................................................................................................... 9
305. Personal Data Changes .......................................................................................... 9
306. Performance Evaluations ....................................................................................... 10
307. Training ................................................................................................................. 10
308. Merit Increases ...................................................................................................... 10

REEMA000009

J.R. 000654

**REEMA**
CONSULTING SERVICES, INC.

June 2013

309. Access to Employee Files ......................................................................... 10

**Section 400 – Professional Conduct** ................................................................ 12

401. Ethics at Work ..................................................................................... 12

402. Non-Disclosure .................................................................................... 13

403. Solicitation ......................................................................................... 14

404. Personal Appearance ............................................................................. 14

**Section 500 – Work Hours & Pay Practices** ..................................................... 15

501. Work Week ......................................................................................... 15

502. Reporting Time Worked .......................................................................... 15

503. Pay Days & Direct Deposit ...................................................................... 15

504. Payroll Deductions ............................................................................... 16

505. Overtime ............................................................................................ 16

506. Compensatory Time .............................................................................. 16

507. Employee Exit Procedures ...................................................................... 16

**Section 600 – Time Away from Work** .............................................................. 18

601. Holidays ............................................................................................. 18

602. Paid Time Off (PTO) ............................................................................. 18

602a. Scheduled Leave ................................................................................ 19

602b. Unscheduled Leave ............................................................................. 19

602c. Leave Request Form ............................................................................ 19

602d. Return to Work Form ........................................................................... 20

602e. Monitoring Leave ................................................................................ 20

602f. Maximum Leave Accrual ........................................................................ 20

602g. Termination of Employment .................................................................... 20

603. Family and Medical Leave (FMLA) ............................................................ 20

603a. Eligibility ......................................................................................... 21

603b. Intermittent Leave ............................................................................... 21

603c. Paid Time .......................................................................................... 21

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.*    ii

REEMA000010

J.R. 000655



June 2013

603d. Benefits ........................................................................................ 21

603e. Notification ................................................................................... 21

603f. Return from Leave ......................................................................... 21

604. Short Term Disability ...................................................................... 22

604a. Elimination Period ......................................................................... 22

604b. Coordination with Family and Medical Leave ............................... 22

604c. Termination of Employment .......................................................... 22

605. Military Leave ................................................................................. 23

605a. Notification ................................................................................... 23

605b. Compensation ............................................................................... 23

605c. Benefits ......................................................................................... 23

605d. Reinstatement ............................................................................... 23

606. Jury Duty ........................................................................................ 24

606a. Notification ................................................................................... 24

606b. Service as a Juror or Witness ......................................................... 24

606c. Payment ......................................................................................... 24

607. Inclement Weather Policy ................................................................ 24

608. Emergency Closings ........................................................................ 25

609. Early Government Dismissal ............................................................ 25

**Section 700 – Employee Benefits** ........................................................ **26**

701. Eligibility ....................................................................................... 26

702. Health Insurance ............................................................................. 26

703. Dental Insurance ............................................................................. 26

704. Short Term Disability ...................................................................... 26

705. Benefits Continuation (COBRA) ..................................................... 26

706. Group Term Life Insurance ............................................................. 27

707. Employee Assistance Program (EAP) .............................................. 27

**Section 800 – Health & Safety** ............................................................ **28**

801. Safety ............................................................................................. 28

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.*  iii

REEMA000011

J.R. 000656

REEMA
CONSULTING SERVICES, INC

June 2013

802. Worker's Compensation ............................................................. 28

802a. Medical Treatment ................................................................. 28

802b. Notification ......................................................................... 28

803. Alcohol and Drug Use ............................................................ 29

803a. Definitions .......................................................................... 29

803b. Definitions of and Types of Testing ...................................... 30

803c. Procedural Requirements ...................................................... 30

803d. Policy Prohibitions .............................................................. 31

803e. Confidentiality and Privacy ................................................. 32

803f. Voluntary Treatment and Counseling .................................... 32

803g. Reservation of Rights ........................................................... 33

804. Smoking ............................................................................... 33

805. Bulletin Boards .................................................................... 33


**Section 900 – Administrative Policies** ......................................... 34

901. Use of Worksite Computers and Electronic Communications Systems ...... 34

902. Social Media ........................................................................ 34

903. Personal Laptops .................................................................. 35

904. Use of Personal Cell Phones ................................................. 35

905. Use of Company Cell Phones ................................................ 35

906. Safety Issues of Cell Phone Use ........................................... 35

907. Use of Company and Government Owned Vehicles ................ 36

908. Use of Government Owned Equipment .................................. 37

909. Personal Property ................................................................. 37


**Section 1000 – RCSI Rules and Regulations** .............................. 38

1001. Employee Conduct .............................................................. 38

1002. Attendance & Punctuality .................................................... 38

1002a. Absence Notification .......................................................... 39

1002b. Absence without Notification .............................................. 39

1002c. Lateness Notification .......................................................... 39

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.* iv

REEMA000012

J.R. 000657

REEMA
CONSULTING SERVICES, INC.

June 2013

1003. Sexual Harassment..................................................................................39

1004. Disciplinary Action................................................................................40

1005. Inspections and Work Place Searches ...................................................41


**Appendix**.............................................................................................**42**

Leave Request Form .................................................................................43

Return to Work Form................................................................................45

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.*   V

REEMA000013

J.R. 000658

**REEMA**
CONSULTING SERVICES INC

June 2013

# Welcome Letter from the President

Dear Staff Member,

I want to welcome new staff members to Reema Consulting Services, Inc. (RCSI) and to acknowledge those who are now supporting RCSI. At RCSI, we recognize our employees are an essential and integral part of our success and our reputation.

RCSI strives to be a positive and open workplace, recruiting and retaining employees who find great satisfaction in accomplishing their objectives. I expect that your dedication and expertise will contribute to our company mission to provide outstanding customer service and deliver innovative solutions.

This employee handbook has been written to serve as a guide for the employer and employee. This handbook describes the Company benefits provided to you as a valued employee as well as helps to clarify your responsibilities.

I hope that you will take pride in your new job and share our company spirit. I also hope that you will gain satisfaction and personal fulfillment in knowing that your contribution helps both the company and its clients achieve its missions.

Once again, welcome to Reema Consulting Services, Inc.!

Sincerely,

Rajesh S. Vora
President

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.*    1

REEMA000014

J.R. 000659



## Section 100 – Introduction

### 101. Background

Established in 1995, Reema Consulting Services, Inc. (RCSI) is a Small Business Administration certified small business. RCSI is accustomed to managing large complex programs, which involve different functional areas. Several of these programs are mission-critical and require complete accountability. RCSI provides a diverse range of services including programmatic, administrative, warehouse, print mail, personnel security/suitability, information technology, accounting, finance, scientific, and administrative support services. We have expertise in providing high-quality services and customized solutions. RCSI has a demonstrated track record of providing timely, professional, secure, and cost-effective services that meet and exceed our clients' expectations.

### 102. Our Vision

Reema Consulting Services, Inc. will be an exceptional government contractor dedicated to the highest standards of excellence at all levels and in all areas of support. All employees will respect and value each other. All employees will be committed to provide clients world-class service through continuous improvement motivated by teamwork, innovation, and reliability

### 103. Our Mission

Reema Consulting Services, Inc. will continue to expand its capabilities, increase its efficiency, and enhance the level of customer service that it now provides to heighten the standard of excellence that it has set in the government industry, while sustaining a challenging and rewarding work environment for its employees.

REEMA000015

 **REEMA**

## Section 200 – Employment Policies

### 201. Purpose of Manual

The RCSI Human Resources Policy Manual is designed to provide a clear statement of the Company's Human Resources policy. The policies contained in this manual are in accordance with the values and goals of the Company. These policies should be used to advise and guide day-to-day human resources decisions.

These policies have been developed to guide the Company into the future while at the same time respecting the past. Reflected here in these policies is a philosophy that focuses on balancing the effective management of the employees and the operations of the Company.

This manual is published and maintained as a guide for managers and employees so that human resources matters can be handled more consistently and justifiably throughout the Company. An important effort has been made to recognize the differences present in the various locations and areas of the Company; however, these policies were developed by focusing on the rules and responsibilities our one organization has in common. This manual replaces all inconsistent communications and statements as well as prior personnel policies and procedures.

The Human Resources Manual is designed to be the primary reference document for communicating and interpreting human resources policies, programs, and procedures to employees at RCSI. The manual will be updated periodically to reflect changes in Company policy and changes in the law.

Policies set forth in this handbook are not intended to create a contract, nor are they to be construed to constitute contractual obligations of any kind or a contract of employment between RCSI and any of its employees. The provisions of the handbook have been developed at the discretion of management and except for its policy of employment at-will, may be amended or cancelled at any time, at RCSI's sole discretion.

### 202. Equal Employment Opportunity and Affirmative Action

RCSI is committed to equal employment opportunity and affirmative action. However, no requirements in this manual or in separate communications should be construed as an implied or expressed contract or guarantee of employment or contractual commitment of the Company.

The Company reserves the right to interpret, change, modify, add, delete or not apply all or part of the provisions of this manual at any time.

RCSI provides equal employment opportunity to all employees and to all applicants for employment regardless of race, color, gender, religion, age, national origin, sexual orientation, marital status, disability, veteran status or other unlawful factors. These policies apply to all company activities including, but not limited to, recruitment, hiring, compensation, training, promotion, and discharge. In compliance with federally mandated programs, it is the policy of RCSI to maintain an affirmative action program towards applicants and employees in protected classes, including women, minorities, people with disabilities and Vietnam era veterans.

REEMA000016

J.R. 000661



June 2013

Employment decisions are based on job-related employment standards. Promotion decisions are based on merit, qualifications and competence, and experience, and are made in accordance with principles of equal employment opportunity by imposing only valid job requirements. This policy governs all aspects of application, employment, promotion, assignment, discharge, and other terms and conditions of employment.

The Manager of Human Resources is responsible for ensuring that reporting and monitoring procedures are in place to assess and improve the effectiveness of equal opportunity and affirmative action programs.

## 203. Americans with Disabilities Act (ADA)

The Americans with Disabilities Act (ADA) protects the employment and accessibility rights of individuals with disabilities. As defined by ADA, an individual with a disability is one who has a physical or mental impairment that substantially limits one or more major life activities, or who has a record of such impairment, or who is regarded as having such impairment.

The ADA prohibits discrimination against qualified persons with disabilities in all employment practices, including job application procedures; hiring; firing; advancement; compensation; fringe benefits; training; and other terms, conditions, and privileges of employment.

Post-offer medical examinations are required for certain contractual positions in which there is a bona fide job-related physical requirement and are given to all persons entering the position only after conditional job offers. Medical records will be kept separate and confidential.

It is the policy of RCSI to comply with the ADA as it pertains to all of its employment practices. Any question regarding the Act or it implementation within RCSI should be addressed to the Manager of Human Resources.

## 204. Employment at Will

Employment with RCSI is subject to the conditions stated in the letter of offer extended to each employee. These conditions include, but are not limited to, obtaining a secret clearance, the continued need for the position, and continued satisfactory performance. The offer and its acceptance are not a contract of employment.

An employees' employment relationship with RCSI is terminable at the will of either the employee or RCSI, at any time, with or without cause. Either the employee or RCSI may end the employment relationship at any time with a two week advance notice. In cases where the employee is being terminated for a serious violation of RCSI policy, for gross incompetence in job performance, or where he or she represents a security risk, the two-week period may be waived.

Although employment is at will, terminations for performance are generally preceded by a period during which the program manager interacts with the employee to make him or her aware of the

REEMA000017

J.R. 000662

 REEMA

June 2013

specific performance problem(s) and the employee is provided with an opportunity to improve performance. If this process does not result in an acceptable improvement in performance, the employment relationship will be terminated.

## 205. Workplace Violence

It is RCSI's policy to promote a safe work environment for is employees and others working or conducting business at RCSI. RCSI is committed to working with its employees to maintain a work environment free from violence, threats of violence, harassment and intimidation.

Violence, threats, harassment and intimidation in our workplace will not be tolerated; that is, all reports of incidents will be taken seriously and will be dealt with appropriately. Such behavior can include oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm. The following list of behaviors, while not inclusive, provides examples of conduct that are prohibited:

- Causing physical injury to another person
- Possession of a weapon while on RCSI property or while on government property
- Making threatening remarks that communicate a direct or indirect threat of physical harm
- Aggressive or hostile behavior that creates reasonable fear of injury to another person or subjects another individual to emotional distress
- Intentionally damaging employer property, property of another employee, or government property

## 206. Open Door Policy

Direct and open communication is fundamental to RCSI's culture. Good communication means that a healthy environment of mutual trust and respect exists in which employees and managers can comfortably discuss work issues or employment concerns. Because communication is so important, RCSI has adopted a formal open door policy. The open door policy encourages open communication, feedback, and discussion about any matter of importance to an employee. If you have a problem, a complaint, a suggestion, or an observation, your manager is committed to listening and responding to you. Most problems can and should be solved in discussion with your immediate supervisor. The simplest, quickest and most satisfactory solution will most often be reached at this level. If, however your concern is not resolved satisfactorily, you may bring your concern to the next level of management and/or Human Resources. If you are unsure about what direction to take, or would like assistance in approaching your manager, the Human Resources Manager can guide you through this process.

## 207. Hiring Procedures

All regular positions at RCSI are filled following an open solicitation for applicants, review of credentials, and selection of the most qualified candidate. A position is considered open when it has been included in an approved contract and has had a written description developed for it. When appropriate, positions will be advertised in local newspapers or the Internet.

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.*    5

REEMA000018

 **REEMA**
CONSULTING SERVICES INC

Announcements may also be sent to individuals. RCSI reserves the right to post jobs internally prior to posting externally. Applications are maintained for a minimum of 1 year and may be made available for consideration in other positions that may open.

## 208. Employment Applications

RCSI relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. All job applicants are required to complete an employment application as part of the job application process. Any misrepresentations, falsifications, or material omissions in any of this information or data may result in the Company's exclusion of the individual from further consideration for employment or, if the person has been hired, termination of employment.

## 209. Security Clearance/Suitability Determination

RCSI performs a large percentage of its business with the U.S. Government; therefore, employees must maintain the necessary security clearance/suitability determination as required for the contract position. These clearances may include Top Secret, Secret, or Confidential. These determinations may include High Risk, Moderate Risk, or Low Risk Pubic Trust. If an employee is unable to maintain the required security clearance/suitability determination, their employment could be terminated.

Employees working on classified contract(s) are REQUIRED to report the following personal information to RCSI's Facility Security Officer within 24 hours of the incident:

Changes in Personal Status:
- Name Change
- Marital Status
- Citizenship
- Change in Home Address

Adverse Information –About Yourself or Other Cleared Individuals:
- Financial Irresponsibility
- Wage Garnishments
- Bankruptcy
- Arrests
- Legal Actions
- Substance Abuse
- Serious Psychiatric Problems
- Demonstrated Lack of Judgment or Responsibility
- Loss or Compromise
- Mishandling of Classified Information

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.*    6

J.R. 000664



## 210. Employment of Relatives

It is the policy of RCSI that relatives of persons currently employed by the organization may be hired only if they will not be working directly for or directly supervising a relative. If already employed, they will not be transferred into such a reporting relationship.

For the purposes of this policy, a relative is defined to include present or former spouses, domestic partners, parents, children, brothers, sisters, brothers- and sisters-in-law, fathers- and mother-in-law, stepparents, stepbrothers, stepsisters, and stepchildren.

## 211. Immigration Law Compliance

RCSI complies with the Immigration Reform and Control Act of 1986 and is committed to employing only United States citizens and others who are authorized to work in the United States.

As a condition of employment, each new employee must properly complete, sign, and date the first section of the Immigration and Naturalization Service Form I-9 and submit proper documentation no later than the first day of employment. Before beginning work, rehired employees must also complete the form, if their previous I-9 is more than three years old, or if their previous I-9 is no longer valid.

REEMA000020

J.R. 000665

 **REEMA**

## Section 300 – Employment Cycle

### 301. Employment Classifications

RCSI has established definitions for employment classifications so that employees understand their employment status and benefits eligibility. Each job is designated as either non-exempt or exempt from the overtime provisions of the Fair Labor Standards Act. This classification is included in each job description and is pursuant to the contract between RCSI and the client.

In addition, each employee will belong to one of the following employment categories:

**Regular:** An individual who is hired into a Company position that is expected to be ongoing. Employees are considered full-time and are scheduled to work a minimum of 30 hours per week. Employees are eligible for RCSI's benefit programs, vacation, and holiday pay.

**Part-Time:** An individual who is hired into a Company position to work less than 30 hours per week. Employees are not eligible for RCSI's benefit programs except for Social Security, worker's compensation, life insurance, vacation, and holiday pay.

**Temporary:** An individual hired as a temporary replacement for a regular employee, for a special project or to meet additional workloads. Temporary employees are not eligible for RCSI's benefit programs except for Social Security and worker's compensation.

**Service Contract Act (SCA):** An individual who is hired to work on a specific contract which stipulates the minimum remuneration and fringe benefits payable. Employees receive wages as determined by the Department of Labor Wage Determination Standards, health and welfare benefits, holiday pay, and vacation. SCA employees are either regular or part-time employees. Sick leave benefits are not applicable to SCA employees.

### 302. Trial Period

All new and rehire employees are evaluated after completing a 6-month trial period. The trial period is intended to give employees the opportunity to demonstrate their ability to achieve a satisfactory level of performance. RCSI uses this period to evaluate employee capabilities, work habits, and overall performance. Any significant absence will automatically extend this period by the length of the absence.

During the trial period, new employees receive those benefits for which they are eligible according to the Company plan. Personal time may be taken as long as it does not exceed the number of days that have been accrued. Benefit programs are effective the first day of employment. Benefits that are dictated by law, such as worker's compensation insurance and Social Security, are received during the trial period.

Employees who are transferred within RCSI may be required to serve another trial period if the requirements of the new assignment differ significantly from those of the previous position. The length of the additional trial period will normally be 3 months, but may be extended to 6 months

REEMA000021

J.R. 000666

 **REEMA**
CONSULTING SERVICES INC

June 2013

under exceptional circumstances. In cases of transfers within the Company, an employee who, in the judgment of the manager and with the concurrence of the Manager of Human Resources, is not successful in the new position can be removed from that position at any time during the trial period. If this occurs, the employee may be allowed to return to his or her former job or to a comparable job for which the employee is qualified, depending on the availability of such positions and the needs of the Company.

At any time during the trial period, either the employee or RCSI may end the employment relationship "at will" during or after the trial period, with or without cause, with or without advance notice, or without reference to the progressive discipline policy.

### 303. New Hire Orientation

Prior to hiring, the Human Resources Manager will discuss the following basic subjects with the candidate during the interview process:

- Mission of the Company
- Objective of the contract
- Candidate's job description
- Security clearance/suitability determination process
- Security briefing, if applicable
- Benefit programs

During the first week of employment, new employees receive basic orientation of RCSI which includes new hire paperwork, review of and enrollment in benefits, pay procedures, and review of basic employment policies. In addition, the employee's program manager or alternate program manager should review the following subjects:

- Emergency and safety procedures
- Work schedule and absence reporting
- Leave and time and effort reporting
- Department procedures and utilization

### 304. Job Descriptions

RCSI jobs have written job descriptions which are reviewed periodically for accuracy and completeness. Job descriptions are available from Human Resources. Job descriptions provide guidance to managers in determining job classifications for hiring and promotions. Job descriptions are also used to assist managers in assessing and evaluating their employees.

### 305. Personal Data Changes

It is the responsibility of each employee to promptly notify Human Resources of any changes in personal data. Personal mailing addresses, telephone numbers, individuals to be contacted in the event of an emergency, and other such information should be accurate and current at all times.

REEMA000022

J.R. 000667

 **REEMA**

## 306. Performance Evaluations

All regular employees receive and participate in a formal semi-annual performance evaluation Evaluations for all employees occur each June and January.

Newly hired employees are reviewed following completion of a 6-month trial period (see Section 302). Salary actions at RCSI are based on merit and are intended to recognize the level of employee performance. RCSI pay bands for SCA employees are regulated by contract stipulations and applicable Department of Labor Wage Determination Standards. The salary pool for merit pay increases is approved annually by the President.

Managers and employees are strongly encouraged to discuss job performance and goals on a regular basis. In conjunction with their manager, employees establish short and long term goals as part of the semi-annual evaluation process. During the year, employees and managers meet periodically to discuss the performance goals and to identify and correct weaknesses, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting the goals.

## 307. Training

RCSI employees are required to attend mandatory training as identified by government regulations and as directed by the COR and/or ACOR. Program managers and supervisors shall also identify/designate specific training as mandatory training to ensure employees have the knowledge and skills to successfully complete job task requirements.

## 308. Merit Increases

The merit increase program is directed by RCSI. Eligibility for an increase or bonus, the effective date of the increase or bonus, and other details of the program may vary from year to year according to criteria established by RCSI. Merit increases are based on the following factors:

- The performance level of the incumbent employee.
- The appropriate salary considering the incumbent's performance.
- Salary increase or bonus funds available from the Company salary pool.

Managers must recommend whether an employee should receive an increase or bonus. Within the limitations of the merit budget, increases and bonuses are awarded on the basis of the three factors listed above. Factors that should not be considered for merit increases and bonus include: length of service, market comparability, and cost of living. All merit increases and bonuses are subject to the RCSI President's approval.

## 309. Access to Employee Files

Employee files are the property of RCSI and access to the information that they contain is restricted. Managers may obtain access to employee files whom they supervise but must have a legitimate reason to review the information. An employee may review material in his/her file but

REEMA000023



only in RCSI's office and in the presence of the Human Resources Manager. Employees may obtain copies of their employee file by requesting them from Human Resources. After termination or resignation, any requests for references received from a new hiring agency must be directed to Human Resources. RCSI will provide only the employee's title, salary, and dates of employment information.

REEMA000024

J.R. 000669



June 2013

## Section 400 – Professional Conduct

### 401. Ethics at Work

The successful business operation and reputation of RCSI is built upon the principle of fair dealings and the ethical conduct of our employees. The continued success of RCSI is dependent upon our clients' trust and we are dedicated to preserving that trust. RCSI will conduct its business affairs fairly, impartially, and in accordance with unwavering legal and ethical standards. Conduct of any kind that may raise questions as to the Company's honesty, integrity, impartiality, reputation, or activities that could cause embarrassment to the Company or damage to its reputation, are prohibited. Employees are required to carefully observe all applicable laws and regulations with regard to personal integrity. Employees whose behavior is found to violate ethical or legal standards will be subject to disciplinary action, including and up to termination.

RCSI will comply with all applicable laws and regulations and expects its directors, officers, and employees to conduct business in accordance with the letter, spirit and intent of all relevant laws, and to refrain from any illegal, dishonest, or unethical conduct. General guidelines for the conduct of all personnel are as follows:

1.      Employees are encouraged to use good judgment and adhere to acceptable conduct at all times. If a situation arises that requires guidance to determine the proper course of action, the matter should be discussed openly with their supervisor and the Human Resources Manager for advice and consultation, if necessary.

2.      Obey all relevant laws, including but not limited to: laws that apply to illegal drugs, alcoholic beverages, civil rights, copyright protection, and government contracting. Employees should seek advice from the Human Resources Manager or RCSI Corporate Attorney whenever they have a question concerning the application of the law.

3.      Record all disbursements of funds and all receipts of funds properly, promptly, and accurately. The Company's financial statements and all books and records, on which they are based, must be accurate and in accordance with established finance and accounting policies.

4.      Work honestly and fairly with respect to clients, vendors, financial partners, and all personnel. The long-term success of RCSI depends upon establishing mutual and beneficial relationships. Laws require that we comply with written contracts and agreements. RCSI's policy is to fully cooperate with any appropriate government investigation.

5.      Avoid conflict of interest. Employees should avoid actual or potential conflict of interest situations. Consequently, an employee having any interest—direct or indirect—in any competitor, vendor, or client of the Company should promptly disclose the interest in writing to his or her supervisor and obtain approval from the supervisor to continue the relationship. Employees should not offer their skills or services to competitors. Employees should not engage in outside businesses that compete with, or sell goods or services to the Company. Employing family members in direct supervisory-subordinate relationships must be approved by the Company's president.

REEMA000025

**REEMA**

June 2013

6.    Business entertainment, when approved, should be lawful, appropriate, within acceptable boundaries of good taste, and for business purposes.

7.    Avoid the improper receiving and giving of gifts. The exchange of gifts with clients, vendors, and business associates is not a normal business practice. Receiving or giving gifts of significant value could compromise the objectivity of an employee as well as create the appearance of a possible impropriety. Gifts received or given by an employee must be disclosed to the employee's supervisor. The supervisor will determine whether the gift should be accepted, turned over to the Company, or returned. Receiving or giving perishable gifts (e.g., fruit and flower baskets) or commemorative items (plaques and framed photographs), which have little or no intrinsic or resale value, should also be disclosed to the employee's supervisor.

8.    Safeguard the assets of RCSI and its clients. Employees are expected to preserve the Company's assets, its property, equipment, and equipment furnished by clients and vendors. Personal use of supplies, materials, equipment, tools, or inventory belonging to the Company or its clients is prohibited. Such use not only violates Company policies, but also may violate tax or other legal requirements.

9.    Company contracts must be performed in accordance with the requirements of each contract as well as in compliance with all of the laws and regulations applicable to RCSI's business. It is mandatory that the requirements of proper time charging be observed.

10.    Report all known violations within 24 hours of occurrence. RCSI expects employees to report violations of standards to their supervisors or RCSI's Human Resource Manager or RCSI's Corporate Attorney.

Compliance with this policy of standard business ethics and conduct is the responsibility of every RCSI employee. Disregarding or failing to comply with this standard of business ethics and conduct could lead to disciplinary action, up to and including possible termination of employment.

## 402. Non-Disclosure

RCSI maintains information that, if released to the public, could place RCSI in a competitive disadvantage. Likewise, many projects that RCSI works on may be sensitive to our client. This information is generally not classified in the CONFIDENTIAL or SECRET security sense. All work that is performed on Company time or for a RCSI client is considered the property of RCSI or the client.

Confidential (also referred to as proprietary or for official use only) information is any information conveyed in written, graphic, oral, or physical form relating to pending proposals and projects, programs, projects under development, financial data, customer lists, marketing plans and strategies, trade secrets, scientific and mathematics knowledge, including but not limited to, scientific techniques, know-how, formulae, technical data and prototypes, research

REEMA000026

J.R. 000671



and development plans and efforts, new materials research, patents, non-public publications, software, or any other information from RCSI, that may benefit competitors.

New employees will be required to sign the *Non-Disclosure Agreement* form during new hire orientation. Clients may require that a separate form be signed in order to protect their interests. Disclosing confidential information may subject the employee to internal Company disciplinary measures up to, and including employment termination.

## 403. Solicitation

In an effort to ensure a productive and harmonious work environment, employees may not solicit or distribute literature in the workplace at any time for any purpose. In addition, persons not employed by RCSI are not permitted to solicit or distribute literature on Company premises.

## 404. Personal Appearance

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the business image that RCSI presents to the community. During business hours, employees are expected to present a clean and neat appearance and to dress according to the requirements of their positions. Employees who appear for inappropriately dressed will be sent home and directed to return to work in proper attire. Under such circumstances, employees will not be compensated for the time away from work.

REEMA000027



June 2013

## Section 500 – Work Hours & Pay Practices

### 501. Work Week

The standard work week at RCSI is Monday through Friday. For employees who work 10 hour days, their work week is Monday through Thursday. All employees receive a half hour lunch.

**Breaks:** A break period of fifteen minutes is allowed in the morning and afternoon. This time may be added to the lunch hour. Scheduling of break periods for individuals should not interfere with normal operations. Break periods should not occur at the beginning or at the conclusion of the working day.

### 502. Reporting Time Worked

Employees are required to accurately record time worked and leave time taken. Federal and state laws require RCSI to keep an accurate record of hours worked and leave taken in order to calculate pay and benefits. All employees are required to follow the following policies when reporting time:

1. Timesheets must be completed in black or blue ink.
2. All errors must be corrected by drawing a line through the mistake and initialed by the employee. This includes any errors made by their supervisor.
3. Employees must use the correct charge number, cost center and labor suffix (as posted by the Payroll office).
4. All rows and columns must be totaled.
5. Timesheets must be submitted with signatures of both the employee and supervisor.
6. Employees who are working at off-site/satellite offices may fax their timesheet to the Payroll office and mail the original timesheet to Payroll.
7. Should an employee be unable to turn his/her timesheet on the appropriate date due to illness or vacation, it should be signed, dated and turned in to the Payroll office immediately upon the employee's return to work.
8. Timesheets are due according to the payroll schedule as published by Payroll.

Timesheets may be audited by supervisors and management personnel without prior notice. Government auditors may also audit timesheets on a random basis. It is imperative that timesheets are accurately maintained on a daily basis.

### 503. Pay Days & Direct Deposit

Employees are paid twice per month, on the 9th and 24th of the month. When a payday falls on a weekend or a holiday, payment is made on the Friday prior to the payday. Each pay check carries a statement explaining gross earnings and deductions. Direct deposit is available to all employees. RCSI highly recommends all employees to sign up for direct deposit. Direct deposit compensation is forwarded to one bank account for either checking or savings. To sign up for direct deposit, employees must submit a direct deposit application and provide a copy of a voided check or a savings account slip. See Human Resources for additional information.

REEMA000028

J.R. 000673



## 504. Payroll Deductions

Payroll deductions will be made as required by law which includes federal and state withholding taxes, social security withholdings, garnishments, and any other deductions required by law. Where applicable, payroll deductions will be made for selected benefit programs. Each employee is responsible for the accuracy of tax forms and for updating their information when necessary.

Employees are encouraged to review their payroll statements each pay day. The Finance and Accounting department should be contacted if employees have questions about their payroll statements.

## 505. Overtime

All jobs are assessed to determine whether or not they are exempt or non-exempt according to the employee's job description. If an employee is non-exempt they are subject to the Fair Labor Standards Act overtime requirement.

At times, when operating requirements cannot be met during regular business hours, employees may be required to work overtime. The Government Contracting Officer or Contracting Officer's Representative and Program Manager must approve overtime before an employee works overtime. Approval must be in writing via email or Overtime Authorization Form. Employees are required to submit a completed signed copy of the overtime form along with their timesheet for the period worked.

Non-exempt employees will receive pay at the rate of one and one-half times their regular rate for all hours worked in excess of 40 hours (40 hours worked in any workweek, but not to include holiday, vacation or sick leave, totaling 40 hours), in any work week excluding meal periods. Prior to such work periods, the Program Manager will confirm overtime compensation.

For employees working on an alternate work week schedule, overtime compensation will be based on hours worked in excess of regular hours worked.

## 506. Compensatory Time

Compensatory time may be given if said contract does not permit overtime. If a non-exempt employee is required to work overtime and overtime compensation is not available, the Program Manager must approve the compensatory time before the extra hours are worked. The employee may be permitted to take up to the equivalent amount of time off during the same work week as compensatory time.

Compensatory time cannot exceed the actual extra time worked.

## 507. Employee Exit Procedures

All employees leaving RCSI employment, voluntarily or through discharge, must complete an exit checklist prior to issuance of the final paycheck.

REEMA000029

J.R. 000674



Managers must submit a letter of resignation for voluntary terminations to Human Resources. Upon resignation, all pass cards, keys, employee ID cards and other materials must be transferred to the Program Manager by the last day of employment.

If an employee is leaving RCSI due to a discharge, he/she must surrender all pass cards, employee ID cards and other materials immediately to the Program Manager. Where permitted by applicable laws, RCSI may withhold from the employee's final paycheck the cost of any items that are not returned when demanded by RCSI. RCSI may also take all action deemed appropriate to recover or protect its property.

When the exit procedure is complete, the employee will receive his/her final paycheck on the next scheduled payroll date.

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.* 17

REEMA000030

J.R. 000675

 **REEMA**

June 2013

## Section 600 – Time Away from Work

### 601. Holidays

Employees working 20 or more hours per week are eligible to receive paid holidays. Employees are eligible immediately upon hire. Employees working at federal government installations are required to contact their Program Manager for observed holiday closings. Eligible employees who are covered by the Service Contract Act (SCA) will be granted holiday time based on the requirements of the SCA. Holiday pay is determined by the hours charged (worked or Paid Time Off) the day before and day after of the observed holiday. An employee will not be eligible for holiday pay if he/she has taken unscheduled leave the day before or the day after an observed holiday.

If a recognized holiday falls during an eligible employee's paid absence (Paid Time Off), holiday pay will be provided instead of the paid time off benefit that would otherwise have applied. Employees, who are on disability, workers' compensation, layoff, or any other unearned leave of absence at the time an observed holiday closing occurs, will not be entitled to receive holiday pay.

The guidelines for employees working under the Service Contract Act (Reg. 29 CFR 4174) are entitled to a minimum of 10 paid holidays per year:

- New Year's Day
- Martin Luther King Jr.'s Birthday
- Presidents' Day
- Memorial Day
- Independence Day
- Labor Day
- Columbus Day
- Veteran's Day
- Thanksgiving Day
- Christmas Day

### 602. Paid Time Off (PTO)

Paid Time Off begins to accrue with the first day of employment and vests at the end of the first year of continuous employment (i.e., anniversary date). PTO is accrued on a semi-monthly basis and is paid with the employee's regular earnings. Part-time employees earn PTO on a prorated basis. RCSI will not pay leave in advance.

The amount of Paid Time Off for which each employee is eligible is determined by the applicable client contract. Time earned increases with years of service in accordance with the Service Contract Act (Reg. 29 CFR 4.173) as follows:

REEMA000031

J.R. 000676

 **REEMA**

June 2013

| Years of Service | Paid Time Off (PTO) | Accrual Hours Per Pay Period |
|---|---|---|
| 0-7 years | 10 days | 3.34 hours |
| 8-14 years | 15 days | 3.34 hours |
| 15+ years | 20 days | 3.34 hours |

The length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility.

Employees may carryover 10 days of PTO into their next service year.

## 602a. Scheduled Leave

Scheduled leave is any paid leave that is requested and approved in advance. Program Managers must schedule paid leave according to the requirements of the contract with the client, with attention to length of service and other relevant factors, to accommodate the employee's request when possible.

## 602b. Unscheduled Leave

Unscheduled leave is any paid leave that is not approved in advance and is normally for a short period of time. For example, unexpected illness or a personal emergency would require use of unscheduled paid leave. To qualify for unscheduled paid leave, an employee must follow the department's established call-in procedure.

If an employee fails to follow the department's established procedure, the absence is treated as unauthorized and unpaid leave.

Program Managers and Alternate Program Managers will monitor unscheduled leave use to identify possible abuse of leave. Abusive use of unscheduled leave, whether paid or unpaid, may result in disciplinary action.

## 602c. Leave Request Form

When requesting scheduled or unscheduled leave, a leave request form must be completed and submitted to the Alternate and Program Manager for approval. All leave request forms must follow the department's required advance notice before submittal.

When requesting leave without pay, a leave request form must be completed and submitted to the Alternate and Program Manager for approval. Leave without pay may **only** be used in the instance of an emergency when an employee has exhausted all of their PTO. These instances include, sick time if a planned vacation has already been approved and is at the discretion of the Program Manager. Unpaid leave may not be used for vacation time. All leave request forms must follow the department's required advance notice before submittal.

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.* 19

REEMA000032

J.R. 000677



## 602d. Return to Work Form

When an employee is absent from work without advance notice they must complete a Return to Work form upon their return. If required by the department's absence policy, the employee must submit documentation relating to the reason for their absence. Once the form is completed it must be submitted to the Alternate Program Manager and Program Manager for approval.

## 602e. Monitoring Leave

In order to meet the business needs of the contract, Program Managers may establish more specific regulations related to paid leave usage, as long as the regulations comply with applicable law.

Staff employees may be required to present documentation for certain absences. For example, if the employee uses more than three consecutive days of leave related to medical reasons, the Program Manager may require the employee to present a physician's certificate. Similarly, if a Program Manager identifies a pattern of leave use related to medical reasons, a physician's certificate may be required for absences of less than three days. When a physician's certificate is required and the employee fails to provide the certificate, the employee will not be paid for leave. Appropriate documentation for absences due to other reasons may also be required.

## 602f. Maximum Leave Accrual

The maximum accrual leave of paid leave is 80 hours for all employees. If an employee reaches the maximum accrual, the employee will be allowed to rollover 80 hours of accrual leave.

## 602g. Termination of Employment

Upon termination of employment, accrued but unused paid leave will be paid to an employee in a lump sum.

## 603. Family and Medical Leave (FMLA)

RCSI complies with the provisions of the Family and Medical Leave Act (FMLA). Under provisions of the Act, eligible employees may take up to 12 weeks of job protected unpaid leave per year. Eligible employees may take leave for the following reasons: 1) for the birth or adoption of a child or the placement of a child in foster care, 2) for serious illness of his or her spouse, domestic partner, parent, or child, or 3) for the serious illness of the employee.

In addition, eligible employees are entitled to a total of 26 workweeks of leave during a 12 month period to care for a military service member who has been injured in the line of duty. To be eligible for this leave, an employee must be the spouse, son, daughter, parent or next of kin of the covered service member. This provision does not expand the 12 workweeks of leave already available under the FMLA.

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.* 20

REEMA000033

J.R. 000678

 **REEMA**

### 603a. Eligibility

Regular full-time and regular part-time employees are eligible for and may request family leave after having completed 12 months of service, having worked at least 1,250 hours over the previous 12 months, and if at least 50 employees are employed by the employer within 75 miles. Eligible employees may request up to 12 weeks of unpaid family leave per calendar year.

### 603b. Intermittent Leave

Up to 12 weeks of leave is normally taken as a block, but in certain circumstances when medically necessary and with a physician's certification, employees may take the leave as intermittent unpaid leave or work a reduced schedule to a total of 12 weeks in a one-year period.

### 603c. Paid Time

If the FMLA-approved leave is due to the employee's serious health condition, the employee is paid in accordance with Paid Time Off guidelines (Section 602). If the FMLA-approved leave is taken to care for a seriously ill family member, or for time spent with a child following the disability period associated with delivery, the employee is required to use accrued PTO prior to taking unpaid leave.

### 603d. Benefits

Health insurance benefits will continue to be provided by RCSI during family leave under the same payment plan for the staff member that is in effect at the time leave commences. PTO accrual and paid holidays will be suspended during unpaid family leave and will resume upon return to active employment.

### 603e. Notification

When the necessity for family leave is foreseeable based on an expected birth or adoption or planned medical treatment, the employee must provide RCSI with at least 30 days' notice. If circumstances dictate that leave begin in less than 30 days, the employee must provide notice as soon as practicable. Depending on the reason for leave, written notice from a physician or from an appropriate agency or service must be provided to RCSI prior to its commencement. In an emergency, such notice should be provided to RCSI within seven days.

### 603f. Return from Leave

If an employee returns to work within the 12 week period, he or she will be reinstated to the same or equivalent positions upon their return with no decrease in salary, accrued benefits, or seniority. If an employee fails to report to work promptly at the end of the approved leave period, RCSI will assume that the employee has resigned.

Provisions of the Family and Medical Leave Act are complex and the above information is provided as a broad summary of the provisions and RCSI's policies. You should contact Human

REEMA000034

J.R. 000679

 **REEMA**
CONSULTING SERVICES, INC.

June 2013

Resources for specific information. With regard to matters not governed by federal, state, or local laws, RCSI retains the right to modify its policies, practices, and rules regarding family and medical leave at any time as well as the right to interpret its existing policies in the event questions arise concerning implementation.

## 604. Short Term Disability

Short-term disability benefits are intended to provide continuation of income for periods of time when an employee is medically disabled and unable to work due to sickness, injury, or pregnancy. Employees must contact Human Resources to apply for short-term disability benefits. There is a separate application process for short-term disability benefits. It is the responsibility of an employee to follow the application and notification procedures outlined in this policy. It is also the responsibility of a supervisor to inform an eligible employee of the availability of leave benefits in the event of the employee's disability.

## 604a. Elimination Period

During the elimination period benefits will begin on the 1st day when due to an injury and on the 8th day when due to sickness. An employee is eligible to use accrued paid leave hours during the elimination period for short-term disability benefits.

## 604b. Coordination with Family and Medical Leave

An eligible employee who is medically disabled and unable to work should request medical leave under the Family and Medical Leave Policy and apply for disability benefits. Approval of a medical leave does not guarantee that disability benefits will be paid.

Leave covered by short-term disability benefits that also qualifies as medical leave under the Family and Medical Leave Policy is counted against the employee's leave entitlement for family and medical leave.

## 604c. Termination of Employment

An employee who is covered by short-term disability benefits may be terminated if he or she is absent from the job for a period of one year due to a disability. Reasonable accommodations to enable the employee to return to work within a year will be considered when relevant. Any termination decision must be in accordance with any applicable federal, state, and local laws.

A probationary employee may be terminated at any time in accordance with the Probationary Policy. Termination of employment will result in the termination of short-term disability benefits.

REEMA000035

J.R. 000680



### 605. Military Leave

A military leave of absence will be granted to employees, except to those occupying temporary positions, to attend scheduled drills, training or when called to active duty with the U.S. Armed Services.

### 605a. Notification

An employee who has been called for active duty training should submit an application to the department for a leave of absence no later than 30 days before the report for service or training date. Employees who are called upon to perform training (other than initial active duty training for 12 weeks or more) must request leave to be entitled to reinstatement and a copy of the military orders should accompany the application. After receipt, the application will be processed for approval.

### 605b. Compensation

Employees will receive partial pay for two-week training assignments and shorter absences. Upon presentation of satisfactory military pay verification data, employees will be paid the difference between their normal base compensation and the pay (excluding expense pay) received while on military duty. The portion of any military leaves of absence in excess of two weeks will be unpaid. However, employees may use any available paid time off for the absence.

### 605c. Benefits

Subject to the terms, conditions, and limitations of the applicable plans for which the employee is otherwise eligible, health insurance benefits will be provided by RCSI for the full term of the military leave of absence. During the leave period, the employer and employee continue to pay their usual respective portions of the premium(s). Benefit accruals, such as vacation leave or holiday benefits will be suspended during the leave and will resume upon the employee's return to active employment.

### 605d. Reinstatement

Employees on two-week active duty training assignments or inactive duty training drills are required to return to work for the first regularly scheduled shift after the end of training, allowing reasonable travel time.

Employees on longer military leave must apply for reinstatement and may be considered for the same position or an equivalent available position at the time of the employee's return providing there is a position vacancy available. Every reasonable effort will be made to return eligible employees to their previous position or a comparable one providing there is a position vacancy available.

The Federal Uniformed Services Employment and Reemployment Rights Act (USERRA) and state laws are applicable in accordance to military leave obligations.

REEMA000036

J.R. 000681

 **REEMA**

June 2013

## 606. Jury Duty

RCSI supports employees who are fulfilling their civil and legal obligations as jurors and witnesses. Employees who appear in court for other reasons are permitted to use their accrued paid leave in those instances. RCSI will continue to provide all current benefits for the full term of the jury duty absence. Benefit accruals, such as paid time off or holiday benefits, will not be suspended during unpaid jury duty leave.

### 606a. Notification

When an employee receives a summons to serve as a juror or other court appearance, the individual should promptly inform the Program Manager. The employee must provide the Program Manager with a copy of the notification.

In some jurisdictions an employee may be summoned to serve jury duty on a standby or call-in basis. In this situation, the employee is expected to report for work every day that he or she is not needed for jury duty. When an employee on standby is advised to report for jury duty, the employee must notify the Program Manager using the notice of absence procedures established in his or her department.

### 606b. Service as a Juror or Witness

Employees subpoenaed as witnesses are authorized one-half day per year for such occurrence. Employees who are either defendants or plaintiffs in legal proceedings are not authorized paid time off and must use their PTO.

When an employee is released by the courts for a half day or more, the employee must notify the Program Manager and be prepared to report for work.

During extended periods of jury duty, the employee is expected to stay in contact with the Program Manager on a regular basis, and assist in coordinating work during his or her absence.

### 606c. Payment

Full-time employees who are scheduled the minimum of 40 hours a week and have completed a minimum of 180 calendar days of Company service may request up to two weeks of paid jury duty leave over any one year period. Employees may use any available paid time off or may request an unpaid jury duty leave of absence if required to serve jury duty beyond the period of paid jury duty leave. Employees will be paid the difference between their normal base compensation and the pay received while on jury duty upon presentation of jury duty pay verification data.

### 607. Inclement Weather Policy

RCSI recognizes that transportation problems can result from severe weather conditions and will follow the federal government's guidelines when observing emergency schedules for offsite

*Proprietary Information - Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.* 24

REEMA000037

J.R. 000682



locations, government installations, and mission critical contracts. If the government declares liberal leave, RCSI employees may use available paid time off. Alternatively, the employee may be asked to work at another time to make up for lost time. In the case of closings or delays due to adverse weather conditions, announcements of federal agency curtailed operations and closures will be broadcast on local radio and television stations.

## 608. Emergency Closings

Emergency conditions such as severe weather, fires, power failures, some natural calamities, and security alerts can disrupt company operations. In extreme cases, these circumstances may require the closing of a work facility. RCSI employees working at offsite locations and/or government installations will observe their respective emergency schedules.

When operations are officially closed due to emergency conditions, employees will be on a liberal leave policy. Employees may use available paid time off. Alternatively, the employee may be asked to work at another time to make up for the lost time or use leave without pay.

## 609. Early Government Dismissal

In the event of an early dismissal (i.e., 59 minutes), contractor employees are only entitled to be paid for actual hours worked. RCSI employees are not permitted to remain in a government office unless a government employee is present. If the employee is required to leave the office, he/she will not be paid for the loss of time unless available paid leave time is used.

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.* 25

J.R. 000683



## Section 700 – Employee Benefits

### 701. Eligibility

RCSI provides all regular full-time employees working a minimum of 30 hours scheduled a week with the opportunity to obtain health care benefits through its group health insurance plan. New employees and benefit eligible employees who experience a life changing event (e.g., birth or adoption of a child, death of a spouse or dependent, marriage, or divorce) are eligible to enroll in these plans within the first thirty days of employment or life changing event. All other benefit eligible employees may enroll during Open Enrollment, occurring each year in June. Employees will be contacted at the appropriate time regarding enrollment and a Summary Plan Description will be provided.

Service Contract Act (SCA) employees receive the Health & Welfare Fringe Benefit Rate according to the wage determination set forth by the Department of Labor and will pay a portion of insurance coverage through payroll deductions. If an SCA employee declines insurance coverage, they may opt for a cash payout each pay period. RCSI reserves the right to amend, modify, alter, or terminate any or all of these plans at any time.

### 702. Health Insurance

All regular full time employees working a minimum of 30 hours per week are eligible to participate in the Company's health insurance plan. Health insurance begins the first of the month following date of hire. Employees share in the cost of health insurance through payroll deductions. See Human Resources for additional details.

### 703. Dental Insurance

All regular full time employees working a minimum of 30 hours per week are eligible to participate in the Company's dental insurance plan. Dental insurance begins the first of the month following date of hire. Employees share in the cost of dental insurance through payroll deductions. See Human Resources for additional details.

### 704. Short Term Disability

All regular full time employees working a minimum of 30 hours per week are eligible to participate in the Company's short term disability plan. Short term disability begins on the first day of an accident and on the 8th day for a sickness. Employees are eligible to receive benefit payments for 26 weeks after satisfying the elimination period. Weekly benefits will be determined by an employee's base wage. See Human Resources for additional details.

### 705. Benefits Continuation (COBRA)

The Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under RCSI's group health insurance plan when a "qualifying event" would normally result in the loss of eligibility. Some of the common qualifying events are: resignation, termination of employment, a reduction in an

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication Dissemination Prohibited.* 26

REEMA000039

J.R. 000684



June 2013

employee's hours or a leave of absence, death of an employee, an employee's divorce or legal separation, and a dependent child no longer meeting eligibility requirements.

Under COBRA, the employee or beneficiary pays the full cost of coverage at RCSI's group rates plus an administrative fee. RCSI provides each eligible employee with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under RCSI's health insurance plan. The notice contains important information about the employee's rights and obligations. At the occurrence of any qualifying event, the employee may elect to continue health insurance coverage under COBRA. Appropriate application forms are obtained from the Human Resources office.

## 706. Group Term Life Insurance

All regular and part time employees working 20 or more hours per week are automatically enrolled in the group term life insurance plan. Temporary employees are not eligible. Coverage begins on the first day of employment with a $20,000 benefit.

Accidental death and dismemberment insurance is also provided by the Company. Coverage begins on the first day of employment and in the event of death, is the same amount as, and in addition to, the life insurance described above. Payments for disbursements and other losses are determined by the policy's schedule of benefits.

## 707. Employee Assistance Program (EAP)

RCSI has connected with Magellan Health Services to provide confidential, professional counseling to all employees and their family members. Services are provided free of charge and can be contacted by phone or online 24 hours a day. Use of this Employee Assistance Program (EAP) does not have to be for work-related issues. EAP offers a wide range of services for personal, family, and work-related concerns. They offer counsel on managing stress, handling relationship issues, balancing work and life, quitting tobacco, alcohol or drug use, caring for children or aging parents, job or workplace issues, and other areas of need. All calls are kept confidential by EAP. To access EAP, call Magellan Health Services at (800) 450-1327 or online at www.magellanhealth.com/member

*Proprietary Information – Property of Reema Consulting Services, Inc. Unauthorized Duplication/Dissemination Prohibited.* 27

REEMA000040

J.R. 000685

 **REEMA**

June 2013

## Section 800 – Health & Safety

### 801. Safety

RCSI provides information to employees about workplace safety and health issues through regular internal communication channels such as supervisor-employee meetings, bulletin board postings, memos, or other written communications.

Employees and supervisors receive periodic workplace safety training. The training covers potential safety and health hazards, safe work practices, and procedures to eliminate or minimize hazards.

Each employee is expected to obey safety rules and to exercise caution in all work activities. Employees must immediately report any unsafe condition to the appropriate supervisor. Reports and concerns about workplace safety issues may be made without fear of reprisal. Employees who violate safety standards, who cause hazardous or dangerous situations, or who fail to report, may be subject to disciplinary action, up to and including termination of employment.

In the case of accidents that result in injury, regardless of how insignificant the injury may appear, employees should immediately notify the Human Resources office. Such reports are necessary to comply with laws and initiate insurance and workers' compensation benefits procedures.

### 802. Worker's Compensation

RCSI provides comprehensive workers' compensation insurance to all employees. Employees may be eligible for coverage of medical expenses and a percentage of lost wages resulting from a work related injury or occupational illness.

Workers' compensation covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Workers' compensation does not cover injuries or illnesses that occur during an employee's voluntary participation in any off duty recreational, social, or athletic activity sponsored by RCSI.

Subject to applicable legal requirements, workers' compensation insurance provides benefits after a short waiting period or, if the employee is hospitalized, immediately.

### 802a. Medical Treatment

If an employee experiences an injury on the job or occupational illness, the employee should seek treatment from a licensed healthcare provider of his/her choice.

### 802b. Notification

Any employee who sustains a work related injury or illness should **immediately** inform his or her Program Manager. They should also complete a First Report of Injury or Illness Form with Human Resources. Failure to immediately report an injury or illness could result in denial of claims by workers' compensation agencies as well as medical insurance companies.

REEMA000041

J.R. 000686

 **REEMA**

June 2013

### 803. Alcohol and Drug Use

RCSI is committed to providing a drug and alcohol-free workplace and to promoting safety in the workplace, employee health, customer confidence, and a work environment that is conducive to attaining high work standards.

RCSI has a vital interest in maintaining safe, healthy, and efficient working conditions for its employees. Being under the influence of a drug or alcohol on the job may pose serious safety and health risks to not only the user, but also all those who work with the user, as well as our clients and customers. Accordingly, RCSI has established a comprehensive substance abuse policy.

### 803a. Definitions

**Illegal drug** means a controlled substance, as defined in Schedules I through V of Section 202 of the Controlled Substances Act, 21 U.S.C. § 812 and/or Article 27, § 277 of the Maryland Administrative Code, including but not limited to: cocaine, opiates, marijuana, amphetamines, and phencyclidine (PCP). The term "illegal drug" does not include the use of a drug obtained and taken under supervision, by and in accordance with, prescriptions or other instructions issued by a licensed health care professional.

**Under the influence of alcohol** means: (1) the presence of alcohol in the individual's system; or (2) behavior, appearance, speech, or bodily odors that lead a supervisor or manager to reasonably suspect that the employee is under the influence of alcohol during working time or on RCSI, U.S. Federal Government, and commercial client premises.

**Under the influence of drugs** means: (1) the presence of any detectable amount of an illegal drug or its metabolites demonstrated by a verified positive drug test result; or (2) behavior, appearance, speech, or bodily odors that lead a supervisor or manager to reasonably suspect that the employee is impaired by illegal drugs or is using illegal drugs during working time or on RCSI, U.S. Federal Government, and commercial client premises; or (3) the abuse of prescription drugs during working time or on RCSI, U.S. Federal Government, and commercial client premises.

**Working time** means time during which the employee is being paid to work for or represent RCSI, or the employee is in fact representing RCSI's interests. Working time also includes all paid break and unpaid meal periods.

**Premises** include all buildings and other facilities used by RCSI to conduct its business operations plus all work sites to which employees are assigned in the course of the performance of their duties for the Company.

**Reasonable Suspicion** shall be defined as a belief based on observation, specific, objective facts where the rationale inference to be drawn under the circumstances is that the person may be under the influence of drugs or alcohol. An unexplained workplace accident may be considered to provide reasonable suspicion.

REEMA000042

J.R. 000687



## 803b. Definitions of and Types of Testing

Medical screening will, in appropriate circumstances as outlined below, be utilized to confirm or detect substance abuse. RCSI reserves the right, within the limits of federal, state, and local laws, to examine and test for the presence of illegal drugs and/or alcohol. Under the conditions of this policy, applicants or employees may be asked to submit to a medical examination and/or submit to urine, saliva, breath, and/or blood testing for drugs and/or alcohol.

The types of testing performed include, but are not limited to, the following:

**Pre-Employment/Pre-Placement**: RCSI extends offers of employment subject to and conditioned on the post-offer job applicant's: 1) consent to taking a drug and/or alcohol test; and 2) a negative test result. Post-offer job applicants will be required to: 1) voluntarily submit to urinalysis, breath, blood or saliva, hair, drug and/or alcohol testing; and 2) sign consent and testing appointment agreement. If the tests are positive, or if the post-offer job applicant refuses to undergo testing, the offer of employment will be withdrawn, provided that, where an offer is withdrawn on the basis of a positive alcohol test, the withdrawal is job-related and consistent with business necessity.

**Post-Accident:** A drug and/or alcohol test will be conducted on all employees involved in accidents that occur during working time or any premise where RCSI conducts business operations. A drug and/or alcohol test will also be conducted on employees involved in an accident where, on a supervisor's or witnesses' reasonable suspicion based on personal observation or other relevant factors, drugs and/or alcohol were involved.

Employees are required to be available for post-accident testing. If circumstances require an employee to leave the scene of an accident, the employee must make a good faith attempt to be tested and to notify RCSI of his/her location. Any employee who fails to report any work-related accident is in violation of this policy and is subject to disciplinary action, up to and including termination.

**Random:** Employees may be subject to unannounced drug tests on a random selection basis.

**Reasonable Suspicion**: In addition to any other criteria for drug and/or alcohol testing listed in this policy, RCSI reserves the right to require an employee to submit to a drug and/or alcohol test if RCSI has a reasonable suspicion that the employee's ability to perform the essential functions of his/her job will be impaired, or the employee will pose a direct threat to himself/herself or others.

**Mandatory**: All employees will be subject to drug testing.
## 803c. Procedural Requirements
Appropriate medical screening will be used to determine the presence of alcohol or drugs. The human resources manager will be responsible for resolving any questions related to screening requirements under this policy.

**Initial Request**: An employee or applicant who is required to submit to an alcohol or drug test will be asked to sign a Consent Release Form authorizing the physician or appropriate medical personnel to collect the sample and have an appropriately qualified laboratory perform the test and to release the

REEMA000043

J.R. 000688



June 2013

test results only to the person authorized by the human resources manager to receive the results and to whomever the release is authorized by the employee.

If an employee refuses to submit to an alcohol or drug test, or to sign the release form, or if there is a positive result from the medical screen, such employee may be subject to discipline, up to and including termination of employment and revocation of security clearance. Depending upon the circumstances, RCSI may, in its sole discretion, require the employee to seek treatment and rehabilitation in lieu of disciplinary action.

Upon an employee or applicant's request, RCSI will inform the employee or applicant of the name and address of the laboratory that will test the specimen.

**Positive Test Defined**: A positive test is defined as an initial screening test that is positive and which is subsequently confirmed as a positive by a second test utilizing a reliable and practical method currently in use.

**Testing Positive**: Employees who have tested positive for the use of or abuse of any controlled substance or alcohol shall be permitted to request a re-test of the same sample for verification of the test result at an independent laboratory of the employee's choice (subject to the requirements of Section (d) of the Annotated Code of Maryland, Health General Article § 17-214). The employee shall bear the cost of such an independent test.

**Notice**: Following confirmation of a positive test, RCSI shall provide the employee or applicant with a copy of RCSI's written policy, a copy of the test result, a notice of the availability of re-testing of the same sample at the employee's expense, and, if applicable, notice of any anticipated disciplinary action and/or changes in the conditions of continued employment. All information will be delivered to the employee or applicant in person or by certified mail within 30 days of the test.

**803d. Policy Prohibitions**

Employees are strictly prohibited from engaging in the following conduct regardless of whether the conduct occurs during working time or on RCSI's premises/property or the client's premises/property:

1. Bringing and/or storing (including in a desk, locker, automobile, or other repository) illegal drugs or drug paraphernalia on RCSI's premises or property, including RCSI's owned or leased vehicles, in vehicles used for RCSI purposes or a client's premises;
2. Having possession of, being under the influence of, testing positive for, or otherwise having in one's system, illegal drugs;
3. Using, consuming, transporting, distributing or attempting to distribute, manufacturing, selling or dispensing illegal drugs;
4. A conviction or plea of guilty relative to any criminal drug offense. All employees must notify RCSI in writing of any criminal drug conviction no later than two calendar days after such conviction;
5. Abuse of prescription drugs which includes exceeding the recommended prescribed dosage or using others' prescribed medications;

REEMA000044

J.R. 000689



6. Switching, tampering with or adulterating any specimen or sample collected under this policy, or attempting to do so;

7. Refusing to cooperate with the terms of this policy include refusing to submit to questioning, drug testing, medical examinations or physical tests when requested or conducted by RCSI or its designee, is in violation of RCSI's policy and subject to disciplinary action, up to and including termination. A refusal to test includes conduct obstructing testing such as failure to sign necessary paperwork, failing to report to the collection site at the appointed time, and failing to be reasonably available for a post-accident test;

8. Failure to consent to, participate in, and abide by the terms and recommendations of any rehabilitation program to which RCSI makes a referral, including but not limited to, failure to follow recommendations, if any, regarding behavior modification and abstinence. Failures of this type are a violation of this policy, as is any failure to be available for any prescribed continuing or follow-up sessions; or

9. Failure to advise a supervisor or manager of the use of a prescription or over-the-counter drug, which may alter the employee's ability to perform the essential functions of his/her job or cause a direct threat to themselves or others, is a violation of this policy.

**803e. Confidentiality and Privacy**

All drug and alcohol test results are reported to RCSI's Human Resources Manager and remain confidential. Results will only be disclosed within RCSI management on a need-to-know basis and as allowed by law, and such results shall be retained in a secure location with controlled access. Information about an employee's medical condition or history obtained in connection with a drug and alcohol test will be kept in a file separate and apart from the employee's personnel file. The release of an individual's drug and alcohol test results and other information gained in the testing process will only be otherwise disclosed in accordance with an individual's written authorization or as otherwise required by applicable law.

RCSI will attempt to ensure that all aspects of the testing process, including specimen or sample collection, are as private and confidential as reasonably practical.

**803f. Voluntary Treatment and Counseling**

We encourage all employees who need assistance in dealing with alcohol or drug abuse dependency problems to seek counseling, at the employee's own expense, through the various private and public agencies that are available. Employees who come forward to request treatment or leaves of absence for treatment will not be subject to discipline because of that request. (This paragraph does not apply to applicants who have been extended a conditional offer of employment and who have yet to commence working for RCSI.)

Employees may not escape discipline by first requesting such treatment and/or leaves after being selected for testing or violating RCSI's policies and rules of conduct. Nor will such requests, leaves, or participation in treatment or counseling excuse employees from compliance with normal standards of performance or conduct. Requests for voluntary treatment or counseling and related matters will be kept confidential in accordance with any applicable federal, state, and local law requirements.

REEMA000045

J.R. 000690



### 803g. Reservation of Rights

This policy supersedes and revokes any other RCSI practice or policy relating to the use of drugs and alcohol in the workplace and drug and/or alcohol testing. RCSI reserves the right to interpret and administer this policy, at any time and at its sole discretion, amend, supplement, modify, revoke, rescind, or change this policy, in whole or in part, with or without notice. This policy is not an express or implied contract of employment nor is it to be interpreted as such. Additionally, this policy does not in any way affect or change the status of any at-will employee. At-will employees continue to be free to terminate their employment or resign from employment at any time and RCSI continues to be free to terminate its employees, with or without cause, with or without notice, for any reason or for no reason at all.

Nothing in this policy should be construed to prohibit RCSI from its responsibility to maintain a safe and secure work environment for its employees or from invoking such disciplinary actions as may, in the sole discretion of RCSI, be deemed appropriate for actions of misconduct by virtue of their having arisen out of the use or abuse of alcohol or drugs or both.

### 804. Smoking

In keeping with RCSI's intent to provide a safe and healthy work environment, smoking is prohibited throughout all workplaces and in any outbuilding or structure owned, operated or leased by RCSI or the government. Employees are also prohibited from smoking inside Company or government owned vehicles. In addition, this policy applies equally to all employees, customers, and visitors.

### 805. Bulletin Boards

Bulletin boards are provided by the facility as a communication tool for posting pertinent information. It is the responsibility of each employee to regularly review the materials that are posted on facility bulletin boards. Bulletin boards are the property of the Company and/or the client. All material to be posted must be approved in advance by the Government Contracting Officer or Contracting Officer's Representative, RCSI Program Manager, and/or RCSI Human Resources Manager.

REEMA000046

J.R. 000691

 REEMA

June 2013

## Section 900 – Administrative Policies

### 901. Use of Worksite Computers and Electronic Communications Systems

Employees are obligated to use Company or U.S. Government computer hardware and software systems in a responsible and ethical manner. There should be no unauthorized access of computers or data belonging to other employees.

RCSI uses electronic mail as a form of business communication. As such, email accounts are owned by RCSI or the U.S. Government and are subject to review. Email is not to be used for receiving or sending personal messages or messages that are not conducive to a professional workplace. The email system is designed to facilitate messages between employees of a non-urgent nature. The email system will be used for only professional and business purposes and will not be used in any way that negatively affects the image or the business of RCSI or the U.S. Government. Material considered subversive, pornographic, abusive, offensive, or in a direct contravention to any RCSI or U.S. Government policy, is prohibited and will be subject to disciplinary action, up to and including termination of employment.

Use of RCSI or U.S. Government telecommunications equipment/systems constitutes user consent for RCSI or the U.S. Government to review all communications sent to or received by the user, at any time, whether business related or not.

### 902. Social Media

Employees must adhere to the Company's Professional Conduct when utilizing social media in reference to the Company. This policy is not designed to negate Section 7 of the National Labor Relations Board (NLRB). Social media can include but is not limited to blogs, wikis, micro-blogs, message boards, chat rooms, Facebook, Twitter, MySpace, and other social networking sites and services, which permit users to share information with others in a contemporaneous manner. Employees should be aware of the effect their actions may have on their images, as well as the Company's image. While Company may observe content and information made available by employees through social media, employees should use their best judgment when posting material about Company, its' employees, or clients.

The following is a list of prohibited social media conduct to include commentary, images, content, images that are defamatory, pornographic, proprietary, harassing, slanderous, or any posting that can create a hostile work environment. However, this list is not a conclusive list.

Employees may not publish or post or release any information that is considered confidential or not public. All employees must adhere to confidentiality rules and non-disclosure agreements established by federal government client, the contract, the National Industrial Security Program Operating Manual, security briefings, and other sources. Should an employee encounter a situation while using social media that threatens to become aggressive; the employee should disengage from the dialogue politely and seek the advice of Human Resources.

Social media use should not interfere with an employee's daily responsibilities in the workplace. Company's computer systems are to be used for business purposes only. (*See Section 901*)

REEMA000047

J.R. 000692



Subject to applicable law, any after-hours online activity that violate the Company's Professional Conduct or any other company policy may subject an employee to disciplinary action or termination.

### 903. Personal Laptops

Personal laptop computers are not permitted at work without written authorization from Company management. All requests must be made in writing to Company management and must include justification.

### 904. Use of Personal Cell Phones

While at work, employees are expected to exercise discretion in using personal cell phones. Excessive personal calls during the workday, regardless of the phone used, are not acceptable and may result in disciplinary action, up to and including termination of employment. Employees are required to make all personal calls on non-work time where possible and to ensure that friends and family members are aware of the Company's policy. The Company will not be liable for the loss of personal cell phones brought into the workplace.

Employees that use personal cell phones for RCSI-related business without authorization should not expect to be reimbursed for associated costs. Additionally, if an employee gives RCSI their cell phone number as a contact number, RCSI will not be responsible for reimbursing costs.

### 905. Use of Company Cell Phones

Where job or business needs demand immediate access to an employee, RCSI may issue a business cell phone to an employee for work-related communications. To protect the employee from incurring a tax liability for the personal use of this equipment, such phones are to be only used for business purposes.

Employees in possession of Company equipment such as cell phones are expected to protect the equipment from loss, damage, or theft. Upon resignation or termination of employment, or at any time upon request, the employee may be asked to produce the phone for return or inspection. Employees unable to present the phone in good working condition within the time period requested, may be expected to bear the cost of a replacement.

Employees who separate from employment with outstanding debts for equipment loss or unauthorized charges will be considered to have left employment on unsatisfactory terms and may be subject to legal action for recovery of the loss.

### 906. Safety Issues of Cell Phone Use

Employees whose job responsibilities include, regular or occasional driving, and who are issued a cell phone for business use, are expected to refrain from using their phone while driving. Safety must come before all other concerns. Regardless of the circumstances, including slow or stopped traffic, employees are strongly encouraged to pull off to the side of the road and safely stop the vehicle before placing or accepting a call. If acceptance of a call is unavoidable and

REEMA000048

J.R. 000693



June 2013

pulling over is not an option, employees are expected to keep the call short, use hands-free options if available or required by law, refrain from discussion of complicated or emotional discussions and keep their eyes on the road. Special care should be taken in situations where there is traffic, inclement weather, or the employee is driving in an unfamiliar area.

Employees whose job responsibilities do not specifically include driving as an essential function, but who are issued a cell phone for business use, are also expected to abide by the provisions above. Under no circumstances are employees allowed to place themselves at risk to fulfill business needs.

Employees who are charged with traffic violations resulting from the use of their phone while driving will be solely responsible for all liabilities that result from such actions.

Violations of this policy will be subject to disciplinary action, up to and including termination of employment.

## 907. Use of Company and Government Owned Vehicles

When using Company property, employees are expected to exercise care, perform required maintenance, and follow all operating instructions, safety standards, and guidelines. Employees shall notify their supervisor if any equipment, machines, tools, or vehicles appear to be damaged, defective, or needing repair. Prompt reporting of damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. Unsafe tools, equipment, machines, or vehicles will not be used either in the office or at the jobsite. The supervisor can answer any questions about an employee's responsibility for maintenance and care of equipment or vehicles used on the job.

The improper, careless, negligent, destructive, unsafe use or operation of equipment and vehicles, as well as excessive or avoidable traffic and parking violations, can result in disciplinary action, up to and including termination of employment.

While on duty, RCSI employees may have to drive Company or Government-owned vehicles. For some field employees, RCSI may also provide special training programs or Defensive Driving Training. RCSI anticipates that all employees driving Company or Government-owned vehicles will exercise due caution, obey all traffic regulations, and follow applicable site safety procedures for driving at Government sites. When reversing a heavy duty vehicle, employees will use the help of a "Spotter." If damage results due to employee negligence, (e.g., by not using a spotter while backing up), the concerned employee will be personally held liable for damages.

RCSI strictly prohibits use of Company-owned vehicles for personal ventures. Use of Company-owned vehicles is only permitted for official purposes. For vehicles designated to specific contracts, use of vehicles must comply with the requirements set forth in the Statement of Work and contract. This applies to any person authorized to drive Company-owned vehicles. Any person driving a Company-owned vehicle must be authorized by RCSI. For authorization information, please contact RCSI's Human Resources Manager. Any incident/accident must be reported immediately to RCSI's Human Resources Manager.

REEMA000049

J.R. 000694



### 908. Use of Government Owned Equipment

All RCSI employees shall not use any Government-owned facility, equipment, or material for any other purpose than the fulfillment of the contract.

The Government will provide telephone services for only the transaction of official business. The Government will not be responsible for long distance telephone charges made by or accepted by contractor personnel that are not required in the performance of the contract. Telephone service will be subject to the standard monitoring requirements of the Government telephone network. The Government-furnished telephones are subject to security monitoring at all times. Use of these telephones constitutes consent to security monitoring.

Unauthorized use of the Government-owned facility, equipment (e.g., computer, telephone, fax, or copier), or material may result in personal liability for unauthorized charges and/or disciplinary action, up to and including termination of employment.

### 909. Personal Property

Employees are responsible for the safeguarding of their personal possessions. The Company will not be liable for any personal property that employees bring to the work place that is lost or stolen. Depending on the space available in the work facility, employees are responsible for the storage of their personal belongings, as well as keeping the area neat and clean at all times.

REEMA000050



June 2013

## Section 1000 – RCSI Rules and Regulations

### 1001. Employee Conduct

To ensure orderly operations and provide the best possible work environment, RCSI expects employees to follow rules of conduct that will protect the interests and safety of all employees and the Company. It is not possible to list all the forms of behavior that are considered unacceptable in the workplace. The following are examples of infractions of rules of conduct that may result in disciplinary action, up to and including termination of employment:

- Theft or inappropriate removal or possession of property;
- Falsification of timekeeping records;
- Working under the influence of alcohol or illegal drugs;
- Possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty, or while operating Company-owned vehicles or equipment;
- Fighting or threatening violence in the workplace;
- Boisterous or disruptive activity in the workplace;
- Negligence or improper conduct leading to damage of RCSI-owned or client-owned property;
- Insubordination or other disrespectful conduct;
- Violation of safety or health rules;
- Smoking in prohibited areas, to include Company and Government-owned vehicles;
- Sexual or other unlawful or unwelcome harassment;
- Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace;
- Excessive absenteeism or any absence without notice;
- Unauthorized absence from work station during the workday;
- Unauthorized use of telephones, mail system, or other Company-owned equipment;
- Unauthorized disclosure of Secret, Confidential, For Official Use Only, or any other Government information;
- Unauthorized disclosure of Company propriety or confidential information;
- Violation of personnel policies;
- Failure to report adverse information to RCSI's Facility Security Officer; and
- Unsatisfactory performance or conduct.

Employment with RCSI is at the mutual consent of RCSI and the employee, and either party may terminate that relationship at any time, with or without cause, and with or without advance notice.

### 1002. Attendance & Punctuality

RCSI expects employees to be reliable and punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other employees and on the employer. When an employee cannot avoid being late to work or is unable to work as scheduled, he or she should notify the supervisor and/or government POC as soon as possible in advance of the anticipated tardiness or absence.

REEMA000051

J.R. 000696



## 1002a. Absence Notification

**Scheduled Absences** - An employee must notify the immediate supervisor to request approval in advance when an absence is expected for a full day or part of a day. The employee must fill out a Leave Request Form prior to their absence. This includes all planned absences including scheduled doctor visits or medical procedures and vacations. Departmental notification procedures should be followed.

**Unscheduled Absences** - When advance notice is not possible (because of sudden illness or emergency), the employee must call the immediate supervisor on the first day of absence. The employee should provide the reason for the absence, the expected return date, and respond to any reasonable questions asked by the supervisor. Departmental call-in procedures should be followed.

If the employee is physically unable to contact the supervisor, because of illness or other unforeseen circumstances, the employee must have someone else call the supervisor and provide the information outlined above.

When an employee returns to work following an unscheduled absence, the employee must fill out a Return to Work form and submit any necessary required documentation to Human Resources, if requested by the Program Manager.

## 1002b. Absence without Notification

Employees who do not notify their supervisors of unscheduled absences may be disciplined. Absence of three or more consecutive work days without notice is considered job abandonment. The Company may terminate the employee at the close of business on the third day of the absence. Job abandonment is a voluntary termination.

## 1002c. Lateness Notification

Employees must follow department call-in procedures to notify the department of the reason for lateness and expected arrival time. Employees who are late may be disciplined.

Excessive absenteeism or tardiness may lead to disciplinary action up to and including termination of employment.

## 1003. Sexual Harassment

RCSI strictly prohibits sexual harassment in the workplace. Examples of sexual harassment include, but are not limited to:

- Unwelcome sexual advances
- Requests for sexual favors
- Other verbal or physical conduct of a sexual nature

REEMA000052

 **REEMA**

No one with a supervisory role at RCSI is at any time to threaten or imply that an individual's submission to or rejection of sexual advances will in any way influence any decision regarding that individual's employment, performance evaluation, pay, advancement, assigned responsibilities, or any other condition of employment.

RCSI policy similarly prohibits sexually harassing conduct by any Company personnel that may create an intimidating, hostile, or offensive work environment, whether it is in the form of physical, verbal, or visual harassment, and regardless of whether it is committed by an individual with supervisory authority or by any other individual. Such conduct includes, but is not limited to:

- Unwelcome sexual flirtations, advances, or propositions
- Verbal abuse of a sexual nature
- Graphic verbal comments about an individual's body
- Sexually degrading words used to describe an individual
- Display in the workplace of sexually suggestive objects or pictures

Any employee who believes that discriminatory, harassing, or other offensive conduct in violation of this policy is occurring or has occurred is strongly encouraged to report the relevant facts promptly to the Manager of Human Resources. All complaints will be investigated promptly and in as confidential a manner as possible. Appropriate disciplinary action, up to and including termination of employment, will be taken against any individual found to have violated this policy.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment should promptly advise the Manager of Human Resources, who will handle the matter in a timely and confidential manner. A supervisor who is aware of or has been informed of a harassment incident and fails to report it to the Manager of Human Resources may be subject to disciplinary action.

No retaliatory action may be taken against an individual who, in good faith, reports a perceived violation of this policy.

## 1004. Disciplinary Action

RCSI may use disciplinary actions to assist supervisors and employees in resolving unsatisfactory job performance, misconduct, or behavior that violates Company policies, procedures or practices. Disciplinary procedures will be administered consistently and in a manner that is intended to be corrective. This process is an important component of RCSI's goal of sustaining the performance of its employees, and in maintaining a safe and productive work environment.

Disciplinary actions are usually corrective and progressive in nature; however, serious misconduct and work performance problems, or violation of RCSI policies, procedures and practices, may warrant disciplinary action outside of this progressive approach including termination of employment.

REEMA000053

J.R. 000698



There are three types of disciplinary action that may be taken: warning, suspension and/or termination. Unless otherwise authorized, supervisors must consult with Human Resources prior to taking any disciplinary action in order to determine the most appropriate action. Originals of all disciplinary action reports should be given to Human Resources; copies are given to the employee and the original is maintained in the employee's personnel file.

## 1005. Inspections and Work Place Searches

RCSI reserves the right to search any person entering its property at on-site premises (e.g., RCSI owned or rented properties and vehicles) or at off-site premises at which the person is performing services for the Company. RCSI also reserves the right to search the person's property, equipment, storage areas, clothing, personal effects, vehicles, buildings, rooms, facilities, offices, desks, cabinets, lunch and equipment boxes or bags, and any other items brought to the premises. Employees should not bring to work any items not available for inspection.

## 1006. Suggestions

RCSI employees are encouraged to submit their comments and suggestions. Ideas might include ways to improve services and operations, increase efficiency, increase accuracy, improve safety, reduce costs, and improve staff morale. Suggestions may consist of an idea, an invention, a method or process, or a procedure. All good ideas are welcome. In fact, some of our most innovative programs come from employee suggestions. Employees may informally discuss suggestions with their supervisor or submit recommendations in writing to their supervisor, President, or the Manager of Human Resources.

REEMA000054

J.R. 000699

 **REEMA**
CONSULTING SERVICES, INC

June 2013

# Appendix

*Please submit (1) copy to Human Resources and keep original in employee file.*

REEMA000055

J.R. 000700



June 2013

# Reema Consulting Services, Inc.

2129 Pulaski Hwy. Ste. 100
Havre de Grace, MD 21078
Phone: 410.671.7104 ● Fax: 410.676.2304

## Leave Request Form

| Name | Date of Request |
|------|-----------------|
|      |                 |

| Current # of Hours in Leave Bank: | Current # of Comp Hours: |
|-----------------------------------|--------------------------|
|                                   |                          |

**Check One:**

| Scheduled Leave | Unscheduled Leave | Leave Without Pay |
|-----------------|-------------------|-------------------|
| ☐ | ☐ | ☐ |

**Indicate the dates and times of leave:**

| Beginning Date | End Date | Time | Total # of Hours Requested |
|----------------|----------|------|----------------------------|
|                |          |      |                            |

**Reason for Leave Request:**

_____

_____

_____

_____

_____

_____

_____

*Please submit a separate leave request form for each pay period.*

**I have reviewed this request and recommend:**     Approved ☐     Denial ☐

*Please submit (1) copy to Human Resources and keep original in employee file.*

REEMA000056

J.R. 000701

**REEMA**
CONSULTING SERVICES, INC

June 2013

**If denied, reason for denial:**

_____

_____

_____

_____

_____

**Employee Signature:** _____     **Date:** _____

**Program Manager Signature:** _____     **Date:** _____

**Alternate PM Signature:** _____     **Date:** _____

_Please submit (1) copy to Human Resources and keep original in employee file._

REEMA000057

J.R. 000702

 **REEMA**
CONSULTING SERVICES INC

June 2013

## Reema Consulting Services, Inc.

2129 Pulaski Hwy. Ste. 100
Havre de Grace, MD 21078
Phone: 410.671.7104 ● Fax: 410.676.2304

### Return to Work Form

| Name | Date of Absence |
|---|---|
|  |  |

| Current # of Hours in Leave Bank: | Current # of Comp Hours: |
|---|---|
|  |  |

Check One:

| Unscheduled Leave | Leave Without Pay |
|---|---|
| ☐ | ☐ |

Indicate the dates and times of absence:

| Beginning Date | End Date | Time | Total # of Hours Absent |
|---|---|---|---|
|  |  |  |  |

Reason for Absence:

_____
_____
_____
_____
_____

*If requested, please submit proof of absence.*

Employee Signature: _____ Date: _____

Alternate Program Manager Signature: _____ Date: _____

Program Manager Signature: _____ Date: _____

*Please submit (1) copy to Human Resources and keep original in employee file.*

REEMA000058

Exhibit
30

5/17/2016

Greetings Ms. Cathy,

I'm writing this letter to you because I was just informed of a situation during my absence from work last week. Mr. Carter pulled me aside and informed me that I'm no longer able to enter the SPEAR Department due to Mr. Jennings feeling like I'm harassing him. I feel like I'm being personally attacked by Mr. Jennings, and Mr.Ferguson, for the simple fact that I was given the position of Assistant Operations Manager. Since the last incident with Mr. Jennings I've had absolutely nothing to say to him or about him. Mr. Jennings comes through my area of the warehouse and has conversations with the crew members and lingers around for several minutes taunting me for whatever reason. There are long stares at me followed by smirks and laughter. I've done my best to ignore it and keep working but it's gotten completely out of control. Mr. Jennings has conversations about me to fellow employees off the job site and it gets back to me. I continued to leave the situation alone I'm pretty sure if the cameras are reviewed you would see Mr. Jennings constantly in my work area lingering around for several minutes interrupting work. After I was informed this morning of the separation with Mr. Jennings and myself he came in to work and stopped the work progression once again by having side bar conversations with Mr. Ferguson. I asked Mr. Ferguson to get back to work and Mr. Jennings continued to follow Manley over to the tri-walls talking about watches all while looking at me smirking. He was then leaving out of the warehouse but lingered there with the door open continuing his conversation with Manley. I then spoke to my Supervisor Mr. Reeves who had just so happened to be witnessing the situation and then proceeded to Mr. Moppins office to inform him.

I am here to do my job. I've been with RCSI for a year and a half now and have never had any issues until I became the Assistant Manager of the warehouse. I never had to deal with rumors and attacks until working with Mr. Ferguson, and Mr. Jennings. These situations will not and I repeat will not hinder me from acting in a professional manner and making sure our client is satisfied with the work. I do not believe any of us signed up for personal attacks which is what I feel like I'm going through. I don't know what it'll take to boost the moral back in the warehouse but I'm willing to try something because it's far out of control at this point and I fear that this will create a very hostile work environment.

Thank you,

Sincerely,

Evangeline Parker

30(b)(6) - REEMA
DEPOSITION EXHIBIT

CINDY L. SEBO, REALTIME
CERTIFIED MERIT REPORTER
DATE:      2/25/20

24

REEMA000248

Exhibit

31

SS. NO: ▮▮▮

RECEIVED

JUN 10 2016

CENTRAL OFFICE
ADJUDICATION CENTER

Subject: Fw: Wrap Up Meeting @ 10:45AM EST

From:    Evangeline Parker (missparker213@yahoo.com)

To:      makalaparker9@gmail.com;

Date:    Wednesday, May 18, 2016 8:43 PM

On Wednesday, May 18, 2016 12:11 PM, Evangeline Parker <eparker@RCSI-ATA.COM> wrote:

Best Regards,

Evangeline Parker | Assistant Warehouse Operations Manager
Reema Consulting Services, Inc. | Contractor on behalf of U.S. Department of State
45055 Underwood Lane, Suite 140 | Sterling, VA 20166 | United States
Direct: 703-657-0402 | Fax: 571-313-8087

From: Cathy Price [mailto:cathy.price@reemacsi.com]
Sent: Wednesday, April 27, 2016 10:18 AM
To: evangelineparker@rcsi-ata.com; Evangeline Parker <eparker@RCSI-ATA.COM>
Subject: FW: Wrap Up Meeting @ 10:45AM EST

sorry. it keeps going to wrong address.

From: Cathy Rice [mailto:cathy.price@reemacsi.com]
Sent: Wednesday, April 27, 2016 10:13 AM
To: 'Damarcus Pickett' <DaMarcus.Pickett@RCSI-ATA.com>; 'evangeline.parker@rcsi-ata.com'
<evangeline.paker@rcsi-ata.com>; 'Larry Moppins, Sr.' <Larry.Moppins@RCSI-ATA.com>
Subject: WrapUp Meeting @ 10:45AM EST

Larry's Office. Nothing is needed.  Just come with open for change and to be teachable.

Cathy Price, SHRM-SCP, CPC, CDF
HR Manager
Reema Consuling Services, Inc.
45055 Underwood Lane, Suite 140 | Sterling, VA 20166 | United States
Direct: 703-657-0551 | Fax: 571-313-8087
Hours: Monday thru Friday | 10a.m. to 3p.m. EST

*RCSI is committed to creating a diverse environment and is proud to be an equal opportunity
employer. All qualified applicants will receive consideration for employment without regard to race,
color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics,
disability, age, or veteran status.*

CONFIDENTIALITY NOTICE:  This message and associated attachments are intended for the use
of the individual or entity to which it is addressed, and may contain information that is privileged,

This was HR's Attempt at peace after my
filing harassment

30(b)(6)    REEMA
DEPOSITION EXHIBIT

CINDY L. SEBO, REALTIME
CERTIFIED MERIT REPORTER
DATE:    2/25/20

17

REEMA000283

RECEIVED

JUN 10 2016

CENTRAL OFFICE
ADJUDICATION CENTER

Exhibit

**32**

SS. NO:

Subject: Fw:Meeting

From:    Evangeline Parker (missparker213@yahoo.com)

To:      makylaparker9@gmail.com;

Date:    Wednesday, May 18, 2016 9:45 PM

On Wednesday,May 18, 2016 11:09 AM, Evangeline Parker <eparker@RCSI-ATA.COM> wrote:

FYI

Best Regards,

Evangeline Parker | Assistant Warehouse Operations Manager
Reema Consulting Services, Inc. | Contractor on behalf of U.S. Department of State
45055 Underwood Lane, Suite 140 | Sterling, VA 20166 | United States
Direct: 703-657-9402 | Fax: 571-313-8087

From: Evangeline Parker
Sent: Wednesday, May 18, 2016 9:10 AM
To: 'Cathy Price' <cathy.price@reemacsi.com>
Subject: Meeting

Ms. Cathy,

I would like to schedule a time to come and meet with you today to follow-up on the issue from yesterday.

Could you please confirm a time that works for you?

Thank you.

Best Regards,

Evangeline Parker | Assistant Warehouse Operations Manager
Reema Consulting Services, Inc. | Contractor on behalf of U.S. Department of State
45055 Underwood Lane, Suite 140 | Sterling, VA 20166 | United States
Direct: 703-657-9402 | Fax: 571-313-8087

DISCLAIMERNOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s).It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittalby an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, pleasedelete it from your system without copying it and notify the above sender so

My 2nd attempt at reaching out to HR after no better results.

30(b)(6) - REEMA
DEPOSITION EXHIBIT

CINDY L. SEBO, REALTIME
CERTIFIED MERIT REPORTER
DATE:    2/25/20

26

REEMA000282

hy Price

n:          Larry Moppins, Sr. <Larry.Moppins@RCSI-ATA.com>
t:          Friday, May 13, 2016 4:15 PM
            'Rajesh Vora'
            'Cathy Price'; 'Reema Vora'
ject:       Evangeline Parker - Misconduct
achments:   RE:Request

portance:   High


.... Vora,

have spoken to the Human Resources Manager and informed her of my intentions to speak with your directly in regards to angeline Parker conduct over the last month and half. To minimize this email and to clear up some not so clear areas, I have ached the outlining of events that submitted to Humana Resources.


When attempting to counsel her on her inappropriate behavior with her subordinates in the warehouse she became irate d disrespectful in the presence of JaMarcus Pickett and Angela Wallace to the point that Angela had to escort her out of the nference room:

Manley Ferguson - Complained of her constant harping on she is in charging and asking him, "if you want to know who I'm ----g, ask me and I might tell you"

Arnel Ragunton - Complained of being treated like a slave and constantly having to hear, "I'm in-charge"

She has threatened to file Sexual Harassment charge on me for supposedly starting rumors about her relationship with the eputy PM, a question which I asked him directly (in February) as his immediate Supervisor in regards to his lack luster work erformance during the inventory and the following months. In addition to the amount of time she spent in his office for no pparent reasoning

Ms. Cathy had advise all parties involved in her investigation to refrain from speaking of these issues and treat all with due espect at all times

n May 12, I received an email on my personal email account that had a letter from Donte Jennings stating that he was begin arassed by Ms. Parker for no reason, I immediately turned the letter over to the Human Resources Manager.

With yesterday been an intense working day with both our Clients main representatives onsite, I was unable to speak with Mr. ennings until today about his letter. He informed me that he was attempting to thank his fellow workers for assisting him in a ork issue and Ms. Parker began addressing him in a negative manner, for which he walked away from her and proceed to his ssigned work area in SPEAR. He advised me that Kenton Birgans witness the event.

interrupted Carlos Carter from his work with the client representatives and went to speak with Mr. Birgans on this matter. Mr. rgans at first wanted to not get involved, however, and being prompted by Mr. Carter and me, he stated that Donte Jennings as trying to express his gratitude for his assistance that morning; Evangeline Parker rudely cut him off verbally. Ask Mr. Birgans w he felt about the situation and he stated that she had treated Donte unfairly and disrespected him for no apparent reason d that Donte did not make any comment and walk to SPEAR.

30(b)(6) - REEMA
DEPOSITION EXHIBIT

CINDY L. SEBO, REALTIME
CERTIFIED MERIT REPORTER
DATE:    2/25/20

20

REEMA000196

e I have been unable to counsel her without her repeatedly stating that I started unfavorable rumors and that she wants to ᴣ complaints with the Department of Labor, and she ignores the written instructions of the Human Resources Manager on ʃ to interact with co-workers, I feel that I have no other recourse but to speak with you directly about Ms. Parker's attempt old me hostage from performing any disciplinary actions on her.

ᴣse advise when you have an opportunity to discuss this important matter directly.

ry Moppins, Sr. | SME
ᴣma Consulting Services, Inc. | Contractor on behalf of U.S. Department of State
055 Underwood Lane, Ste. 140 | Sterling, VA 20166 | United States
rect: 703-657-0483 | Cell: 540-479-9245

SCLAIMER NOTICE: The information contained in this e-mail communication and any attached documentation may be vileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by ᴣ unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you ᴣ not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so at our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-ᴣnt or work-product privilege.

2

REEMA000197