**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Case No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL OF RECORD FOR PLAINTIFFS</u>

Pursuant to Local Civil Rule 101(2)(a), it is hereby requested that the appearance of Tristin Brown be withdrawn as counsel for the Plaintiff in this matter. Ms. Brown is leaving the Washington Lawyers' Committee for Civil Rights and Urban Affairs on April 16, 2021. Plaintiffs will continue to be represented by attorneys of record at Fish & Richardson, P.C. and the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Dated: April 14, 2021                    Respectfully submitted,

                                         */s/ Tristin Brown*

<u>/s/ Tristin Brown (D. Md. Bar No. 21321)</u>
Dennis A. Corkery (D. Md. Bar No. 19076)
Joanna Wasik (D. Md. Bar No. 21063)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010
dennis_corkery@washlaw.org
joanna_wasik@washlaw.org

Andrew R. Kopsidas (D. Md. Bar No. 16057)
Daniel A. Tishman, *pro hac vice*
Joseph V. Colaianni, *pro hac vice*
Taylor Caldwell, *pro hac vice*
Tracea Rice, *pro hac vice*
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
kopsidas@fr.com
tishman@fr.com
colaianni@fr.com
tcaldwell@fr.com
trice@fr.com

Attorneys for Plaintiff
*EVANGELINE J. PARKER*