## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff, | |
| v. | Civil Action No. TDC-17-1648 |
| REEMA CONSULTING SERVICES, INC., | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion for Summary Judgment, ECF No. 116, is DENIED. A telephone case management conference is scheduled for **Friday, May 28, 2021 at 9:30 a.m.** Instructions for the call will be provided to the parties at a later date.

Date: May 17, 2021

THEODORE D. CHUANG
United States District Judge