

Fish & Richardson P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024

202 783 5070 main
202 783 2331 fax

June 2, 2021

Honorable Theodore J. Chuang
United States District Court
6500 Cherrywood Lane
Suite 245A
Greenbelt, MD 20770

**Andrew R. Kopsidas**
Principal
kopsidas@fr.com
202 626 6407  direct

Re:    *Parker v. Reema Consulting Services, Inc.*, CA No. TDC-17-1648

Dear Judge Chuang:

Pursuant to the Court's instructions at the case management conference of May 28, 2021, I write on behalf of Plaintiff Evangeline Parker and Defendant Reema Consulting Services, Inc., to confirm that the Parties in the above-referenced case have conferred and come to the following resolutions:

1.  The Parties are available for a pre-trial conference to be held on December 1, 2021;
2.  The Parties are available for trial to commence on December 6, 2021, and proceed through December 15, 2021, if necessary; and
3.  Plaintiff believes a bench trial would lead to a more efficient resolution of this case, but Defendant does not wish to waive its right to a jury trial. Therefore, this issue is moot.

Respectfully submitted,

Andrew R. Kopsidas