**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

     Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

     Defendant.

Civil No. 8:17-cv-01648-TDC

**NOTICE OF APPEARANCE OF AHMED J. DAVIS ON BEHALF OF PLAINTIFF**

Plaintiff Evangeline J. Parker files this Notice of Appearance of, and hereby notifies the Court that Ahmed J. Davis of the law firm Fish & Richardson P.C., 1000 Maine Avenue, SW, Suite 1000, Washington, DC 20024, telephone (202) 783-5070, facsimile (202) 783-2331, davis@fr.com, is appearing as counsel for Plaintiff Evangeline J. Parker in the above-captioned matter.  It is respectfully requested that copies of all notices and documents issued by the Court and filed by the parties be served upon the undersigned counsel.

1

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated:  June 3, 2021

By:  _/s/ Ahmed J. Davis_

Andrew R. Kopsidas (Bar No. 16057)
Ahmed J. Davis (Bar No. 17812)
Joseph V. Colaianni (admitted *pro hac vice)*
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
Tristin Brown (Bar No. 21321)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

**NOTICE OF APPEARANCE OF AHMED J. DAVIS** has been filed with the Court's ECF

systems, and thereby served all parties and counsel designated to receive such notices, on June 3,

2021.

_/s/ Ahmed J. Davis_
Ahmed J. Davis (Bar No. 17812)
davis@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Phone: (202) 783-5070
Fax: (202) 783-2331