## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EVANGELINE J. PARKER                         *

    Plaintiff                                    *

v.                                                        *         Case No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC.   *

    Defendant                                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## SUBSTITUTION OF COUNSEL

To the Clerk:

    Please enter the appearances of Melissa Menkel McGuire (Bar # 23013) and Alanna C. Casey (Bar # 21818) as additional counsel on behalf of Reema Consulting Services, Inc.

    Please withdraw the appearance of Gregory P. Currey (Bar #28583) as counsel.

                                   */s/ Donald J. Walsh*
                                   Donald J. Walsh (Bar # 09384)
                                   Melissa Menkel McGuire (Bar #23013)
                                   Alanna C. Casey (Bar #21818)
                                   Wright, Constable & Skeen, LLP
                                   7 St. Paul Street, 18th Floor
                                   Baltimore, Maryland 21202
                                   Telephone: (410) 659-1320
                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 7th day of June, 2021, a copy of the foregoing Substitution of Counsel was served on all counsel of record via the Court's electronic filing system and via email.

                                     */s/ Donald J. Walsh*
                                   Donald J. Walsh

{00436739v. (15424.00002)}