## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Evangeline Parker

**Plaintiff,**

    v.

Reema Consulting Services, Inc.

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 8:17-cv-01648-TDC

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the Reema Consulting Services, Inc.

    I certify that I am admitted to practice in this Court.

June 8, 2021

Date

/s/ Melissa Menkel McGuire

Signature

Melissa Menkel McGuire (Bar # 23013)

Printed name and bar number

7 Saint Paul Street, 18th Floor, Baltimore, MD 21202

Address
mmcguire@wcslaw.com

Email address

(410) 659-1300

Telephone number

(410) 659-1350

Fax number

EntryofAppearanceCivil (08/2015)