**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Evangeline Parker

    **Plaintiff,**

    **v.**

Reema Consulting Services, Inc.

    **Defendant.**

\*

\*

\*

\*

\*

**Case No.**   8:17-cv-01648-TDC

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the Reema Consulting Services, Inc.

    I certify that I am admitted to practice in this Court.

June 8, 2021

Date

/s/ Alanna C. Casey

Signature

Alanna C. Casey (Bar # 21818)

Printed name and bar number

7 Saint Paul Street, 18th Floor, Baltimore, MD 21202

Address

acasey@wcslaw.com

Email address

(410) 659-1300

Telephone number

(410) 659-1350

Fax number

EntryofAppearanceCivil (08/2015)