

**Wright, Constable & Skeen, L.L.P.  |  Attorneys at Law**

7 Saint Paul Street, 18th Floor · Baltimore, Maryland 21202 · Phone: 410-659-1300 · Fax: 410-659-1350

**DONALD J. WALSH**
Writer's Direct Dial / Email:
(410) 659-1320 / dwalsh@wcslaw.com

June 18, 2021

**VIA ECF**

The Honorable Theodore D. Chuang
United States District Court for
    The District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

   RE: *Parker v. Reema Consulting Services, Inc.*
     Civil Action No. TDC-17-1648

Dear Judge Chuang:

  I am writing to you in regards to the scheduling in the above case.  We scheduled the above case to begin on December 6 and to last approximately 8 days.  After we selected the trial date, I received word that my youngest son's graduation from Clemson University has been set for Thursday, December 16, 2021.  I certainly did not anticipate the graduation occurring on a Thursday.

  I know you indicated that the trial would only be 4 days a week with us not having trial on Friday, however, I am requesting if we can make an exception in this case so that we can hopefully be finished in time for me to travel to South Carolina to attend his graduation.  It may be that we can reevaluate the decision again during the trial.  I have communicated with counsel for Ms. Parker and they have graciously indicated that they are amenable to this change if acceptable to you.

  Alternatively, I would humbly ask that we push the trial back two or more weeks. However, it should be noted that counsel for Ms. Parker is opposed to delaying the trial.

  I appreciate any consideration you can give to this personal request.

        Sincerely,

        Donald J. Walsh

cc:  All counsel of record via ECF

{00437648v.2 (15424.00002)}