## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EVANGELINE J. PARKER       *

     Plaintiff       *

v.       *      Case No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC. *

     Defendant       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## SUBSTITUTION OF COUNSEL

To the Clerk:

Please enter the appearance of Marie J. Ignozzi (Bar # 29762) as additional counsel on behalf of Reema Consulting Services, Inc.

Please withdraw the appearance of Melissa Menkel McGuire (Bar #23013) as counsel.

         */s/ Donald J. Walsh*
         Donald J. Walsh (Bar # 09384)
         dwalsh@wcslaw.com
         Marie J. Ignozzi (Bar # 29762)
         mignozzi@wcslaw.com
         Alanna C. Casey (Bar #21818)
         acasey@wcslaw.com
         Wright, Constable & Skeen, LLP
         7 St. Paul Street, 18th Floor
         Baltimore, Maryland 21202
         Telephone: (410) 659-1300
         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of October, 2021, a copy of the foregoing Substitution of Counsel was served on all counsel of record via the Court's electronic filing system and via email.

*/s/ Donald J. Walsh*
Donald J. Walsh