**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

EVANGELINE J. PARKER                    *

    Plaintiff                              *

v.                                      *       Case No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC.  *

    Defendant                            *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**<u>SUBSTITUTION OF COUNSEL</u>**

To the Clerk:

Please enter the appearance of Marie J. Ignozzi (Bar # 29762) as additional counsel on behalf of Reema Consulting Services, Inc.

Please withdraw the appearance of Melissa Menkel McGuire (Bar #23013) as counsel.

*/s/ Donald J. Walsh*
Donald J. Walsh (Bar # 09384)
dwalsh@wcslaw.com
*/s/ Marie J. Ignozzi*
Marie J. Ignozzi (Bar # 29762)
mignozzi@wcslaw.com
*/s/ Alanna C. Casey*
Alanna C. Casey (Bar #21818)
acasey@wcslaw.com
Wright, Constable & Skeen, LLP
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1300
*Attorneys for Defendant*

{00444151v. (15424.00002)}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of October, 2021, a copy of the foregoing Substitution of Counsel was served on all counsel of record via the Court's electronic filing system and via email.

/s/ *Donald J. Walsh*
Donald J. Walsh