## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EVANGELINE J. PARKER

**Plaintiff,**

v.

REEMA CONSULTING
SERVICES, INC.

**Defendant.**

*

*

*

*

*

Case No. 8:17-CV-01648

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the REEMA CONSULTING SERVICES, INC.

I certify that I am admitted to practice in this Court.

October 6, 2021

Date

_/s/ Marie J. Ignozzi_

Signature

Marie J. Ignozzi (Bar # 29762)

Printed name and bar number

7 Saint Paul Street, 18th Floor,
Baltimore, MD 21202

Address

mignozzi@wcslaw.com

Email address

(410) 659-1300

Telephone number

(410) 659-1350

Fax number

EntryofAppearanceCivil (08/2015)