**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

EVANGELINE J. PARKER                     *

    Plaintiff                              *

v.                                       *        Case No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC. *

    Defendant                              *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**REEMA CONSULTING SERVICES, INC.'s MOTION *IN LIMINE***
**TO EXCLUDE CERTAIN EVIDENCE**

Defendant, Reema Consulting Services, Inc. ("RCSI"), pursuant to the respective Federal Rules of Evidence and this Court's Pre-Trial Order (Doc. 129), respectfully moves *in limine* to exclude certain evidence. As set forth more fully in the attached Memorandum of Law, incorporated herein by reference, Defendant seeks to exclude the following evidence anticipated to be introduced by Plaintiff at trial:

1. Evidence offered of rumors by nonemployees outside of the workplace;

2. All bald references to a rumor without the foundation of the substance of the rumor or who communicated the rumor;

3. Evidence of Larry Moppins' employment after RCSI and any allegations of improper conduct at any subsequent workplace;

4. Evidence of Larry Moppins' behavior or comments not heard by Plaintiff, to include, but not limited to, comments with a perceived sexual connotation and/or related to his genitals;

5. Any evidence that suggests Romaine Thompson or any other employees were harassed while working at RCSI;

6. All reference to the procedural history of this case, to include the Fourth Circuit's decision, the petition for writ of certiorari to the United States Supreme Court, this

Court's Motion for Summary Judgment Opinion, and this Court's rulings on Discovery Disputes;

7. Evidence from witnesses suggesting that Cathy Price "spreads rumors" which were not part of any rumor involving the Plaintiff.

WHEREFORE, Defendant, Reema Consulting Services, Inc., for reasons stated herein and in the accompanying Memorandum, respectfully requests that the above-referenced evidence be excluded from trial, and that the Court grant such other and further relief as is just and equitable.

*/s/ Donald J. Walsh*
Donald J. Walsh (Bar #09384)
dwalsh@wcslaw.com
Marie Ignozzi (Bar #29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar #21818)
acasey@wcslaw.com
Wright, Constable & Skeen, L.L.P.
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1300
Facsimile: (410) 659-1350

*Attorneys for Reema Consulting Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2021, I electronically filed the foregoing Motion in Limine and Memorandum in Support, which was then served on the Defendant's Counsel through the Court's ECF system.

*/s/ Donald J. Walsh*