

**Planet Depos**
We Make It *Happen*™

# Transcript of DaMarcus L. Pickett

**Date:** July 14, 2020
**Case:** Parker -v- Reema Consulting Services, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

_____X

EVANGELINE J. PARKER         :

          Plaintiff,         :

   v.                        :        CIVIL ACTION NO.:

REEMA CONSULTING            :        8:17-CV-01648-TDC

SERVICES, INC.              :

          Defendant

_____X


          Deposition of DaMARCUS L. PICKETT

               Baltimore, Maryland 21202

                  Tuesday, July 14, 2020

                       9:45 p.m.




Job No.:   304766

Pages 1 - 279

Reported by:  Sharon O'Neill, RMR

well, how progressive things have gotten and different and people are like, Yo, like why are we dealing with that kind of shit.  So she didn't want to come to the new side.

Q   And she said that to you?

A   Yeah.

Q   Okay.  Did you ever hear any other sexual comments made by Mr. Moppins made to anybody else?

A   I've heard some things.  You know, there's this thing about this lobster and, you know, somebody said that not too long ago. There's a joke where at 4:00, we're like you got off the clock like 4:30, he can invite you to lobster, which is a sexual reference to the genitals and shit like that, so.

Q   Okay.  Who did he say that to?

A   He would just say it, just randomly. Like Manley used to get it.  Kenton, I think, has heard it a couple times.  Like "I'm serving lobster at 4:31.  I'll meet you in the parking lot."  You know, things like that.  So.

Q    Okay.  So he would -- did he ever say it to women?

A    I'm not really sure.  I couldn't say specifically.  You know, it was a joke.  You know, he was joking, so I couldn't necessarily say if he said it to a woman.

And if he did, he didn't say you known "I'll invite you to my lobster."  He might just say "Hey, let's have a conversation at 4:31," or something like that, you know.

Q    Okay.  But was there an implication to that?

MR. WALSH:  Objection.

A    I think because I know the implication, then I know it was.  They may have been naive to the statement or what it truly entailed, but, and then, again, I can't say I know what his intent was, but I know what the intent at 4:31.  I've heard it a lot of times, so I would just automatically assume you're talking about inviting somebody to your lobster at 4:31.

Q    Got it.  Going back to, you said