Kenton Birgans
July 17, 2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

--------------------------X

EVANGELINE J. PARKER,

                Plaintiff,

V.                          Civil Action No.

REEMA CONSULTING SERVICES,    8:17-CV-01648-TDC

INC.,

                Defendant.

--------------------------X

REMOTE VIDEOTAPED DEPOSITION OF

KENTON M. BIRGANS

Friday, July 17, 2020

9:04 AM EASTERN STANDARD TIME

_____

U.S. Legal Support

1818 Market Street

Suite 1400

Philadelphia, PA  19103

877.479.2484

JOB NO.:    309913

REPORTER:   Denise Dobner Vickery, RMR, CRR

Kenton Birgans
July 17, 2020

MR. WALSH:  Objection.

THE WITNESS:  Yes.  It wasn't very good.

BY MS. RICE:

Q.    And why do you say "it wasn't very good"?

A.    A lot of sexual statements he used to say.

Q.    And if you can recall, what types of statements would he say to women at Reema?

A.    Not just women.  Everyone in general.  His main phrase was, "You can come get this lobster at 4:31," which we get off work at 4:30.  So he say, "You can come get this lobster at 4:31," which he was referring to his genitals.

Q.    And would he often say that?  Would he say that in public?

A.    He would say it in public.  He would say it in meetings.  He would say it pretty much often.

Q.    Now, given these things were publicly said, do you know of anyone who ever complained about Larry Moppins to, you know, HR or another manager?

A.    I don't know of anyone that

Kenton Birgans
July 17, 2020

34

complained because they were probably scared to say anything because, I mean, it wouldn't work in your favor.

Q.    And so I'll break that up.

First, why would you say that they would be scared to say anything?

MR. WALSH:  Objection.

THE WITNESS:   Fear the repercussions.

BY MS. RICE:

Q.    And what do you think those repercussions would be?

MR. WALSH:  Objection.

THE WITNESS:   Either you'll get written up or you'll get terminated.

BY MS. RICE:

Q.    And had you seen this happen to anyone before?

A.    I haven't seen it happen.  I've seen people getting written up for -- for things before but, yeah.

Q.    And so, in your opinion, who was in charge at Reema from your standpoint?

MR. WALSH:  Objection.

THE WITNESS:  My standpoint, it