

**Planet Depos®**
We Make It *Happen*™

# Transcript of Evangeline J. Parker

**Date:** January 15, 2020
**Case:** Parker -v- Reema Consulting Services, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MARYLAND

- - - - - - - - - - - - - - -x

EVANGELINE J. PARKER      :

          Plaintiff,      :

   v.                     :    Civil Action No.

REEMA CONSULTING          :    8:17-CV-01648-TDC

SERVICES, INC.,           :

          Defendant.      :

- - - - - - - - - - - - - - -x


          Deposition of EVANGELINE J. PARKER

               Washington, D.C.

          Wednesday, January 22, 2020

                  9:36 a.m.




Job No.: 281347

Pages: 1 - 320

Reported By: Roanna L. Ossege

the rumor?

A  Uh-huh.

Q  And then this meeting happened some time middle to late of April?

A  Uh-huh.

Q  And during any of that period of time, did Mr. Moppins do anything that you know of that spread this rumor?

A  That I know of?

Q  Yes, ma'am.

A  Other than the conversation with Pickett?

Q  Well, that was what prompted Mr. Pickett --

A  Right.

Q  -- to first tell you, right?

A  No.

Q  Okay.  Do you know if Mr. Moppins talked to anybody else about that rumor?

A  Do I know?

Q  Yes, ma'am.

A  No.

Q  So going back to the meeting with -- I forgot to ask you, you mentioned that Ms. Romaine

Thomson had her own harassment issue at Reema?

A    Correct.

Q    What was that?

A    Something occurred in the SPEAR department with an employee that works directly for the State that was a former employee of Reema.  Ms. Thomson was written up twice.  Just based off of what she told me, there were some comments made by the employee for the State that were of a sexual nature and it was a whole bunch of laugher and things. Either way she felt uncomfortable.  And then she was written up for an error or mistake that happened and she decided to go to HR; and then she did tell me she retracted all of this and ended up quitting.

Q    Did she tell you what HR did as a result of that?

A    No, she didn't.  She really didn't want to talk about it and so I wasn't going to force her to talk about it.

Q    Did she say whether the mistake that she was written up for was accurate or not?

A    She said she was ultimately blamed for