**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

**ORDER**

For the reasons stated during the November 16, 2021 Case Management Conference and by agreement of the parties, it is hereby ORDERED that:

1.  Unvaccinated individuals will be struck for cause from the jury pool.

2.  The parties shall file a Joint Status Report by **Wednesday, November 24, 2021** stating (a) the names of the witnesses the parties intend to call and whether they will appear in court in compliance with the United States District Court for the District of Maryland's Standing Order 2021-10 or instead be subject to *de bene esse* depositions; and (b) if depositions are required, whether the parties request any changes to the trial schedule to accommodate the depositions.

Date: November 16, 2021

THEODORE D. CHUANG
United States District Judge