**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

EVANGELINE J. PARKER,

        Plaintiff

v.                                                                   Civil Action No. 8:17-CV-01648-TDC

REEMA CONSULTING SERVICES, INC.,

        Defendants.

## JOINT STATUS REPORT

Pursuant to Dkt. No. 152, Plaintiff Evangeline J. Parker and Defendant Reema Consulting

Services, Inc. provide the following joint status update:

The parties will call the following witnesses at trial:

- Evangeline Parker – Live

- Lynette Parker – Live

- DaMarcus Pickett – Live

- Kenton Birgans – Live or Deposition Designation

- Angela Wallace – Live, Deposition Designation, or *De Bene Esse* Deposition

- Cathy Price – Live

- Rajesh Vora – Live

- Larry Moppins – Live

- Reema Vora – Deposition Designation

Counsel have contacted each of the above-listed witnesses in the upcoming trial (other than

Mr. Birgans, discussed below) and confirmed that the witnesses are aware of the Court's COVID-

19 policies and either: (a) are vaccinated; or (b) will comply with the Court's COVID-19 testing requirements.  The parties provide the follow updates for two witnesses whose appearances at trial remain uncertain:

**Mr. Kenton Birgans**:  Plaintiff's counsel served Mr. Birgans with a subpoena to appear and testify at trial, and the subpoena included as attachments: (1) the Court's standing order 2021-10, IN RE: VACCINATION POLICY; (2) the Court's August 13, 2021 Memorandum regarding MANDATORY COVID-19 VACCINATION; and (3) the Court's COVID-19 Vaccination Status Attestation.  However, counsel has been unable to reach Mr. Birgans to confirm his intent to appear at trial and his agreement to abide by the Court's COVID-19 requirements.  In the event Plaintiff is unable to reach Mr. Birgans prior to trial, or that he is unable to confirm compliance with the Court's COVID-19 policies, or attend the trial live, the parties will present his testimony via deposition designations.

**Ms. Angela Wallace**:  Ms. Wallace has an ill family member who she takes care of and she has requested an accommodation.  The parties are continuing to confer with one another and Ms. Wallace on the best way to present her testimony and do not expect any disruptions to trial.  The parties will either present her testimony live at trial (in compliance with the Court's COVID-19 policies), via deposition designations, or *de bene esse* deposition.

The parties do not request any changes to the trial schedule.

Dated: November 24, 2021


By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Ahmed J. Davis (Bar No. 17812)
Joseph Colaianni (admitted *pro hac vice*)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
Tristin Brown (Bar No. 21321)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14ᵗʰ Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010


*Counsel for Plaintiff Evangeline J. Parker*

By: */s/ Donald J. Walsh * with permission*
Donald J. Walsh (Bar No. 09384)
dwalsh@wcslaw.com
Marie J. Ignozzi (Bar No. 29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar No. 21818)
acasey@wcslaw.com
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350

*Counsel for Defendant Reema Consulting
Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 24th day of November, 2021 true and correct copies of the above and foregoing JOINT STATUS REPORT have been filed and served through the Court's ECF system on the following:

Donald J. Walsh (Bar No. 09384)
dwalsh@wcslaw.com
Marie J. Ignozzi (Bar No. 29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar No. 21818)
acasey@wcslaw.com
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331