# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

## ORDER

For the reasons stated during the December 2, 2021 Pretrial Conference, it is hereby ORDERED that:

1. Defendant Reema Consulting Services, Inc.'s ("RCSI") Motions *in Limine*, ECF No. 143, are resolved as follows:

    a. RCSI's Motion No. 1 as to testimony that Donte Jennings started the rumor and that the rumor was discussed at the all-hands meeting is GRANTED IN PART and DENIED IN PART.

    b. RCSI's Motion No. 2 as to incomplete statements of the rumor is DENIED.

    c. RCSI's Motion No. 3 as to evidence of Larry Moppins's employment after RCSI and allegations of improper post-employment conduct is GRANTED.

    d. RCSI's Motion No. 4 as to evidence of Larry Moppins's sexual comments at RCSI is DENIED.

    e. RCSI's Motion No. 5 as to evidence that Romaine Thomson or other employees were harassed at RCSI is GRANTED.

  f. RCSI's Motion No. 6 as to prior court rulings in this case is GRANTED.

  g. RCSI's Motion No. 7 as to evidence that Cathy Price spread rumors unrelated to Parker is GRANTED.

2. Plaintiff Evangeline J. Parker's Motions *in Limine*, ECF No. 144, are resolved as follows:

  a. Parker's Motion No. 1 as to the *Faragher/Ellerth* defense is GRANTED.

  b. Parker's Motion No. 2 as to evidence that RCSI is not liable because any unwelcome conduct was based on conduct as opposed to sex is GRANTED.

  c. Parker's Motion No. 3 as to evidence regarding Parker's sexual history unrelated to the rumor at issue here is GRANTED.

  d. Parker's Motion No. 4 as to evidence regarding Parker's prior criminal history is GRANTED.

  e. Parker's Motion No. 5 as to evidence regarding deletion of data from a company-provided cell phone is GRANTED.

  f. Parker's Motion No. 6 as to evidence regarding a statement by Carlos Carter regarding statements allegedly provided by Kenton Birgans is DENIED.

  g. Parker's Motion No. 7 as to evidence regarding any other discrimination actions, legal complaints, or lawsuits initiated by Parker is GRANTED.

  h. Parker's Motion No. 8 as to evidence regarding damages, costs, or fees not to be decided by the jury is GRANTED.

Date: December 2, 2021



THEODORE D. CHUANG
United States District Judge