# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

## ORDER

It is hereby ORDERED that the parties shall file a joint proposed briefing schedule for all remaining post-trial issues by **Tuesday, December 14, 2021**.

Date:  December 9, 2021

THEODORE D. CHUANG
United States District Judge