## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

EVANGELINE J. PARK.ER.,

        Plaintiff

v.

REEMA CONSULTING SERVICES, INC.,

        Defendants.

Civil Action No. 8:17-CV-01648-TDC

Jury Trial Demanded     \_\_\_\_ **FILED**     \_\_\_\_ **ENTERED**
\_\_\_\_ **LOGGED**     \_\_\_\_ **RECEIVED**

DEC **0 9** 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY        DEPUTY

### PLAINTIFF'S PROPOSED EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1. | DEC 0 6 2021 | DEC 0 6 2021 | Nov. 26, 2014 Offer Letter |
| 2. | DEC 0 6 2021 | DEC 0 6 2021 | Feb. 15, 2015 Performance Evaluation |
| 3. | DEC 0 6 2021 | DEC 0 6 2021 | Mar. 16, 2015 Offer Letter |
| 4. | DEC 0 6 2021 | DEC 0 6 2021 | May 16, 2015 Offer Letter |
| 5. | DEC 0 6 2021 | DEC 0 6 2021 | Jun. 15 2015 Letter of Salary Adjustment |
| 6. | DEC 0 6 2021 | DEC 0 6 2021 | Sept. 1, 2015 Written Warning re "Process for Verifying Inventory" |
| 7. | DEC 0 6 2021 | DEC 0 6 2021 | Oct. 9, 2019 Performance Evaluation |
| 8. | DEC 0 7 2021 | DEC 0 7 2021 | Jan. 22, 2016 Letter of Employment Verification |
| 9. | DEC 0 6 2021 | DEC 0 6 2021 | Jan. 29, 2016 Performance Evaluation |
| 10. | DEC 0 7 2021 | DEC 0 7 2021 | Feb. 23, 2016 Written Counseling – Probationary Letter of Concern |
| 11. | DEC 0 6 2021 | DEC 0 6 2021 | March 31, 2016 Performance Evaluation |
| 12. | DEC 0 6 2021 | DEC 0 6 2021 | Apr. 7, 2016 Offer Letter |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 13. | DEC 0 7 2021 | DEC 0 7 2021 | April 25, 2016 Investigation Questionnaire |
| 14. | DEC 0 6 2021 | DEC 0 6 2021 | Apr. 25, 2016 Email from Price to Parker |
| 15. | DEC 0 7 2021 | DEC 0 7 2021 | Apr. 27, 2016 Email from Moppins to Price |
| 16. | DEC 0 6 2021 | DEC 0 6 2021 | Apr. 27, 2016 Email from Price to Parker, Pickett, Moppins |
| 17. | DEC 0 7 2021 | DEC 0 7 2021 | May 12, 2016 Memorandum re Notification of Hostile Work Environment |
| 18. | DEC 0 7 2021 | DEC 0 7 2021 | May 13, 2016 Email from Moppins to Reema Vora, Rajesh Vora, Price |
| 19. | DEC 0 6 2021 | DEC 0 6 2021 | May 16, 2016 Written Warning re "Poor Management Performance" |
| 20. | DEC 0 6 2021 | DEC 0 6 2021 | May 16, 2016 Written Warning re "Failure to Follow Instructions" |
| 21. | DEC 0 7 2021 | DEC 0 7 2021 | May 17, 2016 Investigation Report |
| 22. | DEC 0 6 2021 | DEC 0 6 2021 | May 17, 2016 Letter from Parker to Price |
| 23. | DEC 0 7 2021 | DEC 0 7 2021 | May 17, 2016 email from Moppins to Vora, Price |
| 24. | DEC 0 6 2021 | DEC 0 6 2021 | May 18, 2016 Email from Parker to Price |
| 25. | DEC 0 6 2021 | DEC 0 6 2021 | May 18, 2020 Official Separation of Employment Notice |
| 26. | DEC 0 6 2021 | DEC 0 6 2021 | May 23, 2016 Statement from Wallace |
| 27. | DEC 0 6 2021 | DEC 0 6 2021 | Aug. 24, 2016 Charge of Discrimination |
| 28. | DEC 0 7 2021 | DEC 0 7 2021 | RCSI Sexual Harassment Policy Manual |
| 29. | DEC 0 6 2021 | DEC 0 6 2021 | RCSI Employee Handbook |
| 30. | | | 2016 U.S. Tax Forms (1 of 2), E. Parker |
| 31. | | | 2016 U.S. Tax Forms (2 of 2), E. Parker |
| 32. | | | Job Applications |
| 33. | DEC 0 6 2021 | DEC 0 6 2021 | Parker Notes |
| 34. | DEC 0 7 2021 | DEC 0 7 2021 | Cathy Price Notes |

2

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 35. | DEC 0 6 2021 | DEC 0 6 2021 | Lyft Payment Statements |
| 36. | | | MidAtlantic Cultural Leadership Award |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| ID1 | | | E. Parker Deposition Transcript (Identification Only |
| ID2 | | | L. Moppins Deposition Transcript (Identification Only) |
| ID3 | | | D. Pickett Deposition Transcript (Identification Only) |
| ID4 | DEC 0 7 2021 | | C. Price Deposition Transcript (1 of 2) (Identification Only) |
| ID5 | | | C. Price Deposition Transcript (2 of 2) (Identification Only) |
| ID6 | | | Rajesh Vora Deposition Transcript (Identification Only) |
| ID7 | | | A. Wallace Deposition Transcript (Identification Only) |
| ID8 | DEC 0 7 2021 | | K. Birgans Deposition Transcript (Identification Only) |
| ID9 | | | Reema Vora Deposition Transcript (Identification Only) |

ID10   DEC 0 7 2021          Handwritten notes on ELMO

**EVANGELINE J. PARKER**

vs.

**REEMA CONSULTING SERVICES, INC.**

_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

DEC 0 9 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

**Civil No. TDC-17-1648**

<u>**Defendant's Trial Exhibits**</u>

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 100 | | | **2013.10.01 larry Moppins Purchase Order October 2013** |
| 101 | | | **2014.11.20 Contingent Offer to Parker** |
| 102 | | | **2014.11.26 Official Offer Letter to Parker** |
| 103 | DEC 0 6 2021 | DEC 0 6 2021 | **2014.11.27 Handbook Acknowledgement Executed** |
| 104 | | | **2015.03.16 Parker Performance Evaluation** |
| 105 | | | **2015.06.11 Official Notice of New Compensation Package for Exempt Employees** |
| 106 | | | |
| 107 | | | **2015.07.08 Cell Phone Procedures Memorandum** |
| 108 | | | **2015.10.13 Parker Performance Evaluation** |
| 109 | DEC 0 6 2021 | DEC 0 6 2021 | **2016.03.02 Memo-Wallace to Price re Matthews counseling session** |
| 110 | DEC 0 6 2021 | DEC 0 6 2021 | **2016.05.02 Harrassment policy Receipt Executed** |
| 111 | DEC 0 6 2021 | DEC 0 6 2021 | **2016.05.02 Supervisory Sexual Harassment & EEO Compliance Training Workbook** |
| 112 | DEC 0 7 2021 | DEC 0 7 2021 | **2016.05.16 Carlos Carter Witness Statement** |
| 113 | | | **2016.05.18 Unauthorized Deletion of Gernment Data** |
| 114 | DEC 0 6 2021 | DEC 0 6 2021 | **2016.05.23 EEOC Intake Questionnaire** |

{1
1}        {1
1}        Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 115 | | | 2016.05.24 RCSI HR Post Assessment Quiz and Training |
| 116 | | | 2019.05.30 Email re Wrap-Up Session |
| 117 | | | 2020.06.25 Pickett Letter to Judge Simms |
| 118 | | | T-Mobile Records |
| 119 | | | Emails forwarded by Parker |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

{2
2}    {2
2}    Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

{3
3}      {3
3}      Exhibit List (Rev  3/1999)