**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

DEC 0 9 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

| | | |
|---|---|---|
| EVANGELINE J. PARKER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: TDC-17-1648 |
| REEMA CONSULTING SERVICES, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \*

**CERTIFICATION**
**EXHIBITS TO BE SUBMITTED TO JURY**

The undersigned counsel for the parties in this case hereby certify that they have

marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are

satisfied, and do hereby stipulate that all of the trial exhibits that have been admitted into

evidence are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff(s)**

_____
Andrew R. Kopsidas

_____
Ahmed J. Davis

_____
Daniel A. Tishman

**Counsel for Defendant(s)**

_____
Donald J. Walsh

_____
Marie J. Ignozzi

Date: ___12/8/2021___

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)