# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____ FILED     _____ ENTERED
_____ LOGGED    _____ RECEIVED

DEC 0 9 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

EVANGELINE J. PARKER,                   *

    Plaintiff,                        *

    v.                                *          Civil Action No.:  TDC-17-1648

REEMA CONSULTING SERVICES, INC.,  *

    Defendant.                        *

                          ******

## STIPULATION REGARDING RETURN OF EXHIBITS

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |
| | |
| | |
| | |
| All Plaintiffs' exhibits returned: 12/9/21 | All Defendant's exhibits returned: 12/9/21 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s):                         Counsel for Defendant(s):
X _____                         X _____
Andrew Kopsidas                                   Donald J. Walsh
X _____                         X _____
Ahmed Davis                                       Marie J. Ignozzi

_Daniel Tishman_

Date: 12/9/21

U.S. District Court (Rev 5/2000) - Stipulation Regarding Return of Exhibits