UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

EVANGELINE J. PARKER,

    Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

## VERDICT FORM

We, the Jury, unanimously find the following:

1. Did the Plaintiff, Evangeline Parker, establish by a preponderance of the evidence that Defendant Reema Consulting Services, Inc. ("RCSI") created a hostile work environment based on sex?

    ____✓____ YES   _____ NO

2. Did Ms. Parker establish by a preponderance of the evidence that RCSI unlawfully retaliated against Ms. Parker?

    ____✓____ YES   _____ NO

*If your answer was "YES" to Question 1, Question 2, or both, please proceed to answer Questions 3 and 4. If your answer was "NO" to both Questions 1 and 2, the Verdict Form is complete, and you must not answer Questions 3, 4, and 5. Please proceed to sign and date the Verdict Form.*

3. What amount, if any, do you award to Ms. Parker as compensatory damages?

    AMOUNT: $ __340,000__

4. Do you find that punitive damages should be assessed against RCSI?

    ____✓____ YES   _____ NO

*If your answer to Question 4 was "YES," please proceed to answer Question 5. If your answer to Question 4 was "NO," the Verdict Form is complete and you must not answer Question 5. Please proceed to sign and date the Verdict Form.*

5. What amount do you award in punitive damages?

> AMOUNT: $ 385,000

*The Verdict Form is complete.  Please proceed to sign and date the Verdict Form.*

Date: December 9, 2021          **SIGNATURE REDACTED**