# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| EVANGELINE J. PARKER, | |
| Plaintiff | |
| v. | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC., | |
| Defendants. | |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order of December 9, 2021 (Dkt. No. 164), Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. provide the following proposed briefing schedule for all post-trial motions:

| January 7, 2022 | Deadline for parties to file all post-trial motions |
|---|---|
| January 28, 2022 | Deadline for parties to file oppositions to motions |
| February 4, 2022 | Deadline for parties to file replies in support of motions |

Dated: December 14, 2021

By: */s/ Andrew R. Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Ahmed J. Davis (Bar No. 17812)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

By: */s/ Donald J. Walsh * with permission*
Donald J. Walsh (Bar No. 09384)
dwalsh@wcslaw.com
Marie J. Ignozzi (Bar No. 29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar No. 21818)
acasey@wcslaw.com
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
Tristin Brown (Bar No. 21321)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*

*Counsel for Defendant Reema Consulting
Services, Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of December, 2021 true and correct

copies of the above and foregoing JOINT STATUS REPORT have been filed and served through

the Court's ECF system on the following:

Donald J. Walsh (Bar No. 09384)
dwalsh@wcslaw.com
Marie J. Ignozzi (Bar No. 29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar No. 21818)
acasey@wcslaw.com
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas  (Bar No. 16057)
kopsidas@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331