# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

EVANGELINE J. PARKER,

Plaintiff

v.

REEMA CONSULTING SERVICES, INC.,

Defendants.

Civil Action No. 8:17-CV-01648-TDC

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order of December 9, 2021 (Dkt. No. 164), Plaintiff Evangeline J. Parker and Defendant Reema Consulting Services, Inc. provide the following proposed briefing schedule for all post-trial motions:

| | |
|---|---|
| January 7, 2022 | Deadline for parties to file all post-trial motions |
| January 28, 2022 | Deadline for parties to file oppositions to motions |
| February 4, 2022 | Deadline for parties to file replies in support of motions |

Dated: December 14, 2021

By: /s/ Andrew R. Kopsidas
Andrew R. Kopsidas (Bar No. 16057)
Ahmed J. Davis (Bar No. 17812)
Daniel A. Tishman (admitted pro hac vice)
Taylor Caldwell (admitted pro hac vice)
Tracea L. Rice (admitted pro hac vice)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

By: /s/ Donald J. Walsh * with permission
Donald J. Walsh (Bar No. 09384)
dwalsh@wcslaw.com
Marie J. Ignozzi (Bar No. 29762)
mignozzi@wcslaw.com
Alanna C. Casey (Bar No. 21818)
acasey@wcslaw.com
**WRIGHT, CONSTABLE & SKEEN, LLP**
7 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 659-1354
Facsimile: (410) 659-1350

Motion: Granted 12/14/2021

Theodore D. Chuang
United States District Judge