**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>            Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>            Defendant. | Civil No. 8:17-cv-01648-TDC |

## SUBSTITUTION OF APPEARANCE

Please substitute the appearance of Donald J. Walsh, RKW, LLC, for Reema Consulting

Services, Inc. and strike the appearance of Marie Ignozzi and Wright, Constable and Skeen,

LLP.

/s/ Donald J. Walsh
Donald J. Walsh (Bar #09384)
RKW, LLC
10075 Red Run Boulevard
Fourth Floor
Owings Mills, Maryland 21117
443-379-4011
dwalsh@rkwlawgroup.com

*Attorneys for Reema Consulting Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2021, a copy of the aforegoing Notice of Substitution of Appearance was filed via electronic filing and forwarded to all counsel of record.

/s/ Donald J. Walsh