**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| EVANGELINE J. PARKER,<br><br>Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>Defendants. | Civil Action No. 8:17-CV-01648-TDC |

**STIPULATION REGARDING TITLE VII CAP ON COMPENSATORY DAMAGES AND AMOUNT OF PLAINTIFF'S BACKPAY**

Plaintiff Evangeline Parker and Defendant Reema Consulting Services, Inc., hereby stipulate and agree to the following:

1. The total backpay owed to Plaintiff is $33,039.37.

2. The statutorily-prescribed limit on compensatory and punitive damages that Plaintiff may recover against Defendant is $50,000.00. 42 U.S.C. § 1981a(b)(3).

Dated: January 7, 2022

By: */s/ Andrew Kopsidas*
Andrew R. Kopsidas (Bar No. 16057)
Ahmed J. Davis (Bar No. 17812)
Daniel A. Tishman (admitted *pro hac vice*)
Taylor Caldwell (admitted *pro hac vice*)
Tracea L. Rice (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024

By: */s/ Donald Walsh   * with permission*
Donald J. Walsh (Bar No. 09384)
DWalsh@RKWlawgroup.com
**RKW, LLC**
10075 Red Run Blvd, 4th Floor,
Ownings Mills, MD 21117
Telephone: (43) 379-4011

Telephone: (202) 783-5070                      *Counsel for Defendant Reema Consulting*
Facsimile: (202) 783-2331                       *Services, Inc.*

Dennis A. Corkery (Bar. No. 19076)
Joanna K. Wasik (Bar. No. 21063)
**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14ᵗʰ Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Counsel for Plaintiff Evangeline J. Parker*