# EXHIBIT 6

-----Original Message-----
From: paygovadmin@mail.com [mailto:paygovadmin@mail.com]
Sent: Monday, May 15, 2017 1:30 PM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this pa

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262F5P16
Agency Tracking ID: 0422-5523388
Transaction Type: Sale
Transaction Date: May 15, 2017 1:29:34 PM

Account Holder Name: Dennis Corkery
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1275

PARKER-001

ayment, please contact the Helpdesk at 703-299-2101.

PARKER-002

**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | March 5, 2020 |
|---|---|
| Requested By/Office | tmh for GWW/ARK/Washington, DC |
| Matter Name | Parker v. Reema Consulting Services |
| Matter ID | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 03/02/2020 | Invoice No. | |
|---|---|---|---|
| Payable To | Angela Wallace | Initials / Timekeeper Number (For Personal Reimbursements Only) | / |
| Check Amount | $40.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| Patent | | Additional Description | |
|---|---|---|---|
| Trademark | | | |
| Litigation | 023 Witness fees | | |
| Other/General | | | |
| Charge Office | | Explanation | |
| ABA Code | (Only for Microsoft) | ABA Desc | (Only for Microsoft) |
| To Be Mailed By | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:

9/16/2005<br>PARKER-003

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC  20024

1048

53-13/110 MA
47876

DATE March 5, 2020

PAY TO THE
ORDER OF Angela Wallace          $ 40.00—

Forty and ⁰⁰/100 ——————          DOLLARS

**Bank of America**

ACH R/T 011000138

FOR 44823-0001LL1          Dana Van Vun          MP

⑈001048⑈ ⑆011000138⑆ 004640550521⑈



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Fish & Richardson, P.C.(DC)
901 15th St., NW, 7th Fl.
Washington, DC20005

Invoice #:
85288

Date:
05/22/2017

## INVOICE FOR SERVICE

Service #215889: Reema Consulting
Services, Inc.
Evangeline J. Parker v. Reema Consulting
Services, Inc.

Your File# Adjoa Afful
Court Case #: 1:17-cv-00554-LO-IDD

Process Serving Fee within 11-16 mi
(Address is outside 495 Beltway but within
11 to 16 miles)

$95.00

**TOTAL CHARGES:**                    **$95.00**

**BALANCE:**                          **$95.00**

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

PARKER-005

2017052500157362

**Invoice**



## Ali's Contracting Elite, LLC

1220 L Street, NW / Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Bill To:**          **Fish & Richardson**

**Attn:**             **Georgette Williams/ Accounting**

**Invoice Number:**   **FR0214-N  (CM#: 44823.0001LL1)**

**Invoice Date:**     **06/01/2017**

**Invoice Due Date:** **06/10/2017**

**Amount Due:**       **$23.80**

---

### SERVICE GUIDE/ ABBREVIATIONS
**\*\*Reg-Regular/Rsh-Rush/D Rush-Double Rush/RT-Round Trip/PU-Pick Up/Del or Dl-Delivery/WT-Wait Time\*\***
**\*\*XB-Boxes/ ER-Extra Room/ AH-After-Hours/ Cash Layouts- CLO/ IW-Inclement Weather\*\***
**\*\*T Rush- Triple Rush/ Q Rush- Quadruple Rush\*\***

---

✂ - - - - - - - - - - ✂ - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - ✂



**Ali's Contracting Elite, LLC**
1220 L Street, NW/ Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Invoice #: FR0214-N**
**Balance Due: $23.80**

### REMITTANCE

**Make Checks Payable To:**
**Ali's Contracting Elite, LLC**

**Due Date: 06/10/2017**

**Invoice Date: 06/01/2017**

**Amount Enclosed:** _____

**Amount Due: $23.80**

**Check/Money Order #:** _____

PARKER-006

Fish & Richardson P. C.

**ACE Messengers Detail List**

page 1/ FR0214-N

Email Key: GWW@fr.com

| JOB TYPE | SENDER | ATTY # | C/M # | DATE/TIME | TRACKING # | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Suburban | G. Williams | XXXX | 44823.0001LL1 | 5/25/2017 12:56 | 052517-1256/401ds | Fish- 1425 K St., NW/DC | EDVA-401 Courthouse Sq., Alexandria/VA | $ 23.80 | Clerk of the Court (1) | K. Lau 14:54 | |

PARKER-007



## Ali's Contracting Elite, LLC

1220 L Street, NW / Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Invoice**

**Bill To:**          **Fish & Richardson**

**Attn:**             **Georgette Williams/ Accounting**

**Invoice Number:**   **FR0218-E  (CM#: 44823.0001LL1)**

**Invoice Date:**     **08/01/2017**

**Invoice Due Date:** **08/10/2017**

**Amount Due:**       **$51.60**

### SERVICE GUIDE/ ABBREVIATIONS
**Reg-Regular/Rsh-Rush/D Rush-Double Rush/RT-Round Trip/PU-Pick Up/Del or Dl-Delivery/WT-Wait Time**
**XB-Boxes/ ER-Extra Room/ AH-After-Hours/ Cash Layouts- CLO/ IW-Inclement Weather**
**T Rush- Triple Rush/ Q Rush- Quadruple Rush**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Ali's Contracting Elite, LLC
1220 L Street, NW/ Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Invoice #: FR0218-E**
**Balance Due: $51.60**

**REMITTANCE**

**Make Checks Payable To:**
**Ali's Contracting Elite, LLC**

Due Date: 08/10/2017

Invoice Date: 08/01/2017

**Amount Enclosed:** _____

Amount Due: $51.60

**Check/Money Order #:** _____

PARKER-008

Fish & Richardson P. C.

**ACE Messengers Detail List**

page 1/ FR0218-E

Email Key: GWW@fr.com

| JOB TYPE | SENDER | ATTY # | C/M # | DATE/TIME | TRACKING # | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Suburban/IW | G. Williams | XXXX | 44823.0001LL1 | 0719/2017 12:17 | 071917-1217/6500ds | Fish- 1425 K St., NW/DC | USDCMGD-6500 Cherrywood Ln., Greenbelt/MD | $ 51.60 | Clerk of the Court (1) | J. Bruce 14:54 | Inclement Weather (IW) |
| Continuation>>>>>> | >>>>>>>> | >>>> | >>>>>>>>>> | >>>>>>>>>>> | Continuation>>>>> | >>>>>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>> | 1 mile past I-495 $4.00 ea. Mi. |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

PARKER-009



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

5591

**Fish & Richardson P.C.**
The McPherson Building
901 15th Street, NW
Suite 700
Washington, DC 20005

WELLS FARGO BANK, NA
Washington, DC 20005
15-122/540

February 20, 2018

PAY TO THE ORDER OF  U.S. Court of Appeals                                   $  221.00

Five Hundred Twenty One and 00/100                                            DOLLARS

PROTECTED AGAINST FRAUD

MEMO  44823-0001LL1

⑈005591⑈  ⑆054001220⑈  203000001110 6⑈

Fish & Richardson P.C.                                                        5591



Fish & Richardson P.C.                                                        5591

PAYMENT RECORD

10409  J154431 (3/17)                    104091                               Rev 2/14



PARKER-010

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 2/20/18 |
| **Requested By/Office** | ARK/Washington, DC |
| **Matter Name** | Parker/Reema |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office. No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 2/20/18 | **Invoice No.** | |
| **Payable To** | U.S. Court of Appeals | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | ARK / 21 |
| **Check Amount** | $221.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | | | |
| **Other/General** | 555 For | | Application for Admission |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | (Only for Microsoft) | **ABA Desc** | (Only for Microsoft) |
| **To Be Mailed By** | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☒ Secretary | | |
| **Approval Signature** | | Date | |
| **GL Code** | | | |

Additional Information:

FR  9/16/2005

PARKER-011

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## APPLICATION FOR ADMISSION TO THE BAR

**Instructions:** Only attorneys admitted to the bar of the United States Court of Appeals for the Fourth Circuit may practice before the Court. In accordance with Fourth Circuit Rule 46(b), an attorney who is admitted to practice before the highest court of a state and who is of good moral and professional character may become a member of the bar by:

1. providing the information requested below;
2. having a member of the bar of the Court move admission by signing the Motion for Admission;
3. swearing or affirming the Oath before the clerk, a deputy clerk, a notary public or the Court (admission by personal appearance before the Court is usually reserved for ceremonial occasions);
4. paying the admission fee of $221.00 by credit card through CM/ECF or by check made payable to "Clerk, United States Court of Appeals." (The fee is waived for attorneys appointed to represent a party in forma pauperis, law clerks to federal judges within this Circuit, and counsel for the United States or any agency thereof who have a case pending before the Court. If a fee waiver is sought, add the Fourth Circuit docket number here: _____); and
5. submitting the completed form through CM/ECF or mailing the completed form and check to the Clerk of the United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517.

**NAME** (present practicing name):

Last ___KOPSIDAS_____

First __Andrew_____ Middle__Robert_____

Generation
(Jr., Sr., II, III, etc.) _____　　Title (if applicable)_____

Prefix (Mr., Mrs., Miss, Ms., Professor, etc.) __Mr._____

**STATE OF RESIDENCE** (for use on your certificate): __Maryland_____

**FIRM:** __Fish & Richardson, PC_____

**BUSINESS ADDRESS:** __The McPherson Building_____
___901 15th St., N.W., 7th Floor_____

City__Washington_____

State __DC____　　Zip Code __20005__ - ____　　Phone _(202_) 626-6407_ Ext._____

Fax(_202_) 783-2331___　　　　E-mail __kopsidas@fr.com_____

**YEAR OF BIRTH:** __1970__
　　　　　　　　　Year

## PLEASE COMPLETE PAGE TWO OF THIS FORM

| FOR OFFICE USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ECF<br>☐ Hard Copy | Receipt No.: | Applicant<br>☐ Y ☐ N | Movant<br>☐ Y ☐ N | ☐ Processed | ☐ Scanned | ☐ Certificate<br>List QC |

12/01/2016 swv/scc

PARKER-012

**STATE COURT ADMISSIONS:**

| | | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|---|
| 1. | Court of Appeals for the District of Columbia | Active (476237) | 02/11/2002 |
| 2. | Court of Appeals for Maryland | Active (16057) | 12/15/1999 |
| 3. | | | |

**FEDERAL COURT ADMISSIONS:**

| | | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|---|
| 1. | US Court of Federal Claims | Active | 03/23/2000 |
| 2. | US District Court for the District of Columbia | Active | 02/02/2009 |
| 3. | US District Court for the District of Maryland | Active | 03/01/2004 |

**DISCIPLINARY ACTIONS:** Have you ever been disciplined, or are you the subject of any pending disciplinary proceeding, by the bar of any jurisdiction or by any court?

[ ] Yes   [X] No   If yes, please explain in detail on a separate sheet of paper.

**CRIMINAL CONVICTIONS:** Have you ever been convicted of a criminal offense (other than a traffic offense)?

[ ] Yes   [X] No   If yes, please explain in detail on a separate sheet of paper.

### OATH

I, _Andrew Robert Kopsidas_, certify that, to the best of my knowledge and belief, the information on this application is true, correct, complete, and made in good faith. I do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.

_____
(original signature)

Subscribed and sworn to before me this _16th_ day of _February_, 20_18_

COLEEN PAIGE BINFORD
Notary com... NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2020

_____
(date)

_____
(signature and title) *(AFFIX SEAL)*

### MOTION FOR ADMISSION

I, _Dennis A. Corkery_, a member of the Bar of the United States Court of Appeals for the Fourth Circuit, hereby move the admission of the applicant to the Bar of the Court. I am satisfied that the applicant is of good moral and professional character and is admitted to practice before the highest court of a state.

_02/18/2018_
(date)

_____
(original signature)

PARKER-013



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

5592

**Fish & Richardson P.C.**
The McPherson Building
901 15th Street, NW
Suite 700
Washington, DC 20005

WELLS FARGO BANK, NA
Washington, DC 20005
15-122/540

February 20, 2018

PAY TO THE
ORDER OF    U.S. Court of Appeals                                    $ 221.00

Two Hundred Twenty One and 00/100                                    DOLLARS

PROTECTED AGAINST FRAUD

MEMO 44823·0001LLI

⑈005592⑈ ⑈054001220⑈ 203000001110⑆

Fish & Richardson P.C.                                               5592

Fish & Richardson P.C.                                               5592


PAYMENT RECORD



**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | 2/20/18 | | |
|---|---|---|---|
| Requested By/Office | DTT/Washington, DC | | |
| Matter Name | Parker/Reema | | |
| Matter ID | 44823-0001LL1 | | |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 2/20/18 | Invoice No. | |
|---|---|---|---|
| Payable To | U.S. Court of Appeals | Initials / Timekeeper Number (For Personal Reimbursements Only) | DTT / 3605 |
| Check Amount | $221.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| Patent | | Additional Description | |
|---|---|---|---|
| Trademark | | | |
| Litigation | | | |
| Other/General | 555 For | | Application for Admission |
| Charge Office | | Explanation | |
| ABA Code | (Only for Microsoft) | ABA Desc | (Only for Microsoft) |
| To Be Mailed By | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☒ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:

9/16/2005

PARKER-015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### APPLICATION FOR ADMISSION TO THE BAR

**Instructions:** Only attorneys admitted to the bar of the United States Court of Appeals for the Fourth Circuit may practice before the Court. In accordance with Fourth Circuit Rule 46(b), an attorney who is admitted to practice before the highest court of a state and who is of good moral and professional character may become a member of the bar by:

1. providing the information requested below;
2. having a member of the bar of the Court move admission by signing the Motion for Admission;
3. swearing or affirming the Oath before the clerk, a deputy clerk, a notary public or the Court (admission by personal appearance before the Court is usually reserved for ceremonial occasions);
4. paying the admission fee of $221.00 by credit card through CM/ECF or by check made payable to "Clerk, United States Court of Appeals." (The fee is waived for attorneys appointed to represent a party in forma pauperis, law clerks to federal judges within this Circuit, and counsel for the United States or any agency thereof who have a case pending before the Court. If a fee waiver is sought, add the Fourth Circuit docket number here: _____ ); and
5. submitting the completed form through CM/ECF or mailing the completed form and check to the Clerk of the United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517.

**NAME** (present practicing name):

Last  **Tishman**

First  **Daniel**                               Middle **Aaron**

Generation
(Jr., Sr., II, III, etc.)  _____         Title
                                           (if applicable) _____

Prefix (Mr., Mrs., Miss, Ms., Professor, etc.)  **Mr.** _____

**STATE OF RESIDENCE** (for use on your certificate):  **District of Columbia**

**FIRM:** **Fish & Richardson, P.C.**

**BUSINESS ADDRESS:** **The McPherson Building, 901 15th Street, NW, 7th Floor**

City **Washington**

State **D.C.**         Zip Code **20005** - ____        Phone **(202) 783-5070** Ext. _____

Fax **(202) 783-2331**                        E-mail **tishman@fr.com**

**YEAR OF BIRTH:** **1985**
                    Year

**PLEASE COMPLETE PAGE TWO OF THIS FORM**

| FOR OFFICE USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| □ ECF<br>□ Hard Copy | Receipt No.: | Applicant<br>□ Y  □ N | Movant<br>□ Y  □ N | □ Processed | □ Scanned | □ Certificate<br>List QC |

12/01/2016 swv/scc

PARKER-016

| STATE COURT ADMISSIONS: | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|
| 1. District of Columbia | active | 3/7/14 |
| 2. The Disciplinary Board of the Supreme Court of Pennsylvania | inactive | 12/5/11 |
| 3. | | |

| FEDERAL COURT ADMISSIONS: | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|
| 1. US Court of Appeals for the Federal Circuit | active | 1/8/16 |
| 2. Supreme Court of the United States | active | 5/1/17 |
| 3. US District Court for the District of DC | active | 10/2/17 |

**DISCIPLINARY ACTIONS**: Have you ever been disciplined, or are you the subject of any pending disciplinary proceeding, by the bar of any jurisdiction or by any court?

[ ] Yes    [✓] No    If yes, please explain in detail on a separate sheet of paper.

**CRIMINAL CONVICTIONS**: Have you ever been convicted of a criminal offense (other than a traffic offense)?

[ ] Yes    [✓] No    If yes, please explain in detail on a separate sheet of paper.

**OATH**

I, _____Daniel Tishman_____, certify that, to the best of my knowledge and belief, the information on this application is true, correct, complete, and made in good faith. I do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.

_____ (original signature)

Subscribed and sworn to before me this ___15___ day of ___February___, 20_18_

Notary commission expires:

GOLEEN PAIGE BINFORD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2020

_____ (date)

_____ (signature and title) (AFFIX SEAL)

**MOTION FOR ADMISSION**

I, ___Denis A. Conkey___, a member of the Bar of the United States Court of Appeals for the Fourth Circuit, hereby move the admission of the applicant to the Bar of the Court. I am satisfied that the applicant is of good moral and professional character and is admitted to practice before the highest court of a state.

___02/15/18___

_____ (date)

_____ (original signature)

PARKER-017

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING



**Fish & Richardson P.C.**
The McPherson Building
901 15th Street, NW
Suite 700
Washington, DC 20005

WELLS FARGO BANK, NA
Washington, DC 20005
15-122/540

5593

February 22, 2018

PAY TO THE ORDER OF  U.S. Court of Appeals                                $ 221.00

Two Hundred Twenty One and ⁰⁰/100 —————————— DOLLARS

PROTECTED AGAINST FRAUD

MEMO  44823-0001LL1                                          MP

⑈005593⑈  ⑆054001220⑆ 203000001110⑥⑈

Fish & Richardson P.C.                                                    5593

Fish & Richardson P.C.                                                    5593



PAYMENT RECORD


10409  J154431 (3/17)


104091


PARKER-018
Rev 2/14

**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | 2/22/18 |
|---|---|
| Requested By/Office | AVH/Washington, DC |
| Matter Name | Parker/Reema |
| Matter ID | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 2/22/18 | Invoice No. | |
|---|---|---|---|
| Payable To | U.S. Court of Appeals | Initials / Timekeeper Number (For Personal Reimbursements Only) | AVH / 3017 |
| Check Amount | $221.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| Patent | | Additional Description | |
|---|---|---|---|
| Trademark | | | |
| Litigation | | | |
| Other/General | 555 For | | Application for Admission |
| Charge Office | | Explanation | |
| ABA Code | (Only for Microsoft) | ABA Desc | (Only for Microsoft) |
| To Be Mailed By | ☐ Accounting ☐ Attorney ☐ Office Manager ☒ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:

9/16/2005

PARKER-019

## Brenda Bailey

| | |
|---|---|
| **From:** | Teneshia Brown |
| **Sent:** | Thursday, February 22, 2018 3:52 PM |
| **To:** | Brenda Bailey |
| **Subject:** | Parker v. Reemaa - AVH 4th Circuit Application for Admission |
| **Attachments:** | AVH Check Request - US Court of Appeals App for Adm.docx; Andrew Fourth Circuit.pdf |

Hi Brenda,

Andrew Huh is applying for admission to the bar to the US Court of Appeals for the Fourth Circuit. Please find his application and check request attached.

Thanks,

**Teneshia Brown** :: Legal Secretary :: Fish & Richardson P.C.
Washington D.C.
Direct :: 202-626-7737 | Main :: 202-783-5070 | Fax :: 202-783-2331
TBrown@fr.com :: fr.com

PARKER-020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### APPLICATION FOR ADMISSION TO THE BAR

**Instructions:** Only attorneys admitted to the bar of the United States Court of Appeals for the Fourth Circuit may practice before the Court. In accordance with Fourth Circuit Rule 46(b), an attorney who is admitted to practice before the highest court of a state and who is of good moral and professional character may become a member of the bar by:

1. providing the information requested below;
2. having a member of the bar of the Court move admission by signing the Motion for Admission;
3. swearing or affirming the Oath before the clerk, a deputy clerk, a notary public or the Court (admission by personal appearance before the Court is usually reserved for ceremonial occasions);
4. paying the admission fee of $221.00 by credit card through CM ECF or by check made payable to "Clerk, United States Court of Appeals." (The fee is waived for attorneys appointed to represent a party in forma pauperis, law clerks to federal judges within this Circuit, and counsel for the United States or any agency thereof who have a case pending before the Court. If a fee waiver is sought, add the Fourth Circuit docket number here: _____ ); and
5. submitting the completed form through CM ECI or mailing the completed form and check to the Clerk of the United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517.

**NAME** (present practicing name):

Last __Huh__

First __Min Suk__ _____Middle_____

Generation
(Jr., Sr., II, III, etc.) _____

Title
(if applicable)_____

Prefix (Mr., Mrs., Miss, Ms., Professor, etc.) _____

**STATE OF RESIDENCE** (for use on your certificate): __Virginia__

**FIRM:** __Fish & Richardson P.C.__

**BUSINESS ADDRESS:** __The McPherson Building, 901 15th St NW, Suite 700__

City __Washington__

State __DC__       Zip Code __20005__  -       Phone (__202__) __783-5070__ Ext._____

Fax(__202__) __783-2331__       E-mail __huh@fr.com__

**YEAR OF BIRTH:** __1975__
                    Year

### PLEASE COMPLETE PAGE TWO OF THIS FORM

| FOR OFFICE USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ECF <br> ☐ Hard Copy | Receipt No.: | Applicant <br> ☐ Y  ☐ N | Movant <br> ☐ Y  ☐ N | ☐ Processed | ☐ Scanned | ☐ Certificate <br> List QC |

12/01/2016 swv/scc

PARKER-021

| STATE COURT ADMISSIONS: | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|
| 1. California | Active | Sep. 2011 |
| 2. District of Columbia | Active | Oct. 2017 |
| 3. | | |

| FEDERAL COURT ADMISSIONS: | Status (active, inactive) | Approx. Date Admitted (if available) |
|---|---|---|
| 1. Northern District of California | Active | May 2017 |
| 2. | | |
| 3. | | |

**DISCIPLINARY ACTIONS:** Have you ever been disciplined, or are you the subject of any pending disciplinary proceeding, by the bar of any jurisdiction or by any court?

[ ] Yes    [✓] No    If yes, please explain in detail on a separate sheet of paper.

**CRIMINAL CONVICTIONS:** Have you ever been convicted of a criminal offense (other than a traffic offense)?

[ ] Yes    [✓] No    If yes, please explain in detail on a separate sheet of paper.

### OATH

I, _____ Min Suk Huh _____, certify that, to the best of my knowledge and belief, the information on this application is true, correct, complete, and made in good faith. I do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.

_____
(original signature)

Subscribed and sworn to before me this __22__ day of __February__, 20 18

Notary commission expires:

__July 31, 2020__
(date)

_____
(signature and title) (AFFIX SEAL)

### MOTION FOR ADMISSION

I, __Dennis A. Corkery__, a member of the Bar of the United States Court of Appeals for the Fourth Circuit, hereby move the admission of the applicant to the Bar of the Court. I am satisfied that the applicant is of good moral and professional character and is admitted to practice before the highest court of a state.

__02/22/2018__
(date)

_____
(original signature)

PARKER-022

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 3/27/2018 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | $75.00 | **Invoice No.** | |
| **Payable To** | Dennis Corkery | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $75.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

| **Categories** | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 380 Filing fees for | | Andy Kopsidas PHV motion |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41324905.doc

PARKER-023

**Georgette Williams**

| | |
|---|---|
| **From:** | Andrew Huh |
| **Sent:** | Monday, March 26, 2018 6:19 PM |
| **To:** | Georgette Williams |
| **Subject:** | FW: Pay.gov Payment Confirmation: VAED CM ECF |

Can you look into this reimbursement relating to Andy (Kopsidas)'s PHV?  Thanks.

**Andrew Huh ::** Attorney **::** Fish & Richardson P.C.
901 15th Street, NW, 7th Fl., Washington, DC 20005
202-626-6355 (direct) **::** 202-783-2331 (fax) **::** 703-338-4803 (mobile) **::** huh@fr.com

**From:** Dennis Corkery [mailto:Dennis_Corkery@washlaw.org]
**Sent:** Monday, March 26, 2018 6:11 PM
**To:** Andrew Huh <huh@fr.com>
**Subject:** RE: Pay.gov Payment Confirmation: VAED CM ECF

Hi Andrew,

I hope you are well. Our CFO keeps asking about this payment. Do you mind checking to see if your firm sent a reimbursement check?

Thanks so much!
Dennis

DENNIS A. CORKERY, ESQ. | SENIOR STAFF ATTORNEY
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle,NW, Suite 400 | Washington, DC  20036
202-319-1000 ext. 120 | Fax 202-319-1010

This email message is from an attorney and may contain information that is confidential, privileged and/or attorney work product. If you are not the intended recipient of this email, please immediately advise the sender that this message was inadvertently transmitted to you and delete this message, along with any attachments. Please note that if you are an attorney who received this email about a prospective client, you must maintain the confidences of the prospective client. Thank you for your cooperation.

-----Original Message-----
From: Dennis Corkery
Sent: Wednesday, May 17, 2017 11:14 AM
To: Andrew Huh <huh@fr.com>
Subject: FW: Pay.gov Payment Confirmation: VAED CM ECF

Hi Andrew,

Here is the receipt for Andy's pro hac motion.

Thanks,
Dennis

PARKER-024

DENNIS A. CORKERY, ESQ. | SENIOR STAFF ATTORNEY WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle,NW, Suite 400 | Washington, DC  20036
202-319-1000 ext. 120 | Fax 202-319-1010

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Wednesday, May 17, 2017 11:00 AM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262GPVOL
Agency Tracking ID: 0422-5527541
Transaction Type: Sale
Transaction Date: May 17, 2017 11:00:06 AM

Account Holder Name: Dennis Corkery
Transaction Amount: $75.00
Card Type: AmericanExpress
Card Number: ************1275


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

2

PARKER-025

**Andraya Ashmead**

| | |
|---|---|
| **From:** | Georgette Williams |
| **Sent:** | Tuesday, March 27, 2018 9:37 AM |
| **To:** | Accounts Payable |
| **Subject:** | 44823-001LL1:  Request for Payment |
| **Attachments:** | 41324905.pdf |
| | |
| **Categories:** | 2 - IPR - QK |

Good morning:

Please see attached for 44823-001LL1.  Thanks.

**Georgette Williams** :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com
fr.com

1

PARKER-026

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 5/18/2017 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 5/15/2017 | **Invoice No.** | |
| **Payable To** | Washington Lawyer's Committee for Civil Rights and Urban Affairs | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $400.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories**

| | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 380 Filing fees for | | Complaint filed in EDVA |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☒ Accounting ☐ Attorney ☐ Office Manager ☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41267998.doc

PARKER-027

**Andraya Ashmead**

| | |
|---|---|
| **From:** | Georgette Williams |
| **Sent:** | Thursday, May 18, 2017 4:51 PM |
| **To:** | Accounts Payable |
| **Subject:** | FW: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice |
| **Attachments:** | 2017-05-15 WLC-Parker Complaint Filing Fee.pdf; 41267998-Complaint Filing Fee.pdf |

Hello:

Please see the attached.  Thank you.

## Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com
fr.com

**From:** Georgette Williams
**Sent:** Tuesday, May 16, 2017 10:11 AM
**To:** Invoices (invoices@fr.com) <invoices@fr.com>
**Cc:** Andrew Huh <huh@fr.com>
**Subject:** WLC-Parker/Reema - (44823-0001LL1) WLC Invoice

Good morning.  Please see the attached.  Thank you.

## Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com
fr.com

**From:** Dennis Corkery [mailto:Dennis_Corkery@washlaw.org]
**Sent:** Monday, May 15, 2017 4:16 PM
**To:** Andrew Huh <huh@fr.com>
**Cc:** Georgette Williams <GWilliams@fr.com>
**Subject:** RE: Pay.gov Payment Confirmation: VAED CM ECF

1

PARKER-028

Hi Andrew,

Here you go.

Thanks again,
Dennis

**DENNIS A. CORKERY, ESQ. | SENIOR STAFF ATTORNEY**
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle,NW, Suite 400 | Washington, DC  20036
202-319-1000 ext. 120 | Fax 202-319-1010

---

**From:** Andrew Huh [mailto:huh@fr.com]
**Sent:** Monday, May 15, 2017 3:01 PM
**To:** Dennis Corkery <Dennis_Corkery@washlaw.org>
**Cc:** Georgette Williams <GWilliams@fr.com>
**Subject:** RE: Pay.gov Payment Confirmation: VAED CM ECF


Dennis,

We need WLC to submit a W-9 and invoice to us for reimbursement.  Please send them over when ready.  No rush at all.

Thanks,
Andrew

**Andrew Huh ::** Associate **::** Fish & Richardson P.C.
901 15th Street, NW, 7th Fl., Washington, DC 20005
202-626-6355  (direct) **::** 202-783-2331 (fax) **::** 703-338-4803 (mobile) **::** huh@fr.com

*Admitted to practice in CA only, not D.C. Work conducted in D.C. is directly supervised by a member of the DC Bar.*

---

**From:** Andrew Huh
**Sent:** Monday, May 15, 2017 1:42 PM
**To:** 'Dennis Corkery' <Dennis_Corkery@washlaw.org>
**Subject:** RE: Pay.gov Payment Confirmation: VAED CM ECF

2

PARKER-029

Thanks Dennis.  I'll have the filing fee reimbursed.

**Andrew Huh ::** Associate **::** Fish & Richardson P.C.
901 15th Street, NW, 7th Fl., Washington, DC 20005
202-626-6355 (direct) **::** 202-783-2331 (fax) **::** 703-338-4803 (mobile) **::** huh@fr.com

*Admitted to practice in CA only, not D.C. Work conducted in D.C. is directly supervised by a member of the DC Bar.*

---

**From:** Dennis Corkery [mailto:Dennis_Corkery@washlaw.org]
**Sent:** Monday, May 15, 2017 1:41 PM
**To:** Andrew Huh <huh@fr.com>
**Subject:** FW: Pay.gov Payment Confirmation: VAED CM ECF

Hi Andrew,

Here is the receipt for the filing fee.

Thanks,
Dennis

DENNIS A. CORKERY, ESQ. | SENIOR STAFF ATTORNEY
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle,NW, Suite 400 | Washington, DC  20036
202-319-1000 ext. 120 | Fax 202-319-1010


-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Monday, May 15, 2017 1:30 PM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262F5P16

3

PARKER-030

Agency Tracking ID: 0422-5523388
Transaction Type: Sale
Transaction Date: May 15, 2017 1:29:34 PM

Account Holder Name: Dennis Corkery
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1275

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARKER-031

-----Original Message-----
From: paygovadmin@mail.fcyv.va.gov [mailto:paygovadmin@mail.va.gov]
Sent: Monday, May 15, 2017 1:30 PM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this pa

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262F5P16
Agency Tracking ID: 0422-5523388
Transaction Type: Sale
Transaction Date: May 15, 2017 1:29:34 PM

Account Holder Name: Dennis Corkery
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1275

PARKER-032

ayment, please contact the Helpdesk at 703-299-2101.

PARKER-033

**Andraya Ashmead**

| | |
|---|---|
| **From:** | Georgette Williams |
| **Sent:** | Wednesday, March 28, 2018 9:28 AM |
| **To:** | Accounts Payable |
| **Cc:** | Andrew Huh |
| **Subject:** | RE: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice #2 |
| **Attachments:** | FW: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice |
| | |
| **Categories:** | 2 - IPR - QK |

Good morning.  Thanks for checking Rachel. I actually sent two separate requests that day.  Yes if you could pay this one as well as the attached that would be appreciated.


# Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com
fr.com

**From:** Accounts Payable
**Sent:** Wednesday, March 28, 2018 10:25 AM
**To:** Georgette Williams <GWilliams@fr.com>; Accounts Payable <AccountsPayable@fr.com>
**Cc:** Andrew Huh <huh@fr.com>
**Subject:** RE: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice #2

HI Georgette,

Unfortunately I am not seeing that payment was sent on this. in fact I can't even find the original email request. I apologize for this. Please let us know if we still need to process this.

Thanks,

**Rachel E. Ofstie ::** Sr Accounts Payable Coord **::** Fish & Richardson P.C.

612 204 4685 direct **::** ofstie@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

1

PARKER-034

**From:** Georgette Williams
**Sent:** Tuesday, March 27, 2018 11:02 AM
**To:** Accounts Payable <AccountsPayable@fr.com>
**Cc:** Andrew Huh <huh@fr.com>
**Subject:** FW: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice #2

Hello:  Can someone please advise if this was paid from last May?  Thank you.

## Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com

fr.com

**From:** Georgette Williams
**Sent:** Thursday, May 18, 2017 5:51 PM
**To:** Accounts Payable <AccountsPayable@fr.com>
**Subject:** FW: WLC-Parker/Reema - (44823-0001LL1) WLC Invoice #2

Please see the attached.  Thank you.

## Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com

fr.com

**From:** Georgette Williams
**Sent:** Thursday, May 18, 2017 4:13 PM
**To:** Invoices (invoices@fr.com) <invoices@fr.com>
**Cc:** Andrew Huh <huh@fr.com>
**Subject:** WLC-Parker/Reema - (44823-0001LL1) WLC Invoice #2)

Good afternoon:

Please see the attached.  Thank you.

## Georgette Williams :: Legal Secretary/Admin Trainer

2

PARKER-035

Fish & Richardson P.C.
+1-202-626-6410 direct :: GWilliams@fr.com
fr.com

**From:** Andrew Huh
**Sent:** Thursday, May 18, 2017 11:03 AM
**To:** F&R – Parker/Reema <F&R-Parker/Reema@fr.com>
**Subject:** FW: Pay.gov Payment Confirmation: VAED CM ECF

Georgette,

Please get WLC reimbursed for Andy's pro hac filing fee.

Thanks,
Andrew

**Andrew Huh :: Associate :: Fish & Richardson P.C.**
901 15th Street, NW, 7th Fl., Washington, DC 20005
202-626-6355 (direct) :: 202-783-2331 (fax) :: 703-338-4803 (mobile) :: huh@fr.com

*Admitted to practice in CA only, not D.C. Work conducted in D.C. is directly supervised by a member of the DC Bar.*

**From:** Dennis Corkery [mailto:Dennis_Corkery@washlaw.org]
**Sent:** Wednesday, May 17, 2017 11:14 AM
**To:** Andrew Huh <huh@fr.com>
**Subject:** FW: Pay.gov Payment Confirmation: VAED CM ECF

Hi Andrew,

Here is the receipt for Andy's pro hac motion.

Thanks,
Dennis

DENNIS A. CORKERY, ESQ. | SENIOR STAFF ATTORNEY
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle,NW, Suite 400 | Washington, DC 20036
202-319-1000 ext. 120 | Fax 202-319-1010

3

PARKER-036

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Wednesday, May 17, 2017 11:00 AM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262GPVOL
Agency Tracking ID: 0422-5527541
Transaction Type: Sale
Transaction Date: May 17, 2017 11:00:06 AM

Account Holder Name: Dennis Corkery
Transaction Amount: $75.00
Card Type: AmericanExpress
Card Number: ************1275

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

PARKER-037

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC  20036

Corp. ID    52-1335902
Phone #    202-347-8203
Fax #        202-887-7011

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2018 | 033915 |

| Client: |
|---------|
| FISH AND RICHARDSON P.C.<br>ATTN: ADJOA AFFUL<br>1000 MAINE AVENUE SW<br>SUITE 1000<br>WASHINGTON DC  20024 |

| Re: |
|-----|
| EVANGELINE J. PARKER,<br>Plaintiff-Appellant,<br>v.<br>REEMA CONSULTING SERVICES, INC.<br>Defendant-Appellee. |

Client ID:   FISH

| P.O. Number | Terms | Contact | Due Date |
|-------------|-------|---------|----------|
| 21537 | NET 30 Days | ADJOA AFFUL | 6/23/2018 |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| PRINTING | I copy - United States Court Of Appeals For The Fourth Circuit, No. 18-1206, Brief Of Appellant Evangeline J. Parker<br><br>Client Matter No: 44823.0001LL1 | 101.64T |

|  | Subtotal | $101.64 |
|--|----------|---------|
|  | Sales Tax (5.75%) | $5.84 |
|  | Payments/Credits | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$107.48** |
|-----------------|-------------|

PARKER-038

201805250017373l

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC  20036

Corp. ID    52-1335902
Phone #    202-347-8203
Fax #    202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 5/24/2018 | 033916 |

| Client: |
|---|
| FISH AND RICHARDSON P.C.<br>ATTN: ADJOA AFFUL<br>1000 MAINE AVENUE SW<br>SUITE 1000<br>WASHINGTON DC  20024 |

| Re: |
|---|
| EVANGELINE J. PARKER,<br>Plaintiff-Appellant,<br>v.<br>REEMA CONSULTING SERVICES, INC.<br>Defendant-Appellee |

Client ID:  **FISH**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 21538 | NET 30 Days | ADJOA AFFUL | 6/23/2018 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 1 copy - United States Court Of Appeals For The Fourth Circuit, No. 18-1206, Joint Appendix<br><br>Client Matter No: 44823.0001LL1 | 101.64T |

| | |
|---|---|
| **Subtotal** | $101.64 |
| **Sales Tax (5.75%)** | $5.84 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$107.48** |
|---|---|

PARKER-039

201805250017373O

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC  20036

Corp. ID   52-1335902
Phone #   202-347-8203
Fax #      202-887-7011

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/18/2018 | 034028 |

| Client: |
|---------|
| FISH AND RICHARDSON P.C.<br>ATTN: GEORGETTE WILLIAMS<br>1000 MAINE AVENUE SW<br>SUITE 1000<br>WASHINGTON DC  20024 |

| Re: |
|-----|
| EVANGELINE J. PARKER, Plaintiff-Appellant<br>v.<br>REEMA CONSULTING SERVICES, INC.,<br>Defendant-Appellee. |

Client ID:  **FISH**

| P.O. Number | Terms | Contact | Due Date |
|-------------|-------|---------|----------|
| 21636 | NET 30 Days | GEORGETTE WILLIAMS | 8/17/2018 |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| PRINTING | 1 copy - United States Court Of Appeals For The Fourth Circuit, No. 18-1206, Reply Brief Of Appellant Evangeline J. Parker<br><br>Client Matter No: 44823.0001LL1 | 93.92T |

| | |
|--|--|
| Subtotal | $93.92 |
| Sales Tax (5.75%) | $5.40 |
| Payments/Credits | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| Balance Due | $99.32 |
|-------------|--------|

PARKER-040

2018071900176307

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
| --- | --- |
| 8/9/2018 | 034070 |

| Client: |
| --- |
| FISH AND RICHARDSON P.C.<br>ATTN: GEORGETTE WILLIAMS<br>1000 MAINE AVENUE SW<br>SUITE 1000<br>WASHINGTON DC 20024 |

| Re: |
| --- |
| EVANGELINE J. PARKER, Plaintiff-Appellant<br>v.<br>REEMA CONSULTING SERVICES, INC.,<br>Defendant-Apellee. |

Client ID: **FISH**

| P.O. Number | Terms | Contact | Due Date |
| --- | --- | --- | --- |
| 21692 | NET 30 Days | GEORGETTE WILLIAMS | 9/8/2018 |

| Item Code | Description | Amount |
| --- | --- | --- |
| PRINTING<br><br>PRINTING<br>PRINTING | 3 copies each:<br>- United States Court Of Appeals For The Fourth Circuit, No. 18-1206, Brief Of Appellant<br>No. 18-1206, Reply Brief<br>No. 18-1209, Joint Appendix<br><br>Client Matter No: 44823.0001LL1 | 226.92T<br><br>168.76T<br>279.88T |

| | |
| --- | --- |
| Subtotal | $675.56 |
| Sales Tax (5.75%) | $38.84 |
| Payments/Credits | $0.00 |

| | |
| --- | --- |
| TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice. | **Balance Due** $714.40 |

PARKER-041

2018081000177286



**Invoice**

# Ali's Contracting Elite, LLC

1220 L Street, NW / Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

| | |
|---|---|
| **Bill To:** | **Fish & Richardson** |
| **Attn:** | **Georgette Williams/ Accounting** |
| **Invoice Number:** | **FR0247-I  (CM#: 44823.001LL1)** |
| **Invoice Date:** | **09/16/2018** |
| **Invoice Due Date:** | **09/26/2018** |
| **Amount Due:** | **$35.80** |

## SERVICE GUIDE/ ABBREVIATIONS

**\*\*Reg-Regular/Rsh-Rush/D Rush-Double Rush/RT-Round Trip/PU-Pick Up/Del or Dl-Delivery/WT-Wait Time\*\***
**\*\*XB-Boxes/ ER-Extra Room/ AH-After-Hours/ Cash Layouts- CLO/ IW-Inclement Weather\*\***
**\*\*T Rush- Triple Rush/ Q Rush- Quadruple Rush\*\***

✂ - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - ✂



*Ali's Contracting Elite, LLC*
1220 L Street, NW/ Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

*Invoice #: FR0247-I*
*Balance Due: $35.80*

**REMITTANCE**

Due Date: 09/26/2018

Invoice Date: 09/16/2018

Amount Due: $35.80

**Make Checks Payable To:**
**Ali's Contracting Elite, LLC**

**Amount Enclosed:** _____

**Check/Money Order #:** _____

PARKER-042

Fish & Richardson P. C.

**ACE Messengers Detail List**

page 1/ FR0247-I

Email Key: GWW@fr.com

| JOB TYPE | SENDER | ATTY # | C/M # | DATE/TIME | TRACKING # | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Vehicle | G. Williams | XXXX | 44823.001LL1 | 9/14/2018 9:00 | 091418-900/11dv | Fish- 1000 Maine Ave SW/DC | WLCCR&UA-11 Dupont Cir., NW/DC | $ 35.80 | Dennis Corkery (1) | R. Brandon 10:53 | **Investigation #337-TA-1121** |
| Continuation>>>>>> | >>>>>>>> | >>>> | >>>>>>>>>> | >>>>>>>>>>> | Continuation>>> | >>>>>>>>>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>> | **2 binder boxes $6.00 ea.** |
|  |  |  |  |  |  |  |  |  |  |  |  |

PARKER-043

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400  Fax: (202)
403-3115
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/13/2018 | 19843.01 |

Bill To:

Fish & Richardson P.C.
1425 K Street, NW
11th Floor
Washington, DC 20005

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 8,835 | Copying - Medium Litigation (per page) | 0.10 | 883.50 |
| 525 | Custom Made Tabs | 0.55 | 288.75 |
| 3 | 3 Ring Binders (2") | 15.00 | 45.00 |
| 9 | 3 Ring Binders (3") | 18.00 | 162.00 |
| | DC TAX | 5.75% | 79.31 |

| **Total** | $1,458.56 |
|-----------|-----------|

PARKER-044

2018092500179252



**Invoice**

## ACE Messengers, LLC

1220 L Street, NW / Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Bill To:** Fish & Richardson

**Attn:** Georgette Williams/ Accounting

**Invoice Number:** FR0265-B  (CM#:44823.001LL1)

**Invoice Date:** 06/16/2019

**Invoice Due Date:** 06/26/2019

**Amount Due:** $13.90

### SERVICE GUIDE/ ABBREVIATIONS
**\*\*Reg-Regular/Rsh-Rush/D Rush-Double Rush/RT-Round Trip/PU-Pick Up/Del or Dl-Delivery/WT-Wait Time\*\***
**\*\*XB-Boxes/ ER-Extra Room/ AH-After-Hours/ Cash Layouts- CLO/ IW-Inclement Weather\*\***
**\*\*T Rush- Triple Rush/ Q Rush- Quadruple Rush\*\***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



ACE Messengers, LLC
1220 L Street, NW/ Suite #100-514
Washington, DC  20005
Email:  aliadmin@acemessengers.com
Phone: 202.359.3018
Fax: 703.310.7166

**Invoice #: FR0265-B**
**Balance Due: $13.90**

**REMITTANCE**

**Make Checks Payable To:**
**ACE Messengers, LLC**

Due Date: 06/26/2019

Invoice Date: 06/16/2019

**Amount Enclosed:** _____

Amount Due: $13.90

**Check/Money Order #:** _____

PARKER-045

Fish & Richardson P. C.

**ACE Messengers Detail List**

page 1/  FR0265-B

Email Key: GWW@fr.com

| JOB TYPE | SENDER | ATTY # | C/M # | DATE/TIME | TRACKING # | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Capitol Hill | G. Williams | XXXX | 44823.001LL1 | 6/3/2019 16:08 | 060319-1608/11d | Fish- 1000 Maine Ave SW/DC | WLCCR&UA-11 Dupont Cir., NW/DC | $ 13.90 | Dennis Corkery (1) | G. Kelley 17:39 | **Investigation #337-TA-1121** |

PARKER-046



**WILSON-EPES PRINTING**
CO., INC.

# Invoice

**775 H Street, NE**
**Washington, DC 20002**
**(202) 789-0096**
**briefs@wilsonepes.com**
**www.wilsonepes.com**

| Invoice # | Date |
|---|---|
| 30922 | May 31 2019 |
| | |

Fish & Richardson P.C.
1000 Maine Avenue SW, Ste 1000
Washington, DC 20024

Attn:  Daniel A. Tishman, Esq.

| Quantity | Item | Price |
|---|---|---|
| 50 | C/R BIO (Reema v. Parker) No. 18-1442 | $1,646.00 |

TERMS:

Due upon receipt, checks are payable to
Wilson-Epes Printing Co, Inc.

Contact robyndorsey@wilsonepes.com for
questions or additional payment options.          FEIN # 52-0897624

| | |
|---|---|
| Price Total | $1,646.00 |
| Subtotal | $1,646.00 |
| D.C. | $98.76 |
| **Total** | **$1,744.76** |

PARKER-047

2019082900193973

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the<br>requester. Do not<br>send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Wilson-Epes Printing Co., Inc.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☑ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

775 H Street NE

**6** City, state, and ZIP code

Washington, DC  20002

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

or

Employer identification number

| 5 | 2 | – | 0 | 8 | 9 | 7 | 6 | 2 | 4 |

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ | Date ▶ 7-23-19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

PARKER-048

2019082900193974

**Invoice**



## ACE Logistical Consulting, LLC

1220 L Street, NW / Suite #100-514
Washington, DC  20005
Email:  Stephanie@ACELCLLC.com
Phone: 202.359.3018
Fax: 703.310.7166

| | |
|---|---|
| **Bill To:** | **Fish & Richardson** |
| **Attn:** | **Patrick Edelin/ Accounting** |
| **Invoice Number:** | **FR0271-K  (CM#:44823.0001LL1)** |
| **Invoice Date:** | **09/16/2019** |
| **Invoice Due Date:** | **09/26/2019** |
| **Amount Due:** | **$23.80** |

### SERVICE GUIDE/ ABBREVIATIONS

**Reg-Regular/Rsh-Rush/D Rush-Double Rush/RT-Round Trip/PU-Pick Up/Del or Dl-Delivery/WT-Wait Time**
**XB-Boxes/ ER-Extra Room/ AH-After-Hours/ Cash Layouts- CLO/ IW-Inclement Weather**
**T Rush- Triple Rush/ Q Rush- Quadruple Rush**

✂----------------------✂----------------------✂----------------------✂



**ACE Logistical Consulting, LLC**
1220 L Street, NW/ Suite #100-514
Washington, DC  20005
Email:  Stephanie@ACELCLLC.com
Phone: 202.359.3018
Fax: 703.310.7166

**Invoice #: FR0271-K**
**Balance Due: $23.80**

**REMITTANCE**

**Make Checks Payable To:**
**ACE Logistical Consulting, LLC**

Due Date: 09/26/2019

Invoice Date: 09/16/2019

Amount Due: $23.80

**Amount Enclosed:** _____

**Check/Money Order #:** _____

PARKER-049

Fish & Richardson P. C.

**ACE Logistical Consulting, LLC Detail List**

page 1/ FR0271-K

Email Key: PZE@fr.com

| JOB TYPE | SENDER | ATTY # | C/M # | DATE/TIME | TRACKING # | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PU-Reg-Suburban | P. Edelin | XXXX | 44823.0001LL1 | 9/11/2019 12:00 | 091119-1200/4162ps | Pri. Res.-4162 Suitland Rd., Suitland/MD | Fish- 1000 Maine Ave SW/DC | $ 23.80 | Patrick Edelin (1) | M. Woodland 12:44 | |

PARKER-050

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite 103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

**Invoice**

| DATE | INVOICE # |
|---|---|
| 1/7/2020 | 20216 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823.0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 431 | Copying - Light Litigation (per page) | 0.10 | 43.10 |
| 73 | Tabs | 0.25 | 18.25 |
| 1 | 3 Ring Binders (2") | 15.00 | 15.00 |
| | DC TAX | 6.00% | 4.58 |

| **Total** | $80.93 |
|---|---|

PARKER-051

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 318926 | 2/3/2020 | 281347 |
| **Job Date** | **Case No.** | |
| 1/15/2020 | 8:17-CV-01648-TDC | |
| **Case Name** | | |
| Parker -v- Reema Consulting Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Evangeline J. Parker | 376.00 | Pages | 1,124.24 |
| Exhibits | 46.00 | Pages | 18.40 |
| | **TOTAL DUE >>>** | | **$1,142.64** |
| | AFTER 3/4/2020 PAY | | $1,199.77 |

Ordered By      :  Joanna Wasik, Esquire
Washington Lawyers' Committee
700 14th Street NW
Suite 400
Washington, DC 20005

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,142.64 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| Invoice No. | : | 318926 |
|---|---|---|
| Invoice Date | : | 2/3/2020 |
| **Total Due** | : | **$1,142.64** |

| Remit To: | **Planet Depos, LLC** |
|---|---|
| | **P.O. BOX 69136** |
| | **Baltimore, MD  21264-9136** |

| Job No. | : | 281347 |
|---|---|---|
| BU ID | : | 01-MAIN |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

PARKER-052



# INVOICE


We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320484 | 2/6/2020 | 281347 |
| **Job Date** | **Case No.** | |
| 1/15/2020 | 8:17-CV-01648-TDC | |
| **Case Name** | | |
| Parker -v- Reema Consulting Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

TRANSCRIPT WITH INDEX OF:

    Evangeline J. Parker

        Rough ASCII

Ordered By      :  Joanna Wasik, Esquire
                 Washington Lawyers' Committee
                 700 14th Street NW
                 Suite 400
                 Washington, DC 20005

|  |  |  |
|---|---|---|
| 306.00  Pages | | 459.00 |
| **TOTAL DUE >>>** | | **$459.00** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 320484 |
| Invoice Date | : | 2/6/2020 |
| **Total Due** | : | **$459.00** |

| | | |
|---|---|---|
| Job No. | : | 281347 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

Remit To:   **Planet Depos, LLC**
               **P.O. BOX 69136**
               **Baltimore, MD  21264-9136**

PARKER-053

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC 20024

1043

53-13/110 MA
47876

DATE February 20, 2020

PAY TO THE
ORDER OF Larry Moppins                                                    $ 40.00 —

Forty and °°/100 _____ DOLLARS

**Bank of America**

ACH R/T 011000138

FOR 44823-0001LL1                                   Dina Van Vicu                        MP

⑈001043⑈ ⑆011000138⑆ 00464055052⑈

PARKER-054

**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | 2/20/2020 | | |
|---|---|---|---|
| Requested By/Office | Georgette Williams/Washington, DC | | |
| Matter Name | Parker v. Reema Consulting Services | | |
| Matter ID | 44823-0001LL1 | | |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 2/20/2020 | Invoice No. | |
|---|---|---|---|
| Payable To | Donte Jennings<br>Larry Moppins | Initials / Timekeeper Number<br>(For Personal Reimbursements Only) | / |
| Check No. | | Check Date | |
| Check Amount | $40.00 and $40.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

| Categories | | | |
|---|---|---|---|
| Patent | | Additional Description | |
| Trademark | | | |
| Litigation | 023 Witness fees | | |
| Other/General | | | |
| Charge Office | | Explanation | |
| ABA Code | **(Only for Microsoft)** | ABA Desc | **(Only for Microsoft)** |
| To Be Mailed By | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☒ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:
41443287.doc

PARKER-055

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| EVANGELINE J. PARKER,<br><br>            Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>            Defendant. | Civil Action No. 8:17-CV-01648-TDC<br><br>Jury Trial Demanded<br><br>PLAINTIFF'S NOTICE OF SERVICE<br>OF SUBPOENA TO LARRY MOPPINS |

**PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO LARRY MOPPINS**

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff Evangeline J. Parker ("Plaintiff"), by and through her attorneys, will cause a subpoena to testify to be served on the non-party listed below, requesting that he appear for deposition and testify. The deposition will continue day to day until completed. Some or all of the deposition testimony may be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

| Name | Date/Time | Location |
|---|---|---|
| Larry Moppins | 4/30/2020<br><br>9:00 a.m. | Fish & Richardson P.C.<br><br>1000 Maine Ave.<br><br>Suite 1000<br><br>Washington, DC 20024 |

PARKER-056

Dated:  February 20, 2020                    Respectfully submitted,

                                             By:  */s/ Andrew R. Kopsidas*
                                                  Andrew R. Kopsidas (Bar No. 16057)
                                                  Daniel A. Tishman (admitted *pro hac vice*)
                                                  Taylor Caldwell (admitted *pro hac vice*)
                                                  **FISH & RICHARDSON P.C.**
                                                  1000 Maine Avenue, SW
                                                  Suite 1000
                                                  Washington, DC 20024
                                                  Telephone: (202) 783-5070
                                                  Facsimile: (202) 783-2331

                                                  Dennis A. Corkery (Bar. No. 19076)
                                                  Joanna K. Wasik (Bar. No. 21063)
                                                  **WASHINGTON LAWYERS' COMMITTEE**
                                                  **FOR CIVIL RIGHTS AND URBAN AFFAIRS**
                                                  700 14th Street NW, Suite 400
                                                  Washington, DC 20036
                                                  Telephone: (202) 319-1000
                                                  Facsimile: (202) 319-1010

                                                  *Counsel for Plaintiff Evangeline J. Parker*

2

PARKER-057

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of February, 2020, true and correct

copies of the above and foregoing PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO

LARRY MOPPINS has been served on the following:

Larry Moppins
10305 Lees Crossing Lane
Fredericksburg, Virginia 22408-0290
Telephone: (540) 710-5955


/s/ Andrew R. Kopsidas
Andrew R. Kopsidas (Bar No. 16057)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Counsel for Plaintiff Evangeline J. Parker*

3

PARKER-058

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC 20024

1044

53-13/110 MA
47876

DATE February 20, 2020

PAY TO THE
ORDER OF Donte Jennings                                    $ 40.00—

Forty and °°/₁₀₀                                  DOLLARS

**Bank of America**

ACH R/T 011000138

FOR 44823—0001LLI                    Dna Van Vener            MP

⑈001044⑈ ⑆011000138⑆ 00464055052⑈

PARKER-059

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 2/20/2020 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 2/20/2020 | **Invoice No.** | |
| **Payable To** | Donte Jennings<br>Larry Moppins | **Initials / Timekeeper Number**<br>(For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $40.00 and $40.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

| **Categories** | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 023 Witness fees | | |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☒ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41443287.doc

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>Defendant. | Civil Action No. 8:17-CV-01648-TDC<br><br>Jury Trial Demanded<br><br>PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO DONTE JENNINGS |

## PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO DONTE JENNINGS

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff Evangeline J. Parker ("Plaintiff"), by and through her attorneys, will cause a subpoena to testify to be served on the non-party listed below, requesting that he appear for deposition and testify. The deposition will continue day to day until completed. Some or all of the deposition testimony may be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

| Name | Date/Time | Location |
|---|---|---|
| Donte Jennings | 4/28/2020<br><br>9:00 a.m. | Fish & Richardson P.C.<br><br>1000 Maine Ave.<br><br>Suite 1000<br><br>Washington, DC 20024 |

PARKER-061

Dated:  February 20, 2020

Respectfully submitted,

By:  */s/ Andrew R. Kopsidas*
    Andrew R. Kopsidas (Bar No. 16057)
    Daniel A. Tishman (admitted *pro hac vice*)
    Taylor Caldwell (admitted *pro hac vice*)
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW
    Suite 1000
    Washington, DC 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Dennis A. Corkery (Bar. No. 19076)
    Joanna K. Wasik (Bar. No. 21063)
    **WASHINGTON LAWYERS' COMMITTEE**
    **FOR CIVIL RIGHTS AND URBAN AFFAIRS**
    700 14th Street NW, Suite 400
    Washington, DC 20036
    Telephone: (202) 319-1000
    Facsimile: (202) 319-1010

    *Counsel for Plaintiff Evangeline J. Parker*

2

PARKER-062

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February, 2020, true and correct copies of the above and foregoing PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO DONTE JENNINGS has been served on the following:

Donte Jennings
14339 Westminster Lane
Dale City, VA 22193

/s/ Andrew R. Kopsidas

Andrew R. Kopsidas (Bar No. 16057)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Counsel for Plaintiff Evangeline J. Parker*

3

PARKER-063

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC 20024

1048

53-13/110 MA
47876

DATE March 5, 2020

PAY TO THE
ORDER OF _Angela Wallace_ $ 40.00—

_Forty and °⁰/₁₀₀_ ——————————— DOLLARS 🔒 Security Features Details on Back.

**Bank of America**

ACH R/T 011000138

FOR 44823-0001LL1                    _Dana Van Vu___      MP

⑆001048⑆ ⑈011000138⑈ 004640550521⑆

PARKER-064

**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | March 5, 2020 |
|---|---|
| Requested By/Office | tmh for GWW/ARK/Washington, DC |
| Matter Name | Parker v. Reema Consulting Services |
| Matter ID | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office. No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 03/02/2020 | Invoice No. | |
|---|---|---|---|
| Payable To | Angela Wallace | Initials / Timekeeper Number (For Personal Reimbursements Only) | / |
| Check Amount | $40.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

Categories – Please click in grey area below to display the list of required codes.

**CODES MUST BE SELECTED before sending this form.**

| | | | |
|---|---|---|---|
| Patent | | Additional Description | |
| Trademark | | | |
| Litigation | 023 Witness fees | | |
| Other/General | | | |
| Charge Office | | Explanation | |
| ABA Code | (Only for Microsoft) | ABA Desc | (Only for Microsoft) |
| To Be Mailed By | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:

9/16/2005

PARKER-065

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|---|---|
| 3/4/2020 | 20306 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 135 | Copying - Light Litigation (per page) | 0.10 | 13.50 |
| 415 | 8 1/2 x 11 Color Copies | 0.55 | 228.25 |
| 10 | Manilla Folders | 1.50 | 15.00 |
| | Sales Tax | 0.00 | 0.00 |

| | **Total** | $256.75 |
|---|---|---|

PARKER-066

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/4/2020 | 20292 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| 1 | Skip Trace | 160.00 | 160.00 |
| | Evangeline J. Parker Vs Reema Consulting Services inc. Donte Jennings | | |
| | 2/24/2020 8:04:44 PM 14339 Westminster Lane , Woodbridge , VA 22193 Need apt number left note outside door Documents left with: Donte Jennings, Recipient was Served on 3/5/2020 at 7:46 PM Address of Service: 7647 Croce Court, APT 303, Manassas, VA 20109 | | |
| | Description of Person Served: Male; Black; 6ft 1in - 6ft 3in; 40 - 50 Yrs.; 191-220 Lbs.; Black; | | |
| | Attempts: 3/5/2020 6:10 PM 7647 Croce Court, APT 303, Manassas, VA 20109 No answer. No activity. No lights. Left a business card. | | |
| | DC TAX | 6.00% | 0.00 |

| | **Total** | **$410.00** |
|---|-----------|-------------|

**Georgette Williams**

| | |
|---|---|
| **From:** | Andrew Kopsidas |
| **Sent:** | Thursday, March 05, 2020 6:48 PM |
| **To:** | Georgette Williams |
| **Subject:** | Fwd: Parking Receipt - ParkRTC |

For Wallace depo today.

ark

Sent from my mobile.

Begin forwarded message:

> **From:** "donotreply@gopassport.com" <donotreply@gopassport.com>
> **Date:** March 5, 2020 at 5:07:05 PM EST
> **To:** Andrew Kopsidas <ark@fr.com>
> **Subject: Parking Receipt - ParkRTC**



**[F&R IT Security – Caution: Possible phishing/impersonation email as this originated from outside fr.com]**

Transaction Number: 235318689
Zone Number: 300
Zone Name: Green Garage
License Plate: AK 7BW6053
Start: Thu, Mar 5 2020, 09:12 AM
End: Thu, Mar 5 2020, 05:00 PM
Payment Info: Card ending in 5005

PARKER-068

Parking Fee: $8.00
Total Fee: $8.00

PARKER-069

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 3/4/2020 | 20302 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1<br>1 | Subpoena Process Services( 4 attempt)<br>Subpoena Process Services<br>Evangeline J. Parker Vs Reema Consulting Services inc.<br>Larry Moppins<br><br>02/24/2020 06:10 PM 10305 Lees Crossing Lane,<br>Fredericksburg, VA 22408 No answer.<br>02/25/2020 08:15 AM 10305 Lees Crossing Lane,<br>Fredericksburg, VA 22408 No answer.<br>02/26/2020 06:00 PM 10305 Lees Crossing Lane,<br>Fredericksburg, VA 22408 Spoke with wife. She said he has no<br>set schedule whatsoever, he's an independent consultant and<br>she never knows when he will be home. I gave her my card and<br>asked her to have him call me. He hasn't called yet.<br><br>On 03/09/2020 at 5:20 Pil, deponent served the within A CHECK<br>IN THE Amount OF $40.00; LETTER; NOTICE OF<br>DEPOSITION<br>OF LARRY MOPPINS; SUBPOENA TO TESTIFY AT A<br>DEPOSITION IN A CML Action; ATTACHMENT A; PLAINTIFF'S<br>NOTICE<br>OF SERVICE OF SUBPOENA TO LARRY MOPPINS on Larry<br>Moppins at 10305 Lees Crossing Lane, Fredericksburg, VA<br>22408<br><br>DC TAX | 250.00<br>250.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>6.00% | 250.00<br>250.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00 |

**Total**      $500.00

PARKER-070

# INVOICE



**U.S. Legal Support**

877.479.2484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130146932 | 3/31/2020 | 301685 |

| Job Date | Case No. | |
|---|---|---|
| 3/5/2020 | 8:17-CV-01648-TDC | |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC  20024

Angela Wallace - Video

| | | |
|---|---|---|
| Video - First 2 hrs | | 300.00 |
| Video - Add'l Hrs | 1.75   Hours | 175.00 |
| FlashPak (MPEG) | | 55.00 |
| Shipping/Delivery | | 25.00 |
| | **TOTAL DUE  >>>** | **$555.00** |
| | AFTER 5/15/2020  PAY | $638.25 |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

**Tax ID:** 76-0523238

Phone: 202-783-5070   Fax:202-783-2331

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 130146932 |
| Invoice Date | : | 3/31/2020 |
| **Total Due** | : | **$555.00** |

AFTER 5/15/2020  PAY  $638.25

| | | |
|---|---|---|
| Job No. | : | 301685 |
| BU ID | : | 27-DC |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker v. Reema Consulting Services, Inc. |

Remit To:   **U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX  77210-4772**

PARKER-071



**US LEGAL SUPPORT**

The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130145793 | 3/24/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 301684 | 3/5/2020 | $1679.55 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484 Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Regus<br>11921 Freedom DriveTwo Fountain<br>SquareSuite 550<br>Reston VA 20190 | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Angela Wallace | | | | |
| Original | 109.00 | Pages | $4.45 | $485.05 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 74.00 | Pages | $0.65 | $48.10 |
| Reporter Appearance Fee | 1.00 | | $125.00 | $125.00 |
| Realtime | 109.00 | Pages | $2.00 | $218.00 |
| Rough Draft ASCII | 109.00 | Pages | $2.00 | $218.00 |
| Video Testimony | 109.00 | Pages | $0.60 | $65.40 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $45.00 | $45.00 |
| Shipping/Delivery | 1.00 | | $25.00 | $25.00 |
| Conference Room | 1.00 | | $450.00 | $450.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Room Rental:
11921 Freedom Drive
Two Fountain Square
Suite 550
Reston, VA

| | |
|---|---|
| **Total Due** | **$1679.55** |
| After 05/08/2020 Pay | $1931.48 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1679.55** |

Thank you for your business!

**Tax ID : 76-0523238**                    Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    **U S Legal Support, Inc.**
    **P.O. Box 4772**
    **Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130145793 |
| **Invoice Date:** | 3/24/2020 |
| **Total Due** | **$1679.55** |
| **Job No.** | 301684 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-072

Taxable (0.00)

PARKER-073

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 4/23/2020 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 4/23/2020 | **Invoice No.** | |
| **Payable To** | Kenton Birgans | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $40.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

| **Categories** | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 023 Witness fees | | |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41455023.doc

PARKER-074

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC  20024

1052

53-13/110 MA
47876

DATE 4-23-2020

PAY TO THE
ORDER OF Kenton Birgans    $ 40.00

Forty Dollars and 00/100    DOLLARS

Security
Features
Details on
Back.

**Bank of America** 

ACH R/T 011000138

FOR 44823-001LL1    Dana Van Vuren    MP

⑈⑈001052⑈⑈ ⑈:011000138⑈: 0046405505 21⑈⑈

PARKER-075

**Andraya Ashmead**

---

| | |
|---|---|
| **From:** | Dina Van Vuren |
| **Sent:** | Thursday, April 23, 2020 12:42 PM |
| **To:** | Accounts Payable |
| **Cc:** | Brenda Bailey |
| **Subject:** | Check #1052 |
| **Attachments:** | 41455023.pdf; IMG_2405.jpg |
| | |
| **Categories:** | Andraya |

Good Afternoon,

Attached please find check 1052 cut from the DC office (remotely ☺).  Thank you and have a great day!

Dina

**Dina Van Vuren ::** Office Manager **::** Fish & Richardson P.C.
+1 (202) 626-6350 direct **::** vanvuren@fr.com

1

PARKER-076



**The Power of Commitment™**

# INVOICE

| | Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|---|
| | 130143993 | 3/10/2020 | Due upon receipt |
| | **Job No.** | **Job Date:** | **Balance** |
| | 295568 | 2/25/2020 | $4137.70 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Fish & Richardson P.C.<br>1000 Maine Avenue, SW Suite 1000<br>Washington DC 20024 | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Cathy Price - 30(b)(1) and 30(b)(6) | | | | |
| Original | 360.00 | Pages | $4.45 | $1602.00 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 138.00 | Pages | $0.65 | $89.70 |
| Reporter Appearance Fee | 1.00 | | Minimum | $0.00 |
| Realtime | 360.00 | Pages | $2.00 | $720.00 |
| Realtime | 360.00 | Pages | $2.00 | $720.00 |
| Realtime Loaner Laptop | 2.00 | | Minimum | $0.00 |
| Rough Draft ASCII | 360.00 | Pages | $2.00 | $720.00 |
| Video Testimony | 360.00 | Pages | $0.60 | $216.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $45.00 | $45.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$4137.70** |
| After 04/24/2020 Pay | $4758.36 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$4137.70** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

   **U S Legal Support, Inc.**
   **P.O. Box 4772**
   **Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130143993 |
| **Invoice Date:** | 3/10/2020 |
| **Total Due** | **$4137.70** |
| **Job No.** | 295568 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-077

| Shipping/Delivery | 1.00 | | $25.00 | $25.00 |
| Taxable (0.00) | | | | |

PARKER-078

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

## Invoice

| DATE | INVOICE # |
|---|---|
| 5/5/2020 | 20356 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Evangeline J. Parker vs Reema Consulting Services, Inc. Kenton Brigans | | |
| | Attempts: 04/27/2020 07:50 PM 17357 Legacy Terrace, Round Hill, VA 20141 No answer, unable to confirm. 04/29/2020 07:55 PM 17357 Legacy Terrace, Round Hill, VA 20141 No answer, no lights. Unable to make contact with neighbors. Method of Service: POSTED - RESID.- 2 ATTEMPTS Documents left with: Kenton Brigans, Recipient was Served on 05/05/2020 at 3:25 PM Address of Service: 17357 Legacy Terrace, Round Hill, VA 20141 | | |
| | DC TAX | 6.00% | 0.00 |

**Total**                                    $250.00

PARKER-079

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/5/2020 | 20389 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Source:<br>Served: 4701 Cox Rd, Suite 285 Glen Allen, Virginia 23060<br>6/04/2020 12:30 PM<br>Documents accepted by Teresa Brown (Employee is Authroized to accept)<br>DC TAX | 6.00% | 0.00 |

| | Total | $250.00 |
|--|-------|---------|

PARKER-080

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/17/2020 | 20412 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Service Information<br>Recipient was SERVED on Jun 19 2020 2:29PM<br>Type of Service: INDIVIDUAL/PERSONAL<br>Original Service Address: DAMARCUS PICKETT, 7203 FREINDSHIP ROAD, CLINTON, MD 20735<br><br>Documents To Be Served: LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION and Notice of Deposition of Damarcus Pickett and PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO DAMARCUS PICKETT<br>   Case Info: Maryland 8:17-CV-01648-TDC<br>   Case Style: EVANGELINE J. PARKER vs. REEMA CONSULTING SERVICES, INC.<br><br>DC TAX | 6.00% | 0.00 |

| | **Total** | $250.00 |
|--|-----------|---------|

PARKER-081


**The Power of Commitment™**

# INVOICE

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130143996 | 3/10/2020 | Due upon receipt |
| **Job No.** | **Job Date:** | **Balance** |
| 295569 | 2/25/2020 | $2237.84 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Fish & Richardson P.C.<br>1000 Maine Avenue, SW Suite 1000<br>Washington DC 20024 | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Cathy Price - VIDEO | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Add'l Hrs | 7.00 | Hours | $125.00 | $875.00 |
| Hightailed - VideoFile (W/Text Synchronization) | 8.00 | Hours | $85.00 | $680.00 |
| VIDEO- Handling, Processing & Archiving | 1.00 | | $65.95 | $65.95 |
| Shipping/Delivery | 1.00 | | $25.00 | $25.00 |
| Taxable (0.00) | | | | |

| | | |
|---|---|---|
| Online bill pay available at<br>https://corporatebillpay.uslegalsupport.com/ | **Total Due** | $1945.95 |
| | After 04/24/2020 Pay | $2237.84 |
| Thank you for your business! | **(-) Payments/Credits** | $0.00 |
| | **(+) Finance Charges/Debits** | $291.89 |
| | **(=) New Balance** | $2237.84 |

**Tax ID : 76-0523238**          Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| | |
|---|---|
| **Invoice No.** | 130143996 |
| **Invoice Date:** | 3/10/2020 |
| **Total Due** | **$2237.84** |
| **Job No.** | 295569 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-082

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/13/2020 | 20436 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:  Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 32 | Copying - Light Litigation (per page) | 0.10 | 3.20 |
| 106 | 8 1/2 x 11 Color Copies | 0.55 | 58.30 |
| 18 | Tabs | 0.25 | 4.50 |
| 1 | 3 Ring Binders (1") | 12.00 | 12.00 |
| 1 | Shipping/Delivery | 40.00 | 40.00 |
|  | Sales Tax | 0.00 | 0.00 |

**Total**                                    $118.00

PARKER-083



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152151 | 7/17/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309950 | 7/10/2020 | $718.55 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Cathy Price | | | | |
| Original | 40.00 | Pages | $4.95 | $198.00 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 27.00 | Pages | $0.65 | $17.55 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $76.00 | $76.00 |
| Realtime | 40.00 | Pages | $2.00 | $80.00 |
| Rough Draft ASCII | 40.00 | Pages | $2.00 | $80.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| Total Due | $718.55 |
| After 08/31/2020 Pay | $826.33 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $718.55 |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130152151 |
|---|---|
| Invoice Date: | 7/17/2020 |
| Total Due | $718.55 |
| Job No. | 309950 |
| Case No: | 8:17-CV-01648-TDC |

PARKER-084



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152502 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311963 | 7/17/2020 | $540.00 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference<br>Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Reema Vora | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Add'l Hrs | 1.00 | Hours | $100.00 | $100.00 |
| Video - Text Synchronization | 2.00 | Hours | $70.00 | $140.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$540.00** |
| After 09/05/2020 Pay | $621.00 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$540.00** |

Tax ID : 76-0523238

Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    U S Legal Support, Inc.
    P.O. Box 4772
    Houston TX 77210-4772

| | |
|---|---|
| **Invoice No.** | 130152502 |
| **Invoice Date:** | 7/22/2020 |
| **Total Due** | **$540.00** |
| **Job No.** | 311963 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-085



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152876 | 7/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311962 | 7/17/2020 | $1481.24 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

**Georgette Williams**
**Fish & Richardson P.C.**
**1000 Maine Avenue, SW**
**Suite 1000**
**Washington DC 20024**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Reema Vora | | | | |
| Original | 89.00 | Pages | $4.95 | $440.55 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 65.00 | Pages | $0.65 | $42.25 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $75.00 | $75.00 |
| Expedite - 3-day | 89.00 | Pages | $3.96 | $352.44 |
| Realtime | 89.00 | Pages | $2.00 | $178.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Rough Draft ASCII | 89.00 | Pages | $2.00 | $178.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| Total Due | $1481.24 |
|---|---|
| After 09/11/2020 Pay | $1703.43 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $1481.24 |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

**U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 130152876 |
|---|---|
| Invoice Date: | 7/28/2020 |
| Total Due | **$1481.24** |
| Job No. | 311962 |
| Case No: | 8:17-CV-01648-TDC |

PARKER-086



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130153034 | 7/29/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311965 | 7/24/2020 | $2026.39 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

**Georgette Williams**
**Fish & Richardson P.C.**
**1000 Maine Avenue, SW**
**Suite 1000**
**Washington DC 20024**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Rajesh Vora | | | | |
| Original | 144.00 | Pages | $4.95 | $712.80 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 139.00 | Pages | $0.65 | $90.35 |
| Reporter Appearance - Per Session | 2.00 | Sessions | $75.00 | $150.00 |
| Expedite - 3-day | 144.00 | Pages | $3.96 | $570.24 |
| Realtime | 144.00 | Pages | $2.00 | $288.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$2026.39** |
| After 09/12/2020 Pay | $2330.35 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$2026.39** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    **U S Legal Support, Inc.**
    **P.O. Box 4772**
    **Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130153034 |
| **Invoice Date:** | 7/29/2020 |
| **Total Due** | **$2026.39** |
| **Job No.** | 311965 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-087



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130153332 | 7/31/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309914 | 7/17/2020 | $370.00 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

**Georgette Williams**
**Fish & Richardson P.C.**
**1000 Maine Avenue, SW**
**Suite 1000**
**Washington DC 20024**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Kenton Birgans - VIDEO | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Text Synchronization | 1.00 | Hours | $70.00 | $70.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$370.00** |
| After 09/14/2020 Pay | $425.50 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$370.00** |

**Tax ID : 76-0523238**

Phone: 202-783-5070      Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    **U S Legal Support, Inc.**
    **P.O. Box 4772**
    **Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130153332 |
| **Invoice Date:** | 7/31/2020 |
| **Total Due** | **$370.00** |
| **Job No.** | 309914 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-088



**USLEGAL SUPPORT**

The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152463 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309913 | 7/17/2020 | $1058.64 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Case No |
|---|
| 8:17-CV-01648-TDC |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Kenton Birgans | | | | |
| Original | 54.00 | Pages | $4.95 | $267.30 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 110.00 | Pages | $0.65 | $71.50 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $75.00 | $75.00 |
| Expedite - 3-day | 54.00 | Pages | $3.96 | $213.84 |
| Realtime | 54.00 | Pages | $2.00 | $108.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Rough Draft ASCII | 54.00 | Pages | $2.00 | $108.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| Total Due | $1058.64 |
|---|---|
| After 09/05/2020 Pay | $1217.44 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $1058.64 |

Tax ID : 76-0523238

Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130152463 |
|---|---|
| Invoice Date: | 7/22/2020 |
| Total Due | $1058.64 |
| Job No. | 309913 |
| Case No: | 8:17-CV-01648-TDC |

PARKER-089



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152467 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 310149 | 7/11/2020 | $3695.77 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | | Type | Rate | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Larry Moppins | | | | | |
| Original | 202.00 | Pages | | $4.95 | $999.90 |
| Copy w/ Original | 1.00 | Pages | | Minimum | $0.00 |
| Exhibit | 143.00 | Pages | | $0.65 | $92.95 |
| Reporter Appearance Fee - Weekend/Holiday | 1.00 | | | $275.00 | $275.00 |
| Weekend Pages | 202.00 | Pages | | $2.50 | $505.00 |
| Expedite - 3-day | 202.00 | Pages | | $3.96 | $799.92 |
| Realtime | 202.00 | Pages | | $2.00 | $404.00 |
| RemoteDepo - Text Streaming | 1.00 | | | $150.00 | $150.00 |
| Rough Draft ASCII | 202.00 | Pages | | $2.00 | $404.00 |
| Litigation Support Package | 1.00 | Disks | | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | | $65.00 | $65.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$3695.77** |
| After 09/05/2020 Pay | $4250.14 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$3695.77** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| | |
|---|---|
| **Invoice No.** | 130152467 |
| **Invoice Date:** | 7/22/2020 |
| **Total Due** | **$3695.77** |
| **Job No.** | 310149 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-090



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152500 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309951 | 7/10/2020 | $370.00 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Cathy Price - VIDEO | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Text Synchronization | 1.00 | Hours | $70.00 | $70.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$370.00** |
| After 09/05/2020 Pay | $425.50 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$370.00** |

Tax ID : 76-0523238

Phone: 202-783-5070      Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130152500 |
|---|---|
| Invoice Date: | 7/22/2020 |
| Total Due | $370.00 |
| Job No. | 309951 |
| Case No: | 8:17-CV-01648-TDC |

PARKER-091



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152501 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 310150 | 7/11/2020 | $1550.00 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Larry Moppins - Video | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Add'l Hrs | 4.00 | Hours | $100.00 | $400.00 |
| Video Weekend Rate | 5.00 | Hours | $100.00 | $500.00 |
| Video - Text Synchronization | 5.00 | Hours | $70.00 | $350.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| Total Due | $1550.00 |
|---|---|
| After 09/05/2020 Pay | $1782.50 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $1550.00 |

Tax ID : 76-0523238

Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130152501 |
|---|---|
| Invoice Date: | 7/22/2020 |
| Total Due | $1550.00 |
| Job No. | 310150 |
| Case No: | 8:17-CV-01648-TDC |

PARKER-092

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 341477 | 8/5/2020 | 304766 |
| **Job Date** | **Case No.** | |
| 7/14/2020 | 8:17-CV-01648-TDC | |
| **Case Name** | | |
| Parker -v- Reema Consulting Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Taylor Caldwell, Esquire
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| DaMarcus L. Pickett-LEF | 328.00 | Pages | 1,000.40 |
| Exhibits | 30.00 | Pages | 12.00 |
| LEF File | | | 95.00 |
| | **TOTAL DUE  >>>** | | **$1,107.40** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Taylor Caldwell, Esquire
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 341477 |
| Invoice Date | : | 8/5/2020 |
| **Total Due** | : | **$1,107.40** |

| | | |
|---|---|---|
| Job No. | : | 304766 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

Remit To:   **Planet Depos, LLC**
            **P.O. BOX 69136**
            **Baltimore, MD  21264-9136**

PARKER-093



The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130155167 | 8/25/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311966 | 7/24/2020 | $922.50 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484 Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: Rajesh Vora - VIDEO | | | | |
| Video - First 2 hrs | 1.00 | | $300.00 | $300.00 |
| Video - Add'l Hrs | 3.25 | Hours | $100.00 | $325.00 |
| Video - Text Synchronization | 4.25 | Hours | $70.00 | $297.50 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$922.50** |
| After 10/09/2020 Pay | $1060.88 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$922.50** |

Tax ID : 76-0523238

Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    **U S Legal Support, Inc.**
    **P.O. Box 4772**
    **Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130155167 |
| **Invoice Date:** | 8/25/2020 |
| **Total Due** | **$922.50** |
| **Job No.** | 311966 |
| **Case No:** | 8:17-CV-01648-TDC |

PARKER-094

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20870 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Subpoena Process Services For Kenton Birgins <br> witness check for $120 | 250.00 <br> 120.00 | 750.00 <br> 120.00 |
| | First attempt 11 am – No one confirmed through ring 10/18 | | |
| | Second attempt – 7:11 pm knocked on the door, no one came to the door after a few minutes. Lights where on and people inside. 10/18 | | |
| | Third attempt – 10/19 6:59pm the document was given too his wife with the witness check for $120 | | |
| | DC TAX | 6.00% | 0.00 |

| Total | $870.00 |
|-------|---------|

PARKER-095

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448610 | 11/5/2021 | 281347 |
| **Job Date** | **Case No.** | |
| 1/15/2020 | 8:17-CV-01648-TDC | |
| **Case Name** | | |
| Parker -v- Reema Consulting Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

SERVICES:

Evangeline J. Parker - LEF

| | | |
|---|---|---|
| LEF File | 1.00 Files | 95.00 |
| **TOTAL DUE >>>** | | **$95.00** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

Invoice No.     : 448610
Invoice Date   : 11/5/2021
**Total Due**      : **$95.00**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.        : 281347
BU ID          : 01-DMV-R
Case No.       : 8:17-CV-01648-TDC
Case Name   : Parker -v- Reema Consulting Services, Inc.

PARKER-096

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20869 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Subpoena Process Services For DaMarcus Pickett | 250.00 | 250.00 |
| 1 | witness check | 65.00 | 65.00 |
| | DaMarcus Pickett | | |
| | First attempt- 2:36 pm 10/18 2 cars in the drive way and people inside but no one came to the door. | | |
| | Second attempt 10/22 Served 8:11 pm  with he witness check of $65 | | |
| | DC TAX | 6.00% | 0.00 |

**Total**      $315.00

PARKER-097

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20871 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Subpoena Process Services for Angela Wallace witness check for $85 | 250.00<br>0.00 | 500.00<br>0.00 |
|  | Angela Wallace |  |  |
|  | First attempt - 12:30 pm no one came to the door even thought there was movement inside 10/18 |  |  |
|  | Second attempt -6:30 pm No one came to the door once again 10/18 |  |  |
|  | Third attempt- 10/21 5:25 pm there was noise coming from the unit but no one came to answer the door. |  |  |
|  | Fourth Attempt -10/22 5:21 pm no response |  |  |
|  | DC TAX | 6.00% | 0.00 |

**Total**                                                    $500.00

PARKER-098

**PRO-LEGAL SERVICES, INC.**

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20872 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Subpoena Process Services for  Lynette Parker | 250.00 | 500.00 |
| 1 | witness check for $60 | 60.00 | 60.00 |
|  | Lynette Parker |  |  |
|  | First attempt 10/18 1:49 pm no one was home |  |  |
|  | Second attempt 10/22 7:05 pm no response |  |  |
|  | Third attempt on 10/28 at 12:11 pm no response |  |  |
|  | served on 10/29 at 10:02 am |  |  |
|  | DC TAX | 6.00% | 0.00 |

| **Total** | $560.00 |
|-----------|---------|

PARKER-099

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20896 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 25 | Copying - Light Litigation (per page) | 0.10 | 2.50 |
| 1,985 | 8 1/2 x 11 Color Copies | 0.55 | 1,091.75 |
| 65 | Custom Made Tabs | 0.55 | 35.75 |
| 5 | 3 Ring Binders (1") | 12.00 | 60.00 |
| | Note: (PARKER) Printed 5X | | |
| | DC TAX | 6.00% | 71.40 |

**Total**      $1,261.40

PARKER-100

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20897 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| See below. | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4,345 | Copying - Light Litigation (per page) | 0.10 | 434.50 |
| 2,304 | 8 1/2 x 11 Color Copies | 0.55 | 1,267.20 |
| 125 | Custom Made Tabs | 0.55 | 68.75 |
| 5 | 3 Ring Binders (4") | 22.00 | 110.00 |
| | | | |
| | Client matters. | | |
| | IPR 2021-00687 (48153-0002IP1) | | |
| | IPR 2021-00688 (48153-0002IP1) | | |
| | IPR 2021-00809 (48153-0002IP1) | | |
| | | | |
| | Note: Binders were shipped to | | |
| | Dr. Anthony M. Jacobi: | | |
| | 1506 Forest Ridge Dr. | | |
| | Mahomet, IL 61853 | | |
| | | | |
| | DC TAX | 6.00% | 112.83 |

| | **Total** | $1,993.28 |
|---|---|---|

PARKER-101

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20904 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 520 | Copying - Light Litigation (per page) | 0.10 | 52.00 |
| 470 | 8 1/2 x 11 Color Copies | 0.55 | 258.50 |
| 60 | Custom Made Tabs | 0.55 | 33.00 |
| | Note: TDC-17-1648 Parker v_ Reema Consulting Services_ Inc_ - Pretrial Conference Materials printed 10x. | | |
| | DC TAX | 6.00% | 20.61 |

| Total | $364.11 |
|---|---|

PARKER-102

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20900 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,702 | Copying - Light Litigation (per page) | 0.10 | 270.20 |
| 11,130 | 8 1/2 x 11 Color Copies | 0.55 | 6,121.50 |
| 780 | Custom Made Tabs | 0.55 | 429.00 |
| 65 | Manilla Folders | 1.50 | 97.50 |
| 12 | 3 Ring Binders (3") | 18.00 | 216.00 |
| | | | |
| | Note: Parker/Reema: Trial Exhibits printed 14x | | |
| | DC TAX | 6.00% | 428.05 |

| **Total** | $7,562.25 |
|-----------|-----------|

PARKER-103

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20902 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,316 | Copying - Light Litigation (per page) | 0.10 | 231.60 |
| 9,540 | 8 1/2 x 11 Color Copies | 0.55 | 5,247.00 |
| 780 | Custom Made Tabs | 0.55 | 429.00 |
| 12 | 3 Ring Binders (3") | 18.00 | 216.00 |
| | | | |
| | Note: Parker/Reema: Trial Exhibits printed 12x | | |
| | DC TAX | 6.00% | 367.42 |

| **Total** | $6,491.02 |
|-----------|-----------|

PARKER-104

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20903 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3,992 | Copying - Light Litigation (per page) | 0.10 | 399.20 |
| 4,328 | 8 1/2 x 11 Color Copies | 0.55 | 2,380.40 |
| 36 | Custom Made Tabs | 0.55 | 19.80 |
| 9 | Manilla Folders | 1.50 | 13.50 |
| 10 | Redweld | 3.00 | 30.00 |
| 6 | 3 Ring Binders (2") | 15.00 | 90.00 |
| | Note: | | |
| | Deposition Designation - 4 Copies | | |
| | Deposition Transcripts - 4 Copies | | |
| | DC TAX | 6.00% | 175.97 |

| | Total | $3,108.87 |
|---|---|---|

PARKER-105

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20894 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Patrick E. Edelin

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Subpoena Process Services (Angela Wallace) | 250.00 | 250.00 |
| 1 | Priority Skiptrace | 200.00 | 200.00 |
| 1 | Witness Check | 85.00 | 85.00 |
| | Served at work on november 16th 2021 at 2:40Pm | | |
| | DC TAX | 6.00% | 0.00 |

| **Total** | $535.00 |
|---|---|

PARKER-106

**U.S. District Court**

**Eastern District of Virginia –**

## Notice of Electronic Filing

The following transaction was entered by Dinan, Christine on 5/15/2017 at 1:30 PM EDT and filed on 5/15/2017
**Case Name:**           Plaintiff v. Defendant
**Case Number:**         1:17-at-99999
**Filer:**
**Document Number:** 346

**Docket Text:**
**Complaint Evangeline J. Parker v. Reema Consulting Services, Inc. ( Filing fee $ 400, receipt number 0422-5523388.).**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=5/15/2017] [FileNumber=7207877-0
] [72eddbeb2b588c0fd32e8b8fafa47acb185827861d2902cd4e88e2978bd964ae3bf
5129d492f626a80611b1a503aa8e461d6534a35b36a493a1a40c2f1a88036]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=5/15/2017] [FileNumber=7207877-1
] [b65816da84dce20f469a9046b808c0aa184affc01b106b5af1094e34e423bc8b579
c33c6cc457cf536b3d1f0cf71c1b23606312dd91b9aaa13da6081a067bd22]]
**Document description:** Proposed Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=5/15/2017] [FileNumber=7207877-2
] [95ab42fc6d0068091af1b0934eefd1c0ad59c065bc14404f290417db2d1dcf3eefa
1fe66699eac868f29b233f7f7bada4d319dcb3e9007e71ec94d0b16315131]]

PARKER-107

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| **INVOICE** | NUMBER |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| PHONE: _____ <br> FAX: _____ | PHONE: _____ |

## TRANSCRIPTS

| ☐ CRIMINAL        ☐ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |  |
| Ordinary |  |  | $    0.00 |  |  | $    0.00 |  |  | $    0.00 | $    0.00 |
| 14-Day |  |  | $    0.00 |  |  | $    0.00 |  |  | $    0.00 | $    0.00 |
| Expedited |  |  | $    0.00 |  |  | $    0.00 |  |  | $    0.00 | $    0.00 |
| Daily |  |  | $    0.00 |  |  | $    0.00 |  |  | $    0.00 | $    0.00 |
| Hourly |  |  | $    0.00 |  |  | $    0.00 |  |  | $    0.00 | $    0.00 |
| Realtime |  |  | $    0.00 |  |  | $    0.00 |  |  |  | $    0.00 |

| For proceedings on (Date): | | TOTAL | $    0.00 |
|---|---|---|---|
|  | LESS DISCOUNT FOR LATE DELIVERY | | $ |
|  | ADD AMOUNT OF DEPOSIT | | $ |
|  | **AMOUNT DUE (OR REFUND)** | | $    0.0 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

PARKER-108



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Fish & Richardson P.C.**
The McPherson Building
901 15th Street, NW
Suite 700
Washington, DC 20005

WELLS FARGO BANK, NA
Washington, DC 20005
15-122/540

5584

December 12, 2017

PAY TO THE ORDER OF _Lisa K. Bankins_ $ 218.25

_Five Hundred Eighteen and 25/100_ DOLLARS

PROTECTED AGAINST FRAUD

MEMO 44823-0001LL1

MP

⑆005584⑆ ⑈054001220⑇ 20300000 11106⑆

---

Fish & Richardson P.C. 5584

Fish & Richardson P.C. 5584



PAYMENT RECORD


10409  J154431 (3/17)


104091


PARKER-109
Rev 2/14

### CHECK/INVOICE PAYMENT REQUEST

| | |
|---|---|
| **Date Requested** | 12/12/2017 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office. No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 12/12/2017 | **Invoice No.** | |
| **Payable To** | Lisa K. Bankins (Official Court Reporter) | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $218.25 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories**

| | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 150 Obtain copy(s) of | | motion's hearing transcript |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☒ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41306124.doc

PARKER-110

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| INVOICE | NUMBER |
|---------|--------|

**TO:** Georgette Williams
Fish Richardson
901 15th Street, NW
Washington, D.C. 20005

PHONE: _____

FAX: _____

**MAKE CHECK PAYABLE TO:**

Lisa K. Bankins  - Official Court Reporter
6500 Cherrywood Lane
Greenbelt, Maryland 20770

PHONE: _____

## TRANSCRIPTS

| ☐ CRIMINAL | ☑ CIVIL | DATE ORDERED 12/12/2017 | DATE DELIVERED 12/19/2017 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Evangeline Parker versus Reema Consulting Services, Inc.   RWT-17-1648

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|----------|-------|---------|-----------|-------|---------|-----------|-------|---------|-----------|---------|
|          | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL |         |
| Ordinary |       |         | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| 14-Day   |       |         | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| Expedited | 45   | 4.85    | 218.25    |       |         | 0.00      |       |         | 0.00      | 218.25  |
| Daily    |       |         | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| Hourly   |       |         | 0.00      |       |         | 0.00      |       |         | 0.00      | 0.00    |
| Realtime |       |         | 0.00      |       |         | 0.00      |       |         |           | 0.00    |

| For proceedings on (Date): | | TOTAL | 218.25 |
|---|---|---|---|

Motions hearing before Judge Roger Titus on December 7, 2017.

| LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 218.25 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| Lisa K. Bankins | 12/12/2017 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

PARKER-111

**CHECK/INVOICE PAYMENT REQUEST**

CC720

| | |
|---|---|
| **Date Requested** | 12/11/17 |
| **Requested By/Office** | DTT/Washington, DC |
| **Matter Name** | Parker/Reema |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 12/7/17 | **Invoice No.** | |
| **Payable To** | Daniel Tishman | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | DTT / 3605 |
| **Check Amount** | $29.33 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | | | |
| **Other/General** | 555 For | | Travel to court for hearing |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☐ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:

**Teneshia Brown**

| | |
|---|---|
| **From:** | Daniel A. Tishman |
| **Sent:** | Friday, December 08, 2017 9:48 AM |
| **To:** | Georgette Williams |
| **Cc:** | Teneshia Brown |
| **Subject:** | FW: Your Thursday morning trip with Uber |

Katie,

Would you please submit this for reimbursement for the Parker/Reema case?  Travel to court for hearing.

Thanks,
Dan

**Daniel A. Tishman :: Fish & Richardson P.C. :: +1-202-626-7725**
**From:** Daniel Tishman [mailto:datish@gmail.com]
**Sent:** Friday, December 08, 2017 7:03 AM
**To:** Daniel A. Tishman <tishman@fr.com>
**Subject:** Fwd: Your Thursday morning trip with Uber


---------- Forwarded message ---------
From: Uber Receipts <uber.us@uber.com>
Date: Thu, Dec 7, 2017 at 12:15 PM
Subject: Your Thursday morning trip with Uber
To: <datish@gmail.com>



1

PARKER-113



# $29.33

Thanks for choosing Uber, Daniel

December 7, 2017 | uberX

11:51am | [3108 Worthington St NW, Washington, DC](#)

12:14pm | 6504-6572 Cherrywood Ln, Greenbelt, MD



You rode with Michael

| 15.04 | 00:23:00 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

★ ★ ★ ★ ★

[Add a tip](#)

PARKER-114

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

[ ]
# Your Fare

| | |
|---|---|
| Trip fare | 29.33 |

| | |
|---|---|
| Subtotal | $29.33 |

CHARGED

$29.33

P datish@gmail.com

Issued by Rasier

Receipt ID # a108806a-c172-426b-9552-ebc1cddd30e1

3

PARKER-115



Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card.

Learn more

# UBER

f                          🐦                                    ✉

---

Need help?

Tap Help in your app to **contact us** with questions about your trip.

Leave something behind? **Track it down.**

For trips within the District of Columbia, you may contact DFHV at (202) 645-7300 or **bit.ly/DFHV-Complaints** if you believe your operator violated District law.

PARKER-116

\--

Daniel Tishman • datish@gmail.com

5

PARKER-117

**Carrie Felipe**

| | |
|---|---|
| **From:** | Teneshia Brown |
| **Sent:** | Monday, December 11, 2017 9:49 AM |
| **To:** | Accounts Payable |
| **Subject:** | Reimbursement for Daniel Tishman - Uber ride to hearing 12-7 |
| **Attachments:** | DTT IPR - Uber ride to court 12-7.pdf |

| | |
|---|---|
| **Categories:** | Carrie |

Hello,

Please process the attached invoice payment request for reimbursement.

Thanks!

**Teneshia Brown ::** Legal Secretary **::** Fish & Richardson P.C.
Washington D.C.
Direct **::** 202-626-7737 | Main **::** 202-783-5070 | Fax **::** 202-783-2331
TBrown@fr.com **::** fr.com

1

PARKER-118

**Georgette Williams**

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **Sent:** | Thursday, June 18, 2020 5:23 PM |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 8:17-cv-01648-TDC Parker v. Reema Consulting Services, Inc. Motion to Appear Pro Hac Vice |

**[Caution: This is an external email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Maryland

## Notice of Electronic Filing

The following transaction was entered by Kopsidas, Andrew on 6/18/2020 at 5:22 PM EDT and filed on 6/18/2020

| | |
|---|---|
| **Case Name:** | Parker v. Reema Consulting Services, Inc. |
| **Case Number:** | 8:17-cv-01648-TDC |
| **Filer:** | Evangeline J. Parker |
| **Document Number:** | 96 |

**Docket Text:**
**MOTION to Appear Pro Hac Vice for Tracea L. Rice (Filing fee $100, receipt number 0416-8710916.) by Evangeline J. Parker(Kopsidas, Andrew)**

**8:17-cv-01648-TDC Notice has been electronically mailed to:**

Andrew Robert Kopsidas    kopsidas@fr.com, gwilliams@fr.com

Daniel A Tishman    tishman@fr.com, axf@fr.com, tbrown@fr.com

Dennis A Corkery    dennis_corkery@washlaw.org, marisol_zarate@washlaw.org, samantha_stringer@washlaw.org, samantha_weaver@washlaw.org, stephanie_maldonado@washlaw.org

Donald J Walsh    dwalsh@wcslaw.com, sarmiger@wcslaw.com

1

PARKER-119

Gregory P Currey    gcurrey@wcslaw.com, sarmiger@wcslaw.com

Joanna Karolina Wasik    joanna_wasik@washlaw.org

Joseph V Colaianni    colaianni@fr.com

Taylor Caldwell    tcaldwell@fr.com

**8:17-cv-01648-TDC Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/18/2020] [FileNumber=9623434-0
] [32cac0abc21aa8dc783e3d4c3fae1896b5980694d67693f1a997aa149359686f64a
1a97558af058255eca3a535e745a75259417f4cfc18623246660d0381957f]]

2

PARKER-120

```
Thank You For Parking With Us

Parking Management Inc.
1425 New York Ave


Rcpt# 70572
10/05/21 19:33   L# 2 A# 3   Txn#167900
10/05/21 16:36 In   10/05/21 19:33 Out
Tkt# 596308
MAIN FEE        $   24.00
Total Fee       $   24.00
Visa            $   24.00-
XXXXXXXXXXXX5596
Approval No.:034740
Reference No.:46
Change Due      $    0.00
```

Parker

PARKER-121

One Parking - 1420 NYA
1420 New York Avenue
Washington, DC 20005
(202) 393-0643
DCA License  .

TISHMAN/DANIEL

VISA
CARD# **\*\*\*\*\*\*5496
ENTRY: CHIP

DATE  11-02-2021
TIME  05:25:49 PM

AMT   $    22.00
TAX   $     0.00
SALE  $    22.00

APPROVED  002124

**PARKING**                    **TICKET# 257780**

APP NAME      Visa Credit
AID           A0000000031010
ARQC          1457F91C6176333C

Customer's Copy

PARKER-122

One Parking - 1420 NYA
1420 New York Avenue
Washington, DC 20005
(202) 393-0643
DCA License .

DAVIS/AHMED

VISA
CARD# ********5596
ENTRY: CHIP

DATE  10-26-2021
TIME  04:00:27 PM

AMT  $    22.00
TAX  $     0.00
SALE $    22.00

APPROVED  03725D

**PARKING**            TICKET# 257596

APP NAME      VISA CREDIT
AID           A0000000031010
ARQC          8A48E503F96AAFDA

Customer's Copy

PARKER-123

**Teneshia Brown**

| | |
|---|---|
| **From:** | Daniel A. Tishman |
| **Sent:** | Friday, December 03, 2021 9:13 AM |
| **To:** | Teneshia Brown |
| **Subject:** | FW: [Business] Your Friday morning trip with Uber |

Hi Teneshia – can you submit this for reimbursement for the Parker v. Reema trial?  Travel to jury selection.

**Daniel A. Tishman** :: Fish & Richardson P.C. :: +1-202-626-7725

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Friday, December 03, 2021 9:04 AM
**To:** Daniel A. Tishman <tishman@fr.com>
**Subject:** [Business] Your Friday morning trip with Uber

[This email originated outside of F&R.]

Total **$35.10**
December 3, 2021

# Total                              $35.10

☐You earned 58 points on this trip

| | |
|---|---|
| Trip fare | $23.54 |

1

PARKER-124

| | |
|---|---|
| Subtotal | $23.54 |
| Wait Time ☐ | $0.17 |
| Booking Fee ☐ | $3.91 |
| Tips | $5.82 |
| DC Fee ☐ | $1.66 |

Amount Charged

☐   •••• 2428  |  SWITCH                                $35.10

Receipt ID # 0bd221d9-a4fe-460b-9cc5-465232029c1e

**Download PDF**

☐  Uber Rewards

Base points ☐                                            58

2 points per eligible $ on UberX

2

PARKER-125

# You rode with Joy

**4.97** ☐ Rating                                    ☐   Has passed a multi-step safety screen

Issued on behalf of Joy

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

**7:56 AM**

3115 Worthington St NW,
Washington, DC 20015, US

**8:26 AM**

6500 Cherrywood Ln,
Greenbelt, MD 20770, USA

3

PARKER-126

**Report lost item** ›    **Contact support** ›    **My trips** ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

PARKER-127

**Mallory Ladd**

| | |
|---|---|
| **From:** | Tracea Rice <tracea.rice@gmail.com> |
| **Sent:** | Tuesday, December 7, 2021 7:44 PM |
| **To:** | Tracea Rice |
| **Subject:** | Fwd: Your trip confirmation (CLT - DCA) |

[This email originated outside of F&R.]

---------- Forwarded message ---------
From: **American Airlines** <no-reply@notify.email.aa.com>
Date: Tue, Nov 30, 2021 at 10:46 AM
Subject: Your trip confirmation (CLT - DCA)
To: <Tracea.Rice@gmail.com>



Issued: November 30, 2021

# Your trip confirmation and receipt

## Record Locator: UQNLDI

We charged $247.31 to your card ending in 1398 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

1

PARKER-128

Manage your trip

## Wednesday, December 1, 2021

| CLT | DCA |
|---|---|
| 8:13 PM | 9:35 PM |
| Charlotte | Washington Reagan |

**AA 545**

Seat:    13E
Class:    Economy (S)
Meals:

## Saturday, December 11, 2021

| DCA | CLT |
|---|---|
| 11:55 AM | 1:38 PM |
| Washington Reagan | Charlotte |

**AA 2030**

Seat:    8B
Class:    Economy (N)
Meals:

## Your payment

Credit Card (Visa ending 1398)                                          $247.31

**Total paid**                                                                  **$247.31**

## Your purchase

**TRACEA RICE**
AAdvantage #: 83JC8T2

2

PARKER-129

New ticket                                                                        $247.31
Ticket #: 0012315893583
[$204.66 + Taxes and fees $42.65 ]

**Total**                                                                         **$247.31**

**Total cost** (all passengers)                                                   **$247.31**

## Bag information

### Checked bags

**Online***

| 1st bag | 2nd bag |
|---------|---------|
| $30.00  | $40.00  |

**Airport**

| 1st bag | 2nd bag |
|---------|---------|
| $30.00  | $40.00  |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

3

PARKER-130



**Book a hotel »**



**Buy trip insurance »**



**Book a car »**



**Things to do »**



**Contact us**    |    **Privacy policy**

**Get the American Airlines app**

  

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

4

PARKER-131

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal

PARKER-132

to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

**one**world is a registered trademark of **one**world Alliance, LLC.

© American Airlines, Inc. All Rights Reserved.

6

PARKER-133

**Mallory Ladd**

| | |
|---|---|
| **From:** | Tracea Rice <tracea.rice@gmail.com> |
| **Sent:** | Tuesday, December 7, 2021 7:43 PM |
| **To:** | Tracea Rice |
| **Subject:** | Fwd: [Business] Your Wednesday evening trip with Uber |

[This email originated outside of F&R.]

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Wed, Dec 1, 2021 at 10:09 PM
Subject: [Business] Your Wednesday evening trip with Uber
To: <tracea.rice@gmail.com>

**Uber**

Total $70.11
December 1, 2021

# Thanks for riding, Tracea

We hope you enjoyed your ride
this evening.



## Total                    $70.11

PARKER-134

| | |
|---|---|
| Trip fare | $60.84 |

| | |
|---|---|
| Subtotal | $60.84 |
| Wait Time ❓ | $0.01 |
| Booking Fee ❓ | $4.26 |
| DCA Airport Surcharge ❓ | $5.00 |

Receipt ID # 24cd8055-366c-42c8-97f9-a5ba0bb0774b

Download PDF

## You rode with Balhassn

4.93 ★ Rating

👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

Issued on behalf of Balhassn

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX   17.60 miles | 22 min

2

PARKER-135

9:46 PM

3 Aviation Cir, Arlington, VA

22202, USA

10:09 PM

6401 Ivy Ln, Greenbelt, MD

20770, US



Report lost item ›

Contact support›

My trips ›



3

PARKER-136



Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

PARKER-137

# INVOICE

*ATF Business Solutions, LLC*
*2021 L St., NW/ Suite 101-352*
*Washington, DC 20036*
*Email: Admin@ATFBusinessSolutions.com*
*Phone: (703) 649-1934*

**Bill To:**          *Fish & Richardson, PC*
**Address:**          *1000 Maine Ave., SW Washington, DC 20024*

**Attn:**             *Georgette Williams/ Accounts Payable*

**Invoice Number:**   *FR0316ATF-B (44823.0001LL1)*

**Invoice Date:**     *12/10/21*

**Invoice Due Date:** *Upon Receipt*

**Amount Due:**       *$1,973.57*

### SERVICE GUIDE/ ABBREVIATIONS
**\*\*Regular-Reg/Rush-R/DR-Double Rush/RT-Round Trip/PU-Pick Up\*\***
**\*\*Del-Delivery/WT-Wait Time\*\***
**\*\*After Hours- AH/ Cash Layouts- CL\*\***
**See Price Schedule For Additional Information**

---

*ATF Business Solutions, LLC*
2021 L St., NW/ Suite 101-352
Washington, DC 20036
Email: Admin@ATFBusinessSoltions.com
Phone: 703-649-1934

*Invoice #: FR0316ATF-B*
*Balance Due: $1,973.57*

## REMITTANCE

**Make Checks Payable To:**
**ATF Business Solutions, LLC**

Due Date: Upon Receipt
Invoice Date: 12/10/2021
Amount Due: $1,973.57

**Amount Enclosed:** _____
**Check/Money Order #:** _____

PARKER-138

FR0316ATF-B

**ATF Business Solutions, LLC Detail Sheets**

page 1

| JOB TYPE | SENDER | CLIENT MATTER | DATE/TIME CALLED | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Suburban | G. Williams | 44823.0001LL1 | 11/30/2021 13:11 | Fish & Richardson- 1000 Main Ave., SW/DC | PR- 1414 Southview Dr., Oxon Hill/MD | $ 50.60 | Evangeline Parker | E. Parker 16:11 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 Box- $3.00 |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/1/2021  22:31:00 P | Pro Legal- 1550 Wilson Blvd., Arlington/VA | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 191.00 | Patrick Edelin (8) | P. Edelin 23.33 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 8 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >495>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 miles past I-495/ $4.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | After Hours (AH) |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/2/2021 14:20 | USDCGD- 6500 Cherrywood Ln., Greenbelt | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 220.01 | Georgette Williams (8) | G. Williams 14:52 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 4 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | >>>>- $3.00>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 4 cases of water- $3.00 ea. |
| Continuation>>>>> | >>>>>>> | I-495/ $>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 miles past I-495/ $4.00 |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >$$3>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Cash Layout- $13.11 |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Layout fee $15.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Additional Service $47.60 |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/2/2021 22:40 | Pro Legal- 1550 Wilson Blvd., Arlington/VA | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 191.00 | Patrick Edelin (3) | G. Williams 23:25 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 3 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >>$15>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 60 minutes wt/ $15.00 |
| Continuation>>>>> | >>>>>>> | I-495/>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 miles past I-495/ $4.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | After Hours (AH) |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/3/2021 12:00 | USDCGD- 6500 Cherrywood Ln., Greenbelt | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 160.30 | Georgette Williams (7) | P. Edelin 13:25 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 7 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/3/2021 7:30 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | USDCGD- 6500 Cherrywood Ln., Greenbelt | $ 181.12 | Georgette Williams (7) | P. Edelin 7:49 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 7 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | After Hours (AH) |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/6/2021 7:30 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | USDCGD- 6500 Cherrywood Ln., Greenbelt | $ 175.12 | Georgette Williams (6) | P. Edelin 7:44 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 6 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | After Hours (AH) |
| Del-Rush-Sub. | G. Williams | 44823.0001LL1 | 12/6/2021 17:00 | USDCGD- 6500 Cherrywood Ln., Greenbelt | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 138.40 | Georgette Williams (4) | G. Williams 17:27 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 4 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >495/ $>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 miles past I-495/ $4.00 |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 20 minutes wt/ $10.00 |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/7/2021 7:30 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | USDCGD- 6500 Cherrywood Ln., Greenbelt | $ 163.12 | Georgette Williams (6) | P. Edelin 7:52 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 6 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | After Hours (AH) |
| Del-DRush-Sub. | G. Williams | 44823.0001LL1 | 12/8/2021 14:20 | USDCGD- 6500 Cherrywood Ln., Greenbelt | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | $ 160.30 | Georgette Williams (7) | G. Williams 13:33 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 7 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $35.00>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |

FR0316ATF-B

**ATF Business Solutions, LLC Detail Sheets**

page 2

| JOB TYPE | SENDER | CLIENT MATTER | DATE/TIME CALLED | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Sub. | G. Williams | 44823.0001LL1 | 12/9/2021 11:20 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | Fish & Richardson- 1000 Main Ave., SW/DC | $ 146.60 | Georgette Williams (9) | D. Cheppelle 13:02 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 5 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 Standard Box- $3.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 Transfile Box- $6.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 Projector Screen- $15.00 |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 1 Electical Item- $10.00 |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |
| Del-Reg-Sub. | G. Williams | 44823.0001LL1 | 12/9/2021 11:20 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | ATFBS- Main Office Hyattsville/MD | $ 196.00 | Ali Ahmed (7) | A. Ahmed 14:13 | COVID-19 Hazardous |
| Continuation>>>>> | >>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | 7 Binder Boxes- $6.00 ea. |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Shred Fee $71.40 |
| Continuation>>>>> | >>>>>>> | $>>>>>>>>>>>> | >>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>> | Freight Fee $35.00 |

PARKER-140

# INVOICE

**ATF Business Solutions, LLC**
2021 L St., NW/ Suite 101-352
Washington, DC 20036
Email: Admin@ATFBusinessSolutions.com
Phone: (703) 649-1934

**Bill To:**        Fish & Richardson, PC
**Address:**        1000 Maine Ave., SW Washington, DC 20024

**Attn:**           Georgette Williams/ Accounts Payable

**Invoice Number:**     FR0317ATF-B (44823.0001LL1)

**Invoice Date:**       12/10/21

**Invoice Due Date:**   Upon Receipt

**Amount Due:**         $178.00

## SERVICE GUIDE/ ABBREVIATIONS
**\*\*Regular-Reg/Rush-R/DR-Double Rush/RT-Round Trip/PU-Pick Up\*\***
**\*\*Del-Delivery/WT-Wait Time\*\***
**\*\*After Hours- AH/ Cash Layouts- CL\*\***
*See Price Schedule For Additional Information*

------------------------------------------------------------------------

**ATF Business Solutions, LLC**
2021 L St., NW/ Suite 101-352
Washington, DC 20036
Email: Admin@ATFBusinessSoltions.com
Phone: 703-649-1934

**Invoice #: FR0317ATF-B**
**Balance Due: $178.00**

## REMITTANCE

**Make Checks Payable To:**
**ATF Business Solutions, LLC**

Due Date: Upon Receipt
Invoice Date: 12/10/2021
Amount Due: $178.00

**Amount Enclosed:** _____
**Check/Money Order #:** _____

PARKER-141

FR0317ATF-B

ATF Business Solutions, LLC Detail Sheets

page 1

| JOB TYPE | SENDER | CLIENT MATTER | DATE/TIME CALLED | PICK-UP & ADDRESS | DELIVERY & ADDRESS | PRICE | DELIVER TO | RECEIVED BY | EXTRA CHARGES/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Del-Reg-Sub. | G. Williams | 44823.0001LL1 | 12/10/2021 13:45 | Crowne Plaza Hotel- 6400 Ivy Ln., Greenbelt | ATFBS- Main Office Hyattsville/MD | $ 178.00 | Ali Ahmed (4) | A. Ahmed 15:43 | COVID-19 Hazardous |
| Continuation>>>>>> | >>>>>>>> | >>>>>>>>>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>> | 4 Binder Boxes- $6.00 ea. |
| Continuation>>>>>> | >>>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>> | Shred Fee $71.40 |
| Continuation>>>>>> | >>>>>>>> | >>>>>>>>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> | Continuation>>>>>>>>>>>>>>>>>>>>> | >>>>>> | >>>>>>>>>>>>>>> | >>>>>>>>>>>>>>> | Freight Fee $35.00 |

PARKER-142

PARKER-143

**Tangent Computer Solutions, LLC**
1200 West Street
Suite 103
Annapolis, MD 21401
accounting@tangentlitservices.com
877-796-2114

# Invoice

Federal ID # 52-2019300

**Invoice #:** 1130
**Invoice Date:** 12/15/2021
**Due Date:** 1/14/2022
**Matter:** Parker v. Reema Consulting

Bill To:

**Fish and Richardson**
**1000 Maine Ave SW**
**Washington, DC 20024**

| Date | Description | Emp. | Hrs/Qty | Rate | Amount |
|------|-------------|------|---------|------|--------|
| 11/15/2021 | Prep presentation database Deposition Clip Reports | DPS | 3.50 | 85.00 | 297.50 |
| 11/17/2021 | Prep presentation database, Sync Deponents, Deposition Clip Reports | DPS | 7.50 | 85.00 | 637.50 |
| 11/18/2021 | Deposition Clip reports | DPS | 2.15 | 85.00 | 182.75 |
| 11/19/2021 | Deposition Clip reports | DPS | 3.00 | 85.00 | 255.00 |
| 11/24/2021 | Courtroom Scout/Test, Download exhibits - add to database | DPS | 4.25 | 85.00 | 361.25 |
| 11/30/2021 | Depo designations, Exhibits | DPS | 2.25 | 85.00 | 191.25 |
| 12/1/2021 | Depo designations, Exhibits | DPS | 2.75 | 85.00 | 233.75 |
| 12/2/2021 | Depo designations, Exhibits | DPS | 3.25 | 85.00 | 276.25 |
| 12/3/2021 | Depo designations, Exhibits | DPS | 5.15 | 85.00 | 437.75 |
| 12/4/2021 | On-Site Trial Support | DPS | 6.10 | 85.00 | 518.50 |
| 12/5/2021 | On-Site Trial Support | DPS | 14.10 | 85.00 | 1,198.50 |
| 12/6/2021 | On-Site Trial Support | DPS | 14.50 | 85.00 | 1,232.50 |
| 12/7/2021 | On-Site Trial Support | DPS | 11.50 | 85.00 | 977.50 |
| 12/8/2021 | On-Site Trial Support | DPS | 8.00 | 85.00 | 680.00 |

**Terms:** Net 30

**Total**     $7,480.00

PARKER-144

**Main:** 877-591-5141  **Fax:** 610-272-0526
**Support:** 800-214-5521  **Email:** orders@aquipt.com
376 Crooked Lane, King of Prussia, PA 19406



## Invoice

**Date:** 12/15/2021   **Time:** 2:51 PM

### Invoice#: 119320

**Page:** 1 of 4

| Date Created: 12/15/2021 2:51 PM | Created by: GREGK | Date Range: 12/2/2021 - 1/1/2022 |
|---|---|---|

Fish & Richardson - TX Account
1717 Main Street
Suite 5000
Dallas, TX 75201

**Company / Shipping Address:**
FRI052 - Fish & Richardson P.C.
Crowne Plaza Greenbelt
6400 Ivy Lane
Georgette Williams -  202.787.9247
Greenbelt, MD 20770

**Requester:** Georgette Williams
**Billing Contact:** Georgette Williams
**Account Manager:** Jennifer Myers
**Terms:** Net 30

**PO#:** 44823-0001LL1
**Project:**
**Usage Date:** 12/2/2021 - 1/1/2022

| Order# | Description | PO | Bill Begin | Bill End | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|
| 22585 | *Parker V Reema Consulting, Greenbelt, MD, 1M | 44823-0001LL1 | 12/2/2021 | 1/1/2022 | $15,714.86 | $0.00 | $15,714.86 |

| Description | Billable Total | Discount | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Rentals | $12,728.50 | $1,445.40 | $11,283.10 | $0.00 | $11,283.10 |
| Sales | $4,431.76 | $0.00 | $4,431.76 | $0.00 | $4,431.76 |
| **Invoice Total:** | $17,160.26 | $1,445.40 | $15,714.86 | $0.00 | $15,714.86 |

Remit to: Aquipt, PO Box 37849, Baltimore, MD 21297  ·  7849

** Please update our account with this New LOCKBOX Address **

If you have any questions regarding the attached invoice, please contact us at

accounting@aquipt.com  or call 877 - 591-5141 Ext. 135.

**Aquipt EIN:** 20-3231340

PARKER-145

Main: 877-591-5141    Fax: 610-272-0526
Support: 800-214-5521    Email: orders@aquipt.com
376 Crooked Lane, King of Prussia, PA 19406


**AQUIPT**

## Invoice Detail - Rentals

Date: 12/15/2021    Time: 2:51 PM    **Invoice#: 119320**    Page: 2 of 4

| Date Created: 12/15/2021 2:51 PM | Created by: GREGK | Date Range: 12/2/2021 - 1/1/2022 |
|---|---|---|

Fish & Richardson - TX Account
1717 Main Street
Suite 5000
Dallas, TX 75201

**Company / Shipping Address:**
FRI052 - Fish & Richardson P.C.
Crowne Plaza Greenbelt
6400 Ivy Lane
Georgette Williams -  202.787.9247
Greenbelt, MD 20770

**Order#:** 22585

**Requester:** Georgette Williams
**Billing Contact:** Georgette Williams
**Account Manager:** Jennifer Myers
**Terms:** Net 30

**Matter Nam** *Parker V Reema Consulting, Greenbelt, MD, 1M

**PO#:** 44823-0001LL1
**Project:**
**Usage Date:** 12/2/2021 - 1/1/2022

| Equipment | Description | Qty | Bill Begin | Bill End | Unit Price | Disc % | Actual Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| MISC0001 | USB-C Power Adapters | 15 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| MISC0002 | Ethernet Cables | 40 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| MISC0003 | HDMI Cables | 30 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| MISC0004 | *LV Rolling Racks | 2 | 12/2/2021 | 1/1/2022 | $140.00 | 0 | $140.00 | $280.00 |
| MISC0005 | 25' VGA Cables & 25' HDMI Cable | 1 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| MISC0006 | *LV Konica Minolta Bizhub Color Copier | 1 | 12/2/2021 | 1/1/2022 | $2,812.50 | 0 | $2,812.50 | $2,812.50 |
| 223 | HP 21.5" E223  LCD Monitor HDMI/Display Port/VGA | 20 | 12/2/2021 | 1/1/2022 | $110.00 | 15 | $93.50 | $1,870.00 |
| 27 | 27" LCD Wide Screen Display | 1 | 12/2/2021 | 1/1/2022 | $250.00 | 15 | $212.50 | $212.50 |
| HE1040 | Epson HE1040 Home Cinema Projector (3000L) | 1 | 12/2/2021 | 1/1/2022 | $1,150.00 | 15 | $977.50 | $977.50 |
| 60DL | DaLite Insta-Theater Screen 60" | 1 | 12/2/2021 | 1/1/2022 | $173.00 | 15 | $147.05 | $147.05 |
| LTPR | Logitech 2.4Ghz Presentation Remote | 2 | 12/2/2021 | 1/1/2022 | $54.00 | 15 | $45.90 | $91.80 |
| NETG16 | Netgear GS716T PORT SWX 1000BT | 2 | 12/2/2021 | 1/1/2022 | $87.00 | 15 | $73.95 | $147.90 |
| NETG8 | Netgear GS608 8 port Gig Switch | 4 | 12/2/2021 | 1/1/2022 | $65.00 | 15 | $55.25 | $221.00 |
| SONICWALL | * Sonic Wall TZ300 Router Dual WAN Gigabit | 1 | 12/2/2021 | 1/1/2022 | $185.00 | 15 | $157.25 | $157.25 |
| DOCUSBC | Lenovo ThinkPad USB-C Docking Station | 12 | 12/2/2021 | 1/1/2022 | $95.00 | 15 | $80.75 | $969.00 |
| TOTUUSB-C | Universal USB-C Docking Station | 3 | 12/2/2021 | 1/1/2022 | $75.00 | 15 | $63.75 | $191.25 |
| TARGUS | Targus USB 3.0 SuperSpeed Dual Video Dock | 3 | 12/2/2021 | 1/1/2022 | $87.00 | 15 | $73.95 | $221.85 |
| KB | Keyboard & Mouse USB | 20 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| DVITODP | DVI-D To Display Port Cable 6' | 30 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| HDMI2VGA | HDMI Adapter To VGA | 2 | 12/2/2021 | 1/1/2022 | $50.00 | 15 | $42.50 | $85.00 |
| MINITOHDMI | Mini Display To HDMI | 2 | 12/2/2021 | 1/1/2022 | $45.00 | 15 | $38.25 | $76.50 |
| MINI-TO-VG | Mini Display To VGA | 2 | 12/2/2021 | 1/1/2022 | $45.00 | 15 | $38.25 | $76.50 |
| C600 | *** Xerox VersaLink C600DN Laser Color 2G  53PPM | 2 | 12/2/2021 | 1/1/2022 | $895.00 | 15 | $760.75 | $1,521.50 |
| 600BH | Toner Xerox C600 Black HC @ $400 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600CH | Toner Xerox C600 Cyan HC @ $400 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600MH | Toner Xerox C600 Magenta HC @ $400 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600YH | Toner Xerox C600 Yellow HC @ $400 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600DB | Imaging Drum Xerox C600 Black | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600DC | Imaging Drum Xerox C600 Cyan | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600DM | Imaging Drum Xerox C600 Magenta | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600DY | Imaging Drum Xerox C600 Yellow | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600F | Fuser 110 Volt For Xerox C600 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 600WASTE | Waste Cartridge For Xerox C600 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |
| 603 | HP LJET M603N , 62PPM , 512MB | 2 | 12/2/2021 | 1/1/2022 | $525.00 | 15 | $446.25 | $892.50 |
| 6031500 | HP M603 - 1500 Sheet Paper Tray | 2 | 12/2/2021 | 1/1/2022 | $108.00 | 15 | $91.80 | $183.60 |
| 603D | M603 Duplex unit | 2 | 12/2/2021 | 1/1/2022 | $87.00 | 15 | $73.95 | $147.90 |
| 603B | Toner HP M603/4555H Black @325 | 2 | 12/2/2021 | 1/1/2022 | | 0 | $0.00 | $0.00 |

PARKER-146

**Invoice#: 119320**

Fish & Richardson - TX Account

FRI052 - Fish & Richardson P.C.

| Equipment | Description | Qty | Bill Begin | Bill End | Unit Price | Disc % | Actual Price | Extended Price |
|---|---|---|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Unit Price: | $12,728.50 |
| Discount | $1,445.40 |
| Rental Total: | $11,283.10 |

PARKER-147

**Main:** 877-591-5141    **Fax:** 610-272-0526
**Support:** 800-214-5521    **Email:** orders@aquipt.com
376 Crooked Lane, King of Prussia, PA 19406



## Invoice Detail - Sales/Service

**Date:** 12/15/2021    **Time:** 2:51 PM    **Invoice#: 119320**    **Page:** 4 of 4

| Date Created: 12/15/2021 2:51 PM | Created by: GREGK | Date Range: 12/2/2021 - 1/1/2022 |
|---|---|---|

| | Company / Shipping Address: |
|---|---|
| Fish & Richardson - TX Account | FRI052 - Fish & Richardson P.C. |
| 1717 Main Street | Crowne Plaza Greenbelt |
| Suite 5000 | 6400 Ivy Lane |
| Dallas, TX 75201 | Georgette Williams -  202.787.9247 |
| | Greenbelt, MD 20770 |

| Order#: 22585 | Matter Name *Parker V Reema Consulting, Greenbelt, MD, 1M |
|---|---|
| **Requester:** Georgette Williams | |
| **Billing Contact:** Georgette Williams | **PO#:** 44823-0001LL1 |
| **Account Manager:** Jennifer Myers | **Project:** |
| **Terms:** Net 30 | **Usage Date:** 12/2/2021 - 1/1/2022 |

| Stock# | Description | Qty | Actual Price | Extended |
|---|---|---|---|---|
| LVROUND | *LV Roundtrip Delivery  [Copier] | 1 | $400.00 | $400.00 |
| COPYSR | *LV Copier Service/Support | 2 | $250.00 | $500.00 |
| LVROUND | *LV Roundtrip Delivery  [Racks] | 1 | $750.00 | $750.00 |
| DELO | Delivery Only  [12/2] | 1 | $250.00 | $250.00 |
| INSTALL2 | Install (2 Techs)  [12/2] | 6 | $200.00 | $1,200.00 |
| PUO | Pickup Only  [12/9] | 1 | $250.00 | $250.00 |
| STRIKE2 | Strike (2 Techs)  [12/9] | 2.5 | $200.00 | $500.00 |
| COPYOVER | Copy Overages  [Color-Includes 2K Prints] | 1616 | $0.36 | $581.76 |

| | |
|---|---|
| Sales/Service Total: | $4,431.76 |
| Rental & Sales/Service: | $15,714.86 |
| Total: | $15,714.86 |

Remit to: Aquipt, PO Box 37849, Baltimore, MD 21297  ·  7849

** Please update our account with this New LOCKBOX Address **

If you have any questions regarding the attached invoice, please contact us at

accounting@aquipt.com  or call 877 - 591-5141 Ext. 135.

**Aquipt EIN:** 20-3231340

PARKER-148



PARKER-149

| | |
|---|---|
| **From:** | Tracy Haynes <bosslady0301@icloud.com> |
| **Sent:** | Thursday, December 23, 2021 10:52 AM |
| **To:** | Tracy Haynes |
| **Subject:** | Fwd: Thank You! Starbucks Card Reload Order SAF5CK1KW5KC5K6QP983709GU2 |

[This email originated outside of F&R.]

Sent from my iPhone

Begin forwarded message:

> **From:** Starbucks Coffee Company <orders@starbucks.com>
> **Date:** December 2, 2021 at 7:38:34 PM EST
> **To:** BOSSLADY0301@icloud.com
> **Subject: Thank You! Starbucks Card Reload Order SAF5CK1KW5KC5K6QP983709GU2**



Thank you for reloading your Starbucks Card! The following message provides information regarding your order.

Values listed are in USD.

Order Number: SAF5CK1KW5KC5K6QP983709GU2
Received: Thursday, December 2, 2021

**Billing Address:**

7912 Hubble Drive
Lanham, MD 20706
bosslady0301@icloud.com

**Order Detail:**

| Item | Description | Qty | Unit Price | Price |
|---|---|---|---|---|
| SCRD | Starbucks Card Reload | 1 | 100.00 | 100.00 |

PARKER-150

| | |
|---|---|
| Merchandise Subtotal: | 100.00 |
| Estimated Tax: | 0.00 |
| Shipping: | 0.00 |
| Total Charge: | USD 100.00 |

If you have any questions or concerns regarding this transaction, please contact us by calling us at 1-800-782-7282. Starbucks customer service representatives can be reached by phone Monday - Friday, 5AM - 8PM (PST)and Saturday - Sunday, 6am to 4pm (PST).

For additional information regarding the Starbucks Card, please visit our FAQ area at Starbucks Card Frequently Asked Questions

Questions? Please visit our **Customer Service page** or call us at +1 (800) 782-7282. Our customer service representatives can be reached by phone 4AM – 11PM (PST), 7 days a week.

©2021 Starbucks Coffee Company. All rights reserved.

**Privacy Statement**
**Terms Of Use**
**Starbucks Card Terms Of Use**
**Starbucks® Rewards Terms Of Use**

PARKER-151



PARKER-152

✕

## Mobile order
December 6 at 5:59 AM
52.0★ earned
Receipt #70369796

| | |
|---|---|
| Short Coffee Traveler – Pike Place: Roast | $17.95 |
| Short Coffee Traveler – Pike Place: Roast | $17.95 |
| Venti Toasted White Hot Chocolate | $4.45 |
| Extra Hot | + $0.00 |
| Coconut Milk | + $0.70 |
| Toasted White Chocolate Mocha Sauce | + $0.00 |
| 1 Piece Impossible™ Breakfast Sandwich | $5.45 |
| No Cheese | + $0.00 |
| No Eggs | + $0.00 |
| 1 Piece Impossible™ Breakfast Sandwich | $5.45 |
| No Cheese | + $0.00 |
| No Eggs | + $0.00 |

|  |  |  |
|---|---|---|
| | Tax | $3.12 |
| Order Total | | $55.07 |
| | Mastercard x5619 | |
| | Earns 1★ per $1 | |

**Vista Gardens**
10621 Martin Luther King Jr Hwy
Lanham, MD 20720

Store number 11688-95628
+1 301-352-7746

PARKER-153

×

## Mobile order

December 6 at 6:01 AM
3.8★ earned
Receipt #70371096

| | |
|---|---|
| Tall Cappuccino | $3.75 |
| Extra Hot | + $0.00 |
| Tax | $0.23 |
| Order Total | $3.98 |

Mastercard x5619
Earns 1★ per $1



**Vista Gardens**
10621 Martin Luther King Jr Hwy
Lanham, MD 20720

Store number 11688-95628
+1 301-352-7746

PARKER-154

| | |
|---|---|
| **From:** | Tracy Haynes <bosslady0301@icloud.com> |
| **Sent:** | Thursday, December 23, 2021 10:49 AM |
| **To:** | Tracy Haynes |
| **Subject:** | Fwd: Thank You! Starbucks Card Reload Order W5NEBH6HW5RA4340Q1GCEJ44P1 |

[This email originated outside of F&R.]

Sent from my iPhone

Begin forwarded message:

**From:** Starbucks Coffee Company <orders@starbucks.com>
**Date:** December 10, 2021 at 6:31:50 AM EST
**To:** BOSSLADY0301@icloud.com
**Subject: Thank You! Starbucks Card Reload Order W5NEBH6HW5RA4340Q1GCEJ44P1**



Thank you for reloading your Starbucks Card! The following message provides information regarding your order.

Values listed are in USD.

Order Number: W5NEBH6HW5RA4340Q1GCEJ44P1
Received: Friday, December 10, 2021

**Billing Address:**

7912 Hubble Drive
Lanham, MD 20706
bosslady0301@icloud.com

**Order Detail:**

| Item | Description | Qty | Unit Price | Price |
|---|---|---|---|---|
| SCRD | Starbucks Card Reload | 1 | 100.00 | 100.00 |

1

PARKER-155

|  |  |
|---|---|
| Merchandise Subtotal: | 100.00 |
| Estimated Tax: | 0.00 |
| Shipping: | 0.00 |
| Total Charge: | USD 100.00 |

If you have any questions or concerns regarding this transaction, please contact us by calling us at 1-800-782-7282. Starbucks customer service representatives can be reached by phone Monday - Friday, 5AM - 8PM (PST)and Saturday - Sunday, 6am to 4pm (PST).

For additional information regarding the Starbucks Card, please visit our FAQ area at Starbucks Card Frequently Asked Questions

Questions? Please visit our **Customer Service page** or call us at +1 (800) 782-7282. Our customer service representatives can be reached by phone 4AM – 11PM (PST), 7 days a week.

©2021 Starbucks Coffee Company. All rights reserved.

**Privacy Statement**
**Terms Of Use**
**Starbucks Card Terms Of Use**
**Starbucks® Rewards Terms Of Use**

2

PARKER-156

**From:**           Tracy Haynes <bosslady0301@icloud.com>
**Sent:**           Thursday, December 23, 2021 4:07 PM
**To:**             Tracy Haynes

[This email originated outside of F&R.]



Sent from my iPhone

1

PARKER-157

**Heritage Reporting Corporation**

# Invoice

1220 L Street, NW, Suite 206
Washington, D.C.  20005-4018
(202) 628-4888
TIN # 52-1491518

| DATE | INVOICE NO. |
|------|-------------|
| 12/2/2021 | 53793 |

| BILL TO |
|---------|
| Fish & Richardson P.C.<br>Attn:  Tracy Haynes<br>1000 Maine Ave SW<br>Washington, DC  20024 |

| Ordering Office |
|-----------------|
|  |

| Contract #/Purchase Order # | | |
|---|---|---|
| | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 211201006 | Bhattacharyya/Certain Power Inverters 337-TA-1267/pages 1 - 307, Next Day MSWORD Virtual | 307 | 4.13 | 1,267.91 |
| 211201006 | Bhattacharyya/Certain Power Inverters, PDF | 307 | 2.95 | 905.65 |
| 211201006 | Bhattacharyya/Certain Power Inverters, ASCII | 307 | 2.95 | 905.65 |
| 1 | Email Delivery | 2 | 10.00 | 20.00 |
| 211201006 | Convenience Fee | | 92.98 | 92.98 |

```
        HERITAGE REPORTING COR
          1220 L ST NW STE 206
        WASHINGTON, DC 20005401
  12/02/2021                    10:04:04
         CREDIT CARD
           MC SALE
   CARD #            XXXXXXXXXXXXX5619
   INVOICE                      0001
   SEQ #:                       0001
   Batch #:                    002049
   Approval Code:              087817
   Entry Method:               Manual
   Mode:                       Online
   Tax Amount:                 $0.00
   Cust Code:
   Avs Code:                    NYZ

   SALE AMOUNT             $3192.19
```

| Total | $3,192.19 |
|-------|-----------|

| Payments/Credits | $0.00 |
|------------------|-------|

| **Balance Due** | $3,192.19 |
|-----------------|-----------|

CUSTOMER COPY

PARKER-158



# Thomas delivered your order

Your order from Safeway was placed on December 2nd, 2021 and delivered on December 2nd, 2021 at 4:38 PM

**19** Items Found    **10** Adjustments

## ADJUSTMENTS (SAFEWAY)    **10**

### REFUNDS

| | |
|---|---|
| **Peet's Coffee Iced Espresso, Black and White** (8 oz)<br>Refunded 2 | $0.00 |
| **Peet's Coffee Iced Espresso, Caramel Macchiato** (8 oz)<br>Refunded 2 | $0.00 |
| **Perrier Fusions Peach and Cherry Flavor** (4 x 4 x 33.8 oz)<br>Refunded 2 | $0.00 |
| **Perrier Fusions Pineapple & Mango Sparkling Beverage** (4 x 4 x 8.45 fl oz)<br>Refunded 2 | $0.00 |

### REPLACEMENTS

Some of your items weren't available, so your shopper picked items based on replacements you approved and what was available.

PARKER-159

Strength, 6 Pack (6 x 6 x 1.93 fl oz)

1 x $21.89

**5hour** (each)

1 x $16.99

$16.99

---

Perrier Watermelon Water (10 x 10 x 84.5 oz)

1 x $8.09

**Perrier Peach Flavored Carbonated Mineral Water** (10 x 10 x 8.45 fl oz)

1 x $8.09

~~$8.09~~

$8.09

---

KIND Breakfast Bars, Peanut Butter (4 x 4 x 1.76 oz)

1 x $4.59

**KIND Bars, Peanut Butter Dark Chocolate** (6 each)

1 x $10.39

~~$4.59~~

$10.39

---

Volpi Roltini Singles with Mozzarella & Prosciutto (7.5 oz)

2 x $11.49

**Prosciutto and mozzarella** (each)

2 x $8.99

~~$22.98~~

$17.98

---

Altoids Smalls Wintergreen Sugarfree Mints (0.37 oz)

3 x $1.49

**Altoids Wintergreen Breath Mints** (1.76 oz)

3 x $2.79

~~$4.47~~

$8.37

---

Angie's Sweet And Salty Kettle Corn (7 oz)

2 x $4.99

**SkinnyPop Popcorn Sweet & Salty Kettle** (5.3 oz)

2 x $4.59

~~$9.98~~

$9.18

---

ITEMS FOUND (SAFEWAY)    | 19 |

### BEVERAGES

**Suja Organic Immunity Rebound Shot with Elderberry & Probiotics** (2 fl oz)

5 x $3.49

$17.45

### DAIRY & EGGS

**Starbucks Liquid Coffee Creamer Caramel Flavored Creamer** (28 oz)

1 x $5.79

$5.79

PARKER-160

BEVERAGES

| | |
|---|---|
| **Choice Organics Organic Premium Japanese Green Tea** (16 ct) <br> 1 x $5.79 | $5.79 |
| **Diet Coke Coke** (12 x 12 x 12 fl oz) <br> 1 x $8.39 | $8.39 |
| **Vive Organic Immunity Boost Original, Ginger & Turmeric, Wellness Shot** (2 fl oz) <br> 2 x $4.09 | $8.18 |
| **Suja Organic Digestion Shot with Ginger & Probiotics** (2 fl oz) <br> 5 x $3.49 | $17.45 |

SNACKS

| | |
|---|---|
| **Lance® ToastChee Peanut Butter Sandwich Crackers** (8 ct) <br> 2 x $4.09 | $8.18 |
| **Ritz Fresh Stacks Original Crackers** (8 x 8 x 1.475 oz) <br> 2 x $4.09 | $8.18 |

PERSONAL CARE

| | |
|---|---|
| **Suja Organic Immunity Defense Shot with Turmeric & Probiotics** (2 fl oz) <br> 3 x $3.49 | $10.47 |

BEVERAGES

| | |
|---|---|
| **Perrier Peach Flavored Carbonated Mineral Water** (10 x 10 x 8.45 fl oz) <br> 2 x $8.09 | $16.18 |
| **Perrier Lime Flavored Carbonated Mineral Water** (10 x 10 x 8.45 fl oz) <br> 1 x $8.09 | $8.09 |
| **Perrier Pink Grapefruit Water** (10 x 10 x 8.45 fl oz) <br> 2 x $8.09 | $16.18 |
| **Gatorade Lemon-Lime Zero Sugar Thirst Quencher** (160 fl oz) <br> 1 x $8.69 | $8.69 |

PARKER-161

| | |
|---|---|
| fl oz) | $8.69 |
| 1 x $8.69 | |

### DAIRY & EGGS

| | |
|---|---|
| **Horizon Organic Half & Half** (32 fl oz) | $13.18 |
| 2 x $6.59 | |

### SNACKS

| | |
|---|---|
| **KIND Bars, Peanut Butter Dark Chocolate** (6 each) | $10.39 |
| 1 x $10.39 | |

### PANTRY

| | |
|---|---|
| **Jif Peanut Butter** (12 oz) | $11.37 |
| 3 x $3.79 | |

### SNACKS

| | |
|---|---|
| **Altoids Smalls Peppermint Sugarfree Mints Single** (50 ct) | $4.47 |
| 3 x $1.49 | |
| **KIND Healthy Grains Granola Bars, Oats & Honey, with Toasted Coconut** (5 x 5 x 1.2 oz) | $5.19 |
| 1 x $5.19 | |

## ORDER TOTALS

| | |
|---|---|
| Items Subtotal | $263.31 |
| Sales Tax | $5.24 |
| Tip | $52.66 |
| Service Fee | $5.00 |
| Heavy Order Fee | $3.39 |
| Priority Fee | $2.00 |
| **Total** | **$331.60** |

Express Member Free Delivery!

PARKER-162

| | | |
|---|---|---|
| Original Charge | $331.60 | |
| *Your card was temporarily authorized for $340.00. Your statement will reflect a final charge within 7 business days of order completion.*<br>Learn more | | |
| Additional charge for order delivery id - 6063827533135364 | $0.00 | |
| *Your card was temporarily authorized for $65.00. Your statement will reflect a final charge within 7 business days of order completion.*<br>Learn more | | |
| **Total Charged** | **$** | **331.60** |

PARKER-163



# King delivered your order

---

Your order from BJ's Wholesale Club was placed on December 2nd, 2021 and delivered on December 2nd, 2021 at 3:21 PM

| **6** | Items Found | **1** | Adjustment |

## ADJUSTMENTS (BJ'S WHOLESALE CLUB)    **1**

### REPLACEMENTS
Some of your items weren't available, so your shopper picked items based on replacements you approved and what was available.

| | |
|---|---|
| Berkley Jensen Cutlery Combo (360 ct) | $14.89 |
| 1 x $14.89 | ↩ |
| **Dixie Combo Cutlery** (540 ct) | $18.59 |
| 1 x $18.59 | |

## ITEMS FOUND (BJ'S WHOLESALE CLUB)    **6**

### BEVERAGES

| | |
|---|---|
| **FIJI Water Natural Artesian Water** (24 x 24 x 500 ml) | $106.76 |
| 4 x $26.69 | |

PARKER-164

10 x $7.49                                                                                 $74.90

### HOUSEHOLD

**Chinet Classic White All Occasion 8.75" Paper Plates** (225 ct)

2 x $19.89                                                                                 $39.78

### BEVERAGES

**Canada Dry Ginger Ale** (24 x 24 x 12 fl oz)
1 x $11.19                                                                                 $11.19

**Deer park 100% Natural Spring Water** (8 oz)
2 x $8.49                                                                                  $16.98

### SNACKS

**Sensible Portions Cinnamon Apple Straws Multigrain Snack** (20 oz)

3 x $7.49                                                                                  $22.47

## ORDER TOTALS

| | |
|---|---|
| Items Subtotal | $290.67 |
| Sales Tax | $16.09 |
| Tip | $58.13 |
| Service Fee | $5.52 |
| Priority Fee | $2.00 |
| **Total** | **$372.41** |

**Express Member Free Delivery!**

## CHARGES                                                    ending in 5619

| | |
|---|---|
| Original Charge | $372.41 |

*Your card was temporarily authorized for $400.00. Your statement will reflect a final charge within 7 business days of order completion.*
Learn more

| | | |
|---|---|---|
| **Total Charged** | **$** | **372.41** |

PARKER-165

PARKER-166

# International Trade Commission Trial Lawyers Association

# Invoice

515 2nd Street NE
Washington, DC  20002

| Date | PO | Invoice # |
|---|---|---|
| 11/30/2021 | | 200000612 |

| Bill To | Ship To |
|---|---|
| Tracy Haynes<br>7912 HUBBLE DR<br>1000 Maine Avenue, SW Sutie 1000<br>LANHAM, MD 20706<br>United States | Michael McKeon<br>Fish & Richardson PC<br>1000 Maine Avenue, SW Sutie 1000<br>Washington, DC 20024<br>United States |

| Terms | Due Date |
|---|---|
| Due on receipt | 11/30/2021 |

| Date | Qty | Description | Price | Totals |
|---|---|---|---|---|
| 11/30/2021 | 1 | ITCTLA Annual Fall Meeting - Michael McKeon | $25.00 | $25.00 |
| | | | **Sub-Total** | $25.00 |
| | | | **Total** | $25.00 |

# Payments/Refunds

| Date | Qty | Description | Price | Totals |
|---|---|---|---|---|
| 11/30/2021 | 1 | Payment via Credit Card (using card xxxxxxxxxxxx5619)<br>*Applied to invoice on 11/30/2021 3:32:06 PM* | ($25.00) | ($25.00) |
| | | | **Total Payments/Refunds** | ($25.00) |
| | | | **Balance Due** | $0.00 |

**Additional Information:**

Is there CLE credits for this meeting?

Please remit check payments to:

PARKER-167

ITC Trial Lawyers Association
515 2nd Street NE
Washington, DC  20002

PARKER-168

| | |
|---|---|
| **From:** | no-reply@squarespace.info |
| **Sent:** | Tuesday, December 07, 2021 10:19 AM |
| **To:** | Tracy Haynes |
| **Subject:** | KHEPRA'S RAW FOOD JUICE BAR: Order Confirmed #2392 |

[This email originated outside of F&R.]

KHEPRA'S RAW FOOD JUICE
BAR

# Order #2392 Confirmed

Your order from KHEPRA'S RAW FOOD JUICE BAR is confirmed.

We will be in contact shortly regarding the services you have ordered.

## Order Summary

Order #2392

Placed on December 7, 2021 at 10:18 AM EST

 **14 Day Juice Cleanse** $300.00

SQ5347065

Qty: 1

Net: $272.73 / Item

Total: $300.00 / Item

Sales Tax (10.0%): $27.27

Special Instructions

please call 202-880-2281 when approaching

hotel

PARKER-169

Free Delivery Option

Tracy Haynes, 6400 Ivy Lane, Montpelier Conf Rom, Greenbelt, MD 20770 United States

Delivery Instructions

Terms of Purchase

By selecting this box you agree that the items purchased on this website are non-refundable. If you find the product or service unsatisfactory for any reason then only through direct communication with the owner and management, we will be more than happy to work out a resolution.



**Super Smoothies**                                    $42.00

SQ6498624

Qty: 3

Net: $12.73 / Item

Total: $14.00 / Item

Sales Tax (10.0%): $3.82

Super Smoothies

Coconut Sea Moss

| | |
|---|---|
| Subtotal | $342.00 |
| Sales Tax | $31.09 |
| Total | $342.00 |

2

PARKER-170

Paid with CARD — •••• 5619                                    $342.00

## Customer Information

**Billing Address**                                          **Payment Method**

Tracy Haynes                                                 CARD — •••• 5619

1000 Maine Avenue Southwest

Washington DC 20024

US

2026266446

3

PARKER-171

**From:** Grubhub <orders@eat.grubhub.com>
**Sent:** Sunday, December 05, 2021 12:27 PM
**To:** Tracy Haynes
**Subject:** Thanks for your Popeyes order



# Thank you for ordering, Tracy

Your delivery order from **Popeyes** is being prepared. Your food should arrive between **12:57pm – 1:07pm.**

Track your order

Popeyes
## Total: $101.00

Ordered: Dec 05, 2021 12:26:28pm
Order number: #51351726-0763486
Contact Restaurant: (301) 982-2315

 Delivery to
Tracy Haynes
6400 Ivy Ln , Montpieler Conf Roo, , Greenbelt, MD
(202) 880-2281

| | |
|---|---|
| **1 Mixed Chicken (16 Pcs)** | $48.49 |
| • MILD | |
| • Eight Biscuits | |
| • Large Red Beans and Rice | |
| • Large Red Beans and Rice | |
| • Large Mashed Potatoes with Cajun Gravy | |
| **1 Large Homestyle Mac n Cheese** | $5.99 |
| **1 CANE SWEEEET ICED TEA™ Gallon** | $5.69 |

PARKER-172

| | |
|---|---|
| **1 Minute Maid® Lemonade Gallon** | $5.69 |
| **1 Spicy Chicken Sandwich Combo** | $9.99 |

- Spicy Chicken Sandwich
- Red Beans and Rice
- CANE SWEEEET ICED TEA™

| | |
|---|---|
| **1 Reg Coleslaw** | $3.69 |
| **1 Reg Red Beans and Rice** | $3.69 |

| | |
|---|---|
| Items subtotal | $83.23 |
| Delivery fee | $2.49 |
| Service fee | $8.32 |
| Sales tax | $4.99 |
| Tip | $14.00 |
| Rewards | - $12.48 |
| Donation | $0.45 |

| | |
|---|---|
| **Total charge** | **$101.00** |

Payment Method
REWARD and REWARD and Paid with credit card - 5619                 **$101.00**

## Grubhub Guarantee

We've got your back.
Find a lower price?
Order arrived late?



Let us know



## Get unlimited free delivery

From your favorite restaurants with Grubhub+

Learn more



Track your order with the app:



Any changes you make to your order after it has been placed may result in additional charges.

2

PARKER-173

We sent you this email to give you the latest information about your Grubhub order. Please don't reply to this email.

Need more help? Check out our FAQs.

© 2021 Grubhub Inc.
111 W. Washington St., Suite 2100,
Chicago, IL, 60602, USA

3

PARKER-174

| | |
|---|---|
| **From:** | Tracy Haynes <bosslady0301@icloud.com> |
| **Sent:** | Thursday, December 23, 2021 11:20 AM |
| **To:** | Tracy Haynes |
| **Subject:** | Fwd: Thank you for choosing Shipt. |

[This email originated outside of F&R.]



Sent from my iPhone

Begin forwarded message:

> **From:** Shipt <support@shipt.com>
> **Date:** December 5, 2021 at 3:12:39 PM EST
> **To:** BOSSLADY0301@icloud.com
> **Subject: Thank you for choosing Shipt.**



**THANK YOU FOR CHOOSING SHIPT.**

# Your payment has been processed.

Thanks for signing up for a Shipt membership through Target.com. We've charged $99.00 to your credit card on file.

Have any questions? <u>We're here to help.</u>

PARKER-175

2



    

**Don't Sell My Data**

Privacy Policy

CA Privacy Rights

Interest-Based Ads

Terms of Service

Copyright © 2020 Shipt, All rights reserved.

17 20th Street N. Birmingham, AL. 35203

2

PARKER-176



**ORDER**   **CARDS**   **GIFT**

 Find a store     Account ⌄

# History

## December

---

 **10.0★ earned**
Promotion
12-11-2021

---

 **In-store order**
My Card (7494)
Vista Gardens

$10.59
16.2★ earned
12-11-2021  ›

---

 +$ **Reload**
My Card (7494)

+$100.00
12-10-2021

---

 **In-store order**
My Card (7494)
Vista Gardens

$19.03
35.9★ earned
12-09-2021  ›

---

 **Mobile order**
My Card (7494)
Vista Gardens

$31.65
59.7★ earned
12-09-2021  ›

---

 +$ **Reload**
My Card (7494)

+$100.00
12-09-2021

---

 **1336.7★ earned**
Customer service
12-08-2021

PARKER-177

**Mobile order**
My Card (7494)
Vista Gardens

**$55.39**
104.5★ earned
12–08–2021

**Mobile order**
My Card (7494)
Vista Gardens

**$60.39**
104.5★ earned
12–07–2021

**10.0★ earned**
Promotion

12–07–2021

✕

**Mobile order**
Mastercard x5619
Vista Gardens

**$55.07**
52.0★ earned
12–06–2021

**Mobile order**
Mastercard x5619
Vista Gardens

**$55.07**
52.0★ earned
12–05–2021

**Reload**
My Card (7494)

**+$100.00**
12–02–2021

## September

**In–store order**

$5.25

PARKER-178

In-Store Order

My Card (7494)

Vista Gardens

9.9★ earned

9–11–2021

$3.25

>

PARKER-179



# return receipt

213393991044993820

**order number:** 9075227585715
**receipt id:** 2-1339-3991-0449-9382-0
**vcd:** 751-258-132
**release id:** 985920211205131317803 80780

**Return by March 11, 2022**

**Gatorade Super Shake Ready-to-Drink Protein - Vanilla - 4pk/11.16 fl oz Bottles**

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 — $7.99

**Hefty Party On! Disposable Cups - 80ct/16oz**

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 — $5.99

**Diet Coke - 12pk/12 fl oz Cans**

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 — $5.79

**Ensure Max Protein Nutritional Shake - Vanilla - 4ct/44 fl oz**

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 — $8.99

**Bounty Napkins White - 400ct**

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 — $5.79

**Mars Fun Size Chocolate Favorites Variety Pack - 31.18oz**

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 — $9.99

**Ritz Bits Cracker Sandwiches with Peanut Butter - 8.8oz**

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 — $2.69

**Hershey's Kisses Holiday Candy Cane Foils - 9oz**

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 — $3.59

**Emergen-C Vitamin C Supplement Drink Mix - Super Orange - 60ct**

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 — $18.99

PARKER-180

**Kit Kat Snack Size Chocolate Candy Bars - 10.78oz**

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 — $3.99

**Mars Mixed Holiday Minis Variety Pack - 9.63oz/34ct**

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 — $3.69

**Cheez-It Baked Classic Snack Mix - 10.5oz**

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 — $3.19

**Frito-Lay Variety Pack Classic Mix - 18ct**

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 — $9.49

**Oreo Fudge Covered Sandwich Cookies - 7.9oz**

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 — $3.49

**Beloved Cherry Blossom & Tea Rose Hand Sanitizer - 2 fl oz**

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 — $3.99

**Angie's Boomchickapop Sweet & Salty Kettle Corn - 7oz**

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 — $3.29

**Beloved Coconut & Warm Vanilla Hand Sanitizer - 2 fl oz**

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 — $3.99

**Orbit Bubblemint Sugar Free Gum - 120ct**

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 — $5.19

**Kleenex Ultra Soft Facial Tissue - 4pk/65ct**

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 — $5.99

**Mentos Pure Fresh Spearmint Sugar-Free Gum - 50ct**

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 — $2.99

**Beloved Cherry Blossom & Tea Rose Hand Cream Lotion - 1 fl oz**

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 — $4.99

**Suave Hand Sanitizer Lotion - 3 fl oz**

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 — $1.99

**Coca-Cola - 12pk/12 fl oz Cans**

PARKER-181

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 — $5.79

**PURELL Hand Sanitizing Wipes Clean Refreshing Scent - Trial Size - 15ct**

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 — $1.59

**Hamilton Beach 1.7L Illuminated Glass Kettle - 40869**

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 — $29.99

**Chinet Cut Crystal Cup - 36ct/14oz**

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 — $5.29

**Motrin Ibuprofen Migraine Liquid Filled (NSAID) Caplet - 80ct**

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 — $10.99

**Tylenol Extra Strength Rapid Release Pain Reliever & Fever Reducer Gelcaps - Acetaminophen - 24ct**

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 — $4.49

**Frito-Lay Variety Pack Doritos & Cheetos Mix - 18ct**

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 — $9.49

**KIND Peanut Butter Breakfast Bars - 4ct**

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 — $3.69

**KIND Healthy Grains Oats & Honey, Gluten Free Granola Bars - 5ct**

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 — $3.69

PARKER-182



**SAMEDAY PROCESS**

*Serving the Impossible*

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Fish & Richardson, P.C.(DC)
901 15th St., NW, 7th Fl.
Washington, DC20005

Invoice #:
85288

Date:
05/22/2017

## INVOICE FOR SERVICE

Service #215889: Reema Consulting Services, Inc.
Evangeline J. Parker v. Reema Consulting Services, Inc.

Your File# Adjoa Afful
Court Case #: 1:17-cv-00554-LO-IDD

| | |
|---|---|
| Process Serving Fee within 11-16 mi (Address is outside 495 Beltway but within 11 to 16 miles) | $95.00 |
| **TOTAL CHARGES:** | **$95.00** |
| **BALANCE:** | **$95.00** |

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

1

PARKER-183

# CROWNE PLAZA
## AN IHG HOTEL
### GREENBELT - WASHINGTON D.C.

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #: 1932**
Page 1 of 1
Date Printed: 12/03/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Thursday, December 02, 2021** |
| **Post As:**<br>**Address:** | Fish & Richardson Group<br>1425 K St NW<br>Washington DC, DC 20005<br>United States | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Mobile:** | Georgette Williams<br>(202) 626-6410<br>gwilliams@fr.com<br>Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Thu, Dec 02 | 8:00 AM - 11:00 PM | Fish & Richardson | Chesapeake | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Chesapeake | $75.00 | $75.00 |
| | | **Subtotal:** | **$75.00** |
| | | Service Charge: | $17.25 |
| | | Maryland Tax 6.00%: | $5.54 |
| | | **Function Room Rental Total:** | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

Customer Approval                                    Date

Date Printed: 12/03/2021

PARKER-184

# CROWNE PLAZA®
AN **IHG®** HOTEL

**GREENBELT - WASHINGTON D.C.**

**Check #:  1933**
Page 1 of 1
Date Printed: 12/03/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Friday, December 03, 2021** |
| **Post As:**<br>**Address:** | Fish & Richardson Group<br>1425 K St NW<br>Washington DC, DC 20005<br>United States | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Mobile:** | Georgette Williams<br>(202) 626-6410<br>gwilliams@fr.com<br>Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Fri, Dec 03 | 8:00 AM - 11:00 PM | Fish & Richardson | Chesapeake | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Chesapeake | $75.00 | $75.00 |
| | | **Subtotal:** | **$75.00** |
| | | **Service Charge:** | $17.25 |
| | | **Maryland Tax 6.00%:** | $5.54 |
| | | **Function Room Rental Total:** | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

_____

Customer Approval                                    Date

Date Printed: 12/03/2021

PARKER-185

# CROWNE PLAZA

## AN IHG HOTEL

### GREENBELT - WASHINGTON D.C.

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Saturday, December 04, 2021** |
| **Post As:** **Address:** | Fish & Richardson Group 1425 K St NW Washington DC, DC 20005 United States | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Mobile:** | Georgette Williams (202) 626-6410 gwilliams@fr.com Georgette Williams |
| **Master Account #:** **Payment Method:** | CC or DB | **Catering Manager:** **Sales Manager:** | Kelly Vanderheyden Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Sat, Dec 04 | 8:00 AM - 11:00 PM | Fish & Richardson | Chesapeake | | |

**Function Room Rental**

| Quantity | Item | | Price | Amount |
|---|---|---|---|---|
| 1 | Chesapeake | | $75.00 | $75.00 |
| | | **Subtotal:** | | **$75.00** |
| | | **Service Charge:** | | $17.25 |
| | | **Maryland Tax 6.00%:** | | $5.54 |
| | | **Function Room Rental Total:** | | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

_____
Customer Approval                                     Date

Date Printed: 12/05/2021

PARKER-186

## CROWNE PLAZA

**AN IHG HOTEL**

**GREENBELT - WASHINGTON D.C.**

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #:  1936**
Page 1 of 1
Date Printed: 12/03/2021

## Banquet Check

| Account: | Fish & Richardson PC | Event Date: | Thursday, December 02, 2021 |
|---|---|---|---|
| **Post As:** **Address:** | Fish & Richardson Group 1425 K St NW Washington DC, DC 20005 United States | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Mobile:** | Georgette Williams (202) 626-6410 gwilliams@fr.com Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Thu, Dec 02 | 8:00 AM - 11:00 PM | Fish & Richardson | Montpelier | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Montpelier | $75.00 | $75.00 |
| | | **Subtotal:** | **$75.00** |
| | | **Service Charge:** | $17.25 |
| | | **Maryland Tax 6.00%:** | $5.54 |
| | | **Function Room Rental Total:** | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

_____

Customer Approval                    Date

Date Printed: 12/03/2021

PARKER-187

# CROWNE PLAZA

AN **IHG**® HOTEL

**GREENBELT - WASHINGTON D.C.**

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #:  1937**
Page 1 of 1
Date Printed: 12/03/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Friday, December 03, 2021** |
| **Post As:** **Address:** | Fish & Richardson Group 1425 K St NW Washington DC, DC 20005 United States | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Mobile:** | Georgette Williams (202) 626-6410 gwilliams@fr.com Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Fri, Dec 03 | 8:00 AM - 11:00 PM | Fish & Richardson | Montpelier | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Montpelier | $75.00 | $75.00 |
| | **Subtotal:** | | **$75.00** |
| | **Service Charge:** | | $17.25 |
| | **Maryland Tax 6.00%:** | | $5.54 |
| | **Function Room Rental Total:** | | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

Customer Approval _____ Date _____

Date Printed: 12/03/2021

PARKER-188

# CROWNE PLAZA
### AN IHG HOTEL
### GREENBELT - WASHINGTON D.C.

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #: 1938**
Page 1 of 1
Date Printed: 12/05/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Saturday, December 04, 2021** |
| **Post As:** **Address:** | Fish & Richardson Group 1425 K St NW Washington DC, DC 20005 United States | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Mobile:** | Georgette Williams (202) 626-6410 gwilliams@fr.com Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Sat, Dec 04 | 8:00 AM - 11:00 PM | Fish & Richardson | Montpelier | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Montpelier | $75.00 | $75.00 |
| | | **Subtotal:** | **$75.00** |
| | | **Service Charge:** | $17.25 |
| | | **Maryland Tax 6.00%:** | $5.54 |
| | | **Function Room Rental Total:** | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$75.00** |
| *Total Service Charges* | $17.25 |
| *Total Taxes* | $5.54 |
| *Check Grand Total* | **$97.79** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$97.79** |

Customer Approval

Date

Date Printed: 12/05/2021

PARKER-189

# CROWNE PLAZA®
## AN IHG® HOTEL
### GREENBELT - WASHINGTON D.C.

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #:  1940**
Page 1 of 1
Date Printed: 12/08/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Monday, December 06, 2021** |
| **Post As:**<br>**Address:** | Fish & Richardson Group<br>1425 K St NW<br>Washington DC, DC 20005<br>United States | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Mobile:** | Georgette Williams<br>(202) 626-6410<br>gwilliams@fr.com<br>Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Mon, Dec 06 | 8:00 AM - 11:00 PM | Fish & Richardson | Chesapeake | | |
| Mon, Dec 06 | 12:00 PM - 1:00 PM | Lunch | TUGWELL'S PUBLIC HOUSE | 12 | |

### Food

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 15 | Lunch/Dinner Pre Order Menu | $30.00 | $450.00 |
| | | **Subtotal:** | **$450.00** |
| | | **Service Charge:** | $103.50 |
| | | **Maryland Tax 6.00%:** | $33.21 |
| | | **Food Total:** | **$586.71** |

### Function Room Rental

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Chesapeake | $150.00 | $150.00 |
| | | **Subtotal:** | **$150.00** |
| | | **Service Charge:** | $34.50 |
| | | **Maryland Tax 6.00%:** | $11.07 |
| | | **Function Room Rental Total:** | **$195.57** |

| | |
|---|---|
| *Check Subtotal* | **$600.00** |
| *Total Service Charges* | $138.00 |
| *Total Taxes* | $44.28 |
| *Check Grand Total* | **$782.28** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$782.28** |

_____

Customer Approval                          Date

Date Printed: 12/08/2021

PARKER-190

**CROWNE PLAZA**
AN IHG HOTEL
GREENBELT - WASHINGTON D.C.

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #:  1941**
Page 1 of 1
Date Printed: 12/08/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Monday, December 06, 2021** |
| **Post As:**<br>**Address:** | Fish & Richardson Group<br>1425 K St NW<br>Washington DC, DC 20005<br>United States | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Mobile:** | Georgette Williams<br>(202) 626-6410<br>gwilliams@fr.com<br>Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Mon, Dec 06 | 8:00 AM - 11:00 PM | Fish & Richardson | Montpelier | | |
| Mon, Dec 06 | 8:00 AM - 11:00 PM | Fish & Richardson | Patuxent | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Montpelier | $75.00 | $75.00 |
| 1 | Patuxent | $75.00 | $75.00 |
| | | **Subtotal:** | **$150.00** |
| | | **Service Charge:** | $34.50 |
| | | **Maryland Tax 6.00%:** | $11.08 |
| | | **Function Room Rental Total:** | **$195.58** |

| | |
|---|---|
| *Check Subtotal* | **$150.00** |
| *Total Service Charges* | $34.50 |
| *Total Taxes* | $11.08 |
| *Check Grand Total* | **$195.58** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$195.58** |

Customer Approval _____     Date _____

Date Printed: 12/08/2021

PARKER-191

# CROWNE PLAZA
AN **IHG®** HOTEL

**GREENBELT - WASHINGTON D.C.**

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #: 1942**
Page 1 of 1
Date Printed: 12/08/2021

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Fish & Richardson PC | **Event Date:** | **Tuesday, December 07, 2021** |
| **Post As:**<br>**Address:** | Fish & Richardson Group<br>1425 K St NW<br>Washington DC, DC 20005<br>United States | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Mobile:** | Georgette Williams<br>(202) 626-6410<br>gwilliams@fr.com<br>Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Tue, Dec 07 | 8:00 AM - 11:00 PM | Fish & Richardson | Chesapeake | | |
| Tue, Dec 07 | 12:00 PM - 1:00 PM | Lunch | TUGWELL'S PUBLIC HOUSE | 12 | |

### Food

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 12 | Lunch/Dinner Pre Order Menu | $30.00 | $360.00 |
| | **Subtotal:** | | **$360.00** |
| | **Service Charge:** | | $82.80 |
| | **Maryland Tax 6.00%:** | | $26.57 |
| | **Food Total:** | | **$469.37** |

### Function Room Rental

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Chesapeake | $75.00 | $75.00 |
| | **Subtotal:** | | **$75.00** |
| | **Service Charge:** | | $17.25 |
| | **Maryland Tax 6.00%:** | | $5.54 |
| | **Function Room Rental Total:** | | **$97.79** |

| | |
|---|---|
| *Check Subtotal* | **$435.00** |
| *Total Service Charges* | $100.05 |
| *Total Taxes* | $32.11 |
| *Check Grand Total* | **$567.16** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$567.16** |

_____

Customer Approval                                    Date

Date Printed: 12/08/2021

PARKER-192

# CROWNE PLAZA

AN **IHG** HOTEL

**GREENBELT - WASHINGTON D.C.**

**Crowne Plaza College Park - Washington DC**
6400 Ivy Lane, Greenbelt, MD 20770
Phone: 301-441-3700
Website: www.crowneplaza.com/greenbeltdc

**Check #:  1943**
Page 1 of 1
Date Printed: 12/08/2021

## Banquet Check

| Account: | Fish & Richardson PC | Event Date: | **Tuesday, December 07, 2021** |
|---|---|---|---|
| **Post As:** **Address:** | Fish & Richardson Group 1425 K St NW Washington DC, DC 20005 United States | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Mobile:** | Georgette Williams (202) 626-6410 gwilliams@fr.com Georgette Williams |
| **Master Account #:** | | **Catering Manager:** | Kelly Vanderheyden |
| **Payment Method:** | CC or DB | **Sales Manager:** | Linda Botts |

| Date | Time | Function | Room | Agr | Gtd |
|---|---|---|---|---|---|
| Tue, Dec 07 | 8:00 AM - 11:00 PM | Fish & Richardson | Montpelier | | |
| Tue, Dec 07 | 8:00 AM - 11:00 PM | Fish & Richardson | Patuxent | | |

**Function Room Rental**

| Quantity | Item | Price | Amount |
|---|---|---|---|
| 1 | Montpelier | $75.00 | $75.00 |
| 1 | Patuxent | $150.00 | $150.00 |
| | | **Subtotal:** | **$225.00** |
| | | **Service Charge:** | $51.75 |
| | | **Maryland Tax 6.00%:** | $16.61 |
| | | **Function Room Rental Total:** | **$293.36** |

| | |
|---|---|
| *Check Subtotal* | **$225.00** |
| *Total Service Charges* | $51.75 |
| *Total Taxes* | $16.61 |
| *Check Grand Total* | **$293.36** |
| *Deposit Paid* | $.00 |
| *Balance Due* | **$293.36** |

Customer Approval                                      Date

Date Printed: 12/08/2021

PARKER-193



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  | 16 | 12-21-21 |
|---|---|---|

| **Fish & Richardson Group** | Folio No. | : |  | Room No. | : | **9047** |
|---|---|---|---|---|---|---|
| **1425 K St NW** | A/R Number | : |  | Arrival | : | **11-29-21** |
| **Washington DC DC 20005** | Group Code | : | **RFL** | Departure | : | **12-17-21** |
| **United States** | Company | : | **Fish & Richardson PC** | Conf. No. | : | **83650** |
|  | Membership No. | : |  | Rate Code | : |  |
|  | Invoice No. | : |  | Page No. | : | **1 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-01-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-01-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-01-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-01-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-01-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |
| 12-01-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-01-21 | Package Rate | Edelin Patrick #1607=>Fish & Richardson Group  #9047 | 119.00 | |
| 12-01-21 | State Tax 6% | Edelin Patrick #1607=>Fish & Richardson Group  #9047 | 6.54 | |
| 12-01-21 | Occupancy Tax 7% | Edelin Patrick #1607=>Fish & Richardson Group  #9047 | 7.63 | |
| 12-01-21 | State Tax 6% | Edelin Patrick #1607=>Fish & Richardson Group  #9047 | 0.60 | |
| 12-01-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-01-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-01-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-02-21 | Tugwells Public House Brkfst - | Room# 1505 : CHECK# 5001   Corkery Dennis #1505=>Fish & Ri | 11.54 | |
| 12-02-21 | Tugwells Public House Brkfst - | Room# 1418 : CHECK# 5002   Wasik Joanna #1418=>Fish & Ric | 17.84 | |
| 12-02-21 | Tugwells Public House Brkfst - | Room# 1618 : CHECK# 5003   Rice Tracea #1618=>Fish & Richa | 12.00 | |
| 12-02-21 | Tugwells Public House Brkfst - | Room# 1607 : CHECK# 6005   Edelin Patrick #1607=>Fish & Ric | 18.84 | |
| 12-02-21 | Market Food | CHECK# 4736  Davis Ahmed #1611=>Fish & Richardson Group | 10.00 | |
| 12-02-21 | Market Beverage | CHECK# 1734  Kopsidas Andrew #1613=>Fish & Richardson Grc | 5.00 | |
| 12-02-21 | Market Beverage | CHECK# 3107  Kopsidas Andrew #1613=>Fish & Richardson Grc | 10.00 | |
| 12-02-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-02-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-194



# CROWNE PLAZA®

**GREENBELT - MARYLAND**

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br>A/R Number : <br>Group Code : **RFL**<br>Company : **Fish & Richardson PC**<br>Membership No. : <br>Invoice No. : | Room No. : **9047**<br>Arrival : **11-29-21**<br>Departure : **12-17-21**<br>Conf. No. : **83650**<br>Rate Code : <br>Page No. : **2 of 18** |
|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-02-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-02-21 | Package Rate | Edelin Patrick #1607=>Fish & Richardson Group #9047 | 119.00 | |
| 12-02-21 | State Tax 6% | Edelin Patrick #1607=>Fish & Richardson Group #9047 | 6.54 | |
| 12-02-21 | Occupancy Tax 7% | Edelin Patrick #1607=>Fish & Richardson Group #9047 | 7.63 | |
| 12-02-21 | State Tax 6% | Edelin Patrick #1607=>Fish & Richardson Group #9047 | 0.60 | |
| 12-02-21 | *Accommodation | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 8.33 | |
| 12-02-21 | *Accommodation | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 8.33 | |
| 12-02-21 | *Accommodation | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 8.33 | |
| 12-02-21 | *Accommodation | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 8.33 | |
| 12-02-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-02-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-02-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1505 : CHECK# 6008   Corkery Dennis #1505=>Fish & R | 15.72 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1418 : CHECK# 5001   Wasik Joanna #1418=>Fish & Ric | 15.22 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1418 : CHECK# 5001   Wasik Joanna #1418=>Fish & Ric | -15.22 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1618 : CHECK# 5001   Rice Tracea #1618=>Fish & Richa | 16.00 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1418 : CHECK# 6009   Wasik Joanna #1418=>Fish & Ric | 15.22 | |

PARKER-195



# CROWNE PLAZA®

### GREENBELT - MARYLAND

|  | 16 | 12-21-21 |
|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br> A/R Number : <br> Group Code : **RFL** <br> Company : **Fish & Richardson PC** <br> Membership No. : <br> Invoice No. : | Room No. : **9047** <br> Arrival : **11-29-21** <br> Departure : **12-17-21** <br> Conf. No. : **83650** <br> Rate Code : <br> Page No. : **3 of 18** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-03-21 | Tugwells Public House Brkfst - Room# 1607 : CHECK# 6006  Routed From Edelin Patrick Of Roo | 13.54 | |
| 12-03-21 | Tugwells Public House Brkfst - Room# 1612 : CHECK# 5004  Routed From Haynes Tracy Of Roo | 18.90 | |
| 12-03-21 | Kiosk Non-Food | CHECK# 9388  Haynes Tracy #1612=>Fish & Richardson Group | 7.50 | |
| 12-03-21 | Market Beverage Non Alcohol  CHECK# 2951  Haynes Tracy #1612=>Fish & Richardson Group | 3.50 | |
| 12-03-21 | Banquet Misc | 12.21932 | 97.79 | |
| 12-03-21 | Banquet Misc | 12.21936 | 97.79 | |
| 12-03-21 | Banquet Misc | 12.31933 | 97.79 | |
| 12-03-21 | Banquet Misc | 12.31937 | 97.79 | |
| 12-03-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-03-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-03-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-03-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-03-21 | *Accommodation | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 8.33 | |
| 12-03-21 | *Accommodation | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 8.33 | |
| 12-03-21 | *Accommodation | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-196



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  | 16 | 12-21-21 |
|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br> A/R Number : <br> Group Code : **RFL** <br> Company : **Fish & Richardson PC** <br> Membership No. : <br> Invoice No. : | Room No. : **9047** <br> Arrival : **11-29-21** <br> Departure : **12-17-21** <br> Conf. No. : **83650** <br> Rate Code : <br> Page No. : **4 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-03-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 8.33 | |
| 12-03-21 | *Accommodation | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 8.33 | |
| 12-03-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-03-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-03-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-04-21 | Tugwells Public House Brkfst - | Room# 1612 : CHECK# 5007  Routed From Haynes Tracy Of Roc | 4.18 | |
| 12-04-21 | Tugwells Public House Brkfst - | Room# 1618 : CHECK# 5009  Routed From Rice Tracea Of Roon | 25.20 | |
| 12-04-21 | Market Beverage Non Alcohol | CHECK# 2224  Sayres Dave #0819=>Fish & Richardson Group | 7.00 | |
| 12-04-21 | Banquet Misc | 12.41934 | 97.79 | |
| 12-04-21 | Banquet Misc | 12.41938 | 97.79 | |
| 12-04-21 | *Accommodation | Routed From Sayres Dave Of Room #0819 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Sayres Dave Of Room #0819 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-04-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-197



# CROWNE PLAZA®
**GREENBELT - MARYLAND**

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

**Fish & Richardson Group**
**1425 K St NW**
**Washington DC DC 20005**
**United States**

| | |
|---|---|
| Folio No. : | Room No. : **9047** |
| A/R Number : | Arrival : **11-29-21** |
| Group Code : **RFL** | Departure : **12-17-21** |
| Company : **Fish & Richardson PC** | Conf. No. : **83650** |
| Membership No. : | Rate Code : |
| Invoice No. : | Page No. : **5 of 18** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-04-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-04-21 | *Accommodation | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 8.33 | |
| 12-04-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-04-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-04-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-05-21 | Kiosk Non-Food | CHECK# 6105  Davis Ahmed #1611=>Fish & Richardson Group | 5.00 | |
| 12-05-21 | Tugwells Public House Brkfst - | Room# 1505 : CHECK# 6003  Routed From Corkery Dennis Of R | 25.20 | |
| 12-05-21 | Tugwells Public House Brkfst - | Room# 1618 : CHECK# 6009  Routed From Rice Tracea Of Roon | 46.00 | |
| 12-05-21 | Tugwells Public House Brkfst - | Room# 1418 : CHECK# 6010  Routed From Wasik Joanna Of Ro | 17.84 | |
| 12-05-21 | Tugwells Public House Brkfst - | Room# 1618 : CHECK# 6011  Routed From Rice Tracea Of Roon | 8.36 | |
| 12-05-21 | Banquet Misc | 1939 | 97.79 | |
| 12-05-21 | Banquet Misc | 1935 | 1,036.53 | |
| 12-05-21 | Market Beverage | CHECK# 8152  Kopsidas Andrew #1613=>Fish & Richardson Grd | 5.00 | |
| 12-05-21 | *Accommodation | Routed From Tishman Daniel Of Room #0802 | 119.00 | |

PARKER-198



# CROWNE PLAZA®

### GREENBELT - MARYLAND

|  |  |
|---|---|
|  | 16      12-21-21 |

| | | |
|---|---|---|
| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No.     :<br>A/R Number   :<br>Group Code   :  **RFL**<br>Company     :  **Fish & Richardson PC**<br>Membership No. :<br>Invoice No.    : | Room No.  :  **9047**<br>Arrival     :  **11-29-21**<br>Departure  :  **12-17-21**<br>Conf. No.   :  **83650**<br>Rate Code  :<br>Page No.   :  **6 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-05-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Tishman Daniel Of Room #0802 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Rodriguez Naomi Of Room #0811 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Sayres Dave Of Room #0819 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Sayres Dave Of Room #0819 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Parker Evangeline Of Room #0920 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Parker Evangeline Of Room #0920 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 8.33 | |
| 12-05-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-05-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-05-21 | *Accommodation | Routed From Davis Ahmed Of Room #1611 | 119.00 | |

PARKER-199



# CROWNE PLAZA®
## GREENBELT - MARYLAND

|  |  | 16 | 12-21-21 |
|---|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br> A/R Number : <br> Group Code : **RFL** <br> Company : **Fish & Richardson PC** <br> Membership No. : <br> Invoice No. : | Room No. : **9047** <br> Arrival : **11-29-21** <br> Departure : **12-17-21** <br> Conf. No. : **83650** <br> Rate Code : <br> Page No. : **7 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-05-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 8.33 | |
| 12-05-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-05-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-05-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-06-21 | Tugwells Public House Brkfst - | Room# 1515 : CHECK# 6009  Routed From Burgener Taylor Of F | 30.44 | |
| 12-06-21 | Tugwells Public House Brkfst - | Room# 1505 : CHECK# 6006  Routed From Corkery Dennis Of R | 15.72 | |
| 12-06-21 | Tugwells Public House Brkfst - | Room# 1515 : CHECK# 5008  Routed From Burgener Taylor Of F | 26.26 | |
| 12-06-21 | Tugwells Public House Brkfst - | Room# 1611 : CHECK# 6001  Routed From Davis Ahmed Of Roc | 12.54 | |
| 12-06-21 | Market Beverage | CHECK# 8881  Kopsidas Andrew #1613=>Fish & Richardson Grc | 20.00 | |
| 12-06-21 | *Accommodation | Routed From Tishman Daniel Of Room #0802 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Tishman Daniel Of Room #0802 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Rodriguez Naomi Of Room #0811 | 8.33 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-200



# CROWNE PLAZA®

**GREENBELT - MARYLAND**

|  | 16 | 12-21-21 |
|---|---|---|

| | | |
|---|---|---|
| **Fish & Richardson Group** | Folio No.        : | Room No.  : **9047** |
| **1425 K St NW** | A/R Number     : | Arrival      : **11-29-21** |
| **Washington DC DC 20005** | Group Code    : **RFL** | Departure : **12-17-21** |
| **United States** | Company       : **Fish & Richardson PC** | Conf. No.  : **83650** |
| | Membership No. : | Rate Code : |
| | Invoice No.      : | Page No.   : **8 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-06-21 | *Accommodation | Routed From Sayres Dave Of Room #0819 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Sayres Dave Of Room #0819 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Parker Evangeline Of Room #0920 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Parker Evangeline Of Room #0920 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 8.33 | |
| 12-06-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-06-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-06-21 | *Accommodation | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 8.33 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-201



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br>A/R Number : <br>Group Code : **RFL**<br>Company : **Fish & Richardson PC**<br>Membership No. : <br>Invoice No. : | Room No. : **9047**<br>Arrival : **11-29-21**<br>Departure : **12-17-21**<br>Conf. No. : **83650**<br>Rate Code : <br>Page No. : **9 of 18** |
|---|---|---|

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-06-21 | *Accommodation | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 8.33 | |
| 12-06-21 | *Accommodation | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-06-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 7.14 | |
| 12-06-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 8.33 | |
| 12-07-21 | Tugwells Public House - Gratuit | Room# 1418 : CHECK# 6004  Routed From Wasik Joanna Of Ro | 3.00 | |
| 12-07-21 | Tugwells Public House - Gratuit | Room# 1505 : CHECK# 6005  Routed From Corkery Dennis Of R | 1.00 | |
| 12-07-21 | Tugwells Public House - Gratuit | Room# 1611 : CHECK# 6015  Routed From Davis Ahmed Of Roc | 3.00 | |
| 12-07-21 | Tugwells Public House - Gratuit | Room# 0811 : CHECK# 6016  Routed From Rodriguez Naomi Of | 2.10 | |
| 12-07-21 | Banquet Misc | 1935 | 234.68 | |
| 12-07-21 | Market Beverage | CHECK# 7390  Kopsidas Andrew #1613=>Fish & Richardson Grc | 5.00 | |
| 12-07-21 | Market Beverage | CHECK# 3273  Tishman Daniel #0802=>Fish & Richardson Grou | 6.00 | |
| 12-07-21 | Package Rate | Routed From Tishman Daniel Of Room #0802 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Tishman Daniel Of Room #0802 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Rodriguez Naomi Of Room #0811 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Sayres Dave Of Room #0819 | 119.00 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-202



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No.      :<br>A/R Number  :<br>Group Code   :  **RFL**<br>Company      :  **Fish & Richardson PC**<br>Membership No. :<br>Invoice No.     : | Room No.  :  **9047**<br>Arrival      :  **11-29-21**<br>Departure  :  **12-17-21**<br>Conf. No.   :  **83650**<br>Rate Code  :<br>Page No.   :  **10 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-07-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Sayres Dave Of Room #0819 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Parker Evangeline Of Room #0920 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Parker Evangeline Of Room #0920 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 6.54 | |

PARKER-203



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. :<br>Invoice No. : | <br><br>**RFL**<br>**Fish & Richardson PC**<br><br> | Room No. :<br>Arrival :<br>Departure :<br>Conf. No. :<br>Rate Code :<br>Page No. : | **9047**<br>**11-29-21**<br>**12-17-21**<br>**83650**<br><br>**11 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 12-07-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Williams Georgette Of Room #1614 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Williams Georgette Of Room #1614 | 0.60 | |
| 12-07-21 | Package Rate | Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-07-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 6.54 | |
| 12-07-21 | Occupancy Tax 7% | Routed From Rice Tracea Of Room #1618 | 7.63 | |
| 12-07-21 | State Tax 6% | Routed From Rice Tracea Of Room #1618 | 0.60 | |
| 12-07-21 | State Tax 6% | | -0.60 | |
| 12-07-21 | Occupancy Tax 7% | | -0.70 | |
| 12-07-21 | State Tax 6% | | 0.60 | |
| 12-08-21 | Tugwells Public House Brkfst - Room# 1515 : CHECK# 6011  Routed From Burgener Taylor Of F | | 51.02 | |
| 12-08-21 | Tugwells Public House Brkfst - Room# 1515 : CHECK# 6012  Routed From Burgener Taylor Of F | | 75.64 | |
| 12-08-21 | Tugwells Public House Brkfst - Room# 0819 : CHECK# 6014  Routed From Sayres Dave Of Roo | | 12.48 | |
| 12-08-21 | Banquet Misc | 12.6.211940 | 782.28 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-204



# CROWNE PLAZA®

### GREENBELT - MARYLAND

| | | 16 | | 12-21-21 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fish & Richardson Group** | Folio No. | : | | Room No. | : | **9047** |
| **1425 K St NW** | A/R Number | : | | Arrival | : | **11-29-21** |
| **Washington DC DC 20005** | Group Code | : | **RFL** | Departure | : | **12-17-21** |
| **United States** | Company | : | **Fish & Richardson PC** | Conf. No. | : | **83650** |
| | Membership No. | : | | Rate Code | : | |
| | Invoice No. | : | | Page No. | : | **12 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-08-21 | Banquet Misc | 12.6.211941 | 195.58 | |
| 12-08-21 | Banquet Misc | 12.7.211942 | 567.16 | |
| 12-08-21 | Banquet Misc | 12.7.211943 | 293.36 | |
| 12-08-21 | Market Beverage | CHECK# 6921  Kopsidas Andrew #1613=>Fish & Richardson Gro | 6.00 | |
| 12-08-21 | Market Beverage | CHECK# 7787  Kopsidas Andrew #1613=>Fish & Richardson Gro | 48.00 | |
| 12-08-21 | Package Rate | Routed From Tishman Daniel Of Room #0802 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Tishman Daniel Of Room #0802 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Tishman Daniel Of Room #0802 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Rodriguez Naomi Of Room #0811 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Sayres Dave Of Room #0819 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Sayres Dave Of Room #0819 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Sayres Dave Of Room #0819 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Parker Evangeline Of Room #0920 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Parker Evangeline Of Room #0920 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 0.60 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-205



# CROWNE PLAZA®

**GREENBELT - MARYLAND**

|  |  | 16 | 12-21-21 |
|---|---|---|---|

**Fish & Richardson Group**
**1425 K St NW**
**Washington DC DC 20005**
**United States**

| Folio No. | : | |
|---|---|---|
| A/R Number | : | |
| Group Code | : | **RFL** |
| Company | : | **Fish & Richardson PC** |
| Membership No. | : | |
| Invoice No. | : | |

| Room No. | : | **9047** |
|---|---|---|
| Arrival | : | **11-29-21** |
| Departure | : | **12-17-21** |
| Conf. No. | : | **83650** |
| Rate Code | : | |
| Page No. | : | **13 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-08-21 | Package Rate | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Davis Ahmed Of Room #1611 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Haynes Tracy Of Room #1612 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Haynes Tracy Of Room #1612 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-08-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 6.54 | |
| 12-08-21 | Occupancy Tax 7% | Routed From Kopsidas Andrew Of Room #1613 | 7.63 | |
| 12-08-21 | State Tax 6% | Routed From Kopsidas Andrew Of Room #1613 | 0.60 | |
| 12-08-21 | Package Rate | Routed From Williams Georgette Of Room #1614 | 119.00 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-206



# CROWNE PLAZA®

**GREENBELT - MARYLAND**

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No.     :<br>A/R Number  :<br>Group Code  :  **RFL**<br>Company     :  **Fish & Richardson PC**<br>Membership No. :<br>Invoice No.     : | Room No.  :  **9047**<br>Arrival     :  **11-29-21**<br>Departure  :  **12-17-21**<br>Conf. No.   :  **83650**<br>Rate Code  :<br>Page No.   :  **14 of 18** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-08-21 | State Tax 6%      Routed From Williams Georgette Of Room #1614 | 6.54 | |
| 12-08-21 | Occupancy Tax 7%      Routed From Williams Georgette Of Room #1614 | 7.63 | |
| 12-08-21 | State Tax 6%      Routed From Williams Georgette Of Room #1614 | 0.60 | |
| 12-08-21 | Package Rate      Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-08-21 | State Tax 6%      Routed From Rice Tracea Of Room #1618 | 6.54 | |
| 12-08-21 | Occupancy Tax 7%      Routed From Rice Tracea Of Room #1618 | 7.63 | |
| 12-08-21 | State Tax 6%      Routed From Rice Tracea Of Room #1618 | 0.60 | |
| 12-08-21 | State Tax 6% | -0.60 | |
| 12-08-21 | Occupancy Tax 7% | -0.70 | |
| 12-08-21 | State Tax 6% | 0.60 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1611 : CHECK# 6002 Routed From Davis Ahmed Of Roc | 23.08 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1611 : CHECK# 6005 Routed From Davis Ahmed Of Roc | 17.84 | |
| 12-09-21 | Accommodation      Late c/o 7pm Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |
| 12-09-21 | State Tax 6%      Routed From Rodriguez Naomi Of Room #0811 | 7.14 | |
| 12-09-21 | Occupancy Tax 7%      Routed From Rodriguez Naomi Of Room #0811 | 8.33 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 0811 : CHECK# 6014 Routed From Rodriguez Naomi Of | 17.00 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1505 : CHECK# 6017 Routed From Corkery Dennis Of R | 15.72 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1515 : CHECK# 6018 Routed From Burgener Taylor Of F | 22.88 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1607 : CHECK# 6019 Routed From Edelin Patrick Of Roc | 12.72 | |
| 12-09-21 | Tugwells Public House Brkfst - Room# 1607 : CHECK# 6010 Routed From Edelin Patrick Of Roc | 9.54 | |
| 12-09-21 | Package Rate      Routed From Tishman Daniel Of Room #0802 | 119.00 | |
| 12-09-21 | State Tax 6%      Routed From Tishman Daniel Of Room #0802 | 6.54 | |
| 12-09-21 | Occupancy Tax 7%      Routed From Tishman Daniel Of Room #0802 | 7.63 | |
| 12-09-21 | State Tax 6%      Routed From Tishman Daniel Of Room #0802 | 0.60 | |
| 12-09-21 | Package Rate      Routed From Rodriguez Naomi Of Room #0811 | 119.00 | |

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-207



# CROWNE PLAZA®

### GREENBELT - MARYLAND

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. : <br>A/R Number : <br>Group Code : **RFL**<br>Company : **Fish & Richardson PC**<br>Membership No. : <br>Invoice No. : | Room No. : **9047**<br>Arrival : **11-29-21**<br>Departure : **12-17-21**<br>Conf. No. : **83650**<br>Rate Code : <br>Page No. : **15 of 18** |
|---|---|---|

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-09-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Rodriguez Naomi Of Room #0811 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Rodriguez Naomi Of Room #0811 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Parker Evangeline Of Room #0920 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Parker Evangeline Of Room #0920 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Parker Evangeline Of Room #0920 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Wasik Joanna Of Room #1418 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Wasik Joanna Of Room #1418 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Wasik Joanna Of Room #1418 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Corkery Dennis Of Room #1505 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Corkery Dennis Of Room #1505 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Corkery Dennis Of Room #1505 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-09-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-09-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-09-21 | Package Rate | Routed From Davis Ahmed Of Room #1611 | 119.00 | |
| 12-09-21 | State Tax 6% | Routed From Davis Ahmed Of Room #1611 | 6.54 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-208



# CROWNE PLAZA®

### GREENBELT - MARYLAND

|  |  | 16 |  | 12-21-21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No.          :<br>A/R Number     :<br>Group Code     :  **RFL**<br>Company        :  **Fish & Richardson PC**<br>Membership No. :<br>Invoice No.       : | Room No.   :  **9047**<br>Arrival        :  **11-29-21**<br>Departure  :  **12-17-21**<br>Conf. No.    :  **83650**<br>Rate Code  :<br>Page No.    :  **16 of 18** |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 12-09-21 | Occupancy Tax 7%        Routed From Davis Ahmed Of Room #1611 | 7.63 | |
| 12-09-21 | State Tax 6%               Routed From Davis Ahmed Of Room #1611 | 0.60 | |
| 12-09-21 | Package Rate             Routed From Haynes Tracy Of Room #1612 | 119.00 | |
| 12-09-21 | State Tax 6%               Routed From Haynes Tracy Of Room #1612 | 6.54 | |
| 12-09-21 | Occupancy Tax 7%        Routed From Haynes Tracy Of Room #1612 | 7.63 | |
| 12-09-21 | State Tax 6%               Routed From Haynes Tracy Of Room #1612 | 0.60 | |
| 12-09-21 | Package Rate             Routed From Kopsidas Andrew Of Room #1613 | 119.00 | |
| 12-09-21 | State Tax 6%               Routed From Kopsidas Andrew Of Room #1613 | 6.54 | |
| 12-09-21 | Occupancy Tax 7%        Routed From Kopsidas Andrew Of Room #1613 | 7.63 | |
| 12-09-21 | State Tax 6%               Routed From Kopsidas Andrew Of Room #1613 | 0.60 | |
| 12-09-21 | Package Rate             Routed From Williams Georgette Of Room #1614 | 119.00 | |
| 12-09-21 | State Tax 6%               Routed From Williams Georgette Of Room #1614 | 6.54 | |
| 12-09-21 | Occupancy Tax 7%        Routed From Williams Georgette Of Room #1614 | 7.63 | |
| 12-09-21 | State Tax 6%               Routed From Williams Georgette Of Room #1614 | 0.60 | |
| 12-09-21 | Package Rate             Routed From Rice Tracea Of Room #1618 | 119.00 | |
| 12-09-21 | State Tax 6%               Routed From Rice Tracea Of Room #1618 | 6.54 | |
| 12-09-21 | Occupancy Tax 7%        Routed From Rice Tracea Of Room #1618 | 7.63 | |
| 12-09-21 | State Tax 6%               Routed From Rice Tracea Of Room #1618 | 0.60 | |
| 12-09-21 | State Tax 6% | -0.60 | |
| 12-09-21 | Occupancy Tax 7% | -0.70 | |
| 12-09-21 | State Tax 6% | 0.60 | |
| 12-10-21 | Tugwells Public House Brkfst - Room# 1614 : CHECK# 6016  Routed From Williams Georgette ( | 35.90 | |
| 12-10-21 | Banquet Misc             12.10.211949 | 391.15 | |
| 12-10-21 | Package Rate             Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-10-21 | State Tax 6%               Routed From Burgener Taylor Of Room #1515 | 6.54 | |

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-209



# CROWNE PLAZA®

### GREENBELT - MARYLAND

16    12-21-21

| | | |
|---|---|---|
| **Fish & Richardson Group** | Folio No. : | Room No. : **9047** |
| **1425 K St NW** | A/R Number : | Arrival : **11-29-21** |
| **Washington DC DC 20005** | Group Code : **RFL** | Departure : **12-17-21** |
| **United States** | Company : **Fish & Richardson PC** | Conf. No. : **83650** |
| | Membership No. : | Rate Code : |
| | Invoice No. : | Page No. : **17 of 18** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 12-10-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-10-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-10-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-10-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-10-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-10-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-10-21 | State Tax 6% | | -0.60 | |
| 12-10-21 | Occupancy Tax 7% | | -0.70 | |
| 12-10-21 | State Tax 6% | | 0.60 | |
| 12-11-21 | Package Rate | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-11-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 6.54 | |
| 12-11-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-11-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-11-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |
| 12-11-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-11-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-11-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-11-21 | State Tax 6% | | -0.60 | |
| 12-11-21 | Occupancy Tax 7% | | -0.70 | |
| 12-11-21 | State Tax 6% | | 0.60 | |
| 12-12-21 | Package Rate | Routed From Burgener Taylor Of Room #1515 | 119.00 | |
| 12-12-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 6.54 | |
| 12-12-21 | Occupancy Tax 7% | Routed From Burgener Taylor Of Room #1515 | 7.63 | |
| 12-12-21 | State Tax 6% | Routed From Burgener Taylor Of Room #1515 | 0.60 | |
| 12-12-21 | Package Rate | Routed From Edelin Patrick Of Room #1607 | 119.00 | |

PARKER-210



# CROWNE PLAZA®
### GREENBELT - MARYLAND

|  |  |  | 16 |  | 12-21-21 |
| --- | --- | --- | --- | --- | --- |

| **Fish & Richardson Group**<br>**1425 K St NW**<br>**Washington DC DC 20005**<br>**United States** | Folio No. :<br>A/R Number :<br>Group Code : **RFL**<br>Company : **Fish & Richardson PC**<br>Membership No. :<br>Invoice No. : | Room No. : **9047**<br>Arrival : **11-29-21**<br>Departure : **12-17-21**<br>Conf. No. : **83650**<br>Rate Code :<br>Page No. : **18 of 18** |
| --- | --- | --- |

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 12-12-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 6.54 | |
| 12-12-21 | Occupancy Tax 7% | Routed From Edelin Patrick Of Room #1607 | 7.63 | |
| 12-12-21 | State Tax 6% | Routed From Edelin Patrick Of Room #1607 | 0.60 | |
| 12-12-21 | State Tax 6% | | -0.60 | |
| 12-12-21 | Occupancy Tax 7% | | -0.70 | |
| 12-12-21 | State Tax 6% | | 0.60 | |
| 12-13-21 | State Tax 6% | | -0.60 | |
| 12-13-21 | Occupancy Tax 7% | | -0.70 | |
| 12-13-21 | State Tax 6% | | 0.60 | |
| 12-14-21 | State Tax 6% | | -0.60 | |
| 12-14-21 | Occupancy Tax 7% | | -0.70 | |
| 12-14-21 | State Tax 6% | | 0.60 | |
| 12-15-21 | State Tax 6% | | -0.60 | |
| 12-15-21 | Occupancy Tax 7% | | -0.70 | |
| 12-15-21 | State Tax 6% | | 0.60 | |
| 12-16-21 | State Tax 6% | | -0.60 | |
| 12-16-21 | Occupancy Tax 7% | | -0.70 | |
| 12-16-21 | State Tax 6% | | 0.60 | |

| | | **Total** | **18,382.53** | **0.00** |
| --- | --- | --- | --- | --- |
| | | **Balance** | **18,382.53** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Crowne Plaza Greenbelt
6400 Ivy Lane
Greenbelt, MD 20770
Telephone: (301) 441-3700 Fax: (301) 474-9128

Owned by SB&G Greenbelt Hotel LLC. and Operated by Valor Hospitality

PARKER-211

**Tangent Computer Solutions, LLC**
1200 West Street
Suite 103
Annapolis, MD 21401
accounting@tangentlitservices.com
877-796-2114

# Invoice

Federal ID # 52-2019300

**Invoice #:** 1130
**Invoice Date:** 12/15/2021
**Due Date:** 1/14/2022
**Matter:** Parker v. Reema Consulting

Bill To:

**Fish and Richardson**
**1000 Maine Ave SW**
**Washington, DC 20024**

| Date | Description | Emp. | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/2021 | Prep presentation database Deposition Clip Reports | DPS | 3.50 | 85.00 | 297.50 |
| 11/17/2021 | Prep presentation database, Sync Deponents, Deposition Clip Reports | DPS | 7.50 | 85.00 | 637.50 |
| 11/18/2021 | Deposition Clip reports | DPS | 2.15 | 85.00 | 182.75 |
| 11/19/2021 | Deposition Clip reports | DPS | 3.00 | 85.00 | 255.00 |
| 11/24/2021 | Courtroom Scout/Test, Download exhibits - add to database | DPS | 4.25 | 85.00 | 361.25 |
| 11/30/2021 | Depo designations, Exhibits | DPS | 2.25 | 85.00 | 191.25 |
| 12/1/2021 | Depo designations, Exhibits | DPS | 2.75 | 85.00 | 233.75 |
| 12/2/2021 | Depo designations, Exhibits | DPS | 3.25 | 85.00 | 276.25 |
| 12/3/2021 | Depo designations, Exhibits | DPS | 5.15 | 85.00 | 437.75 |
| 12/4/2021 | On-Site Trial Support | DPS | 6.10 | 85.00 | 518.50 |
| 12/5/2021 | On-Site Trial Support | DPS | 14.10 | 85.00 | 1,198.50 |
| 12/6/2021 | On-Site Trial Support | DPS | 14.50 | 85.00 | 1,232.50 |
| 12/7/2021 | On-Site Trial Support | DPS | 11.50 | 85.00 | 977.50 |
| 12/8/2021 | On-Site Trial Support | DPS | 8.00 | 85.00 | 680.00 |

Terms: Net 30

**Total** $7,480.00

PARKER-212