**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EVANGELINE J. PARKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:17-CV-01648-TDC |
| REEMA CONSULTING SERVICES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF ADDRESS CHANGE**

To The Clerk:

Please make note of the firm name and address change for counsel on behalf of the

Plaintiff.

Donald J. Walsh (Bar # 09384)
Morgan T. Dilks (Bar # 21385)
RKW, LLC
10075 Red Run Blvd, 4th Floor
Owings Mills, Maryland 21117
443.379.4011
443.379.4023 (fax)


        */s/ Donald J. Walsh*
Donald J. Walsh (Bar # 09384)
Morgan T. Dilks (Bar # 21385)
RKW, LLC
10075 Red Run Blvd, 4th Floor
Owings Mills, Maryland 21117
443.379.4011
443.379.4023 (fax)
dwalsh@RKWLawGroup.com
mdilks@RKWLawGroup.com

{00388893v. (15424.00002)}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of January, 2022, a copy of the Notice of

Address Change was served on all counsel identified via the Court's ECF system.

*/s/ Donald J. Walsh*