Stay up to date with COVID-19 related news here



**EXHIBIT 1**



# Pro Bono

At Fish, we are committed to making pro bono work an integral part of our professional culture, and we strongly encourage all of our legal professionals to take on pro bono matters as a part of their professional lives. We back up this commitment by providing our attorneys with full hours credit for approved pro bono matters, and by assigning a principal-level attorney in each of our U.S. offices with the task of seeking out and publicizing local pro bono opportunities.

| average hours per attorney: | **60** | attorney participation: | **75%** | total number of hours: | **21,677** |

## 2020 PRO BONO SNAPSHOT

**Immigration Equality Safe Haven Awards:** Pro Bono Firm Honoree
**Children's Law Center:** 2020 Pro Bono Champion
**CAIR Coalition:** Detained Children's Champion Awardee
**NHLC McKinney Vento Awards:** Pro Bono Counsel Award

Pro bono matters at Fish because everyone deserves equal access to justice, no matter the ability to pay for legal services.  Our efforts have resulted in significant and meaningful gains for our pro bono clients in a wide range of areas including immigration, anti-human trafficking, civil rights, housing, education, child advocacy, and low-income inventor assistance. At a time when funding for civil legal aid is scarce and need continues to rise, the pro bono work done by our attorneys is critically important.

To reach clients in need of pro bono representation and to maximize the impact of our resources, Fish partners with trusted nonprofit and legal services organizations around the country.

"Though they were working on our case pro bono, the Fish attorneys treated us just as well as their more prestigious clients. They took their time to lead us through the legal process and explained every step. We were delighted by the kindness and sincere consideration we received from Fish attorneys and staff."

– Pro Bono Client Testimonial



## Pro Bono Contacts



**Lawrence Kolodney**
Principal, Litigation
Chair of Fish's Pro Bono Program



**Mia Friedman**
Pro Bono Manager

## Related News

Fish & Richardson Pro Bono Team Wins Jury
Verdict for Female Employee in Sex

Fish & Richardson Pro Bono Client Released
from Prison After 22 Years on Mississippi

Fish & Richardson Attorneys Recognized as
2020 North Star Lawyers

Discrimination Lawsuit

Death Row

Fish & Richardson Attorneys Named Recipients of the 2020 Patent Pro Bono Achievement Certificate

Fish & Richardson and ACLU of Massachusetts Win Pro Bono Lawsuit for Asylum-Seekers Challenging "Return to Mexico" Policy

Fish & Richardson Receives 2020 Law Firm Pro Bono Award from Dell Technologies

Fish's Atlanta Office Principals Christopher Green and Thad Kodish Support Atlanta Volunteer Lawyers Foundation (AVLF)

Fish & Richardson Principal Christina Brown-Marshall Named a 2020 Pro Bono Attorney of the Year by Kids In Need of Defense (KIND)

Fish & Richardson Jumps 18 Spots in the American Lawyer's 2020 Pro Bono Scorecard

Fish Pro Bono Manager Helps Launch Massachusetts COVID-19 Pro Bono Portal

Fish Participates in the Law Firm Anti-Racism Alliance

Fish & Richardson Pro Bono Attorneys Assist in Successful Appeal of Permit For Enbridge Unit Pipeline Facility

Fish & Richardson Helps ACLU of Massachusetts Win Pro Bono Lawsuit Challenging Unlawful "Return to Mexico" Policy for Asylum-Seekers

Fish & Richardson Partnering with Microsoft to Sponsor Equal Justice Works Fellow

Fish & Richardson Named to The National Law Journal's 2020 Pro Bono Hot List

Fish & Richardson Receives 2019 Human Trafficking Litigation Firm of the Year Award

Fish & Richardson Event Results In Donation To The Boys And Girls Club Of Middle Tennessee

Four Fish & Richardson Attorneys Recognized as North Star Lawyers by Minnesota State Bar Association

Fish & Richardson Principal Aamir Kazi Receives On the Rise Award from the *Daily Report*

Fish & Richardson Wins $1.43 Million For Sex Trafficking Survivor in Pro Bono Civil Suit

Fish & Richardson Receives "Champions for Children" Award from Children's Law Center

Fish & Richardson and Washington Lawyers' Committee for Civil Rights and Urban Affairs Win Landmark Decision in Gender Discrimination Case

Kerrijane John Named One Of KIND New York's Attorneys of the Year

Fish Pro Bono and Diversity Initiatives Align in Effort to Oppose the U.S. Department of Education's Implementation of Unfair Policy

Fish & Richardson Associate Jared Smith Receives Pro Bono Publico Award

Fish & Richardson Senior Principal Danielle Healey Named 2018 "Women Who Mean Business" Honoree by *Houston Business Journal*

Fish & Richardson Recognized by Top Verdict for Obtaining One of California's Top 50 Settlements in 2017

Fish Commemorates 140th Anniversary By Donating $50,000 to Civil Legal Aid

Fish Pro Bono Client Meets Initial Milestone to Provide Access to Safe Water in Niger

Fish Pro Bono Team Secures Ruling Vacating Client Conviction After 22 Years on Death Row

Fish & Richardson Presents Inaugural 2017 Pro Bono Impact Awards

Fish & Richardson and Law Foundation of Silicon Valley Win $3.2 Million Award in Housing Discrimination Class Action Case

Fish Files Amicus Brief in Support of Challenge to Immigration Executive Order

Fish & Richardson's Pro Bono Efforts Yield Five Clemency Grants by President Obama

Fish Files Amicus Brief on Behalf of 26 Members of Congress

Fish Hires Kristine McKinney as New Chief Professional Development Officer

Fish & Richardson Pro Bono Team Helps Block Restrictive Texas Voting Law

Fish & Richardson Achieves Highest-Ever Pro Bono National Ranking in 2015 Am Law 200 Survey by The American Lawyer

Fish & Richardson and California Lawyers for the Arts Hosted Protecting Little Guys' Big Ideas: The California Inventors Assistance Program

## Related Events

October 22, 2020

2020 Immigration Equality Annual Safe Haven Awards

September 24, 2020

Lawyers Clearinghouse 32nd Annual Meeting 2020

September 23, 2020

2020 CAIR Coalition Virtual Awards Gala: Focused on Freedom

September 17, 2020

Mid Minnesota Legal Aid Annual Law Day Dinner 2020

September 10, 2020

2020 Volunteer Lawyers Network (VLN) Riverfront Celebration

July 30, 2020

D.C. Bar Pro Bono Center 2020 Presidents Reception

July 16, 2020

ACLU MN Liberty Awards

November 19, 2019

National Law Center on Homelessness & Poverty McKinney-Vento Awards 2019

October 29, 2019

Capital Area Immigrants' Rights Coalition 20th Anniversary

October 28, 2019

Center for Reproductive Rights 2019 Gala

October 24, 2019

Immigration Equality SHINE Awards 2019

October 24, 2019

Volunteer Legal Services' Covington Pro Bono Service Awards

October 23, 2019

2019 Georgia Lawyers for the Arts Annual Gala

October 17, 2019

The Human Trafficking Legal Center (HTLC) 2019 On My Side Awards

June 21, 2019

2019 Community Legal Services of East Palo Alto (CLSEPA) Gala

June 13, 2019

Arts & Business Council of Greater Boston, Martinis & Masterpieces

June 12, 2019

National Legal Aid & Defender Association (NLADA) 2019 Exemplar Award Dinner

May 17, 2019

California Lawyers for the Arts Artistic License Awards 2019

May 14, 2019

The Fund for Legal Aid Society 38th Annual Law Day Testimonial Dinner

May 13, 2019

American Civil Liberties Union (ACLU) of Massachusetts 2019 Bill of Rights Dinner

April 25, 2019

2019 Law Foundation of Silicon Valley Celebration of Justice Dinner

April 25, 2019

Legal Aid Society of the District of Columbia 2019 Annual Servant of Justice Awards Dinner

April 17, 2019

2019 Kids in Need of Defense (KIND) Gala Benefit Dinner

March 27, 2019

Asian American Legal Defense and Education Fund's (AALDEF) 2019 45th Anniversary Celebration

November 13, 2018

National Law Center on Homelessness & Poverty McKinney-Vento Awards 2018

October 17, 2017

Post-Grant Pro Bono Project Launch

June 23, 2017

Fish Sponsors Community Legal Services of East Palo Alto's Anniversary Gala and Fundraiser

June 22, 2017

Fish Recognized at Volunteer Legal Services of Central Texas' Covington Pro Bono Service Awards

May 18, 2017

Pro Bono at the (Patent) Bar

**Stay current with Fish**

© 2022 - Fish & Richardson

Case 8:17-cv-01648-TDC    Document 179-1    Filed 01/28/22    Page 5 of 6

Stay up to date with COVID-19 related news here



# Fish & Richardson Pro Bono Team Wins Jury Verdict for Female Employee in Sex Discrimination Lawsuit

December 14, 2021

Home » Resources » Press Release

A Maryland jury has returned a verdict for Evangeline Parker, represented pro bono by Fish & Richardson and the Washington Lawyers' Committee for Civil Rights and Urban Affairs, in a case alleging sex-based discrimination and violations of Title VII of the Civil Rights Act by her former employer, Reema Consulting Services, Inc. The jury awarded Parker $725,000 in compensatory and punitive damages for being subjected to a hostile work environment based on sex, and for being fired for speaking up about the hostile environment.

"Ms. Parker was a star performer, with an exemplary professional record, who followed policy after being the target of harassment born of false rumors. We're thankful the jury got this right, sending a strong message that this type of behavior is unacceptable," said Fish Principal Daniel Tishman, who represented Parker in this case.

In her complaint, Parker outlined clear allegations of sex-based discrimination, mainly that a male co-worker concocted a false rumor that she had "slept her way to the top," and her attempts to resolve the resulting harassment she faced from her superiors, co-workers, and subordinates resulted in her retaliatory termination. The jury awarded Parker $340,000 in compensatory damages, as well as $385,000 in punitive damages.

The Maryland jury ruling follows a monumental 2019 decision secured by Fish and the Washington Lawyers' Committee for Civil Rights and Urban Affairs in the case at the U.S. Court of Appeals for the Fourth Circuit, which set forth powerful precedent that clarifies and strengthens Title VII protections against sex stereotyping for the many unfortunate victims throughout the country.

"Ms. Parker was a model employee who, upon following protocol against false accusations, was fired while her harassers were protected. This decision exonerates Ms. Parker and sends a clear message to any employer who would penalize a woman for standing up for herself and her rights," noted Joanna Wasik, counsel at the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Fish attorneys are dedicated to serving the communities in which they live and work, and pro bono work is an integral part of the firm's professional culture. Fish believes that the practice of law is a privilege that carries with it the responsibility to provide pro bono legal services to those who cannot afford to pay. In 2020, nearly 75% of the firm's attorneys took part in pro bono projects, resulting in roughly 22,000 pro bono hours dedicated firmwide.

The case is *Parker v. Reema Consulting* in the U.S. District Court for the District of Maryland. In addition to Tishman, the Fish team included principals Andrew Kopsidas and Ahmed Davis and associates Taylor Burgener and Tracea Rice, among others.

## Related Attorneys

Tracea L. Rice
Associate

Ahmed J. Davis
Principal

Taylor Burgener
Associate

Andrew R. Kopsidas
Principal

Daniel A. Tishman
Principal

## Related Services

Litigation

## Related Pages

Pro Bono

Our Privacy Policy and Terms of Use have changed. By continuing to use this site, you are agreeing to the new Privacy Policy and Terms of Use. In addition, we use cookies to enhance site navigation and analyze site usage. See our Cookie Policy. To customize your cookie settings, please click Cookie Preferences.

› Cookie Preferences

✓ Accept

Case 8:17-cv-01648-TDC     Document 179-1     Filed 01/28/22     Page 6 of 6

© 2022 - Fish & Richardson

Our **Privacy Policy** and **Terms of Use** have changed. By continuing to use this site, you are agreeing to the new Privacy Policy and Terms of Use. In addition, we use cookies to enhance site navigation and analyze site usage. See our **Cookie Policy**. To customize your cookie settings, please click Cookie Preferences.

⟩ **Cookie Preferences**

✓ Accept