IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

EVANGELINE J. PARKER,

Plaintiff,

v.

REEMA CONSULTING SERVICES, INC.

Defendant.

Civil No. 8:17-cv-01648-TDC

DEFENDANT'S RESPONSE
TO PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT

Defendant Reema Consulting Services, Inc. ("RCSI"), by its undersigned counsel, respectfully submits this Response to Plaintiff's Request for Prejudgment Interest. In the Motion for Judgment, Plaintiff sought Plaintiff requested pre-judgment interest on her backpay with the rate of pre-judgment interest left to the discretion of the district court. As noted in the Motion, if such damages are awarded, RCSI does not believe that the rate is appropriately set at the rate typically used in Maryland of 6%.

First, although the trial occurred in Maryland, the discrimination which led to the Complaint and judgment occurred at the warehouse in Virginia. There is no basis for using Maryland's rate.

Moreover, Maryland's Courts have not permitted the assessment of prejudgment interest when the amount is unliquidated or not capable of being precisely measured at a point in time. *See generally Crystal v. West & Callahan, Inc.*, 328 Md. 318, 614 A.2d 560 (1992); *Maryland State Highway Admin. v. Kim*, 353 Md. 313, 726 A.2d 238 (1999); *Selective Way Insurance Company v. Nationwide Property and Casualty Insurance Company*, 242 Md. App. 688, 219 A.3d 20 (2019),

*aff'd*, 2021 WL 1217156 (2021). In the present case, Plaintiff has the burden of demonstrating an appropriate calculation of her damages. Although there is an amount presented, the precise starting point of the damages has not been presented by Plaintiff providing the Court with the ability to appropriately assess such damages.

For these reasons, prejudgment interest should not be awarded by the Court.

*/s/ Donald J. Walsh*
Donald J. Walsh (Bar #09384)
dwalsh@rkwlawgroup.com
RKW, LLC
10075 Red Run Boulevard, 4th Floor
Owings Mills, Maryland 21117
Telephone: (443)379-4011

*Attorneys for RCSI Consulting Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January, 2022, a copy of the Response to Plaintiff's Request for Entry of Judgment was sent to those counsel identified via the Court's ECF system.

*/s/ Donald J. Walsh*

2