**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>Defendants. | Civil Action No. 8:17-CV-01648-TDC |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S BILL OF COSTS**

On December 9, 2021, the jury in the above-captioned matter entered a unanimous verdict in favor of Plaintiff Evangeline J. Parker against Defendant Reema Consulting Services, Inc. for creating a hostile work environment based on sex and unlawfully retaliating in violation of Title VII of the Federal Civil Rights Act of 1964.  On February 4, 2022, the Court entered judgement in favor of Plaintiff against Defendant.  *See* Dkt. 182.  Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 109.1, Plaintiff submits this Memorandum in support of her Bill of Costs.

**LEGAL STANDARD**

Federal Rule of Civil Procedure 54(d)(1) "gives rise to a 'presumption that costs are to be awarded to the prevailing party.'"  *Wyne v. Medo Indus., Inc.*, 329 F. Supp. 2d 584, 586 (D. Md. 2004) (quoting *Cherry v. Champion Int'l Corp.*, 186 F.3d 442, 446 (4th Cir. 1999)).  Accordingly, the non-prevailing party bears the burden of "show[ing] circumstances sufficient to overcome th[is] presumption," and a district court "may not depart from the normal practice" of awarding

costs "without first articulating some good reason for doing so." *Id.* (quoting *Oak Hall Cap & Gown Co. v. Old Dominion Freight Line, Inc.*, 899 F.2d 291, 296 (4th Cir. 1990)).

## ARGUMENT

Plaintiff seeks costs in the amount of $40,841.78, as delineated in the table below.

| Cost Description | Amount |
| --- | --- |
| Fees of the Clerk | $905.00 |
| Fees for service of summons and subpoena | $3,955.00 |
| Fees for recorded transcripts | $18,375.38 |
| Printing fees | $17,241.40 |
| Fees for witnesses | $365.00 |

### A. Fees of the clerk

First, Plaintiff seeks $905 in fees of the Clerk.  Plaintiff filed her complaint on May 15, 2017, and has incurred costs associated with taxable fees under 28 U.S.C. § 1920(1), namely the filing fees for the Complaint and Plaintiff's appeal to the Fourth Circuit.[1]  *See* Ex. A at 1-3.

### B. Fees for service of summons and subpoena

Second, Plaintiff seeks costs for fees for service of summons and subpoenas for deposition and trial appearances.  Per this Court's Guidelines for Bill of Costs, "the Clerk will tax reasonable service fees for (a) summonses, (b) trial subpoenas for witnesses who actually testified at trial, (c) deposition subpoenas where the cost of the deposition has also been taxed …."  *See* GUIDELINES FOR BILLS OF COSTS ("GUIDELINES").[2]  Plaintiff's details regarding service of deposition and trial subpoenas can be found in the tables below and in Exhibit A, pages 4-13.

| Deposition Subpoenas | Date |
| --- | --- |
| Donte Jennings | Feb. 20, 2020 |
| Larry Moppins | Feb. 20, 2020 |
| DeMarcus Pickett | June 16, 2020 |
| Kenton Birgans | Apr 22, 2020 |
| Angela Wallace | Jan. 22, 2020 |

---

[1] Plaintiff's case was dismissed by this Court (Dkt. 39); appealed to Court of Appeals for the Fourth Circuit (Dkt. 43); and Defendant then petitioned for writ of certiorari before the Supreme Court of the United States.
[2] Available at http://www.mdd.uscourts.gov/sites/mdd/files/BillofCostsGuidelines.pdf.

2

| Trial Subpoenas | Date |
|---|---|
| Kenton Birgans (testified at trial) | Oct. 14, 2021 |
| Lynette Parker (testified at trial) | Oct. 14, 2021 |
| DaMarcus Pickett (testified at trial) | Oct. 14, 2021 |
| Angela Wallace (deposition video played at trial) | Oct. 14, 2021 |

The applicable invoices for the service of summons and subpoenas are attached and described in Exhibit A to the declaration of Andrew Kopsidas, filed concurrently herewith.

### C. Fees for recorded transcripts

Third, Plaintiff seeks costs for hearing and deposition transcripts "necessarily obtained for use in the case" and "reasonably necessary at the time of its taking." 28 U.S.C. § 1920(2); *LaVay Corp. v. Dominion Federal Savings & Loan Ass'n*, 830 F.2d 522, 528 (4th Cir. 1987). Plaintiff's costs associated with deposition transcripts are tabulated below.

| Deponent/Event | Date(s) | Taxable Cost |
|---|---|---|
| Evangeline Parker | Jan. 15, 2020 | $1,696.64 |
| Larry Moppins[3] | July 11, 2020 | $3,695.77 |
| Reema Vora[4] | July 17, 2020 | $1,481.24 |
| DeMarcus Pickett[5] | July 14, 2020 | $1,107.40 |
| Kenton Birgans[6] | July 17, 2020 | $1,058.64 |
| Angela Wallace | Mar. 5, 2020 | $2,234.55[7] |
| Cathy Price[8] | Feb. 25, 2020 July 10, 2020 | $4,856.25 |
| Rajesh Vora[9] | July 24, 2020 | $2,026.39 |
| Motions Hearing | Dec. 7, 2017 | $218.25 |

The applicable invoices for these deposition and the hearing transcripts are attached in Exhibit A to the declaration of Andrew Kopsidas, filed concurrently herewith. *See* Ex. A at 14-26.

---

[3] Testified at trial on Dec. 8, 2021.
[4] Deposition cited in Opposition to Motion for Summary Judgment (Dkt. 118) at 13, 15.
[5] Testified at trial on Dec. 7, 2021.
[6] Testified at trial on Dec. 7, 2021.
[7] Includes video of transcript which was played at trial on Dec. 6, 2021.
[8] Testified at trial on Dec. 7, 2021.
[9] Testified at trial on Dec. 7, 2021.

### D. Witness Fees

Fourth, as itemized in the Bill of Costs, Plaintiff seeks witness fees in connection with depositions and for attendance at trial in the amount of $365.00. *See* Decl. of Andrew Kopsidas, Ex. A. The fees are taxable under 28 U.S.C. § 1920(3). For the Court's convenience, the itemized list from the Bill of Costs has been recreated in the table below:

| Witness | Attendance Date | Purpose | Taxable Cost |
|---|---|---|---|
| Larry Moppins | July 11, 2020 | Deposition | $40.00 |
| Kenton Birgans | July 17, 2020 | Deposition | $40.00 |
| Angela Wallace | Mar. 5, 2020 | Deposition | $40.00 |
| DeMarcus Pickett | Dec. 7, 2021 | Trial | $65.00 |
| Kenton Birgans | Dec. 7, 2021 | Trial | $120.00 |
| Lynette Parker | Dec. 7, 2021 | Trial | $60.00 |

The applicable invoices for these fees are attached and described in Exhibit A to the declaration of Andrew Kopsidas, filed concurrently herewith. *See* Ex. A at 8-9, 11, 27-29.

### E. Fees and disbursements for printing

Lastly, pursuant to 28 U.S.C. § 1920(3), Plaintiff seeks costs associated with fees and disbursements for printing in the amount of $17,241.40. As noted in the Court's GUIDELINES, "[t]hese fees are typically taxed by the court … in its mandate." The categories of costs for printing include fees associated with Plaintiff's appellate appendices required by the Fourth Circuit and Supreme Court, respectively, oral argument, deposition exhibits, and trial exhibits. The applicable invoices related to these costs are attached and described in Exhibit A to the declaration of Andrew Kopsidas, filed concurrently herewith. *See* Ex. A at 30-37.[10]

### CONCLUSION AND REQUEST FOR RELIEF

For the foregoing reasons, Plaintiff Evangeline J. Parker respectfully requests that the Court enter an order awarding Plaintiff taxable costs of $40,841.78.

---

[10] Plaintiff seeks only those costs highlighted in Exhibit A, pages 31-42.

Dated:  February 18, 2022                    Respectfully submitted,

By:  */s/ Andrew R. Kopsidas*
     Andrew R. Kopsidas (Bar No. 16057)
     Ahmed Davis (admitted *pro hac vice)*
     Daniel A. Tishman (admitted *pro hac vice*)
     Taylor Caldwell (admitted *pro hac vice*)
     **FISH & RICHARDSON P.C.**
     1000 Maine Avenue, SW
     Suite 1000
     Washington, DC 20024
     Telephone: (202) 783-5070
     Facsimile: (202) 783-2331

     Dennis A. Corkery (Bar. No. 19076)
     Joanna K. Wasik (Bar. No. 21063)
     **WASHINGTON LAWYERS' COMMITTEE**
     **FOR CIVIL RIGHTS AND URBAN AFFAIRS**
     700 14th Street NW, Suite 400
     Washington, DC 20036
     Telephone: (202) 319-1000
     Facsimile: (202) 319-1010

     *Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of February, 2022 a true and correct copy of Plaintiff's Bill of Costs was served through the Court's ECF system on the following:

Donald J. Walsh
RKW,LLC
10075 Red Run Blvd, 4th Floor, Owings Mill, MD 21117
DWalsh@RKWlawgroup.com

*/s/ Andrew R. Kopsidas*
Andrew R. Kopsidas