**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>Plaintiff<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.,<br><br>Defendants. | Civil Action No. 8:17-CV-01648-TDC |

**DECLARATION OF ANDREW R. KOPSIDAS IN SUPPORT
OF PLAINTIFF'S BILL OF COSTS**

I, Andrew R. Kopsidas, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1.    I am over the age of 18 and am legally competent to make this declaration. I submit this declaration in support of Plaintiff's Bill of Costs.

2.    I am a Principal at Fish & Richardson, P.C. ("F&R") and served as Supervising Counsel in this matter. I am a member of the bars of Maryland and the District of Columbia and admitted to practice before this Court.  As Supervising Counsel, I oversaw and managed this litigation.

3.    I have reviewed the invoices, attached as Exhibit A to this declaration, supporting the items claimed in the Bill of Costs and supporting memorandum.  I (or my delegated associate) have removed any invoices that were not properly billed to this case, and are not related to taxable costs under 28 U.S.C. §§ 1920, 1921 and 1923.

4.    I verify that the items claimed in the Bill of Costs and supporting memorandum are correct, that the costs have been necessarily incurred in this case, and the services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of February 2022.

/s/ Andrew R. Kopsidas
Andrew R. Kopsidas