# EXHIBIT A

-----Original Message-----

From: paygovadmin@mail.doc.twai.dhs.gov [mailto:paygovadmin@mail.doc.twai.dhs.gov]
Sent: Monday, May 15, 2017 1:30 PM
To: Dennis Corkery <Dennis_Corkery@washlaw.org>
Subject: Pay.gov Payment Confirmation: VAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this pa

Application Name: VAED CM ECF
Pay.gov Tracking ID: 262F5P16
Agency Tracking ID: 0422-5523388
Transaction Type: Sale
Transaction Date: May 15, 2017 1:29:34 PM

Account Holder Name: Dennis Corkery
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1275

1

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 5/18/2017 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 5/15/2017 | **Invoice No.** | |
| **Payable To** | Washington Lawyer's Committee for Civil Rights and Urban Affairs | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $400.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories**

| | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 380 Filing fees for | | Complaint filed in EDVA |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41267998.doc

2

**Brenda Bailey**

| | |
|---|---|
| **From:** | Georgette Williams |
| **Sent:** | Friday, February 16, 2018 4:32 PM |
| **To:** | Brenda Bailey |
| **Subject:** | FW: Pay.gov Payment Confirmation: MDD CM ECF |

Hi. Charge is to 44824-0001LL1 for appeal filing fee. Thanks.

## Georgette Williams :: Legal Secretary/Admin Trainer

Fish & Richardson P.C.

fr.com

**From:** notification@pay.gov
**Sent:** Friday, February 16, 2018 4:30 PM
**To:** Georgette Williams
**Subject:** Pay.gov Payment Confirmation: MDD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the MDD Helpdesk at (410) 962-4058.

Application Name: MDD CM ECF

Transaction Type: Sale
Transaction Date: Feb 16, 2018 4:29:44 PM

Account Holder Name: Lisa Murray
Transaction Amount: $505.00

3



**SAMEDAY PROCESS**
*Serving the Impossible*

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Fish & Richardson, P.C.(DC)
901 15th St., NW, 7th Fl.
Washington, DC20005

Invoice #:
85288

Date:
05/22/2017

## INVOICE FOR SERVICE

Service #215889: Reema Consulting
Services, Inc.
Evangeline J. Parker v. Reema Consulting
Services, Inc.

Your File# Adjoa Afful
Court Case #: 1:17-cv-00554-LO-IDD

Process Serving Fee within 11-16 mi
(Address is outside 495 Beltway but within
11 to 16 miles)

$95.00

**TOTAL CHARGES:**                                              **$95.00**

**BALANCE:**                                                    **$95.00**

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

4

2017052500157362

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/4/2020 | 20302 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services( 4 attempt) | 250.00 | 250.00 |
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Evangeline J. Parker Vs Reema Consulting Services inc. | | |
| | Larry Moppins | | |
| | | | |
| | 02/24/2020 06:10 PM 10305 Lees Crossing Lane, Fredericksburg, VA 22408 No answer. | | |
| | 02/25/2020 08:15 AM 10305 Lees Crossing Lane, Fredericksburg, VA 22408 No answer. | | |
| | 02/26/2020 06:00 PM 10305 Lees Crossing Lane, Fredericksburg, VA 22408 Spoke with wife. She said he has no set schedule whatsoever, he's an independent consultant and she never knows when he will be home. I gave her my card and asked her to have him call me. He hasn't called yet. | | |
| | | | |
| | On 03/09/2020 at 5:20 Pil, deponent served the within A CHECK IN THE Amount OF $40.00; LETTER; NOTICE OF DEPOSITION OF LARRY MOPPINS; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CML Action; ATTACHMENT A; PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA TO LARRY MOPPINS on Larry Moppins at 10305 Lees Crossing Lane, Fredericksburg, VA 22408 | | |
| | | | |
| | DC TAX | 6.00% | 0.00 |

| | Total | $500.00 |
|---|-------|---------|

5

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/5/2020 | 20356 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Evangeline J. Parker vs Reema Consulting Services, Inc.<br>Kenton Brigans<br><br>Attempts:<br>04/27/2020 07:50 PM 17357 Legacy Terrace, Round Hill, VA 20141 No answer, unable to confirm.<br>04/29/2020 07:55 PM 17357 Legacy Terrace, Round Hill, VA 20141 No answer, no lights. Unable to make contact with neighbors.<br>Method of Service: POSTED - RESID.- 2 ATTEMPTS<br>Documents left with: Kenton Brigans,<br>Recipient was Served on 05/05/2020 at 3:25 PM<br>Address of Service: 17357 Legacy Terrace, Round Hill, VA 20141 | | |
| | DC TAX | 6.00% | 0.00 |

| | | Total | $250.00 |
|--|--|-------|--------|

6

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

**Invoice**

| DATE | INVOICE # |
|---|---|
| 6/17/2020 | 20412 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| | Service Information<br>Recipient was SERVED on Jun 19 2020 2:29PM<br>Type of Service: INDIVIDUAL/PERSONAL<br>Original Service Address: DAMARCUS PICKETT, 7203<br>FREINDSHIP ROAD, CLINTON, MD 20735<br><br>Documents To Be Served: LETTER, SUBPOENA TO TESTIFY<br>AT A DEPOSITION IN A CIVIL ACTION and Notice of<br>Deposition of Damarcus Pickett and PLAINTIFF'S NOTICE OF<br>SERVICE OF SUBPOENA TO DAMARCUS PICKETT<br>    Case Info: Maryland 8:17-CV-01648-TDC<br>    Case Style: EVANGELINE J. PARKER vs. REEMA<br>CONSULTING SERVICES, INC.<br><br>DC TAX | 6.00% | 0.00 |
| | **Total** | | $250.00 |

7

**PRO-LEGAL SERVICES, INC.**

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20870 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|---------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Subpoena Process Services For Kenton Birgins<br>witness check for $120 | 250.00<br>120.00 | 750.00<br>120.00 |
| | First attempt 11 am – No one confirmed through ring 10/18 | | |
| | Second attempt – 7:11 pm knocked on the door, no one came to the door after a few minutes. Lights where on and people inside. 10/18 | | |
| | Third attempt – 10/19 6:59pm the document was given too his wife with the witness check for $120 | | |
| | DC TAX | 6.00% | 0.00 |

**Total**                    $870.00

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20869 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:  Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services For DaMarcus Pickett | 250.00 | 250.00 |
| 1 | witness check | 65.00 | 65.00 |
| | DaMarcus Pickett | | |
| | First attempt- 2:36 pm 10/18 2 cars in the drive way and people inside but no one came to the door. | | |
| | Second attempt 10/22 Served 8:11 pm  with he witness check of $65 | | |
| | DC TAX | 6.00% | 0.00 |

**Total** $315.00

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20871 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Subpoena Process Services for Angela Wallace witness check for $85 | 250.00<br>0.00 | 500.00<br>0.00 |
| | Angela Wallace | | |
| | First attempt - 12:30 pm no one came to the door even thought there was movement inside 10/18 | | |
| | Second attempt -6:30 pm No one came to the door once again 10/18 | | |
| | Third attempt- 10/21 5:25 pm there was noise coming from the unit but no one came to answer the door. | | |
| | Fourth Attempt -10/22 5:21 pm no response | | |
| | DC TAX | 6.00% | 0.00 |

**Total**    $500.00

10

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/27/2021 | 20872 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:  Patrick E. Edelin

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Subpoena Process Services for  Lynette Parker | 250.00 | 500.00 |
| 1 | witness check for $60 | 60.00 | 60.00 |
| | Lynette Parker | | |
| | First attempt 10/18 1:49 pm no one was home | | |
| | Second attempt 10/22 7:05 pm no response | | |
| | Third attempt on 10/28 at 12:11 pm no response | | |
| | served on 10/29 at 10:02 am | | |
| | DC TAX | 6.00% | 0.00 |

| | Total | $560.00 |
|--|-------|---------|

11

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20894 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Patrick E. Edelin

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Subpoena Process Services (Angela Wallace) | 250.00 | 250.00 |
| 1 | Priority Skiptrace | 200.00 | 200.00 |
| 1 | Witness Check | 85.00 | 85.00 |
|  | Served at work on november 16th 2021 at 2:40Pm | | |
|  | DC TAX | 6.00% | 0.00 |

| **Total** | | | $535.00 |
|---|---|---|---|

12

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/4/2020 | 20292 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Subpoena Process Services | 250.00 | 250.00 |
| 1 | Skip Trace | 160.00 | 160.00 |
| | Evangeline J. Parker Vs Reema Consulting Services inc.<br>Donte Jennings | | |
| | 2/24/2020 8:04:44 PM 14339 Westminster Lane , Woodbridge , VA 22193 Need apt number left note outside door<br>Documents left with: Donte Jennings,<br>Recipient was Served on 3/5/2020 at 7:46 PM<br>Address of Service: 7647 Croce Court, APT 303, Manassas, VA 20109 | | |
| | Description of Person Served: Male; Black; 6ft 1in - 6ft 3in; 40 - 50 Yrs.; 191-220 Lbs.; Black; | | |
| | Attempts:<br>3/5/2020 6:10 PM 7647 Croce Court, APT 303, Manassas, VA 20109 No answer. No activity. No lights. Left a business card. | | |
| | DC TAX | 6.00% | 0.00 |

**Total**                                    $410.00

13

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 318926 | 2/3/2020 | 281347 |

| Job Date | Case No. | |
|---|---|---|
| 1/15/2020 | 8:17-CV-01648-TDC | |

| Case Name |
|---|
| Parker -v- Reema Consulting Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Evangeline J. Parker | 376.00 | Pages | 1,124.24 |
| Exhibits | 46.00 | Pages | 18.40 |
| | **TOTAL DUE >>>** | | **$1,142.64** |
| | AFTER 3/4/2020  PAY | | $1,199.77 |

Ordered By          :   Joanna Wasik, Esquire
Washington Lawyers' Committee
700 14th Street NW
Suite 400
Washington, DC 20005

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,142.64 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 318926 |
| Invoice Date | : | 2/3/2020 |
| **Total Due** | : | **$1,142.64** |

Remit To:    **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD  21264-9136**

| | | |
|---|---|---|
| Job No. | : | 281347 |
| BU ID | : | 01-MAIN |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

14



**U.S. LEGAL SUPPORT**

The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130153034 | 7/29/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311965 | 7/24/2020 | $2026.39 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

| Case No |
|---|
| 8:17-CV-01648-TDC |

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Rajesh Vora | | | | |
| Original | 144.00 | Pages | $4.95 | $712.80 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 139.00 | Pages | $0.65 | $90.35 |
| Reporter Appearance - Per Session | 2.00 | Sessions | $75.00 | $150.00 |
| Expedite - 3-day | 144.00 | Pages | $3.96 | $570.24 |
| Realtime | 144.00 | Pages | $2.00 | $288.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$2026.39** |
| After 09/12/2020 Pay | $2330.35 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$2026.39** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| | |
|---|---|
| **Invoice No.** | 130153034 |
| **Invoice Date:** | 7/29/2020 |
| **Total Due** | **$2026.39** |
| **Job No.** | 311965 |
| **Case No:** | 8:17-CV-01648-TDC |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320484 | 2/6/2020 | 281347 |
| **Job Date** | **Case No.** | |
| 1/15/2020 | 8:17-CV-01648-TDC | |
| **Case Name** | | |
| Parker -v- Reema Consulting Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

TRANSCRIPT WITH INDEX OF:

    Evangeline J. Parker

        Rough ASCII

306.00  Pages                       459.00

              **TOTAL DUE >>>**          **$459.00**

Ordered By     :  Joanna Wasik, Esquire
                  Washington Lawyers' Committee
                  700 14th Street NW
                  Suite 400
                  Washington, DC 20005

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289            Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 320484 |
| Invoice Date | : | 2/6/2020 |
| **Total Due** | : | **$459.00** |

| | | |
|---|---|---|
| Job No. | : | 281347 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

Remit To:   **Planet Depos, LLC**
             **P.O. BOX 69136**
             **Baltimore, MD  21264-9136**

16



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448610 | 11/5/2021 | 281347 |

| Job Date | Case No. |
|---|---|
| 1/15/2020 | 8:17-CV-01648-TDC |

| Case Name |
|---|
| Parker -v- Reema Consulting Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

SERVICES:

Evangeline J. Parker - LEF

| | | |
|---|---|---|
| LEF File | 1.00  Files | 95.00 |
| | **TOTAL DUE  >>>** | **$95.00** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed.  Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

Invoice No.    : 448610
Invoice Date   : 11/5/2021
**Total Due**     **: $95.00**

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.       : 281347
BU ID          : 01-DMV-R
Case No.     : 8:17-CV-01648-TDC
Case Name  : Parker -v- Reema Consulting Services, Inc.

17



**US LEGAL SUPPORT**

The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152467 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 310149 | 7/11/2020 | $3695.77 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

**Georgette Williams**
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Larry Moppins | | | | |
| Original | 202.00 | Pages | $4.95 | $999.90 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 143.00 | Pages | $0.65 | $92.95 |
| Reporter Appearance Fee - Weekend/Holiday | 1.00 | | $275.00 | $275.00 |
| Weekend Pages | 202.00 | Pages | $2.50 | $505.00 |
| Expedite - 3-day | 202.00 | Pages | $3.96 | $799.92 |
| Realtime | 202.00 | Pages | $2.00 | $404.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Rough Draft ASCII | 202.00 | Pages | $2.00 | $404.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$3695.77** |
| After 09/05/2020 Pay | $4250.14 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$3695.77** |

**Tax ID : 76-0523238**

Phone: 202-783-5070     Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

**U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 130152467 |
| **Invoice Date:** | 7/22/2020 |
| **Total Due** | **$3695.77** |
| **Job No.** | 310149 |
| **Case No:** | 8:17-CV-01648-TDC |

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| **INVOICE** | NUMBER |
|---|---|

| TO: Georgette Williams<br>Fish Richardson<br>901 15th Street, NW<br>Washington, D.C. 20005 | MAKE CHECK PAYABLE TO: |
|---|---|
| PHONE: | PHONE: |
| FAX: | |

| TRANSCRIPTS | | | |
|---|---|---|---|
| ☐ CRIMINAL | ☐ CIVIL | DATE ORDERED<br>12/12/2017 | DATE DELIVERED<br>12/19/2017 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Evangeline Parker versus Reema Consulting Services, Inc.   RWT-17-1648

| CHARGES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| 14-Day | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Expedited | 45 | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Daily | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Hourly | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Realtime | | | $ 0.00 | | | $ 0.00 | | | | $ 0.00 |

| For proceedings on (Date): | TOTAL | 218.25 |
|---|---|---|
| Motions hearing before Judge Roger Titus on December 7, 2017. | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | 218.25 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| Lisa K. Bankins | |

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

19



**The Power of Commitment™**

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152876 | 7/28/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 311962 | 7/17/2020 | $1481.24 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Case No |
|---|
| 8:17-CV-01648-TDC |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Reema Vora | | | | |
| Original | 89.00 | Pages | $4.95 | $440.55 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 65.00 | Pages | $0.65 | $42.25 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $75.00 | $75.00 |
| Expedite - 3-day | 89.00 | Pages | $3.96 | $352.44 |
| Realtime | 89.00 | Pages | $2.00 | $178.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Rough Draft ASCII | 89.00 | Pages | $2.00 | $178.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$1481.24** |
| After 09/11/2020 Pay | $1703.43 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1481.24** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

　　U S Legal Support, Inc.
　　P.O. Box 4772
　　Houston TX 77210-4772

| Invoice No. | 130152876 |
|---|---|
| **Invoice Date:** | 7/28/2020 |
| **Total Due** | **$1481.24** |
| Job No. | 311962 |
| **Case No:** | 8:17-CV-01648-TDC |

20



**U.S. Legal Support**

The Power of Commitment™

U.S. Legal Support
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152463 | 7/22/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309913 | 7/17/2020 | $1058.64 |

**Case Name**

Parker v. Reema Consulting Services, Inc.

**Case No**

8:17-CV-01648-TDC

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Kenton Birgans | | | | |
| Original | 54.00 | Pages | $4.95 | $267.30 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 110.00 | Pages | $0.65 | $71.50 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $75.00 | $75.00 |
| Expedite - 3-day | 54.00 | Pages | $3.96 | $213.84 |
| Realtime | 54.00 | Pages | $2.00 | $108.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Rough Draft ASCII | 54.00 | Pages | $2.00 | $108.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$1058.64** |
| After 09/05/2020 Pay | $1217.44 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1058.64** |

**Tax ID : 76-0523238**

Phone: 202-783-5070          Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130152463 |
|---|---|
| **Invoice Date:** | 7/22/2020 |
| **Total Due** | **$1058.64** |
| **Job No.** | 309913 |
| **Case No:** | 8:17-CV-01648-TDC |

21



The Power of Commitment™

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130145793 | 3/24/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 301684 | 3/5/2020 | $1679.55 |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Case No |
|---|
| 8:17-CV-01648-TDC |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Regus<br>11921 Freedom DriveTwo Fountain<br>SquareSuite 550<br>Reston VA 20190 | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Angela Wallace | | | | |
| Original | 109.00 | Pages | $4.45 | $485.05 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 74.00 | Pages | $0.65 | $48.10 |
| Reporter Appearance Fee | 1.00 | | $125.00 | $125.00 |
| Realtime | 109.00 | Pages | $2.00 | $218.00 |
| Rough Draft ASCII | 109.00 | Pages | $2.00 | $218.00 |
| Video Testimony | 109.00 | Pages | $0.60 | $65.40 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $45.00 | $45.00 |
| Shipping/Delivery | 1.00 | | $25.00 | $25.00 |
| Conference Room | 1.00 | | $450.00 | $450.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Room Rental:
11921 Freedom Drive
Two Fountain Square
Suite 550
Reston, VA

| | |
|---|---|
| **Total Due** | **$1679.55** |
| After 05/08/2020 Pay | $1931.48 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$1679.55** |

Thank you for your business!

**Tax ID : 76-0523238**                 Phone: 202-783-5070      Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

    **U S Legal Support, Inc.**
    **P.O. Box 4772**
    **Houston TX 77210-4772**

| Invoice No. | 130145793 |
|---|---|
| Invoice Date: | 3/24/2020 |
| Total Due | $1679.55 |
| Job No. | 301684 |
| Case No: | 8:17-CV-01648-TDC |

22

# INVOICE



**877.479.2484**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130146932 | 3/31/2020 | 301685 |

| Job Date | Case No. | |
|---|---|---|
| 3/5/2020 | 8:17-CV-01648-TDC | |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC  20024

Angela Wallace - Video

| | | |
|---|---|---|
| Video - First 2 hrs | | 300.00 |
| Video - Add'l Hrs | 1.75   Hours | 175.00 |
| FlashPak (MPEG) | | 55.00 |
| Shipping/Delivery | | 25.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$555.00** |
| AFTER 5/15/2020  PAY | $638.25 |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

**Tax ID:** 76-0523238

Phone: 202-783-5070    Fax:202-783-2331

*Please detach bottom portion and return with payment.*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 130146932 |
| Invoice Date | : | 3/31/2020 |
| **Total Due** | : | **$555.00** |
| AFTER 5/15/2020  PAY  $638.25 | | |

Remit To:    **U S Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 301685 |
| BU ID | : | 27-DC |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker v. Reema Consulting Services, Inc. |

23



**USLEGAL SUPPORT**

The Power of Commitment™

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130143993 | 3/10/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 295568 | 2/25/2020 | $4137.70 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Fish & Richardson P.C.<br>1000 Maine Avenue, SW Suite 1000<br>Washington DC 20024 | Georgette Williams<br>Fish & Richardson P.C.<br>1000 Maine Avenue, SW<br>Suite 1000<br>Washington DC 20024 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Cathy Price - 30(b)(1) and 30(b)(6) | | | | |
| Original | 360.00 | Pages | $4.45 | $1602.00 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 138.00 | Pages | $0.65 | $89.70 |
| Reporter Appearance Fee | 1.00 | | Minimum | $0.00 |
| Realtime | 360.00 | Pages | $2.00 | $720.00 |
| Realtime | 360.00 | Pages | $2.00 | $720.00 |
| Realtime Loaner Laptop | 2.00 | | Minimum | $0.00 |
| Rough Draft ASCII | 360.00 | Pages | $2.00 | $720.00 |
| Video Testimony | 360.00 | Pages | $0.60 | $216.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $45.00 | $45.00 |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$4137.70** |
| After 04/24/2020 Pay | $4758.36 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$4137.70** |

**Tax ID : 76-0523238**                    Phone: 202-783-5070         Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

U S Legal Support, Inc.
P.O. Box 4772
Houston TX 77210-4772

| Invoice No. | 130143993 |
|---|---|
| Invoice Date: | 3/10/2020 |
| Total Due | $4137.70 |
| Job No. | 295568 |
| Case No: | 8:17-CV-01648-TDC |

24



# **INVOICE**

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 130152151 | 7/17/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 309950 | 7/10/2020 | $718.55 |

| Case Name |
|---|
| Parker v. Reema Consulting Services, Inc. |

| Case No |
|---|
| 8:17-CV-01648-TDC |

**U.S. Legal Support**
1818 Market Street Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

**Georgette Williams**
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference Reporter, Witness and All Parties will appear via Video Conference. | Georgette Williams Fish & Richardson P.C. 1000 Maine Avenue, SW Suite 1000 Washington DC 20024 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Cathy Price | | | | |
| Original | 40.00 | Pages | $4.95 | $198.00 |
| Copy w/ Original | 1.00 | Pages | Minimum | $0.00 |
| Exhibit | 27.00 | Pages | $0.65 | $17.55 |
| Reporter Appearance - Per Session | 1.00 | Sessions | $76.00 | $76.00 |
| Realtime | 40.00 | Pages | $2.00 | $80.00 |
| Rough Draft ASCII | 40.00 | Pages | $2.00 | $80.00 |
| RemoteDepo - Text Streaming | 1.00 | | $150.00 | $150.00 |
| Litigation Support Package | 1.00 | Disks | Minimum | $0.00 |
| Minuscript/Condensed Transcript | 1.00 | | Minimum | $0.00 |
| Handling, Processing & Archiving | 1.00 | | $65.00 | $65.00 |
| Taxable (0.00) | | | | |

Online bill pay available at
https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$718.55** |
| After 08/31/2020 Pay | $826.33 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Debits** | **$0.00** |
| **(=) New Balance** | **$718.55** |

**Tax ID : 76-0523238**                                    Phone: 202-783-5070        Fax:202-783-2331

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Georgette Williams
Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington DC 20024

Remit To:

**U S Legal Support, Inc.**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 130152151 |
|---|---|
| **Invoice Date:** | 7/17/2020 |
| **Total Due** | **$718.55** |
| **Job No.** | 309950 |
| **Case No:** | 8:17-CV-01648-TDC |

25

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 341477 | 8/5/2020 | 304766 |

| Job Date | Case No. | |
|---|---|---|
| 7/14/2020 | 8:17-CV-01648-TDC | |

| Case Name | | |
|---|---|---|
| Parker -v- Reema Consulting Services, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Taylor Caldwell, Esquire
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| DaMarcus L. Pickett-LEF | 328.00  Pages | 1,000.40 |
| Exhibits | 30.00  Pages | 12.00 |
| LEF File | | 95.00 |
| | **TOTAL DUE  >>>** | **$1,107.40** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Taylor Caldwell, Esquire
Fish & Richardson, PC
1000 Maine Avenue SW
Suite 1000
Washington, DC  20024

| | | |
|---|---|---|
| Invoice No. | : | 341477 |
| Invoice Date | : | 8/5/2020 |
| **Total Due** | : | **$1,107.40** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **P.O. BOX 69136** | |
| | **Baltimore, MD  21264-9136** | |

| | | |
|---|---|---|
| Job No. | : | 304766 |
| BU ID | : | 01-DMV-R |
| Case No. | : | 8:17-CV-01648-TDC |
| Case Name | : | Parker -v- Reema Consulting Services, Inc. |

26

**CHECK/INVOICE PAYMENT REQUEST**

| | |
|---|---|
| **Date Requested** | 4/23/2020 |
| **Requested By/Office** | Georgette Williams/Washington, DC |
| **Matter Name** | Parker v. Reema Consulting Services |
| **Matter ID** | 44823-0001LL1 |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| | | | |
|---|---|---|---|
| **Invoice Date** | 4/23/2020 | **Invoice No.** | |
| **Payable To** | Kenton Birgans | **Initials / Timekeeper Number** (For Personal Reimbursements Only) | / |
| **Check No.** | | **Check Date** | |
| **Check Amount** | $40.00 | | |
| **Currency** | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

| **Categories** | | | |
|---|---|---|---|
| **Patent** | | **Additional Description** | |
| **Trademark** | | | |
| **Litigation** | 023 Witness fees | | |
| **Other/General** | | | |
| **Charge Office** | | **Explanation** | |
| **ABA Code** | **(Only for Microsoft)** | **ABA Desc** | **(Only for Microsoft)** |
| **To Be Mailed By** | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| **Approval Signature** | | **Date** | |
| **GL Code** | | | |

Additional Information:
41455023.doc

27

**CHECK/INVOICE PAYMENT REQUEST**

| Date Requested | March 5, 2020 | | |
|---|---|---|---|
| Requested By/Office | tmh for GWW/ARK/Washington, DC | | |
| Matter Name | Parker v. Reema Consulting Services | | |
| Matter ID | 44823-0001LL1 | | |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office.  No reimbursement will be made without a complete request form, proper receipts, and approval.

| Invoice Date | 03/02/2020 | Invoice No. | |
|---|---|---|---|
| Payable To | Angela Wallace | Initials / Timekeeper Number (For Personal Reimbursements Only) | / |
| Check Amount | $40.00 | | |
| Currency | U.S. Dollars | | |

☐ **Please select if court reporter or expert witness or consulting fees or Local Counsel Services**

**Categories – Please click in grey area below to display the list of required codes.**

**CODES MUST BE SELECTED before sending this form.**

| Patent | | Additional Description | |
|---|---|---|---|
| Trademark | | | |
| Litigation | 023 Witness fees | | |
| Other/General | | | |
| Charge Office | | Explanation | |
| ABA Code | (Only for Microsoft) | ABA Desc | (Only for Microsoft) |
| To Be Mailed By | ☒ Accounting<br>☐ Attorney<br>☐ Office Manager<br>☐ Secretary | | |
| Approval Signature | | Date | |
| GL Code | | | |

Additional Information:

9/16/2005

**FISH & RICHARDSON PC**
1000 MAINE AVE, S. W.
SUITE 100
WASHINGTON, DC  20024

1043

53-13/110 MA
47876

DATE February 20, 2020

PAY TO THE
ORDER OF Larry Moppins                                    $ 40.00 —

Forty and ⁰⁰/100                                    DOLLARS

**Bank of America**

ACH R/T 011000138

FOR 44823-0001LL1

⑈001043⑈ ⑈011000138⑈ 00464055052⑈

29

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



**Invoice**

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20903 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3,992 | Copying - Light Litigation (per page) | 0.10 | 399.20 |
| 4,328 | 8 1/2 x 11 Color Copies | 0.55 | 2,380.40 |
| 36 | Custom Made Tabs | 0.55 | 19.80 |
| 9 | Manilla Folders | 1.50 | 13.50 |
| 10 | Redweld | 3.00 | 30.00 |
| 6 | 3 Ring Binders (2") | 15.00 | 90.00 |
| | Note: | | |
| | Deposition Designation - 4 Copies | | |
| | Deposition Transcripts - 4 Copies | | |
| | DC TAX | 6.00% | 175.97 |

**Total**              3,108.87

30

# PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite 103
Arlington, VA 22209
Tel: (202) 955-9400  Fax: (202) 403-3115
FED ID 54-1968415

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/13/2018 | 19843.01 |

Bill To:

Fish & Richardson P.C.
1425 K Street, NW
11th Floor
Washington, DC 20005

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL11 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 8,835 | Copying - Medium Litigation (per page) | 0.10 | 883.50 |
| 525 | Custom Made Tabs | 0.55 | 288.75 |
| 3 | 3 Ring Binders (2") | 15.00 | 45.00 |
| 9 | 3 Ring Binders (3") | 18.00 | 162.00 |
| | DC TAX | 5.75% | 79.31 |

| **Total** | $1,458.56 |
|---|---|

31

2018092500179252

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/4/2020 | 20306 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 135 | Copying - Light Litigation (per page) | 0.10 | 13.50 |
| 415 | 8 1/2 x 11 Color Copies | 0.55 | 228.25 |
| 10 | Manilla Folders | 1.50 | 15.00 |
| | Sales Tax | 0.00 | 0.00 |

**Total**                                                          $256.75

32

## PRO-LEGAL SERVICES, INC.

1820 N. Fort Myer Drive, Suite
103
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415

### Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/13/2020 | 20436 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | HA | Net 15 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 32 | Copying - Light Litigation (per page) | 0.10 | 3.20 |
| 106 | 8 1/2 x 11 Color Copies | 0.55 | 58.30 |
| 18 | Tabs | 0.25 | 4.50 |
| 1 | 3 Ring Binders (1") | 12.00 | 12.00 |
| 1 | Shipping/Delivery | 40.00 | 40.00 |
| | Sales Tax | 0.00 | 0.00 |

**Total**                    $118.00

33

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20904 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:    Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | BA | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 520 | Copying - Light Litigation (per page) | 0.10 | 52.00 |
| 470 | 8 1/2 x 11 Color Copies | 0.55 | 258.50 |
| 60 | Custom Made Tabs | 0.55 | 33.00 |
| | Note: TDC-17-1648 Parker v_ Reema Consulting Services_ Inc_ - Pretrial Conference Materials printed 10x. | | |
| | DC TAX | 6.00% | 20.61 |

| | | Total | 364.11 |
|--|--|-------|--------|

## PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



### Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2021 | 20900 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|---|---|---|
| 44823-0001LL1 | HA | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,702 | Copying - Light Litigation (per page) | 0.10 | 270.20 |
| 11,130 | 8 1/2 x 11 Color Copies | 0.55 | 6,121.50 |
| 780 | Custom Made Tabs | 0.55 | 429.00 |
| 65 | Manilla Folders | 1.50 | 97.50 |
| 12 | 3 Ring Binders (3") | 18.00 | 216.00 |
| | Note: Parker/Reema: Trial Exhibits printed 14x | | |
| | DC TAX | 6.00% | 428.05 |

| | Total | 7,562.25 |
|---|---|---|

35

# PRO-LEGAL SERVICES, INC.

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20902 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:  Georgette Williams

| | Client Matter# | Rep | Terms |
|---|---|---|---|
| | 44823-0001LL1 | BA | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,316 | Copying - Light Litigation (per page) | 0.10 | 231.60 |
| 9,540 | 8 1/2 x 11 Color Copies | 0.55 | 5,247.00 |
| 780 | Custom Made Tabs | 0.55 | 429.00 |
| 12 | 3 Ring Binders (3") | 18.00 | 216.00 |
| | Note: Parker/Reema: Trial Exhibits printed 12x | | |
| | DC TAX | 6.00% | 367.42 |

| | Total | 6,491.02 |
|---|---|---|

36

**PRO-LEGAL SERVICES, INC.**

1550 Wilson BLVD, Suite 250
Arlington, VA 22209
Tel: (202) 955-9400
FED ID 54-1968415



**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 11/29/2021 | 20896 |

Bill To:

Fish & Richardson P.C.
1000 Maine Ave SW,
Washington, DC 20024

Attn:   Georgette Williams

| Client Matter# | Rep | Terms |
|----------------|-----|-------|
| 44823-0001LL1 | BA | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---------:|-------------|-----:|-------:|
| 25 | Copying - Light Litigation (per page) | 0.10 | 2.50 |
| 1,985 | 8 1/2 x 11 Color Copies | 0.55 | 1,091.75 |
| 65 | Custom Made Tabs | 0.55 | 35.75 |
| 5 | 3 Ring Binders (1") | 12.00 | 60.00 |
| | Note: (PARKER) Printed 5X | | |
| | DC TAX | 6.00% | 71.40 |

**Total**                     1,261.40

37