**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| EVANGELINE J. PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>REEMA CONSULTING SERVICES, INC.<br><br>        Defendant. | Civil No. 8:17-cv-01648-TDC |

**SATISFACTION OF JUDGMENT**

Plaintiff Evangeline Parker acknowledges receipt and satisfaction in full of the judgment entered herein. On February 4, 2022, this Court entered judgment against Defendant Reema Consulting Services, Inc. in the amount of $50,000 for compensatory and punitive damages, $33,039.37 in back pay, and $10,681.08 in prejudgment interest on the back pay. Dckt. No. 182. Defendant Reema Consulting Services, Inc. has satisfied this judgment.

Dated:  March 9, 2022                    Respectfully submitted,

By:  */s/ Joanna Wasik*
      Dennis A. Corkery (Bar. No. 19076)
      Joanna K. Wasik (Bar. No. 21063)
      **WASHINGTON LAWYERS' COMMITTEE**
      **FOR CIVIL RIGHTS AND URBAN AFFAIRS**
      700 14th Street NW, Suite 400
      Washington, DC 20036
      Telephone: (202) 319-1000
      Facsimile: (202) 319-1010

      Andrew R. Kopsidas (Bar No. 16057)
      Ahmed Davis (admitted *pro hac vice)*
      Daniel A. Tishman (admitted *pro hac vice*)

1

Taylor Caldwell (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Counsel for Plaintiff Evangeline J. Parker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th Day of March, 2022, true and correct

copy of the was served through the Court's ECF system on the following:

Donald J. Walsh
RKW,LLC
10075 Red Run Blvd, 4th Floor, Owings Mill, MD 21117
DWalsh@RKWlawgroup.com

*/s/ Joanna Wasik*

3