**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,                              *

   Plaintiff,                              *

   v.                                      *          **Civil Case No. TDC-17-1648**

REEMA CONSULTING SERVICES, INC.,   *

   Defendant.                              ***

## CLERK'S ORDER TAXING COSTS

On February 4, 2022, this Court entered final judgment in favor of Plaintiff Evangeline J. Parker and against Defendant Reema Consulting Services, Inc.  ECF No. 182.  Pursuant to the unopposed bill of costs filed on February 18, 2022, by Plaintiff, ECF No. 185, the costs are hereby taxed in favor of Plaintiff Evangeline J. Parker and against Defendant Reema Consulting Services, Inc in the amount of **$40,841.78** and included in the judgment.

               CATHERINE M. STAVLAS, CLERK

    By:      /s/ DAVID E. CIAMBRUSCHINI
         David E. Ciambruschini, Deputy Clerk

         Dated this 24th day of June, 2022.