UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

## ORDER

On October 31, 2023, Defendant Reema Consulting Services, Inc. ("Reema Consulting") filed a Motion to Quash Post-Judgment Subpoena. ECF No. 192. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." Case Management Order § II.A.1, ECF No. 52. Reema Consulting has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Quash Post-Judgment Subpoena, ECF No. 192, is DENIED WITHOUT PREJUDICE.

2. If Reema Consulting seeks to file a motion, Reema Consulting must file a Notice of Intent to File a Motion pursuant to § II.A.2 of the Case Management Order.

Date: November 29, 2023

THEODORE D. CHUANG
United States District Judge