**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| *In re:* | * |
| EVANGELINE J. PARKER | * |
| *Plaintiff/Judgment Creditor* | * |
| *v.* | *   Civil Action No.: TDC -17-1648 |
| REEMA CONSULTING SERVICES, INC. | * |
| *Defendant/Judgment Debtors* | * |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Please enter the appearance of Stuart R. Goldberg, and Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., as co-counsel for Plaintiff/Judgment Creditor Evangeline Parker, in the above-captioned case.   Existing counsel will continue to represent Plaintiff/Judgment Creditor Evangeline Parker. I hereby certify that I am admitted to practice in this court.

Respectfully submitted,


*/s/ Stuart R. Goldberg*
Stuart R. Goldberg, (Fed. Bar No. 21236)
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, MD 21202
Phone:  410-862-1339
Fax:  410-547-0699

/s/ J. David Folds
J. David Folds (Fed. Bar No. 13600)
dfolds@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
901 K Street, NW, Suite 900
Washington, DC 20001
Phone: 202-508-3441
Fax: 202-508-3402


*Attorneys for Plaintiff/Judgment Creditor*
*Evangeline Parker*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of December 2023, a copy of the foregoing *Notice of Entry of Appearance* was filed with the United States District Court for the District of Maryland (Northern Division) and served, electronically, on all counsel of record, through this Court's CM/ECF e-filing system.

I FURTHER CERTIFY that the following interested parties were served, via first class mail, postage prepaid:

Donald J Walsh, Esquire (Fed. Bar No. 09384)
dwalsh@rkwlawgroup.com
RKW, LLC
10075 Red Run Boulevard, 4th Floor
Owings Mills, MD 21117
Telephone: (443) 379-4011

*Attorney for Reema Consulting Services, Inc.*

/s/ Stuart R. Goldberg
Stuart R. Goldberg, (Fed. Bar No. 21236)

3