**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

EVANGELINE J. PARKER,

    Plaintiff,

    v.

REEMA CONSULTING SERVICES, INC.,

    Defendant.

Civil Action No. TDC-17-1648

**ORDER**

For the reasons stated during the January 4, 2024 Case Management Conference, it is hereby ORDERED that:

1. Before January 25, 2024, the parties are directed to meet and confer to resolve the issues presented in Non-Party Rajeshkumar Vora's Notice of Intent to File a Motion to Quash the Post-Judgment Subpoena, ECF No. 199.

2. If efforts to meet and confer to resolve the issues presented are unsuccessful, Vora is granted leave to file the proposed Motion to Quash. ECF No. 199. The Motion will be deemed timely if filed by **Thursday, January 25, 2024**. Plaintiff Evangeline J. Parker's Opposition to the Motion is due by **Thursday, February 8, 2024**. Any reply brief is due by **Thursday, February 15, 2024**.

3. All potentially responsive documents to the filed subpoena, ECF No. 191-4, shall be preserved, and counsel shall take all necessary steps to ensure that such documents be preserved.

4. The provisions in the previously filed Stipulated Order Regarding Confidentiality of Discovery Material, ECF No. 86, shall apply to any potentially responsive documents to the filed subpoena.

5. Counsel for Vora and Parker shall inform the Court via email as to mutually agreeable dates for potential mediation before a United States Magistrate Judge between the date of this Order and **Thursday, January 25, 2024**.

6. Pursuant to Federal Rule of Civil Procedure 37(a)(5), the Court may elect to award attorney's fees to the prevailing party.  In determining whether "the opposing party's nondisclosure, response, or objection was substantially justified," *see* Fed. R. Civ. P. 37(a)(5)(ii), the Court shall consider the significant opportunity provided by the Court to meet and confer regarding a mutually-agreeable resolution to the dispute.

Date: January ___, 2024



THEODORE D. CHUANG
United States District Judge