**RKW** LAW GROUP

**OWINGS MILLS**
10075 Red Run Boulevard
Suite 401
Owings Mills, MD 21117
(443) 738-4900

**FREDERICK**
10 N. Jefferson St.
Suite 200
Frederick, MD 21701
(240) 220-2415

Donald Walsh, Esquire
DWalsh@RKWLawGroup.com
Direct Dial: (443) 379-4011

January 24, 2024

***Via Electronic Filing***

Hon. Theodore D. Chuang
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

> **Re:    Evangeline J. Parker v. Reema Consulting Services, Inc.**
> **Docket No.: TDC-17-1648**

Dear Judge Chuang:

Pursuant to the conference with this Court on January 4, the parties have shared information and discussed the possibility of needing additional information to complete Ms. Parker's counsel's review.  I have also received a call from Magistrate Timothy Sullivan who I understand was attempting to help the parties avoid Motions as necessary.

Due to this cooperation, the parties are seeking to extend the deadline previously set for filing a Motion with Objections to the post-judgment discovery.  We are seeking to mutually postpone the date for filing a Motion to February 8th with the Court's permission.

Please let us know if you can approve this extension or if you have any questions.

Sincerely,

Donald Walsh

cc:    J. David Folds