**RKW** LAW GROUP

| OWINGS MILLS | FREDERICK |
|---|---|
| 10075 Red Run Boulevard | 10 N. Jefferson St. |
| Suite 401 | Suite 200 |
| Owings Mills, MD 21117 | Frederick, MD 21701 |
| (443) 738-4900 | (240) 220-2415 |

Donald Walsh, Esquire
DWalsh@RKWLawGroup.com
Direct Dial: (443) 379-4011

January 24, 2024

*__Via Electronic Filing__*

Hon. Theodore D. Chuang
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

> Re:    **Evangeline J. Parker v. Reema Consulting Services, Inc.**
> **Docket No.: TDC-17-1648**

Dear Judge Chuang:

Pursuant to the conference with this Court on January 4, the parties have shared information and discussed the possibility of needing additional information to complete Ms. Parker's counsel's review. I have also received a call from Magistrate Timothy Sullivan who I understand was attempting to help the parties avoid Motions as necessary.

Due to this cooperation, the parties are seeking to extend the deadline previously set for filing a Motion with Objections to the post-judgment discovery. We are seeking to mutually postpone the date for filing a Motion to February 8th with the Court's permission.

Please let us know if you can approve this extension or if you have any questions.

Sincerely,

Donald Walsh

cc:    J. David Folds

Motion: Granted 1/24/24

Theodore D. Chuang
United States District Judge