IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| *In re:* | * |
| EVANGELINE J. PARKER | * |
|    *Plaintiff/Judgment Creditor* | * |
| *v.* | *  Civil Action No.: TDC -17-1648 |
| REEMA CONSULTING SERVICES, INC. | * |
|    *Defendant/Judgment Debtor* | * |

## LINE RELATED TO DISCOVERY DISPUTE RESOLUTION

Plaintiff/Judgment Creditor Evangeline J. Parker ("***Judgment Creditor***"), by and through her undersigned counsel, hereby files this Line Related to Discovery Dispute Resolution, and states:

1. Judgment Creditor and non-party/deponent Rajeshkumar Vora ("***Mr. Vora***") appeared before the Honorable Theodore D. Chuang ("***Judge Chuang***") for a Case Management Conference on January 4, 2024 (the "***Conference***") to discuss an ongoing discovery dispute (the "***Discovery Dispute***").

2. Despite not coming to agreement on the Discovery Dispute, Judge Chuang encouraged the Judgment Creditor and Mr. Vora to continue discussions in hopes of reaching a mutually agreeable resolution.

3. Since then, Judgment Creditor and Mr. Vora engaged in numerous correspondences for the purposes of resolving the ongoing Discovery Dispute.

4. Judgment Creditor and Mr. Vora represent that they reached a mutually agreeable resolution regarding the Discovery Dispute.

5. Accordingly, Judgment Creditor, with consent from Mr. Vora, respectfully has withdrawn the subpoena and deposition notice at this time and requests that this Honorable Court remove from this Court's docket any remaining referrals, hearings, or other such further proceedings that relate to the Discovery Dispute.

    Respectfully submitted,

*/s/ Stuart R. Goldberg*
Stuart R. Goldberg, (Fed. Bar No. 21236)
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, MD 21202
Phone:  410-862-1339
Fax:  410-547-0699

*/s/ J. David Folds*
J. David Folds (Fed. Bar No. 13600)
dfolds@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
901 K Street, NW, Suite 900
Washington, DC 20001
Phone: 202-508-3441
Fax: 202-508-3402

*Attorneys for Plaintiff/Judgment Creditor Evangeline Parker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2024, a copy of the foregoing *Line* was filed with the United States District Court for the District of Maryland (Northern Division) and served, electronically, on all counsel of record, through this Court's CM/ECF e-filing system.

I FURTHER CERTIFY that the following interested parties were served, via first class mail, postage prepaid:

Donald J Walsh, Esquire (Fed. Bar No. 09384)
dwalsh@rkwlawgroup.com
RKW, LLC
10075 Red Run Boulevard, 4th Floor
Owings Mills, MD 21117
Telephone: (443) 379-4011

*Attorney for Reema Consulting Services, Inc.*

                                             */s/ Stuart R. Goldberg*
                                             Stuart R. Goldberg, (Fed. Bar No. 21236)